IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DEXTER JAKES, | CIVIL ACTION NO. 2:24-cv-01608-WSS |
| Plaintiff, | Judge William S. Stickman |
| v. | |
| DUANE YOUNGBLOOD; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JOHN DOE 7; JOHN DOE 8; JOHN DOE 9; JOHN DOE 10, | |
| Defendants. | |

## DISCLOSURE STATEMENT – RULE 7.1(A)(2)

This Disclosure Statement is filed on behalf of Defendant, Duane Youngblood in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the Court orders otherwise, file a disclosure statement naming and identifying the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

| | |
|---|---|
| Defendant, Duane Youngblood | Commonwealth of Pennsylvania |
| Party or Intervenor Name | Citizenship |

A supplemental disclosure statement will be filed upon any change in the information provided herein.

SOMMER LAW GROUP, PC

BY:  /s/ Paul A. Ellis, Jr.
Paul A. Ellis, Jr., Esquire

DATE: 12/23/2024

PA ID NO. 85403
pae@sommerlawgroup.com

SOMMER LAW GROUP, PC
6 Market Square
Pittsburgh, PA 15222
Phone: (412) 471-1266
Fax: (412) 471-3175
slg@sommerlawgroup.com
*Counsel for Defendant, Duane Youngblood*