# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Dexter Jakes<br>　　　　　　Plaintiff<br><br>~against~<br><br>Duane Youngblood, et al.<br>　　　　　　Defendant | Civil Action No. **2:24-CV-1608-WSS**<br><br>Proposed Order |

### [PROPOSED] ORDER GRANTING DEFENDANT'S SPECIAL MOTION TO DISMISS PURSUANT TO PENNSYLVANIA'S ANTI-SLAPP STATUTE

Upon consideration of Defendant Duane Youngblood's Special Motion to Dismiss Pursuant to Pennsylvania's Anti-SLAPP Statute, codified at 42 Pa.C.S. § 8340.11 et seq., the Memorandum of Law in Support thereof, and all related submissions and arguments presented to this Court, and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED.
2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety.
3. Pursuant to 42 Pa.C.S. § 8340.18, Defendant is awarded attorney fees, court costs, and litigation expenses. Defendant's counsel is directed to submit a detailed accounting of fees and costs to the Court within fourteen (14) days of this Order.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _____

**BY THE COURT:**

Hon. William S. Stickman IV
United States District Judge
