# Exhibit A

**SWORN AFFIDAVIT**

**STATE OF**: Pennsylvania
**COUNTY OF**: Alleghany

I, **Jeffrey S Gray,** being duly sworn, depose and state as follows:

**Personal Background**:
  a. I am a 58 year old male, currently residing in the State of Pennsylvania, County of Allegheny.
  b. I have personal knowledge of the facts and circumstances detailed in this affidavit, and I am competent to testify to these matters if called upon to do so.

**Purpose of Affidavit**:

I am providing this sworn affidavit to present my knowledge regarding the claims raised by Duane Youngblood concerning Bishop T.D. Jakes. This document is based on my direct observations, experiences, and any relevant facts within my knowledge.

**Personal Interaction with Duane Youngblood concerning T. D. Jakes:**

On or about 1992, while I was employed with Merrill Lynch Company, I visited one of TD Jakes colleagues for business. The situation turned questionable as gay advances were made towards me during the meeting by a male bishop. I declined the advances and quickly left the premises. Because I knew Duane Youngblood was familiar with this clergyman, I shared my experience with Duane and that was when Duane shared his experience concerning TD Jakes.

This is what I recall concerning Duane's experiences. He shared that as a young man he was serving as a concierge for Evangelist TD Jakes while TD Jakes was preaching a revival in Pittsburgh, Pennsylvania.

He shared that protocol for the hospitality concierge was to accompany the visiting minister to the revival, political dinners and gatherings before and after the revival service and to be generally available to assist the visiting minister for small errands, communications and transportation.

Duane shared that one night after a church service, Duane transported TD Jakes to one of the host homes where the minister was taking shelter. Duane says that as Duane was leaving the host home that TD Jakes, a large burly man, placed him in an uninvited bear hug, and proceeded to try and kiss Duane.

Duane says he was shocked and managed to wrestle himself out of the minister's grip. The minister, according to Duane, reached out the following morning by telephone and proposed a romantic long-term gay relationship with Duane for when the minister visited Pittsburgh.

**Affirmation of Truthfulness:**

I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT:**

Dated: this 3rd day of December 2024.

Signature of Affiant: _____

### Acknowledgment and Notarization

STATE OF: _Pennsylvania_
COUNTY OF: _Allegheny_

Subscribed and sworn to (or affirmed) before me by _Jeffrey Steven Gray_ (Name of affiant), this _3_ day of _December_ (Month), _2024_ (Year).

**Notary Public:**

_Geneva Marie Taylor_
Notary's Printed Name

_Geneva Marie Taylor_
Signature

My Commission Expires: _October 21, 2026_ (Insert Expiration Date)

Seal:

Commonwealth of Pennsylvania - Notary Seal
GENEVA MARIE TAYLOR - Notary Public
Allegheny County
My Commission Expires October 21, 2026
Commission Number 1427808