# Exhibit C



# MCKEESPORT MESSENGER SERVICE

**Date:** 12-05-2024

3107 WALNUT STREET
MCKEESPORT, PA 15132
PHONE: 412-672-2221     FAX 412-672-2633

RECEIVED FROM: Spaulding, Daniel M 41)

| PENN DOT / AGENCY FEES | |
|---|---|
| DESCRIPTION | AMOUNT |
| Sworn + Affidavit | |
| | |
| | |
| | |
| | |
| TOTAL STATE FEES | |

| SERVICE FEES | |
|---|---|
| ELECTRONIC PROCESSING | |
| CLERICAL | 5.00 |
| NOTARY | 5.00 |
| OTHER | |
| TOTAL SERVICE FEES | |
| TOTAL ALL FEES COLLECTED | $ 10.00 |

CASH    CHECK    CREDIT    DEBIT
(CIRCLE ONE)

The Messenger Service's job is to submit your paperwork to the appropriate state agency and bring it back as soon as that agency processes the work. **Any problem you have is between you and that agency.** We will do our best to help you follow up on any said problem. No refunds on service and/or notary fees. We are not responsible for work the state fails to process.

*Thank you for using our services.*

## SWORN AFFIDAVIT

**STATE OF**: Pennsylvania_____
**COUNTY OF**: Allegheny_____

I, _Daniel B. Spaulding_____ (Insert Full Name), being duly sworn, depose and state as follows:

**Personal Background**:

    a.  I am a __42____ (Age) year old __Male_____ (Gender), currently residing in the State of _Pennsylvania_____ , County of __Allegheny_____ .

    b.  I have personal knowledge of the facts and circumstances detailed in this affidavit, and I am competent to testify to these matters if called upon to do so.

**Purpose of Affidavit**:

I am providing this sworn affidavit to present my knowledge regarding the claims raised by Duane Youngblood concerning Bishop T.D. Jakes. This document is based on my direct observations, experiences, and any relevant facts within my knowledge.

**Personal Interaction with Duane Youngblood concerning T. D. Jakes**:

Back in the spring of 2006 I lived with Duane Youngblood at 500 Westinghouse Ave, Wilmerding, Pa. One evening Duane told me that when he was a young man, he took T.D. Jakes out to eat and at some point, that evening Jakes had made a sexual or inappropriate pass at him. Duane also said that Jakes had later called him and said that he would like for the two of them to have an exclusive sexual relationship.

These experiences have shaped my understanding and perspective on the claims raised by Duane Youngblood.

**Affirmation of Truthfulness**:

I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT**:

Dated: this __5__ day of __12__ (Month), _2024_ (Year).

Signature of Affiant: _____

### Acknowledgment and Notarization

STATE OF: PENNSYLVANIA
COUNTY OF: ALLEGHENY

Subscribed and sworn to (or affirmed) before me by _DANIEL B SPAULDING_ (Name of affiant), this __5__ day of _DECEMBER_ (Month), _2024_ (Year).

**Notary Public:**

_CATHY A BALDIS_
Notary's Printed Name

_[signature]_
Signature

My Commission Expires: _FEB 25, 2025_ (Insert Expiration Date)

Seal:

Commonwealth of Pennsylvania - Notary Seal
CATHY A BALDIS - Notary Public
Allegheny County
My Commission Expires February 25, 2025
Commission Number 1391025