# Exhibit D

## SWORN AFFIDAVIT

**STATE OF**: Pennsylvania
**COUNTY OF**: Allegheny

I, **LaShawn Youngblood,** being duly sworn, depose and state as follows:

**Personal Background:**
    a. I am a 53-year-old Female, currently residing in the State of Pennsylvania, County of Allegheny.
    b. I have personal knowledge of the facts and circumstances detailed in this affidavit, and I am competent to testify to these matters if called upon to do so.

**Purpose of Affidavit:**
    I am providing this sworn affidavit to present my knowledge regarding the claims raised by Duane Youngblood concerning Bishop T.D. Jakes. This document is based on my direct observations, experiences, and any relevant facts within my knowledge.

Personal Interaction with Duane Youngblood concerning T. D. Jakes:
Duane sat me down and told me that he needed to talk with me. He went through his childhood and then told me why he felt he needed to leave the organization we were in Higher Ground Always Abounding Assemblies. One of the reasons was his interaction with Bishop T.D. Jakes. He told me that Bishop T. D. Jakes was in revival at Greater Emmanual located at 671 Bryn Mawr Road in Pittsburgh a 2-minute drive from my house. It was Bishop Jakes birthday and he and Elder McDaniel took Bishop Jakes out to eat. After dinner Bishop Jakes and Duane went to where Bishop was staying at Sister Gyles house. She was a member of Greater Emmanuel church and loved for Bishop Jakes to stay with her. (This was when preachers would stay at a member's house) Duane said that they sat in the dining room talking and he felt it was safe to share his life story and struggles. He told me the conversation became very emotional for him because he talked about incidents and sexual abuses that no one knew. Duane said at some point he looked at his watch and jumped up because it was late, not to mention he had his mother's car. Mrs. Youngblood didn't let anyone drive her car, I mean no one so the fact that she allowed him to use it to take Bishop Jakes out for his birthday was a big thing.

Duane said that he needed to get his mother's car home and needed to leave. As I listened, Duane proceeded to tell me that when he went to leave Bishop Jakes stood up and walked over to his side of the table. Duane said Bishop Jakes then proceeded to try and kiss him, he said that he was shocked and could not believe what was happening. Duane told me that he didn't know how he got out of there, but he did and cried on his way home. He said that he felt violated and could not believe that he would approach him that way after hearing his story. I asked Duane if he had told anyone, and he said no. He did tell me that the next day Bishop Jakes called his house, and his mother answered the telephone and told Duane Bishop was on the phone for him. Duane said he picked up the telephone in the kitchen and Bishop Jakes proceeded to talk to him.

I was told during that conversation that Bishop Jakes told Duane that he wanted him to be his Pittsburgh man. He said that Duane could not be with anyone else because he did not want to give his wife anything but if Duane would agree that he would take care of him. Duane said what made things worse was that his mom made his go back to the revival at Greater Emmanuel the evening after that phone call. Duane said his emotions were all over the place because of what took place the night before and he was very uneasy siting in the service. When Bishop Jakes got up to the mic to preach, he announced that Duane would read the bible for him. What I said!!! Duane said yes, he was asked to read the bible for Bishop while he preached.

A few years later in the spring of 2015, I received an envelope from Duane who was in the Allegheny County Jail in Pittsburgh, PA. He told me that he wanted to write about his life in detail and would decide later what to do with it. He wasn't sure if he wanted to make a book out of it or just get his thoughts out, asked me to hold on to it until we talked about it again. Later that evening alone in my bedroom, I opened the envelope and read what looked and felt like a book because there were so many sheets of lined notebook paper. I sat on my bed and read from beginning to end what Duane had written about his life story. When I got to the pages about Bishop T. D. Jakes it was word for word what Duane had shared with me years prior. It was the same story. I took the papers, closed my mouth, wiped my eyes, and put the notebook papers back into the envelope. That story on those lined papers stayed hidden it in my drawer for 9 ½ years.

**Affirmation of Truthfulness**:

I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT:**

Dated: this 2nd day of December, 2024.

Signature of Affiant: _____

**Acknowledgment and Notarization**

STATE OF: Pennsylvania
COUNTY OF: Allegheny

Subscribed and sworn to (or affirmed) before me by LaShawn Youngblood, this 2nd day of December, 2024.

**Notary Public:**

SHERY A. BENTZ
Notary's Printed Name

_____
Signature

Commonwealth of Pennsylvania - Notary Seal
Shery A. Bentz, Notary Public
Allegheny County
My commission expires October 16, 2028
Commission number 1010479
Member, Pennsylvania Association of Notaries