# Exhibit E

# SWORN AFFIDAVIT

STATE OF: Pennsylvania
COUNTY OF: Armstrong

I, **Joshua D. Munoz** (Insert Full Name), being duly sworn, depose and state as follows:

**Personal Background:**

a. I am a **33** (Age) year old **Male** (Gender), currently residing in the State of **Pennsylvania** (Insert State), County of **Armstrong** (Insert County).

b. I have personal knowledge of the facts and circumstances detailed in this affidavit, and I am competent to testify to these matters if called upon to do so.

**Purpose of Affidavit:**

I am providing this sworn affidavit to present my knowledge regarding the claims raised by Duane Youngblood concerning Bishop T.D. Jakes. This document is based on my direct observations, experiences, and any relevant facts within my knowledge.

**Personal Interaction with Duane Youngblood concerning T. D. Jakes:**

I, Joshua Munoz, first met Duane Youngblood in 2015. We started to develop a friendship around this time which then became a strong friendship in 2020 when we started to meet on a regular weekly basis for breakfast and fellowship. It was over one such breakfast on or around July of 2023 that Duane shared his story of his interaction with Bishop T.D. Jakes. Duane shared of a time when T.D. Jakes had been staying at someone's home and wanted to see Duane. T.D. Jakes had then attempted to kiss Duane Youngblood, but Duane had turned away. After this initial rejection, T.D. Jakes had then called Duane's parents' home and asked to speak to Duane. T.D. Jakes then made an offer that if Duane Youngblood was with nobody else other than T.D. Jakes, Duane would be taken care of for the rest of his life. These experiences have shaped my understanding and perspective on the claims raised by Duane Youngblood.

**Affirmation of Truthfulness:**

I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT:**

Dated: this **6th** day of **December** (Month), **2024** (Year).

Signature of Affiant: _____

---

## Acknowledgment and Notarization

STATE OF: Pennsylvania
COUNTY OF: Armstrong

Subscribed and sworn to (or affirmed) before me by **Joshua D. Munoz** (Name of affiant), this **6** day of **December** (Month), **2024** (Year).

Signature: _____

**Notary Public:**

**Jamie Lynn Cook**
Notary's Printed Name

My Commission Expires: **11-11-2027** (Insert Expiration Date)

Seal:

COMMONWEALTH OF PENNSYLVANIA - NOTARY SEAL
Jamie Lynn Cook Notary Public
Armstrong County
My Commission Expires 11/11/2027
Commission #1360350