# Exhibit F

**SWORN AFFIDAVIT**

STATE OF: Pennsylvania
COUNTY OF: Allegheny

I, Landon Claybourne (Insert Full Name), being duly sworn, depose and state as follows:

**Personal Background:**
  a. I am a 44 (Age) year old Male (Gender), currently residing in the State of Pennsylvania (Insert State), County of Allegheny (Insert County).
  b. I have personal knowledge of the facts and circumstances detailed in this affidavit, and I am competent to testify to these matters if called upon to do so.

**Purpose of Affidavit:**
I am providing this sworn affidavit to present my knowledge regarding the claims raised by Duane Youngblood concerning Bishop T.D. Jakes. This document is based on my direct observations, experiences, and any relevant facts within my knowledge.

**Personal Interaction with Duane Youngblood concerning T. D. Jakes:**
In 2020 I began reconnecting with Duane and going out to lunch and a few dinners. On one of our times out he began to tell me the story of his life and what had happened along the way. He told me about an interaction with T.D. Jakes where Bishop Jakes had talked with him and later tried to kiss him. He then told me of a telephone call where Jakes made an offer to take care of him for life if he would only have sex with him when he came to Pittsburgh. He also shared other stories with me about other parts of his life. These experiences have shaped my understanding and perspective on the claims raised by Duane Youngblood.

**Affirmation of Truthfulness:**
I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT:**

Dated: this 9th day of December (Month), 2024 (Year).

Signature of Affiant: _____

**Acknowledgment and Notarization**

STATE OF: Pennsylvania
COUNTY OF: Allegheny

Subscribed and sworn to (or affirmed) before me by  Landon Clayburne  (Name of affiant), this  9th  day of  December  (Month),  2024  (Year).

**Notary Public:**

Ashley L. Fletcher
Notary's Printed Name

[Signature]
Signature

My Commission Expires: March 26, 2028 (Insert Expiration Date)

Seal:

> Commonwealth of Pennsylvania - Notary Seal
> Ashley L. Fletcher, Notary Public
> Allegheny County
> My commission expires March 26, 2028
> Commission number 1440429
>
> Member, Pennsylvania Association of Notaries