# Exhibit G

More about TD Jakes' gay accusations plus paedophilia activities lands online

GhPage › News

**NEWS**

# More about TD Jakes' gay accusations plus pae activities lands online

By Armani Brooklyn – December 22, 2023



The Black Twitter community is going crazy after a TikToker shared some rumours about American sexual encounters with multiple men at rapper Sean "Diddy" Combs gatherings.

If that's not shocking enough, the rumours also went into detail about Jakes's sexual preferences,

Since the internet loves a juicy scandal, we'll explain how America's favourite pastor became a tre

## What Is The 'Pastor T.D. Jakes Power Bottom' Rumor?

Pastor T.D. Jakes was caught in the middle of a storm involving his longtime friend rapper Sean "C posted by user @jusnene on December 20th alleged R&B singer and Combs' ex-wife Cassie hande that implicate the pastor's personal life.

**READ ALSO:** Is Pastor TD Jakes a secret power bottom to Diddy?; Details below



Jusnene's TikTok alleges Cassie handed over tapes, Diddy's late wife Kim Porter's burner phone to revealing the pastor's supposed sexual encounters with multiple men at Combs' gatherings.

If that's not shocking enough, the rumours also went into detail about Jakes's sexual preferences, Since the internet loves a juicy scandal, we'll explain how America's favourite pastor became a tre

## What's A Power Bottom?

A power bottom is described by Urban Dictionary[2] as gay terminology, "similar to a bottom, but

A power bottom tends to be in charge, and feels most powerful when bottoming." A Men's Health a bottom" is the person "controlling the tempo of sex along with the depth of penetration."

## How Did People React To The 'Pastor T.D. Jakes Power Bottom' Rumor?

The rumor quickly spread across multiple social media platforms, igniting a series of debates, read and the resurfacing of a previous accusation against Jakes, suggesting he is a closeted homosexua

This claim appeared in a report on December 21st, 2023 by X user @vsejanea, which used a YouT self-proclaimed "prophet" on "The Master Voice Prophecy Blog." The post (shown below) amassed retweets in just a few hours.

**READ ALSO:** **This is why Pastor TD Jakes and Diddy is trending on social media**