# Exhibit I



Jermaine D. Jakes



# Jermaine D. Jakes

🔒 End-to-end encrypted
Messages and calls are secured with end-to-end encryption. Learn more

3 Nov 2024, 02:44

 ???

You might be in dangerous territory Duane... just b careful...

This person is not contactable on Messenger.

41°F Clear     7:40 PM 11/12/2024