# Exhibit J



**Sturdivant & Associates**
620 Milltown Road
New Kensington, PA  15068
(412) 334-0343

1/20/25

Subject: Psychological Impact and Diagnosis of Duane Youngblood

To Whom It May Concern,

This letter aims to provide a detailed psychological evaluation and the lasting impact of sexual trauma and subsequent events on Duane Youngblood. This analysis reflects years of trauma rooted in his experiences with predatory behavior by prominent clergy members, including Bishop T.D. Jakes, and the cascading effects that shaped Mr. Youngblood's own actions and mental health.

**Background**
Mr. Duane Youngblood's early life was marked by profound and repeated trauma beginning at the age of nine, when he became a victim of systematic sexual abuse by several members of the clergy. Among these perpetrators was a widely recognized religious leader whose position of authority and influence rendered it exceptionally difficult for Mr. Youngblood to seek help or disclose the abuse. The spiritual and emotional manipulation employed by these individuals compounded the harm, leaving deep psychological scars that persisted into adulthood.

In the years that followed, Mr. Youngblood's trauma remained unaddressed, contributing to maladaptive coping mechanisms and behaviors. His path eventually mirrored some of the abusive patterns he endured, as is tragically common among untreated survivors of childhood sexual abuse. His incarceration in 2014 for sexual offenses reflects this grim cycle—a stark reminder of the necessity for early and effective intervention for victims of abuse.

Despite the weight of his past, Mr. Youngblood has taken active steps to confront and own his actions. Through court-mandated therapy, he has made significant progress in identifying both the grooming techniques used by his abusers and those he inadvertently replicated. He has committed to using his experiences as a platform for education and prevention, focusing on exposing the pervasive issue of clergy abuse and advocating for systemic reform. This includes speaking publicly about his own experiences to raise awareness and support survivors in their healing journeys.

Recent events have further exacerbated Mr. Youngblood's trauma. A message perceived as carrying a direct threat of harm, from Jermaine Jakes, the son of Bishop T.D. Jakes, has intensified his feelings of vulnerability, while a lawsuit, which he interprets as retaliatory and linked to a prior abuser, appears aimed at discouraging his efforts to share his story. These developments have reactivated and intensified his symptoms of Post-Traumatic Stress Disorder

1

(PTSD), underscoring the ongoing challenges he faces in his pursuit of accountability and healing.

**Psychological Diagnosis**
Mr. Youngblood presents with the following symptoms, consistent with PTSD:
1. **Intrusive Thoughts and Nightmares**:
    - He experiences recurrent, involuntary thoughts and distressing memories of the abuse and its aftermath, including the recent threat from Jermaine Jakes.
    - Nightmares about past traumas and fears of harm have disrupted his ability to achieve restful sleep.
2. **Heightened Anxiety and Hypervigilance**:
    - Mr. Youngblood remains in a constant state of alertness, fearing further retaliation or harm.
    - This hypervigilance has led to panic attacks, an exaggerated startle response, and difficulty feeling safe even in familiar environments.
3. **Depressed Mood and Isolation**:
    - The compounded weight of past trauma and current legal and personal challenges has left him feeling emotionally exhausted, helpless, and isolated.
    - He reports difficulty engaging with his social and professional life, further deepening his sense of disconnection.
4. **Cognitive and Behavioral Impacts**:
    - Memory and concentration difficulties interfere with his ability to focus and complete tasks.
    - Persistent anger and anxiety affect his relationships and overall quality of life.

**Causal Factors**
Childhood sexual abuse creates profound and lasting disruptions in psychological and emotional development. Survivors often internalize feelings of shame, guilt, and unworthiness, which, without intervention, evolve into complex trauma. These unresolved traumas can impair emotional regulation, distort relationships, and foster harmful behavioral patterns as adults.

In Mr. Youngblood's case, his untreated trauma led to cycles of self-destructive behavior, including the replication of abusive patterns he experienced. This is a documented phenomenon where victims of childhood sexual abuse, deprived of adequate therapeutic support, unconsciously reenact aspects of their trauma in an effort to process or exert control over their past experiences. The actions that led to his incarceration reflect this tragic trajectory—not as justification, but as a critical area for understanding and intervention.

Research underscores the importance of early intervention in mitigating these outcomes. When survivors like Mr. Youngblood lack access to therapy or safe disclosure opportunities, the impact can ripple through every aspect of their lives, creating vulnerabilities to further harm and perpetuating cycles of abuse. This highlights the systemic failure to identify and support victims within institutions of authority and underscores the urgent need for comprehensive reform.

