

(/) REPORTING THE TRUTH. RESTORING THE CHURCH.

PODCAST | INVESTIGATIONS | RESTORE 2025 | ABOUT



DONATE



(https://julieroys.com/restore)

# Megachurch Pastor Bishop T.D. Jakes Denies Sexual Misconduct at Diddy's Parties

By Liz Lykins

December 28, 2023 (https://julieroys.com/2023/12/28/)    3:30 pm CST

58 Comments (https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/#comments)



On Dec. 24, 2023, T.D. Jakes addresses his congregation at The Potter's House in Dallas, Texas. (Video screengrab)

Bishop T.D. Jakes, senior pastor at the non-denominational megachurch The Potter's House, denied allegations he engaged in gay sex at wild parties hosted by embattled music producer Sean 'Puffy' Combs, aka "Diddy."

## Support Christian Journalism

Your tax-deductible gift helps our journalists report the truth and hold Christian leaders and organizations accountable. Give a gift of $50 or more to The Roys Report this month, and you can elect to receive a copy of "Dear Evangelicals: The Real Reasons People Are Exiting Church" by Jamin Coller.



DONATE NOW

(/donate)

**MOST RECENT ARTICLES**



Methodist Pastor Quietly Retires from Texas Megachurch After Being Arrested for Soliciting Prostitution (https://julieroys.com/methodist-pastor-quietly-retires-from-texas-megachurch-after-arrested-for-solicitation-prostitution/)

Unconfirmed reports on TikTok and YouTube allege that Jakes had sex with men at Combs's parties and groomed a former mentee.

The 66-year-old preacher appeared to respond to the claims during the Christmas Eve service at The Potter's House, calling the accusers "liars," according to a video (https://tdjakes.org/echurch/sunday.php) of the service posted on the church's website. Jakes added that even "if everything was true, all I got to do is repent sincerely from my heart."

Jakes urged his congregation in Dallas not to worry about him because "I'm good."

"Would y'all please do me a favor and stop worrying about me and give God some praise and honor and glory?" Jakes said in a public livestream which has since been made private. "I can feel you . . . I am fine. I'm good. I'm good. I'm the man for the job. I'm good."

Your tax-deductible gift helps our journalists report the truth and hold Christian leaders and organizations accountable. Give a gift of $50 or more to The Roys Report this month, and you can elect to receive a copy of "Dear Evangelicals: The Real Reasons People Are Exiting Church" by Jamin Coller. To donate, click here (https://julieroys.com/donate/).


*The Potter's House in Dallas, Texas, (Photo: Facebook)*

He continued, "The worst that could happen, if everything was true, all I got to do is repent sincerely, from my heart. There's enough power in the blood to cover all kinds of sin. I don't care what it is, the blood would fix it. But I ain't got to repent about this."


**Pastor Matt Chandler Back Home After Mysterious Illness Leaves Him Hospitalized** (https://julieroys.com/pastor-matt-chandler-back-home-after-mysterious-illness-leaves-him-hospitalized/)


**Watchdogs Call Out 'Red Flags' Financial Documents as Curriculum Group Orange Announces Merger** (https://julieroys.com/watchdogs-call-out-red-flags-financial-documents-curriculum-group-orange-announces-merger/)


**North Carolina Recovery Efforts Continue Despite Storms, Setbacks** (https://julieroys.com/north-carolina-recovery-efforts-continue-storms-setbacks/)


**Anabaptists Commemorate 500 Years with New Study Bible, More** (https://julieroys.com/anabaptists-commemorate-500-years-new-study-bible/)

Jakes added he wanted to use the service to preach, rather than address lies. "All of you who expect me to address a lie, you can log off," Jakes said.

A viral TikTok video (https://www.tiktok.com/@jusnene/video/7314703262077275434), though, claims Jake slept with multiple men at Comb's parties. The video has been viewed more than 1.7 million times on the platform.

The video also alleged that years ago Jakes slept with a former mentee, unidentified in the video, when he was a boy. The video claims that the boy's parents were paid off to keep quiet but now the mentee plans to soon come forward.

Larry Reid, host of the show Larry Reid Live, claimed the groomed mentee is Prophet Manasseh Jordan in a recent YouTube video (https://www.youtube.com/watch?v=7jL2Xw-CTnc).

