# Exhibit L

# THE NC BEAT
Raw, Uncut & Unfiltered

# Prominent Bishop T.D. Jakes goes viral over rumors circulating on TikTok about him allegedly sexually assaulting a man at a Diddy party

| CHURCH DRAMA |

 AUTHOR: Gerald Jackson | December 22, 2023 |





*Sean 'Diddy' Combs laying his head on Bishop T.D. Jakes shoulder at Jakes 65th birthday party.*

Thomas Dexter Jakes, professionally known as Bishop T.D. Jakes, pastor of The Potter's House Church in Dallas, Texas, is gaining widespread attention after a TikTok user posted an audio recording of an

Bishop T.D. Jakes and long-time friend accused of sexual assault

1/17/25, 1:52 AM

unidentified man claiming that the Time Magazine's "America's Best Preacher" was involved in inappropriate activities at parties hosted by Sean 'Diddy' Combs.





*Sean 'Diddy' Combs laying his head on Bishop T.D. Jakes shoulder at Jakes 65th birthday party.*

**Bishop T.D. Jakes** is trending on social media after a **TikToker's** video went viral. The video featured an audio recording of an unidentified man alleging that the **Time Magazine's** *"America's Best Preacher"* was involved in inappropriate activities with hip hop mogul **Sean 'Diddy' Combs**.

It is no secret that four women filed a sexual assault lawsuit against Sean 'Diddy' Combs, with one case settled by Combs' longtime former partner and singer, **Cassie Ventura**, who is professionally known as **Cassie**. In Cassie's lawsuit, she alleged that Combs trafficked her and forced her to have sex with men, as well as physically and verbally abused her. Three other women detailed their claims against Combs in their individual lawsuit, and one of them alleged that he *"ganged-raped"* her.

It is no secret that **Bishop T.D. Jakes** and **Sean 'Diddy' Combs** are close friends and have been for a while.



SUBSCRIBE



*Bishop T.D. Jakes & Sean 'Diddy' Combs*



*Bishop T.D. Jakes & Sean 'Diddy' Combs*



*Bishop T.D. Jakes & Sean 'Diddy' Combs*

# A TikToker alleges that Bishop T.D. Jake reportedly engaged in sexual activity with men at Diddy's parties and was rumored to be a "power bottom"

Just days before **Christmas**, a **TikTok** user named **Jusnene** went viral after she alleged played an audio recording of a man claiming that Cassie had supposedly given the FBI

incriminating evidence against Combs. In the video, the TikToker alleged that the eviden reportedly turned over by Cassie shows videos of Combs' parties.

The unidentified man further alleged that male escorts confirmed that Bishop Jakes allegedly slept with *"multiple men at Diddy's parties and abroad and referred to him being a power bottom."* According to the Urban Dictionary, a 'power bottom' is defined *"Similar to a bottom, but a specific variety. A power bottom tends to be in charge, an feels most powerful when bottoming; the one who bottoms is the one on the "throne" to speak, "taking" the Top."*



*Bishop T.D. Jakes*

The audio recording continues with an unidentified man alleging that a "young male" h retained an attorney to pursue legal action against Bishop Jakes for an incident that allegedly occurred between him and Bishop Jakes.

**"IT'S BEEN SAID THAT THE YOUNG MAN WAS FORCED TO PERFORM SLOPPY TOPPY, THE UNIDENTIFIED" MAN IN THE RECORDING SAID. "IT'S BEEN SAID THAT THE MAN'S FAMILY WERE MEMBERS OF THE POTTER'S HOUSE BUT LEFT THE CHURCH IN 2015."**

The recording also alleges that "insiders" at the Potter's House reportedly said that the parents of the boy were "paid off to keep quiet."

**"THE GUY IS A GROWN MAN NOW AND IS SEEKING HIS OWN JUSTICE," THE UNIDENTIFIED MAN SAID IN THE RECORDING. "THE YOUNG MAN DOESN'T EVEN DEAL WITH HIS PARENTS EVEN TO THIS DAY BECAUSE THEY TOOK HUSH MONEY."**

---

**WATCH VIDEO BELOW:**

Bishop T.D. Jakes remained silent on the arrest of his son-in-law, Richard Brandon Coleman, for sexual assault of adopted daughter. Richard Coleman was married to Jakes' eldest daughter, Cora Jakes-Coleman at the time of the alleged assault.

**Bishop T.D. Jakes** has been quiet about these allegations, just as he was when the man he walked his eldest daughter, Cora Jakes-Coleman, down the aisle at his home in June 2020, was accused of molesting his adopted daughter, Amauri. When Bishop Jakes' then son-in-law, Richard Brandon Coleman, was arrested in last year for the sexual assault, Bishop Jakes himself, did not say a mumbling word. Neither did he utter a word in defense of the women who alleged that his friend sexually assaulted them.

## R&B singer Jaguar Wright said Bishop T.D. Jakes was at a Diddy party for either "sex or money"

While the claims against Bishop Jakes are currently unsubstantiated and unfounded, failed R&B singer **Jaguar Wright** mentioned in a podcast once before that Bishop Jakes was at a Diddy party for either "sex or money" when asked about her thoughts on Bishop Jakes attending a Diddy party.

**WATCH VIDEO BELOW:**

Hopefully, the Black pope will speak out soon.