# Exhibit M

# LGBTQNATION (https://www.lgbtqnation.com)

✉ Subscribe (https://www.lgbtqnation.com/about-lgbtq/mail-list/)    𝕏 (https://twitter.com/lgbtqnation)    f (https://facebook.com/lgbtqnation)    🔍

BIAS WATCH (HTTPS://WWW.LGBTQNATION.COM/BIAS-WATCH/)

# Kenneth Copeland, T.D. Jakes, & Rick Warren are being accused of sexual abuse

*QAnon isn't just targeting liberal celebrities and politicians any longer. Now they're coming for the evangelical leaders who supported them.*

By Bil Browning (https://www.lgbtqnation.com/author/bil-browning/)    Thursday, July 15, 2021



Evangelical leaders Rick Warren, Kenneth Copeland, and T.D. Jakes

Evangelical Christians comprise a large segment of the Republican party and their influence in the larger conservative movement has led to culture wars around abortion, LGBTQ rights, and racial equality.

**LATEST STORIES**


Pete Buttigieg reveals first thing he'll do now that he's out of a job (https://www.lgbtqnation.com/2025/01/pete-buttigieg-reveals-first-thing-hell-do-now-that-hes-out-of-a-job/)


Karine Jean-Pierre addresses daughter in tearful final White House briefing (https://www.lgbtqnation.com/2025/01/karine-jean-pierre-addresses-daughter-in-tearful-final-white-house-briefing/)


Nancy Mace demands Democrat define "woman" during completely unrelated hearing (https://www.lgbtqnation.com/2025/01/nancy-mace-demands-democrat-

Recently they've supported and piggy-backed off the QAnon conspiracy theorists to shiv politicians they deemed too liberal, but now Evangelical leaders are starting to discover what happens when you make a deal with the devil (https://www.rightwingwatch.org/post/the-qanon-conspiracy-theory-inevitably-turns-on-evangelicals/).

**Related: Lindsey Graham swears he'll go to "war" to defend Chick-fil-A from Catholic students (https://www.lgbtqnation.com/2021/07/lindsey-graham-swears-hell-go-war-defend-chick-fil-catholic-students/)**

QAnon is a conspiracy theory that the FBI has deemed a domestic terrorist threat. Its believers think that a shadowy international child-trafficking ring (https://www.lgbtqnation.com/2020/08/qanon-following-long-tradition-pedophilia-conspiracy-theories-used-minorities/) — run by Satan-worshipping Democrats, Hollywood elites, lizard-humanoids… and Tom Hanks — sexually abuse and torture kids in order to extract a psychedelic, youth-rejuvenating chemical from their victims' pituitary glands. QAnon has been linked to death threats against LGBTQ politicians and a 2016 shooting at Comet Ping Pong, a gay-owned pizzeria in Washington, D.C.



**Never Miss a Beat**

Subscribe to our newsletter to stay ahead of the latest LGBTQ+ political news and insights.

☑ Daily Brief (one each weekday)   ☑ Week in Review (one on the Weekend)
☑ Week in Good News (one on the Weekend)

**Sign Up**

Now that Donald Trump is out of office, the group has made thousands of predictions that he would be restored to the presidency – and a lot of the true believers were Evangelical "prophets." One of them, Johnny Enlow, is making a different prediction, warning that "many of our most famous pastors and Christian leaders are about to be exposed as sexual deviants, pedophiles and worse."

Madyson Marquette, a woman who says she is a former adult film actor, has stepped forward now to level allegations that turn the tables on the conspiracy theories fiercest supporters. She says she was sexually abused by Kenneth Copeland, T.D. Jakes, Rick Warren, and the late Billy Graham. She also claims that Joel Osteen was present at other pedophile "parties," but he "didn't do that stuff."

"I can tell you since I've started speaking, now more women have come forward," she said in a podcast with other QAnon believers. "I named Kenneth Copeland and another brave soul, she's like, 'Listen, I want to come forward, will you share my post?' And people went and attacked her on her post for coming forward. … The women do come forward and say, 'This happened to me, I have the evidence,' and and then you're gonna go attack them because you maybe were fooled by these pastors? The same thing with Tyler Perry, Greg Laurie, Rick Warren, all of these pastors trafficked me, and we've put them on a pedestal and made them gods."

"I say a million times over, Billy Graham and the ones that have trafficked and done things to me and that are doing it now. They have a demon inside them."

