# Exhibit N

# THE NC BEAT

Raw, Uncut & Unfiltered

# Text messages surface of alleged 'POWER BOTTOM' Bishop T.D. Jakes being flirtatious with another man

| NEWS |

AUTHOR: Gerald Jackson | January 3, 2024

*A text message Bishop T.D. Jakes allegedly sent Prophet Manasseh Jordan in 2016.*

# Thomas Dexter Jakes, professionally known as Bishop T.D. Jakes allegedly sent his former mentee Manasseh Jordan a flirtatious text in the wee hours of the morning. The text message from 2016 was sent with a picture of Bishop T.D. Jakes.



*Sean 'Diddy' Combs laying his head on Bishop T.D. Jakes shoulder at Jakes 65th birthday party.*

Word on the Curb…the scandal involving **Bishop T.D. Jakes** continues, and it seems like the bishop's lies are starting to catch up with him very quickly. I wonder what the people who defended him will have to say about him texting another man around 2:33 in the morning on *May 26, 2016*. Will they start removing those social media posts defending him, or will they continue to praise the wrongdoer? We shall soon find out.

The disgraced pastor turned online vlogger, **Larry Reid**, has been on a mission to expose **Bishop T.D. Jakes** reputation just as his took a hit when **Tasha K** brought a young man onto her show, alleging that **Reid** had molested him. But despite **Reid's** direct criticism of **Bishop Jakes**, it appears that the vlogger has posted some text messages from **2016** that allegedly shed light on **Bishop T.D. Jakes** sexuality.

# 'Thinking of u'

They do say that freaks come out at night, and in fact, this text message was sent in the middle of the night to **Prophet Manessah Jordan**, a former mentee of **Bishop Jakes**

It seems that nobody was able to locate the first lady, **Serita Jakes**, when her husband allegedly sent a message to the young prophet **Manessah**. In the message, **Bishop Jakes** reportedly expressed that he was thinking of **Mannasseh**, with both of his fists clenched and his chest puffed out, looking straight into the camera.

**SIGN UP FOR OUR NEWSLETTER**

SUBSCRIBE

**Please read the text message below:**



*A text message Bishop T.D. Jakes allegedly sent Prophet Manasseh Jordan in 2016.*

It is unclear what **Manessah Jordan** replied back to **Bishop Jakes** because Pastor turned-vlogger **Larry Reid** did not provide that information. The authenticity of the text messages could be questioned, as it is now easy to manipulate a screenshot.



*Manasseh Jordan*

## 'You're awful quiet! How's it going?

In another text message, **Prophet Manasseh** and **Bishop Jakes** allegedly discussed his upcoming daytime talk show, "T.D." "Jakes," but it seems like the show was struggling and couldn't secure a third season. It has been off the air since *2017*, after airing in *September 2016*.



*Bishop T.D. Jakes address rumors at Christmas Eve Sunday service.*

During the conversation on *July 2, 2016*, at 10:59 p.m., **Bishop Jakes** allegedly sent a second text to **Prophet Manasseh**, saying,*"You're awful quiet! How's it going?"*. **Manasseh** responded the next day, but once again, **Larry** did not provide us with those text messages. It seems like **Larry** is trying to obtain something from **Bishop Jakes**, who knows.

### READ THE TEXT MESSAGE BELOW:

In another recent video, **Manasseh Jordan** stated that he would release the text messages between him and **Bishop Jakes** and discuss them with his audience to demonstrate how the prominent figure in the gospel allegedly sexually groomed him.

# WATCH THE VIDEO BELOW:

If you don't remember, a security guard who is allegedly on **Bishop Jakes'** security team named **Tyrone**, reportedly showed **William G. McCray III** of *Obnoxious Television* a picture of *The Potter's House Dallas* pastor in a thong whileholding a peach cobbler. **McCray** also stated that he saw a picture of **Bishop Jakes** lying chest down with his buttocks in the air on a *Harley Davidson* motorcycle that he reportedly bought for **Tyrone**.

If you are wondering, yes, according to **McCray**, **Tyrone** and **Bishop Jakes** were reportedly in a sexual relationship before **Tyrone** became upset because **Bishop Jakes** kicked him to the curb.