# THE NC BEAT
Raw. Direct & Unfiltered

20-Year-Old Man in Hillsborough
[ MORE ]



**North Carolina Uber Driver Fatally Shot by 18-Year-Old Dunn Teen in Benson**
[ MORE ]



**Suspect Arrested in Death of Heather Williams, Found Dead in Fayetteville Woods**
[ MORE ]



**60-Year-Old Wilson Man Accused of Killing 81-Year-Old Mother in Alleged Hammer Attack**
[ MORE ]



**North Carolina Man and Woman Arrested for Allegedly Setting House Fire That Killed Sneads Ferry Man**
[ MORE ]

---

**RELATED POSTS**

Former GA Langston Chapel Middle School Student Alleges Sexual Abuse by Teacher and Pastor Maurice Brantley
CHURCH DRAMA

Suspect Arrested in Death of Heather Williams, Found Dead in Fayetteville Woods
NEWS

Suspect still at Large After Fatal Shooting of Waffle House Employee in Lumberton, NC
NEWS

North Carolina Man Arrested for Allegedly Setting House Fire That Killed Sneads Ferry Man
NEWS

Durham Man Charged with Supporting ISIS and Attempting to Join Terrorist Group
NEWS

60-Year-Old Wilson Man Accused of Killing 81-Year-Old Mother in Alleged Hammer Attack
NEWS

# Victims come forward about Bishop T.D. Jakes, plans to file sexual assault lawsuits

CHURCH DRAMA • NEWS

AUTHOR **Gerald Jackson** | December 21, 2022 | 3 min. read

Thomas Dexter Jakes, professionally known as Bishop T.D. Jakes., to face sexual assault lawsuits following allegations that he sexually assaulted at least two victims. Bishop T.D. Jakes is the pastor of the Potter's House of Dallas.



**Bishop T.D. Jakes**, who are currently embroiled in a scandal, may have to address sexual assault allegations in court after one of his former mentees, **Manasseh Jordan**, stated in a recent video that victims of the alleged *'Prayer Bottom'* bishop are preparing to sue him.

The announcement comes after a viral TikTok video circulated on the internet, alleging that information had been turned over to the FBI by Sean 'Diddy' Combs, professionally known as 'Diddy'. The video claimed that Diddy's longtime partner, Cassie, who filed a lawsuit against Combs, which led the hip-hop mogul to settle the next day, gave information to the FBI and it included information about Bishop T.D. Jakes, who was said to have attended some of Diddy parties.

## Manasseh Jordan, a former mentee of Bishop T.D. Jakes, who claimed that the prominent Dallas pastor groomed him, stated that more victims have come forward and he has spoken with them.

It is no secret that **Manasseh Jordan** probably once laid his head upon **Bishop T.D. Jakes** shoulders, as we've seen in the photo floating around, with **Diddy**'s head resting on the shoulders of the Black Pope. It seems like **Manasseh** has finally found a way to escape from the hands of the enemy and is now using his platform to help other victims. In a YouTube video posted by **Manasseh** on Saturday, *December 30*, he discussed the new victims who have come forward against **Bishop T.D. Jakes**.

**SIGN UP FOR OUR NEWSLETTER**

[ Name here ]   SUBSCRIBE

*"JUST RECENTLY TODAY, I'VE HEARD FROM TWO OTHER VICTIMS THAT... IT'S JUST A LOT TO TALK ABOUT...THAT EXPERIENCED THE SAME THING THAT I EXPERIENCED", MANASSEH SAID IN THE VIDEO.*

## Manasseh Jordan alleges that two victims he spoke with was allegedly groomed and sexually assaulted by Bishop T.D. Jakes



In the video, **Manasseh** continued and alleged that the two victims he spoke with talked to him about the grooming allegedly carried out by **Bishop T.D. Jakes**. He said the victims told him that **Bishop Jakes** had also allegedly sexually assaulted them.

*"TWO OF THE OFFENDERS WERE NOT ONLY A VICTIM OF GROOMING AS WHAT I DESCRIBED IN SOME OF MY PREVIOUS VIDEOS, BUT OF SA...SEXUAL ASSAULT, MANASSEH JORDAN SAID. "FROM THE SAME PREDATOR THAT GROOMED ME AND VIOLATED ME AS A MAN. THEY'RE GOING TO BE PRESSING CHARGES."*

WATCH THE VIDEO BELOW:

**Bishop T.D. Jakes** has denied the **Diddy** party allegations but has not yet spoken about the recent allegations published by **Manasseh Jordan**.

TAGS   BISHOP T.D. JAKES   BISHOP T.D. JAKES VICTIM   MANASSEH JORDAN   THE POTTERS HOUSE OF DALLAS

**LEAVE A REPLY**

[ Name* ]   [ Email* ]   [ Website ]

☐ Save my name, email, and website in this browser for the next time I comment.

[ Comment... ]

POST COMMENT

---

PREVIOUS ARTICLE
Mother upset after her daughter was charged with assaulting a white man who assaulted her first in a North Carolina mall

NEXT ARTICLE
Florida woman has about why she was banned from hospital, court documents show she was denying her husband life-saving measures

POPULAR ARTICLES

Former GA Langston Chapel Middle School Student Alleges Sexual Abuse by Teacher and Pastor Maurice Brantley

Suspect Arrested in Death of Heather Williams, Found Dead in Fayetteville Woods

Suspect still at Large After Fatal Shooting of Waffle House Employee in Lumberton, NC

North Carolina Man and Woman Arrested for Allegedly Setting House Fire That Killed Sneads Ferry Man

Durham Man Charged with Supporting ISIS and Attempting to Join Terrorist Group

**GERALD JACKSON**
https://www.instagram.com/longer/

Hi, my name is Gerald Jackson. I was born and raised in Troy, Alabama. I currently reside in North Carolina. I am a journalist, influencer, Content Creator, and a Man of Faith! I don't shy away from the truth, always speak my mind, and before I take anything back, I'll add more to it. Follow me on my social media below to keep up with my personal life. LOL!

---

# THE NC BEAT

ABOUT US   DISCLAIMER   CONTACT   OUR PRIVACY POLICY

**ABOUT US**

Stay up to date with the latest trending news, celebrity gossip, and crime stories in North Carolina on The North Carolina Beat!

**LATEST ARTICLES**

Former GA Langston Chapel Middle School Student Alleges Sexual Abuse by Teacher and Pastor Maurice Brantley
CHURCH DRAMA   January 16, 2025

Suspect Arrested in Death of Heather Williams, Found Dead in Fayetteville Woods
NEWS   January 16, 2025

Suspect still at Large After Fatal Shooting of Waffle House Employee in Lumberton, NC
NEWS   January 16, 2025

**MOST POPULAR**

NC Teen Keyon Cameron, 19, Arrested for Double Murder of 16-Year-Old Girl and 20-Year-Old Man in Hillsborough
NEWS   January 15, 2025

North Carolina Uber Driver Fatally Shot by 18-Year-Old Dunn Teen in Benson
NEWS   January 15, 2025

Suspect Arrested in Death of Heather Williams, Found Dead in Fayetteville Woods
NEWS   January 16, 2025

© 2024 The North Carolina Beat. All Rights Reserved