# Exhibit T



# Incident Report

**PITCAIRN BOROUGH POLICE DEPARTMENT**
609 BROADWAY
PITCAIRN, PA 15140

Phone: (412)372-6505    Fax: (412)373-1020

| | |
|---|---|
| Municipality | PITCAIRN BOROUGH (453) |
| Report Type | INCIDENT / OFFENSE |
| Location | 439 PATTON ST - WILMERDING 15148 |

Incident #: **20241127M2326**
Reference #:

Landmark:
Premise:

**Criminal Code**
Title :
Section :
Sub-Section :
Description :

Point of Entry:
Meth. of Entry:
Patrol Zone:      Grid
Reported: **11/27/2024 @ 18:00 (Wed)**
Discovered: @
Last Secure: @
Received:           Dispatched
Arrived:            Cleared
Status:
Disposition:
Clear Date: **11/27/2024**
Badge: **14A1 - SCOTT FARALLY**

**UCR Codes**
2410   HARASSMENT BY COMMUNICATION

---

Investigating Officer    Signature    Date        Approving Officer    Signature    Date

PITCAIRN BOROUGH POLICE DEPARTMENT
Printed by: SCOTT FARALLY (12/05/2024 08:16:26 AM)

## Persons Involved

**JAKES, JERMAINE D**  |  Arrest Date :  |  Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| SUSPECT | 2410 HARASSMENT BY COMMUNICATION | | |

Alias
Age-DOB   - / /
Race
Sex
Ethnicity
Marital Stat
Residency
SSN
Gang
Tattoo
Clothing
GBM Id
 -Entered   / /
 -Released  / /
OLN/State  /
Injury

Height
Weight   0
Hair
Eyes
Build
Complex.

Home Addr
Home Ph #
Work Ph #
Cell Ph #
Other Ph #
E-Mail
Employer

Occupation
Addl Addr   None

No Photo

---

**YOUNGBLOOD, DUANE**  |  Arrest Date :  |  Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| REPORTING PARTY | 2410 HARASSMENT BY COMMUNICATION | | |

Alias
Age-DOB   - / /
Race          BLACK
Sex           MALE
Ethnicity     NON-HISPANIC
Marital Stat
Residency
SSN
Gang
Tattoo
Clothing
GBM Id
 -Entered   / /
 -Released  / /
OLN/State  /
Injury

Height
Weight   0
Hair
Eyes
Build
Complex.

Home Addr   439 PATTON ST
            WILMERDING, PA 15148
Home Ph #
Work Ph #
Cell Ph #
Other Ph #
E-Mail
Employer

Occupation
Addl Addr   None

No Photo

---

## Main Narrative
### SCOTT FARALLY (14A1)

On 11/27/2024 @ 18:00hrs, I received a walk in complaint at the station pertaining to an harassment by communication report. The complainant was a Mr. Duane Youngblood whom resides at 439 Patton Street in Wilmerding. Mr. Youngblood stated that he is being harassed by a person after he conducted an interview on Youtube. Mr. Youngblood stated that he was talking about an incident pertaining to something that when he was 19 y/o, when a Mr. Jermaine D Jakes made the statement, " You might be in dangerous territory Duane.... just b careful" ( Nov 3@ 2:59 am) . Mr. Youngblood did feel that this seemed to be harassing since the statement was actually made directly to him from the person he was talking about in the interview. Mr. Youngblood stated that he wanted to file a report and have it on file for himself, and his attorney. I did advise him that a report will be filed and available upon request.  10-8