IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DEXTER JAKES,<br><br>vs.<br><br>DUANE YOUNGBLOOD,<br>JOHN DOE 1,<br>JOHN DOE 2,<br>JOHN DOE 3,<br>JOHN DOE 4,<br>JOHN DOE 5,<br>JOHN DOE 6,<br>JOHN DOE 7,<br>JOHN DOE 8,<br>JOHN DOE 9, and<br>JOHN DOE 10,<br><br>                 Defendants. | Case No. 2:24-CV-1608-WSS<br><br><br>**DECLARATION OF DERRELLE JANEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

**DERRELLE JANEY,** being duly sworn, states as follows:

1. I am an attorney admitted to practice in the State of New York and admitted Pro Hac Vice in this matter on November 27, 2024, and a Partner at the Janey Law Firm P.C., attorney for Plaintiff Thomas Dexter Jakes in the above-captioned case. I submit this declaration in support of Plaintiff's opposition to defendant's motion to dismiss.

2. In particular, I make this declaration to transmit to this Court the **Expert Declaration of Nicholas G. Himonidis** offered by Plaintiff to authenticate the two podcast videos at issue in this case attached hereto as **Exhibit 28** and the authenticated videos as follows**:**

    a. **Exhibit 29:** "10.28.24 Larry Reid Live INTERVIEWS Duane Youngblood: 'The Abused become the Abuser,'"

b.  **Exhibit 30:** "11.3.24 – Pt. 2 – Larry Reid INTERVIEWS Duane Youngblood: 'The Abused became The Abuser.'"

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 14, 2025

>Respectfully Submitted,
>
>By: /s/ Derrelle M. Janey
>   Derrelle M. Janey
>The Janey Law Firm P.C.
>111 Broadway, Suite 701
>New York, NY 10006
>(646) 289-5276
>djaney@thejaneylawfirm.com
>
>*Counsel for Plaintiff Bishop T.D. Jakes*