Through therapy, Mr. Youngblood has come to understand these dynamics and has expressed profound remorse for the harm caused by his actions. He is committed to addressing the roots of his trauma and using his platform to shed light on the societal and institutional conditions that enable abuse.

2

Psychological Impact of Recent Events

1. **Threat from Jermaine Jakes**:
    - A message, perceived as carrying a direct threat of harm, from Jermaine Jakes has profoundly amplified Mr. Youngblood's psychological distress. The explicit nature of the threat triggered intense flashbacks, linking the danger to his unresolved trauma from childhood abuse.
    - This event has heightened his hypervigilance, leading to increased panic attacks and sleep disturbances. His fear of physical harm now dominates his daily life, eroding any sense of safety or stability.
    - Mr. Youngblood reports that the perceived threat has caused him to lose sleep and to remain constantly on edge. He finds himself afraid to open his door or check his mail, and he feels compelled to look over his shoulder wherever he goes. The fact that this perceived threat came from Jermaine Jakes, a person with whom he had not spoken in over ten years, has added an element of shock and betrayal, intensifying his emotional turmoil.
2. **Retaliatory Lawsuit**:
    - The lawsuit, which he interprets as retaliatory, has added an overwhelming layer of emotional and financial burden. It has reinforced feelings of powerlessness and victimization, exacerbating the emotional scars left by his childhood abuse.
    - The public nature of the legal proceedings has intensified his anxiety, as he perceives the lawsuit as an attempt to discredit and silence him. This has reignited cycles of intrusive thoughts, emotional exhaustion, and difficulties in managing his stress levels.

Recommendations for Treatment and Support

1. **Trauma-Informed Therapy**:
    - Continuing our bi-weekly sessions with a focus on PTSD and childhood sexual abuse is essential. These sessions will integrate evidence-based practices such as Eye Movement Desensitization and Reprocessing (EMDR) and Cognitive Behavioral Therapy (CBT) to target trauma-specific symptoms.
    - Expanding therapy to include group sessions for survivors of clergy abuse can provide additional support and validation for Mr. Youngblood.
2. **Community Engagement and Advocacy**:
    - Facilitating Mr. Youngblood's involvement in structured survivor networks and advocacy groups can offer a sense of purpose and counteract feelings of isolation.
    - Public speaking opportunities and community dialogues can empower him to use his voice constructively, turning his trauma into a platform for awareness and systemic change.
3. **Legal and Emotional Support**:
    - Ensuring access to legal advocacy services to counter seeming retaliatory lawsuits can alleviate the stress associated with ongoing legal battles. Providing consistent communication and updates can foster a sense of security and trust.
    - Implementing a comprehensive safety plan, including personal security measures and access to crisis response services, will help mitigate ongoing fears stemming from threats.

4. **Holistic Wellness Strategies**:
    - Continuing a wellness program that incorporates mindfulness practices, such as guided meditation, deep-breathing exercises, and yoga, could aid in stress reduction and emotional regulation.
    - Participating in physical activity and a structured daily routine to improve overall mental health by creating stability and promoting endorphin release.

5. **Long-Term Care Plan**:
    - Developing a sustained care plan that includes periodic reassessments of his mental health and progress will ensure adaptive support as Mr. Youngblood navigates his recovery.
    - Partnering with clergy abuse specialists and survivor advocates will provide tailored resources for his unique needs

.

Conclusion

Mr. Youngblood's journey underscores the devastating impact of untreated childhood trauma and the complexities of navigating life as both a victim and someone striving for redemption. The combination of historical abuse, current threats, and the seeming retaliatory litigation has profoundly disrupted his mental health, leaving him in a state of heightened vulnerability. Despite these challenges, his commitment to therapy, self-awareness, and advocacy illustrates a remarkable strength and resilience.

It is imperative that Mr. Youngblood is supported through a multifaceted approach, combining trauma-informed care, legal protections, and community advocacy. Beyond individual recovery, his experiences highlight systemic failures within institutions that must be addressed to prevent further harm. Supporting Mr. Youngblood is not just about aiding one individual—it is a step toward fostering accountability and creating a safer environment for survivors everywhere.

Sincerely,

*Linda Sturdivant, M.Ed., LPC*

Linda Sturdivant, M.Ed., LPC
Licensed Professional Counselor

4