Jordan also posted a video (https://www.instagram.com/prophetmanasseh/?hl=en) discussing grooming in ministry settings and how 2024 will be a "year of exposure." Jordan doesn't mention Jakes in the video.

However, Reid claims that Jordan confided to the host that it was Jakes who groomed and assaulted the mentee.

The social media and video allegations are baseless, said executive director of public relations and communications for T.D. Jakes Ministries, Jordan A. Hora.

"Recent claims circulating on pockets of social media about Bishop T.D. Jakes are unequivocally false and baseless," Hora told The Christian Post (https://www.christianpost.com/news/td-jakes-if-everything-was-true-all-i-got-to-do-is-repent.html). "Chairman Jake — undeterred by false, perverse, ignorant, and conspiratorial speculations — will persevere in his continued dedication to create meaningful change for millions around the globe guided by the timeless principles of compassion, service, and ministry."

Hora said it was "disheartening to witness the proliferation of numerous deep fake photos and the distortion of words through false, sensationalized misrepresentations, encapsulating purported statements to falsely speculate and attack others, including Bishop Jakes."



(https://julieroys.com/divorce-documents-reveal-lavish-lifestyle-north-carolina-megachurch-pastor-thompson/)
Divorce Documents Reveal Lavish Lifestyle of North Carolina Megachurch Pastor (https://julieroys.com/divorce-documents-reveal-lavish-lifestyle-north-carolina-megachurch-pastor-thompson/)

(https://julieroys.com/former-daystar-tv-executive-wife-accuse-joni-lamb-covering-up-daughters-sexual-abuse/)
EXCLUSIVE: Former Daystar Executive & Wife Accuse Joni Lamb of Covering Up Daughter's Sexual Abuse (https://julieroys.com/former-daystar-tv-executive-wife-accuse-joni-lamb-covering-up-daughters-sexual-abuse/)



(https://julieroys.com/prominent-worship-leaders-kevin-prosch-and-misty-edwards-confessed-a-years-long-affair-sources-say/)
Prominent Worship Leaders Kevin Prosch and Misty Edwards Confessed a Years-Long Affair, Sources Say (https://julieroys.com/prominent-worship-leaders-kevin-prosch-and-misty-edwards-confessed-a-years-long-affair-sources-say/)

(https://julieroys.com/pastor-who-strung-along-two-girlfriends-and-killed-one-on-his-wedding-day-will-spend-life-in-

Jakes' allegations came to light after Diddy was sued in federal court in November by Cassie, an R&B singer once signed to his label, who accused the music mogul of rape and repeated physical abuse over about a decade.

In the last month, four additional plaintiffs have filed civil lawsuits against Combs accusing him of rape, sex-trafficking a minor, assault and a litany of other alleged abuses, according to The Columbian (https://www.columbian.com/news/2023/dec/25/behind-the-calamitous-fall-of-hip-hop-mogul-sean-diddy-combs/). Combs and his attorneys have denied the accusations.

Jakes was tied into Combs' controversies when a Facebook video (https://www.facebook.com/reel/376853908176260) alleged that the bishop attended Combs' 53rd birthday party in Los Angeles.



*The Potter's House in Dallas, Texas, (Photo: Facebook)*

However, Derrick Williams, executive vice president of TD Jakes Entertainment, told The Christian Post that the video was captured during a brief stop at the party while he and Jakes were on business in the area.

"As a filmmaker, executive producer and one of the pioneers of value-based movies, Bishop Jakes, in his role as CEO of T.D. Jakes Entertainment, paid respect to the former Chairman of Revolt during the celebration of his birthday," Williams said. "We felt that a quick appearance at the former Chairman of Revolt's birthday event was the respectful thing to do since Bishop Jakes' sermons are aired on the Revolt Network."