"People are like, 'Oh, yeah, his son is sick, but we don't believe you about Billy,'" Marquette said. "I'm like, 'Well, probably Franklin learned it from somewhere.'"

Graham, a fervent Trump acolyte, was so dedicated to Trump he compared Republicans who voted in favor of impeachment with the Christian disciple Judas Iscariot, who betrayed Jesus Christ.

QAnon believers have not partnered up with any international organizations that actually work to prevent child trafficking. God, apparently, did not want Trump to have a second term in office.



Madyson Marquette Claims She Was Sexually Trafficked By Evangelical Leaders
Right Wing Watch

01:59

**Don't forget to share:**  (/#facebook)  (/#reddit)  (/#bluesky)  (/#threads)  (/#copy_link)  (https://www.addtoany.com/share#url=https%3A%2F%2Fwww.lgbtqnation.com...accused-sexual-abuse%2F&title=Kenneth%20Copeland%2C%20T.D.%20Jakes%2C%20%26%20...)

📁 Bias Watch (https://www.lgbtqnation.com/bias-watch/)     🏷 Kenneth Copeland, Mike Pence, QAnon, Rick Warren

**Support vital LGBTQ+ journalism**

Reader contributions help keep LGBTQ Nation free, so that queer people get the news they need, with stories that mainstream media often leaves out. **Can you contribute today?**

| Once | Monthly | Annually |
|---|---|---|
| $10 | $25 | $50 |
| (https://buy.stripe.com/fZeeXG5Dv61v6rK8x6) | (https://buy.stripe.com/00g4j28PHcpTaI014F) | (https://buy.stripe.com/28oeXGc1T89D8zS9Bc) |

*Cancel anytime · Proudly LGBTQ+ owned and operated*

(https://www.lgbtqnation.com/2021/07/students-rally-cheer-coach-says-fired-hes-gay/)

(https://www.lgbtqnation.com/2021/07/joyful-new-documentary-senior-prom-revolutionary-portrayal-aging-queer/)

### Students rally for cheer coach who says he was fired because he's gay

### Joyful new documentary "Senior Prom" is a revolutionary portrayal of aging while queer

← PREVIOUS ARTICLE (HTTPS://WWW.LGBTQNATION.COM/2021/07/STUDENTS-RALLY-CHEER-COACH-SAYS-FIRED-HES-GAY/)

NEXT ARTICLE → (HTTPS://WWW.LGBTQNATION.COM/2021/07/JOYFUL-NEW-DOCUMENTARY-SENIOR-PROM-REVOLUTIONARY-PORTRAYAL-AGING-QUEER/)

## MORE ON LGBTQ NATION

 (https://www.lgbtqnation.com/2025/01/local-tv-cuts-off-man-who-tried-to-blame-la-fires-on-all-the-gay-people/)

### Local TV cuts off man who tried to blame LA fires on "all the gay people" (https://www.lgbtqnation.com/2025/01/local-tv-cuts-off-man-who-tried-to-blame-la-fires-on-all-the-gay-people/)

The reporter said his words were "unacceptable" and cut him off.

Friday, January 10, 2025

 (https://www.lgbtqnation.com/2025/01/conservatives-blame-la-wildfires-on-fire-chief-being-gay/)

### Conservatives blame LA wildfires on fire chief being gay (https://www.lgbtqnation.com/2025/01/conservatives-blame-la-wildfires-on-fire-chief-being-gay/)

They don't know what she did, but her being gay, they say, proves that she was a diversity hire.

Friday, January 10, 2025

(https://www.lgbtqnation.com/2025/01/anti-gay-activist-anita-bryant-dies-of-cancer-at-age-84/)

### Notorious anti-gay activist Anita Bryant died of cancer at age 84, survived by gay granddaughter (https://www.lgbtqnation.com/2025/01/anti-gay-activist-anita-bryant-dies-of-cancer-at-age-84/)

Her hateful rhetoric ruined her life and provided a blueprint for contemporary right-wing bigots.

Friday, January 10, 2025

(https://www.lgbtqnation.com/2025/01/jesse-watters-says-gays-are-nuts-to-feel-threatened-by-donald-trumps-win/)

### Jesse Watters says gays are "nuts" to feel threatened by Donald Trump's win (https://www.lgbtqnation.com/2025/01/jesse-watters-says-gays-are-nuts-to-feel-threatened-by-donald-trumps-win/)

Watters said that Trump will be "fair" as president, so LGBTQ+ people shouldn't worry about a thing.