Pastor Who Strung Along Two Girlfriends and Killed One on His Wedding Day Will Spend Life in Prison (https://julieroys.com/pastor-who-strung-along-two-girlfriends-and-killed-one-on-his-wedding-day-will-spend-life-in-prison/)

 (https://julieroys.com/texas-megachurch-pastor-youre-not-christian-if-you-vote-for-a-democrat/)
Texas Megachurch Pastor: 'You're Not A Christian If You Vote For A Democrat' (https://julieroys.com/texas-megachurch-pastor-youre-not-christian-if-you-vote-for-a-democrat/)

(https://julieroys.com/steve-lawson-had-5-year-relationship-with-woman-in-her-20s-gcc-pastor-says/)
Steve Lawson Had '5-Year Relationship' with Woman in Her 20s, GCC Pastor Says (https://julieroys.com/steve-lawson-had-5-year-relationship-with-woman-in-her-20s-gcc-pastor-says/)

(https://julieroys.com/inappropriate-relationship-between-two-top-pastors-shake-up-global-megachurch/)
Alleged 'Inappropriate Relationship' Between 2 Top Pastors Leads to Shake-up at Global Megachurch (https://julieroys.com/inappropriate-relationship-between-two-top-pastors-shake-up-global-megachurch/)

(https://julieroys.com/shes-the-voice-of-god-to-you-jimmy-evans-joni-lamb-accused-

Williams continued, "We both greeted the family, Bishop Jakes recorded a brief celebratory birthday video and left immediately to take our other scheduled meetings. Any accusation to the contrary is wholly unsubstantiated, unverified, and false."

Jakes is known for being a "charismatic leader, visionary, provocative thinker, and entrepreneur," according to the Potter's House website (https://www.thepottershouse.org/explore/bishop-t-d-jakes/). He has been in ministry for more than 40 years and has been listed as a "Top 10 Religious Leaders" by PBS' Religion and Ethics Newsweekly.

Jakes previously made headlines in 2012 when he was accused of heresy while attending an Elephant Room conference, a theological roundtable featuring blunt conversations amongst pastors.

James MacDonald invited Jakes to speak at Round 2 of the conference. However, many Reformed Christians criticized Jakes' attendance and accused him of being a "heretic" due to his purported belief in modalism — which is the view that members of the Trinity are distinct modes rather than part of one Godhead,

MacDonald's invitation to Jakes allegedly led to MacDonald resigning as a council member on The Gospel Coalition.



*Freelance journalist Liz Lykins writes (https://lizjlykins.wordpress.com/) for WORLD Magazine, Christianity Today, Ministry Watch, and other publications.*

## SHARE THIS:

 Share 793

(https://twitter.com/intent/tweet?text=Megachurch%20Pastor%20Bishop%20T.D.%20Jakes%20Denies%20Sexua t-d-jakes-denies-sexual-misconduct-diddys-parties%2F)

(http://www.linkedin.com/shareArticle?mini=true&url=https%3A%2F%2Fju parties%2F&title=Megachurch%20Pastor%20Bishop%20T.D.%20Jakes%20Den

(https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/)

(https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/)

### Sidebar

'She's the Voice of God to You': Joni Lamb, Jimmy Evans Accused of Bullying, Spiritual Abuse (https://julieroys.com/shes-the-voice-of-god-to-you-jimmy-evans-joni-lamb-accused-of-bullying-spiritual-abuse/)

(https://julieroys.com/joyce-meyer-ben-carson-cancel-speaking-gateway-amid-robert-morris-allegations/) Joyce Meyer, Ben Carson Cancel Speaking at Gateway Church Amid Robert Morris Allegations (https://julieroys.com/joyce-meyer-ben-carson-cancel-speaking-gateway-amid-robert-morris-allegations/)

(https://julieroys.com/president-morningstar-chris-reed-resigns-admits-sexual-misconduct/) President of MorningStar Resigns, Then Admits Sexual Misconduct (https://julieroys.com/president-morningstar-chris-reed-resigns-admits-sexual-misconduct/)

(https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/) (https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/)

## GET EMAIL UPDATES!

Keep in touch with Julie and get updates in your inbox!

Name | Email

**SUBSCRIBE**

Don't worry we won't spam you.

## MORE TO EXPLORE


(https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)

**T.D. Jakes Labels Himself 'Bishop Lazarus' in Return to Pulpit on New Year's Eve (https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)**

January 2, 2025 | 2 Comments

Saying "I'm standing here as a testimony," Bishop T.D. Jakes returned to his Dallas megachurch on New Year's Eve for his first in-person appearance

**SHARE THIS:**

Share 276

(https://twitter text=T.D.%20Jake d-jakes-labels-hi


(https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)

**T.D. Jakes Speaks To Church Via Video Week After Health Emergency, Surgery (https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)**