Thursday, January 9, 2025

(https://www.lgbtqnation.com/2025/01/maga-supporters-crash-in-snow-while-singing-along-with-ymca/)

### MAGA supporters crash in snow while singing along with "YMCA" (https://www.lgbtqnation.com/2025/01/maga-supporters-crash-in-snow-while-singing-along-with-ymca/)

"God has cleared a path for us today," he said just before the car crashed.

Tuesday, January 9, 2025

## Never Miss a Beat

Subscribe to our newsletter to stay ahead of the latest LGBTQ+ political news and insights.

Your email 

☑ Daily Brief (one each weekday)
☑ Week in Review (one on the Weekend)
☑ Week in Good News (one on the Weekend)

**Sign Up**

**Lesbian Fox host melts down as Joe Biden says Donald Trump could learn about "decency"** (https://www.lgbtqnation.com/2025/01/lesbian-fox-host-melts-down-as-joe-biden-says-donald-trump-could-learn-about-decency/)

She said it proves that Biden is "mean" and a "bully" and a "jerk."
Thursday, January 2, 2025

**Christian conservatives rage at Winter Solstice celebrators: "THIS IS OUR SEASON, NOT YOURS"** (https://www.lgbtqnation.com/2024/12/christian-conservatives-rage-at-winter-solstice-celebrators-this-is-our-season-not-yours/)

It's intended to taunt a religious freedom organization.
Friday, December 20, 2024

**The Christian nationalist "TheoBros" have, uh, thoughts about antisemitism** (https://www.lgbtqnation.com/2024/12/the-christian-nationalist-theobros-have-uh-thoughts-about-antisemitism/)

"I hate Judaism but love Jews and wish them a very pleasant conversion to Christianity."
Friday, December 20, 2024

(HTTPS://WWW.LGBTQNATION.COM)

✉ (HTTPS://WWW.LGBTQNATION.COM/ABOUT LGBTQ/MAIL-LIST/)
f (HTTPS://FACEBOOK.COM/LGBTQNATION)
𝕏 (HTTPS://TWITTER.COM/LGBTQNATION)
📷 (HTTPS://INSTAGRAM.COM/LGBTQNATION

HOME (HTTPS://WWW.LGBTQNATION.COM/) · NEWS (HTTPS://WWW.LGBTQNATION.COM/NEWS/) · LIFE (HTTPS://WWW.LGBTQNATION.COM/LIFE/) · ELECTION (HTTPS://WWW.LGBTQNATION.COM/ELECTION/) · POLITICS (HTTPS://WWW.LGBTQNATION.COM/POLITICS/) · LGBTQ+ HISTORY (HTTPS://WWW.LGBTQNATION.COM/CHANNEL/LGBTQ-HISTORY/) · ON THE ROAD (HTTPS://WWW.LGBTQNATION.COM/ON-THE-ROAD/) · GOOD NEWS (HTTPS://WWW.T.GBTQNATION.COM/TAG/GOOD-NEWS/) · BIAS WATCH (HTTPS://WWW.LGBTQNATION.COM/BIAS-WATCH/) · COMMENTARY (HTTPS://WWW.LGBTQNATION.COM/COMMENTARY/)

https://www.lgbtqnation.com/2021/07/kenneth-copeland-t-d-jakes-rick-warren-accused-sexual-abuse/

Page 5 of 6

ABOUT US (/ABOUT-LGBTQ/) • CONTACT US (/CONTACT-US/) • PRIVACY POLICY (/PRIVACY/) • TERMS OF SERVICE (/TERMS-OF-SERVICE/) • Our other sites: GAYCITIES (HTTPS://WWW.GAYCITIES.COM/) • QUEERTY (HTTPS://WWW.QUEERTY.COM/) • INTO (HTTPS://INTOMORE.COM/) PRIVACY NOTICE FOR CALIFORNIA RESIDENTS (/PRIVACY-NOTICE-FOR-CALIFORNIA-RESIDENTS/)

© 2010 - 2025 LGBTQ Nation®, All Rights Reserved.

LGBTQ Nation is a registered trademark of Q.Digital, Inc., registered in the state of California.

(HTTPS://WWW.Q.DIGITA
*Proudly LGBT*
*Owned and Opera*

🏳️‍🌈
ADVERTISE WITH
(HTTPS://WWW.Q.DIGITA

Privacy - Terms