December 2, 2024 | 5 Comments

Bishop T.D. Jakes returned briefly via video to address his Dallas megachurch a week after experiencing a still-undisclosed medical incident that led

**SHARE THIS:**

Share 76

(https://twitter text=T.D.%20Jake d-jakes-speaks-c


(https://julieroys.com/t-d-jakes-files-suit-after-medical-incident-accusing-minister-of-false-abuse-claims/)

**T.D. Jakes Files Suit After Medical Incident, Accusing Minister of False Abuse Claims (https://julieroys.com/t-d-jakes-files-suit-after-medical-incident-accusing-minister-of-false-abuse-claims/)**

November 27, 2024 | 1 Comment

Bishop T.D. Jakes, who had a medical incident at his Dallas megachurch on Sunday, filed a defamation lawsuit Monday against a fellow

**SHARE THIS:**

Share 96

(https://twitter text=T.D.%20Jake

(http://www.eve%2F&title=T.D

(https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)

(https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)

(https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)

(https://julieroys.com/t-d-jakes-labels-himself-bishop-lazarus-return-pulpit-new-years-eve/)

READ MORE » (HTTPS://JULIEROYS.COM/T-D-JAKES-LABELS-HIMSELF-BISHOP-LAZARUS-RETURN-PULPIT-NEW-YEARS-EVE/)

(http://www.emergency-surgery%2F&title

(https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)

(https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)

(https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)

(https://julieroys.com/t-d-jakes-speaks-church-video-week-health-emergency-surgery/)

READ MORE » (HTTPS://JULIEROYS.COM/T-D-JAKES-SPEAKS-CHURCH-VIDEO-WEEK-HEALTH-EMERGENCY-SURGERY/)

d-jakes-files-suit
(http://www.minister-of-false-claims%2F&title=

(https://julieroys.com/t-d-jakes-files-suit-after-medical-incident-accusing-minister-of-false-abuse-claims/)

(https://julieroys.com/t-d-jakes-files-suit-after-medical-incident-accusing-minister-of-false-abuse-claims/)

(https://julieroys.com/t-d-jakes-files-suit-after-medical-incident-accusing-minister-of-false-abuse-claims/)

(https://julieroys.com/t-d-jakes-files-suit-after-medical-

after-medical-incident-accusing-minister-of-false-abuse-claims/)

READ MORE » (HTTPS://JULIEROYS.COM/T-D-JAKES-FILES-SUIT-AFTER-MEDICAL-INCIDENT-ACCUSING-MINISTER-OF-FALSE-ABUSE-CLAIMS/)

## DISCUSSION

### 58 Responses

Older comments (https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/comment-page-1/#comments)

**Don Johnson** says:

December 4, 2024 at 6:25 pm (https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/comment-page-2/#comment-160099)

"I didn't do it…BUT IF I DID…" is not a good defense. Somewhat Clintonesque I don't know the facts here but would advise a better choice of words. Jakes has also used prison slang terms for perverted sex from the stage or pulpit or whatever he calls it. Once again doesn't prove anything. Preponderance of evidence? Yes. Proof beyond a reasonable doubt? Not at this time. I'm sure it will all come out. Always does.

Reply

Older comments (https://julieroys.com/bishop-t-d-jakes-denies-sexual-misconduct-diddys-parties/comment-page-1/#comments)

## Leave a Reply

The Roys Report seeks to foster thoughtful and respectful dialogue. Toward that end, the site requires that people use their full name when commenting. Also, any comments with profanity, name-calling, and/or a nasty tone will be deleted.

Comments are limited to 300 words.

## STAY IN THE LOOP

Get new articles and breaking news delivered to your inbox.

Your Email                                                        SIGN UP

PODCAST (HTTPS://JULIEROYS.COM/PODCAST/)  ARTICLES (HTTPS://JULIEROYS.COM/ARTICLES/)  ABOUT (HTTPS://JULIEROYS.COM/ABOUT-THE-ROYS-REPORT/)  CONTACT (HTTPS://JULIEROYS.COM/CONTACT-JULIE/)



(https://www.facebook.com/reachjulieroys/) (https://www.instagram.com/reachjulieroys/) (https://www.youtube.com/channel/UCPTnscYen-5_cAhX2r9-CPg) (https://twitter.com/reachjulieroys)

© 2022 All rights reserved

🇺🇸 ENGLISH

Privacy - Terms