# Exhibit 1

||||||||||||||||||||||||||||

# Commonwealth of Pennsylvania

vs

## DUANE ERIC YOUNGBLOOD

CC No.   CC200604961

O.T.N. No.   G 308225-1

B.C.I. No.   267210

S.I.D. No.   23648725

Race   Black

Sex   Male

SS #   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

D.O.B.   12/29/1966

**Offense Date**   08/01/2002

**Filed Date**   01/30/2006

**Pre-Trial Date**   06/21/2006

**180/365 Dates**   07/29/2006 / 01/30/2007

**F / A Date**   08/17/2006

**Judge**

**Reporter**

**Minute Clerk**

**A.D.A.**

Count 2: 183124.1: SEXUAL ASSAULT

and now, MAR - 3 2008, ADA Ditka
moves to ▓▓▓▓▓▓▓
from this information

E..DIE: motion granted.

By the Court,
Cashman.

Date: _____ MAR - 3 2008 ____ 20 ____

Courtroom No. _____

Before _David R. Cashman___ Judge

_____ J. Ditka _____ Trial A.D.A.

_____ Carsia _____ Def. Attorney

_____ S. Lloyd _____ Court Reporter

The Defendant present in open court with counsel,
pleads guilty to the preferred charges

in the within information.

Record verified by: Joseph A. Panucci Jr.

IN THE COURT OF COMMON PLEAS
COUNTY OF ALLEGHENY
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

VS.

DUANE ERIC YOUNGBLOOD

Criminal Action No.  CC200604961

The District Attorney of ALLEGHENY County, by this information charges that  on (or about) Thursday, the 1st day of August, 2002, through on (or about) Saturday, the 30th day of November, 2002 in the said County of ALLEGHENY, DUANE ERIC YOUNGBLOOD hereinafter called actor, did commit the crime or crimes indicated herein, that is:



| Count 2 | SEXUAL ASSAULT | Felony 2 |

The actor engaged in sexual intercourse or deviate sexual intercourse with John Doe without his or her consent, in violation of Section 3124.1 of the Pennsylvania Crimes Code, Act of December 6, 1972, 18 Pa C.S. §3124.1, as amended.



Page 1 of 2

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_____
Attorney for the Commonwealth
Stephen A. Zappala, Jr.

CC No. CC200604961

COMMONWEALTH OF PENNSYLVANIA

      vs

DUANE ERIC YOUNGBLOOD

### RECEIPT OF COPY OF INFORMATION

    I hereby certify that I have received a copy of the information filed by the District Attorney in the above-captioned action.

/ /    DEFENDANT

/ /    DEFENDANT'S COUNSEL OF RECORD

         X _Bruce A. Carsia /AH4_
              SIGNATURE

         _8 - 17 -06_
              DATE

Commonwealth of Pennsylvania

v.

Duane Eric Youngblood

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

DOCKET NO:        CP-02-CR-0004961-2006
DATE OF ARREST:
OTN:              G 308225-1
SID:              236-48-72-5
DOB:              12/29/1966

# PROBATION VIOLATION ORDER OF SENTENCE

AND NOW, this 8th day of June, 2015, the defendant previously having been convicted in the above-captioned case is hereby sentenced by this Court as follows. (Violation costs waived)

**Count 2** - 18 § 3124.1 - Sexual Assault (F2)

To be confined for a minimum period of 54 Month(s) and a maximum period of 108 Month(s) at SCI CH .

The following conditions are imposed:

Megan's Law Registration - TIER 3 - Lifetime Registration: SORNA registration required for lifetime.



LINKED SENTENCES:
Link 1
CP-02-CR-0004961-2006 - Seq. No. 2 (18§ 3124.1 §§) - Confinement is Consecutive to
CP-02-CR-0010522-2014 - Seq. No. 1 (18§ 6301 §§ A1ii) - Confinement

The defendant shall pay the following:

|  | Fines | Costs | Restitution | Crime Victim's Compensation Fund - Victim / Witness Services Fund | Total Due |
|---|---|---|---|---|---|
| Amount: | $0.00 | $3,514.64 | $0.00 | $60.00 | $3,574.64 |
| Balance Due: | $0.00 | $2,550.64 | $0.00 | $0.00 | $2,550.64 |

The defendant shall receive credit for time served as follows:

| Confinement Location | Start Date | End Date | Days Credit |
|---|---|---|---|
| Allegheny County Jail | 07/14/2014 | 03/09/2015 | 239 |
| **Total** | | | **239** |

By The Court,

Anthony J.

CPCMS 2066

Printed: 06/08/2015  1:01:24PM

| DC-300B (PART I)<br>Rev. 12/05 | **Probation Revocation**<br><br>COURT COMMITMENT<br>STATE OR COUNTY CORRECTIONAL INSTITUTION<br>Commonwealth of Pennsylvania<br>v.<br>Duane Eric Youngblood | Type or Print Legibly<br><br>COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS<br>BOX 8837 CAMP HILL, PA    17001-0598<br>Attn: Central Office Records<br>[X] DC-300B (PART II) Attached |
|---|---|---|

| COMMITMENT NAME:  Youngblood, Duane Eric | | | | COURT OF INITIAL JURISDICTION [ ]  COMMON PLEAS [X] |
|---|---|---|---|---|

| SEX | DATE OF BIRTH | SID | OTN | COMMITTING COUNTY: Allegheny |
|---|---|---|---|---|
| [ ] F [X] M | 12/29/1966 | 236-48-72-5 | G 308225-1 | COURT NUMBER AND TERM: 0004961-2006  Ct. 2 |

| MANDATORY SENTENCE | BOOT CAMP RECOMMENDED | COUNTY REFERENCE #: |
|---|---|---|
| [ ] Yes  [X] No | [ ] Yes  [X] No | SEX OFFENDER CLASS: |

| The above defendant after | [X] Pleading Guilty | [ ] Nolo Contendere | [ ] Alford Plea | [ ] Being Found Guilty | [ ] GBMI |
|---|---|---|---|---|---|

was on **06/08/2015**, sentenced by **David R. Cashman** to **Confinement** for a term of A minimum period of 54 Month(s) and a maximum period of 108 Month(s), or Other for the offense of Sexual Assault (Section 18 § 3124.1 of the Crimes and Offenses Code). It is further ordered that the said defendant be delivered by the proper authority to and treated as the law directs at the SCI Camp Hill facility located at 2500 Lisburn Road PO Box 8837 Camp Hill, PA 17001.

| RECIDIVISM RISK REDUCTION INCENTIVE (RRRI): RRRI Ineligible _____ Year(s), _____ Month(s), _____ Days(s) |
|---|

| Fine:<br><br>Amount $0.00<br>Balance $0.00 | Cost:<br><br>Amount $3,514.64<br>Balance $2,550.64 | Restitution:<br><br>Amount $0.00<br>Balance $0.00 | Crime Victim's Compensation Fund -<br>Victim/Witness Services Fund:<br>Amount $60.00<br>Balance $0.00 |
|---|---|---|---|

| CREDIT FOR TIME SERVED (EXPLANATION OF CREDIT COMPUTATION ON PAGE TWO)<br>239 Days | EFFECTIVE DATE OF SENTENCE |
|---|---|

| THIS SENTENCE IS CONCURRENT WITH: |
|---|
| THIS SENTENCE IS CONSECUTIVE TO: <-- See Supplemental Page --> |

| PROSECUTING ATTORNEY:<br>Laura Ann Ditka | DEFENSE ATTORNEY:<br>Milton E. Raiford |
|---|---|

DISPOSITION ON NON-INCARCERATION OFFENSE(S): (THIS BLOCK NOT TO BE USED FOR INCARCERATION OFFENSE)

(SEAL)

In witness, whereof, I have hereunto set my hand and seal of said court, this ____ day of _____
20 __

AUTHORIZED SIGNATURE

The sentence for Youngblood, Duane Eric was computed as follows:

| Date of Sentence | County or Magisterial District | Court Number and Term | Type Sentence | Minimum | | | Maximum | | | Judge or Magisterial District Judge | OTN (Include Alpha Suffix) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yrs. | Mos. | Days | Yrs. | Mos. | Days | | |
| 06/08/2015 | Allegheny | 0004961-2006 | Ct 2 Conf. | 0 | 54 | 0 | 0 | 108 | 0 | David R. Cashman | G 308225-1 |
| | | | Total Sentence | | | | | | | | |

**Credit for Time Served**

| Locked Up (Location) | Dates | | No. of Days |
|---|---|---|---|
| | From | To | |
| Allegheny County Jail | 07/14/2014 | 03/09/2015 | 239 |
| | | Total | 239 |

| All Detainers Must Be Attached To This Form | | Total Number Of Detainers Attached | |
|---|---|---|---|
| Dated | Indict - Warrant Nos. | Remarks | |
| | | | |
| | | | |
| | | | |
| | | | |

**Recommendations of the Court**

Ct. 2      Confinement Conditions:  Megan's Law Registration - TIER 3 - Lifetime Registration: SORNA registration required for lifetime.

**The Following Additional Reports are Attached**

[X] Continuation Sheet (DC-300B, Part II)
[ ] Arrest Report
[ ] FBI
[ ] Pre / Postsentence Investigation
[ ] Behavior Clinic
[ ] PSP
[ ] Sentencing Sheet
[ ] Sentencing Guidelines
[ ] Statement of Costs
[ ] Sentence Order
[ ] Criminal Complaint

**The Following Additional Reports will be Forthcoming**

[ ] Arrest Report
[ ] Presentence or Postsentence Investigation

| DC-300B (PART II)<br>Rev. 12/05<br><br>COURT COMMITMENT<br>CONTINUATION SHEET<br>STATE OR COUNTY CORRECTIONAL INSTITUTION<br>Commonwealth of Pennsylvania<br>v.<br>Duane Eric Youngblood | Type or Print Legibly<br><br>COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS<br>BOX 8837 CAMP HILL, PA      17001-0598<br>Attn: Central Office Records |
| --- | --- |

**LINKED SENTENCES:**

　　**Link 1**

　　　　CP-02-CR-0004961-2006 - Seq. No. 2 (18§ 3124.1 §§) - Confinement is Consecutive to
　　　　CP-02-CR-0010522-2014 - Seq. No. 1 (18§ 6301 §§ A1ii) - Confinement

DC-300B (PART II)
Rev. 12/05

COURT COMMITMENT
CONTINUATION SHEET
STATE OR COUNTY CORRECTIONAL INSTITUTION
Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

Type or Print Legibly

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
BOX 8837 CAMP HILL, PA      17001-0598
Attn: Central Office Records

**Case Assessment Summary**

| Offense No | Statute Description | Fines | Costs | Restitution | CVC |
|---|---|---|---|---|---|
| 2 | Sexual Assault | $0.00 | $3,341.00 | $0.00 | $60.00 |
|  | Non-offense related | $0.00 | $173.64 | $0.00 | $0.00 |
|  | Total Ordered: | $0.00 | $3,514.64 | $0.00 | $60.00 |
|  | Amount Paid: | $0.00 | -$964.00 | $0.00 | -$60.00 |
|  | Total Due: | $0.00 | $2,550.64 | $0.00 | $0.00 |

CPCMS 2116              CP-02-CR-0004961-2006              4              Printed: 06/08/2015  1:05:13PM

File Copy

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



## Itemized Account of Fines, Costs, Fees, and Restitution

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

Duane Eric Youngblood
928 WILLIAM PENN COURT
WILKINSBURG, PA  15221

Docket No:     CP-02-CR-0004961-2006

### Assessments to be paid by Duane Eric Youngblood

Costs/Fees

| | Distribution Account | Assessment Balance |
|---|---|---|
| Voucher Fee (Allegheny) | CTY - 02 | $3.84 |
| Voucher Fee (Allegheny) | CTY - 02 | $3.84 |
| Voucher Fee (Allegheny) | CTY - 02 | $4.12 |
| Voucher Fee (Allegheny) | CTY - 02 | $4.40 |
| Dept of Records - Conviction (Allegheny) | ALLEGHENY CO TREASURER - 10% | $15.00 |
| Dept of Records - Conviction (Allegheny) | ALLEGHENY CO TREASURER - CC | $135.00 |
| State Court Costs (Act 204 of 1976) | COMM - COST | $11.09 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $16.64 |
| County Court Cost (Act 204 of 1976) | CTY | $24.27 |
| Crime Victims Compensation (Act 96 of 1984) | COMM - CVC | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | COMM - DVC | $10.00 |
| Victim Witness Service (Act 111 of 1998) | COMM - VWS | $0.00 |
| Firearm Education and Training Fund | COMM - FETA | $5.00 |
| Judicial Computer Project | COMM - JCP | $0.00 |
| ATJ | COMM - ATJ | $0.00 |
| DNA Detection Fund (Act 185-2004) | COMM - DNA | $250.00 |
| Use of County (Conviction) (Allegheny) | CTY - 02 | $4.00 |
| Scanning Fee/Automation (Allegheny) | ALLEGHENY CO TREASURER - 00 | $5.00 |
| District Attorney (Conviction) (Allegheny) | CTY - 02 | $25.00 |
| Law Library User Fee (Allegheny) | CTY - 02 | $3.51 |
| DCR Civil Judgment Fee (Allegheny) | ALLEGHENY COUNTY PROTHY | $30.00 |
| OSP (Allegheny/State) (Act 35 of 1991) | ALLEGHENY CO TREASURER - SUP | $998.21 |
| OSP (Allegheny/State) (Act 35 of 1991) | COMM - PROB | $998.21 |
| Child Care Facility Fee (Allegheny) | ALLEGHENY CO TREASURER - DC | $3.51 |
| Dept of Records - Conviction (Allegheny) | ALLEGHENY CO TREASURER - CC | $180.00 |
| Dept of Records - Conviction (Allegheny) | ALLEGHENY CO TREASURER - 10% | $20.00 |
| District Attorney (Conviction) (Allegheny) | CTY - 02 | $25.00 |
| Use of County (Conviction) (Allegheny) | CTY - 02 | $4.00 |
| | | $2,779.64 |

| | |
|---|---|
| Balance Due: | $2,779.64 |

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.

Crim. Div. Form 33
Rev. February 2004

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA :       CRIMINAL DIVISION

vs.

_Dorene Youngblood_ :                 CC No. _200604961_

# GUILTY PLEA
## EXPLANATION OF DEFENDANT'S RIGHTS

You or your attorney have indicated to the officers of this Court that you wish to plead guilty to certain specific criminal charges which the Commonwealth of Pennsylvania has brought against you.

In order to have your plea accepted by this Court here today, you must waive your right to confront the prosecution witnesses against you and agree to permit the Attorney for the Commonwealth to summarize the Commonwealth's evidence against you. You must agree to stipulate to the authenticity and accuracy of any Crime Laboratory reports presented by the Commonwealth and to the chain of custody of any of the Commonwealth's evidence involved in your case.

You must fully understand that your plea must be voluntary and no clemency is being promised in exchange for your plea, with the exception of any plea bargain or arrangement previously agreed to between your attorney and the Assistant District Attorney assigned to your case.

By pleading guilty to any charge, you are admitting that you committed that offense. The Commonwealth would not have to prove each and every element of the crimes with which you are charged as would be required in a jury or non-jury trial.

Please be advised that you must fully understand that the Constitution of the United States of America and the Constitution of the Commonwealth of Pennsylvania give to you an absolute right to have a trial by jury.

Defendant's
initials

If you intend to waive your Constitutional right to a trial by jury, please answer all the questions on this form. Most of the questions are designed to be answered "yes" or "no." Where general information is requested, please answer the question as fully as possible.

If you do not understand the question, you should say so in writing on this form. You should also tell your lawyer and the judge who hears your case so they can explain it to you. You must fully understand all of your rights before your plea can be accepted by the judge.

**You should initial each page at the bottom after you have read, understood and completed your answers to the questions on that page. When you have finished all of the questions, you must sign the form at the end.**

1. What is your full name? _Duane Youngblood_

2. How old are you today? _41_

3. How far did you go in school? _Post - Grad_

4. Can you read, write and understand the English language? ☑Yes ☐No

5. Do you understand that if you have been charged with more than one offense, the court may impose a separate, or consecutive, sentence for each offense? ☑Yes ☐No

6. Have you discussed with your attorney the elements of each charged offense? ☑Yes ☐No

7. Have you discussed with your attorney the factual basis of each charged offense? ☑Yes ☐No

8. Have you discussed with your attorney how the facts in your case prove the elements of each charged offense? ☑Yes ☐No

9. Do you understand that both the Constitution of the United States of America and the Constitution of the Commonwealth of Pennsylvania give you an absolute right to a trial by jury? ☑Yes ☐No

10. Do you understand that if you want a jury trial, you would take part in the selection of the jury along with your attorney and with the Assistant District Attorney assigned to prosecute your case? ☑Yes ☐No

11. Do you understand that you and your attorney and the Assistant District Attorney assigned to prosecute your case would select a jury from a panel of jurors randomly picked by computer from the voter registration lists and other legally approved lists of citizens of Allegheny County? ☑Yes ☐No

2

_D.Y_
Defendant's
initials

12. Do you understand that both the defense and prosecution would have the right to "challenge" members of the jury panel and that this means you and the prosecution would have the right to keep certain persons on the jury panel from being a member of the jury in your case? ☑ Yes        ☐ No

13. Both you and the prosecution would have as many challenges "for cause" as the court would approve. "For cause" means a good reason why the challenged person could not be an impartial juror in your case.
Do you fully understand this? ☑ Yes        ☐ No

14. Both you and the prosecution would each also have a number of "peremptory challenges." A "peremptory challenge" is one in which no reason has to be given to prevent a prospective juror from being a member of your jury. If you are charged with felonies, both you and the prosecution each have seven "peremptory challenges." If you are charged only with misdemeanors, both you and the prosecution each have five "peremptory challenges." Do you fully understand this? ☑ Yes        ☐ No

15. All twelve members of the jury finally selected would have to be satisfied that the Commonwealth had proven your guilt beyond a reasonable doubt on each charge; that is, the vote of all twelve must be guilty before you could be found guilty? Do you fully understand this? ☑ Yes        ☐ No

16. You also may choose to be tried before a judge without a jury in what is called a "non-jury" trial and that the judge, in addition to ruling on legal questions and defining the law as in jury trials would also sit as a trier of fact, much like a jury does in a jury trial; and it would be the judge who determines from the evidence presented whether the Commonwealth has proven you guilty beyond a reasonable doubt. Do you fully understand this? ☑ Yes        ☐ No

17. In either the jury trial or non-jury trial before a judge, you enter the courtroom clothed with the presumption of innocence and that presumption remains with you until such time, if ever, that a jury in a jury trial or judge in a non-jury trial, would find you guilty beyond a reasonable doubt. Do you fully understand this?
☑ Yes        ☐ No

18. In either a jury trial or in a non-jury trial before a judge, it is the burden of the Commonwealth to prove you guilty "beyond a reasonable doubt," and to do this the Commonwealth must prove each and every element of the crime or crimes with which you are charged "beyond a reasonable doubt" to the satisfaction of all twelve jurors in a jury trial or to the satisfaction of the judge in a non-jury trial. Do you fully understand this? ☑ Yes        ☐ No

19. A reasonable doubt is an honest doubt arising from the evidence presented or from the lack of evidence and it is the kind of doubt that would cause a reasonable, prudent person to pause or to hesitate before acting in a matter of the highest personal importance. Do you fully understand this?
☑ Yes        ☐ No

3

Defendant's
initials

20. In either a jury trial or a non-jury trial before a judge, you have the absolute right to remain silent and need not present any evidence in your own behalf and there is no burden placed on you to prove your own innocence or, for that matter to prove anything since the burden is always on the Commonwealth to prove you guilty beyond a reasonable doubt. Do you fully understand this?
☑ Yes        ☐ No

21. However, in either a jury trial or a non-jury trial before a judge, you have the right, if you so desire, to testify and to have witnesses testify on your behalf and you would have the right to present any relevant evidence which you believe would tend or help to prove your innocence and to challenge the evidence and testimony presented by the prosecution. You also would have the right, either yourself or through your attorney, to cross-examine or question any witnesses presented by the Commonwealth in order to test their credibility and the truthfulness of their testimony. Do you fully understand this? ☑ Yes        ☐ No

22. By pleading guilty, you are giving up all of these rights described in the previous questions. Do you fully understand this? ☑ Yes        ☐ No

23. When you plead guilty, the Commonwealth would not have to prove each and every element of the crime or crimes with which you are charged by the presentation of witnesses and/or other evidence but the Assistant District Attorney could simply present a summary of the evidence against you.
Do you fully understand this? ☑ Yes        ☐ No

24. By pleading guilty, you are admitting you committed the crime. You are stating that you do not challenge or dispute the charges against you. Do you fully understand this? ☑ Yes        ☐ No

25. By pleading guilty, you give up the right not only to file pretrial motions, but also you abandon or give up any pretrial motions already filed and not yet decided and any pretrial motions in which decisions were already made. Do you fully understand this?
☑ Yes        ☐ No

26. Do you understand that by pleading guilty, you also give up the right to present or assert any defenses on your behalf? ☑ Yes        ☐ No

These defenses might include alibi, self-defense, mental infirmity, or insanity. Have you discussed with your attorney why these defenses are not available in your case?
☑ Yes        ☐ No

27. If you were convicted after a jury trial or non-jury trial before a judge, you could appeal the verdict to the appellate courts and raise any errors that were committed in the trial court and this could result in a new trial or a dismissal. By pleading guilty, you are giving up this right. Do you fully understand this?
☑ Yes        ☐ No

4

Defendant's
initials

28. Do you fully understand that if you were convicted after a jury trial or a non-jury trial before a judge, you could challenge in this Court and in the appellate courts whether the Commonwealth had presented enough evidence to prove you guilty beyond a reasonable doubt? ☑ Yes    ☐ No

29. By pleading guilty, you give up certain rights of appeal; in a jury trial or a non-jury trial before a judge, you would have the right to appeal any errors that might arise in your case to the appellate courts. However, when you plead guilty, you limit the grounds for those appeals to four specific reasons:

    (1)  that this Court did not have jurisdiction in your case.  With rare exception, this Court only has jurisdiction where the crime was committed in Allegheny County;

    (2)  that the sentence or probation imposed by this Court is illegal;

    (3)  that your plea was not knowingly, intelligently, and voluntarily made; and

    (4)  the incompetence or ineffectiveness of the attorney who represents you.

    All other grounds for appeal are given up.  Do you fully understand this?
    ☑ Yes    ☐ No

30. In order to raise a claim on direct appeal that your attorney was ineffective or incompetent, it is necessary for you to first raise that claim in a post sentence motion, filed within ten (10) days of your sentencing. Otherwise, you cannot challenge the competence of your attorney until the post conviction stage.

    Do you understand this? ☑ Yes    ☐ No

31. Do you understand that you have the right to file a motion seeking to withdraw your guilty plea at any   time prior to the date of sentencing? ☑ Yes    ☐ No

32. Do you understand that you must be sentenced within ninety (90) days of the date of the entry of your plea of guilty? ☑ Yes    ☐ No

33. Do you understand you have the right within ten (10) days after you have been sentenced to file a motion seeking to withdraw your guilty plea?
    ☑ Yes    ☐ No

34. If you were to file a motion seeking to withdraw your plea of guilty, either prior to sentencing or within ten (10) days after sentencing, that motion must be filed in writing.  If you would fail to do so within these time periods, you would forever give up those rights. Do you fully understand this? ☑ Yes    ☐ No

35. In order to appeal your conviction that results for your plea of guilty, you must file in writing your motion seeking to withdraw your plea, either prior to sentencing or within

Defendant's
initials

ten (10) days after sentencing and state one or more of the four (4) grounds listed below as the basis for a motion seeking to withdraw your plea:

> (a) Your plea was not knowing, intelligent and voluntary;
> (b) That your crime was not committed within the jurisdiction of this Court, i.e. not committed within Allegheny County;
> (c) That the sentence of this Court is illegal; and/or,
> (d) That your attorney was ineffective and incompetent.

If you do not file this motion within the proscribed time limits, you will have given up this right. Do you fully understand this? ☑ Yes    ☐ No

36. If your motion seeking to withdraw your plea of guilty, which is filed prior to sentencing, is denied you would have ten (10) days from the date of sentencing to file with this Court a post-sentencing motion challenging the denial of your motion to withdraw your plea of guilty. Do you fully understand this?
☑ Yes    ☐ No

37. Following the imposition of sentence upon you for your entry of a plea of guilty, you have the right to file post-sentencing motions with this Court which include;

> (e) a motion challenging the validity of a plea of guilty;
> (f) a motion challenging the denial of a motion seeking withdrawal of a plea of guilty;
> (g) a motion to modify sentence.

Do you fully understand these rights? ☑ Yes    ☐ No

38. If you would file any post-sentencing motions, those motions must be decided by this Court within one hundred twenty (120) days of the date of the filing of said motions, or within one hundred fifty (150) days of the date of filing of those motions if you sought and were granted a thirty (30) day extension, which extension only you can request? Do you fully understand this?
☑ Yes    ☐ No

39. If your post-sentencing motions are not decided within one hundred twenty (120) days of the date of filing, or within one hundred fifty (150) days of the date of filing, if you sought and received a thirty (30) day extension, then said motions are deemed to have been denied by operation of law and cannot be reconsidered by this Court. Do you fully understand this? ☑ Yes    ☐ No

40. If this court would deny your post-sentencing motion within either the one hundred twenty (120) or one hundred fifty (150) day time periods, you would have the right to file with this Court a motion to reconsider the denials of your post-sentencing motions; however, any motion to reconsider the denial of post-sentencing motions must be filed by you and decided by this Court within either the one hundred twenty (120) or one hundred fifty (150) time limits. If such a motion to reconsider the denial of post-

Defendant's
initials

sentencing motion is not filed by you or, if filed, not decided by this Court within the one hundred twenty (120) or one hundred fifty (150) day time limits, then any appellate rights that you have begin to run from the last day of either time limit. Do you fully understand this?
☑ Yes     ☐ No

41. Should your post-sentencing motion be denied by this Court or by operation of law, you will receive, either from this Court or from the Clerk of Courts, an order of court advising you of your appellate rights, the right to assistance of counsel, if indigent, the right to proceed *in forma pauperis*, and, the qualified right to bail. Any appeal to the Superior Court must be filed within thirty (30) days of the denial of your post-sentencing motion. Do you fully understand?
☑ Yes     ☐ No

42. If you wish to file any of these motions with this Court or an appeal to the Superior Court of Pennsylvania and cannot afford an attorney to assist you to do so, this Court will appoint an attorney for you at no cost to you.
Do you fully understand this? ☑ Yes     ☐ No

43. When you plead guilty, and your plea is accepted by this Court, all that remains is for the judge to sentence you on the charges to which you are pleading; but if your plea is rejected, your case will be sent back for reassignment to another courtroom and another judge for trial. Do you fully understand this?
☑ Yes     ☐ No

44. Have you and your attorney discussed the maximum possible sentences which this Court could impose? ☑ Yes     ☐ No

45. If there is a mandatory minimum sentence applicable and this mandatory sentence is sought by the Commonwealth, then this Court has no discretion to impose a lesser sentence and must impose <u>at least</u> the minimum sentence that is required by law. Do you fully understand this? ☑ Yes     ☐ No

46. Are you aware that if the offenses with which you are charged do not require a mandatory sentence under the statutory law of Pennsylvania, this Court is not bound by the sentencing guidelines and may deviate from the guidelines; however, <u>if</u> the Court does so, both the District Attorney and you would have a right to appeal such deviation? ☑ Yes     ☐ No

47. Do you understand that if you are entering a plea of guilty to the charge of Violation of the Controlled Substance, Drug, Device and Cosmetic Act, that independent of any sentence this Court might impose, the Department of Transportation has the right, upon receipt of notice of this conviction, to impose an additional penalty upon you, in the form of the suspension of your driver's license for a period of time ranging anywhere from ninety (90) days to two (2) years? ☑ Yes     ☐ No

7

Defendant's
initials

48. Do you understand that if you are entering a plea of guilty to the charge of Violation of the Vehicle Code: Driving Under the Influence of Alcohol, a controlled substance or both, that independent of any sentence this Court might impose, the Department of Transportation has the right, upon receipt of notice of this conviction, to impose an additional penalty upon you, in the form of the suspension of your driver's license for a period of one (1) year?
☑ Yes     ☐ No

49. Do you understand that any term of imprisonment imposed as a result of your plea may be imposed separately or consecutively, with any other state or federal term of imprisonment you are currently serving? ☑ Yes     ☐ No

50. Do you understand that the conviction that will result from your plea may serve as a violation of any term of state or federal probation or parole?
☑ Yes     ☐ No

51. Do you understand that a violation of your state or federal probation or parole could result in the imposition of a further separate, or consecutive, term of imprisonment?
☑ Yes     ☐ No

52. Your plea must be voluntary and your rights must be voluntarily, knowingly and intelligently waived. If anyone has promised you anything other than the terms of a plea bargain, your plea will be rejected. If anyone has forced you or attempted to force you in any way to plead guilty, your plea will be rejected. Do you fully understand this? ☑ Yes     ☐ No

53. Has anybody forced you to enter this plea? ☐ Yes     ☑ No

54. Are you doing this of your own free will? ☑ Yes     ☐ No

55. Have any threats been made to you to enter a plea? ☐ Yes     ☑ No

56. Has anyone (including your attorney) promised you anything in exchange for the guilty plea other than the terms of any plea bargain?     ☐ Yes     ☑ No

57. Do you understand that if there is a plea bargain in this case, the terms of the plea bargain will be stated on the record before the judge and that you will be bound by the terms of the plea bargain as they appear of record?
☑ Yes     ☐ No

58. Do you understand that this Court is not bound by any plea bargain entered into by you and the District Attorney? ☑ Yes     ☐ No

8

Defendant's
initials

59. If the Court rejects the plea bargain after hearing a summary of the evidence, you would then have a right to withdraw your plea and your case would be reassigned to another judge before whom you would have the option of entering a straight plea with no plea bargain involved or have your case heard by that judge in a non-jury trial, and of course, you would still have the right to a trial by jury if you so desire. Do you fully understand this? ☑ Yes ☐ No

60. Is there a plea bargain in this case? ☑ Yes ☐ No

61. Are you satisfied with the legal advice and legal representation of your attorney? ☑ Yes ☐ No

62. Have you had ample opportunity to consult with your attorney before entering your plea, and are you satisfied that your attorney knows all of the facts of your case and has had enough time within which to check any questions of fact or law which either you or your attorney may have about the case? ☑ Yes ☐ No

63. Has your attorney gone over with you the meaning of the terms of this document? ☑ Yes ☐ No

64. Have you ever had any physical or mental illness that would affect your ability to understand these rights or affect the voluntary nature of your plea? ☐ Yes ☑ No

65. Are you presently taking any medication which might affect your thinking or your free will? ☐ Yes ☑ No

66. Have you had any narcotics or alcohol in the last forty-eight (48) hours? ☐ Yes ☑ No

67. If you are entering a plea of guilty, you admit that you committed the crime(s) with which you are charged and to which you are pleading guilty. Do you fully understand this? ☑ Yes ☐ No

68. Do you understand your rights? ☑ Yes ☐ No

I AFFIRM THAT I HAVE READ THE ABOVE DOCUMENT IN ITS ENTIRETY, I UNDERSTAND ITS FULL MEANING, AND I AM STILL NEVERTHELESS WILLING TO ENTER A PLEA TO THE OFFENSES SPECIFIED. I FURTHER AFFIRM THAT MY SIGNATURE AND INITIALS ON EACH PAGE OF THIS DOCUMENT ARE TRUE AND CORRECT.

DATE: 3|3|08 _____     _____
                                  Signature of Defendant

9

Defendant's
initials

## CERTIFICATION OF DEFENSE COUNSEL

I certify that:

(1) I am an attorney admitted to the Supreme Court of Pennsylvania
(2) I represent the defendant herein.
(3) I know no reason why the defendant cannot fully understand everything that is being said and done here today.
(4) The defendant read the above form in my presence and appeared to fully understand it; I have gone over the form completely with the defendant, explained all of the items on the form and answered any questions he or she had.
(5) I see no reason why the defendant cannot and is not knowingly, intelligently and voluntarily giving up his or her rights to trial and pleading guilty.
(6) I made no promises to the defendant other than any that appear of record in this case.

DATE: __3/3/08__                    _____
                                        Attorney for Defendant

10

Defendant's
initials

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
PRE-TRIAL CONFERENCE**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

---

Court of Common Pleas - Allegheny County
Allegheny Criminal Division

Ph:

---

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a Pre-Trial Conference in the above-captioned case to be held on/at:

| Date: September 15, 2006 | Location: Courtroom 310 |
|---|---|
| Time:  9:00 AM | Allegheny County Courthouse |

This proceeding will take place before Judge David R. Cashman.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

X _Bruce A. Carsia/Adv_

Signature of Recipient  (Duane Eric Youngblood)

_8-17-06._

Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
500 Westinghouse Av
APT E
Wilmerding, PA 15148

Printed: 08/17/2006  3:29 PM

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
JURY TRIAL**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

Court of Common Pleas - Allegheny County
Allegheny Criminal Division

Ph:

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a Jury Trial in the above-captioned case to be held on/at:

| | |
|---|---|
| Date: February 05, 2007 | Location: Courtroom 310 |
| Time:  9:00 AM | Allegheny County Courthouse |

This proceeding will take place before Judge David R. Cashman.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

X _____          _9/15/06_____

Signature of Recipient  (Duane Eric Youngblood)                    Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
500 Westinghouse Av
APT E
Wilmerding, PA 15148

1233 5th Ave
East Mckeesport, PA 15035

# 412 - 475 - 7086

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF**
**FORMAL ARRAIGNMENT**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

> Court of Common Pleas - Allegheny County
> Allegheny Criminal Division
>
> Ph:

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a Formal Arraignment in the above-captioned case to be held on/at:

| | |
|---|---|
| Date: August 17, 2006 | Location: 519 Courthouse |
| Time:  9:00 AM | Allegheny County Courthouse |

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

_Bruce A. Carson /ent_
Signature of Recipient  (Duane Eric Youngblood)

_10/13/06_
Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
500 Westinghouse Av
APT E
Wilmerding, PA 15148

AOPC 2070 REV. 06/13/2006

Printed: 06/13/2006  2:36 PM

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

CRIMINAL DIVISION

Commonwealth of Pennsylvania     )
                                 )
            v.                   )     CC NO. ___200604961___
  DUANE YOUNGBLOOD               )

### NOTICE TO DEFENDANT REGARDING THE TIME PERIOD
### WITHIN WHICH TO COMMENCE DISCOVERY AND FILE AND SERVE PRETRIAL MOTIONS

**A.    DISCOVERY**

1.   You are hereby advised that under Pennsylvania Rule of Pennsylvania Rule of Criminal Procedure 305 you may request certain information about your case prior to trial from the Commonwealth. This process is called Discovery. If you wish to have discovery it must first be started informally by a good faith effort to resolve all questions of discovery and to provide information required or requested under the rules as to which there is no dispute. When there are items requested by you which the Comonwealth has refused to disclose, you must commence discovery under Rule 305 by making a motion to the Court **within 14 DAYS, AFTER YOUR ARRAIGNMENT,** unless the time for filing is extended by the Court.

**A.    PRETRIAL MOTION FOR RELIEF**

1.     You are further advised that under the Pennsylvania Rules of Criminal Procedure 306 and 307 all pretrial motions for relief shall be in writing and, unless otherwise required in the interests of justice, shall be presented in one pretrial motion. This mens all Pretrial requests for relief must ordinarily be filed at one time in one motion. Except for otherwise provided in the rules, the pretrial motion for relief **shall be filed and served within 30 DAYS AFTER ARRAIGNMENT,** unless opportunity therefor did not exist, or you or your attorney were not aware of the ground for the motions, or unless the time for filing has been extended by the Court for cause shown.

**C.    YOUR ARRAIGNMENT DATE FOR PURPOSES OF COMPUTING THE 14 DAY AND 30 DAY TIME PERIODS MENTIONED IN PARAGRAPHS A. AND B. ABOVE IS**
    _____8-17-06_____.

**D.    YOUR FAILURE TO FOLLOW THE RULES REGARDING THE TIME IN WHICH TO COMMENCE DISCOVERY AND TO FILE AND SERVE A PRETRIAL MOTION FOR RELIEF CAN RESULT IN THE LOSS OF YOUR RIGHTS UNDER THESE RULES.**

**E.    IF YOU HAVE ANY QUESTION REGARDING THIS NOTICE, YOU SHOULD TAKE IT TO YOUR LAWYER IMMEDIATELY.**

I have read and understand this notice and I hereby acknowledge receipt of a copy of this notice.

    X Bruce A. Cousin / AWM
    _____
                 DEFENDANT

    8-17-06
    _____
                   DATE

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
JURY TRIAL**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

---

Court of Common Pleas - Allegheny County
Allegheny Criminal Division

Ph:

---

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a/an Jury Trial in the above-captioned case to be held on/at:

| Date: June 11, 2007 | Location: Courtroom 310<br>Allegheny County Courthouse<br>436 Grant Street<br>Pittsburgh, PA 15219 |
|---|---|
| Time: 9:00 AM | |

This proceeding will take place before Judge David R. Cashman.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

_____
Signature of Recipient  (Duane Eric Youngblood)

_____2/5/07_____
Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
1233 5th Avenue
East McKeesport, PA 15035

# 412-475-7086

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
JURY TRIAL**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

---

Court of Common Pleas - Allegheny County
Allegheny Criminal Division

Ph:

---

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a/an Jury Trial in the above-captioned case to be held on/at:

| | |
|---|---|
| Date: March 03, 2008 | Location: Courtroom 310 |
| Time: 9:00 AM | Allegheny County Courthouse 436 Grant Street Pittsburgh, PA 15219 |

This proceeding will take place before Judge David R. Cashman.

**To the Defendant:**

You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.

If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.

I, the undersigned, acknowledge receipt of this notice.

X _____

_____10/15/07_____

Signature of Recipient  (Duane Eric Youngblood)

Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
1233 5th Avenue
East McKeesport, PA 15035

412-475-7086

AOPC 2070 REV. 10/15/2007

Printed: 10/15/2007 11:43 AM

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
JURY TRIAL**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

| Court of Common Pleas - Allegheny County |
| Allegheny County Judge's Chambers |
| Ph: |

Docket No: CP-02-CR-0004961-2006

You are hereby DIRECTED to appear for a/an Jury Trial in the above-captioned case to be held on/at:

| Date: October 15, 2007 | Location: Courtroom 310 |
| | Allegheny County Courthouse |
| Time: 9:00 AM | 436 Grant Street |
| | Pittsburgh, PA 15219 |

This proceeding will take place before Judge David R. Cashman.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

_____        6/11/07
Signature of Recipient  (Duane Eric Youngblood)        Date Received

Primary Participant Name and Address:
Youngblood, Duane Eric
1233 5th Avenue
East McKeesport, PA 15035

412-475-7086

REVISED 7/05

RETURN TO: CLERK OF COURTS
114 COURTHOUSE
436 GRANT STREET
PITTSBURGH, PA 15219

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA )
vs. )
Duane Youngblood )
_____DEFENDANT_____ )          CC. No: ___200604910l___

## PRAECIPE FOR APPEARANCE

Please enter my appearance for the above named defendant.

_____
SIGNATURE OF ATTORNEY FOR DEFENDANT

Name and Address of Attorney for Defendant
(Please Print)

Name _____BRUCE A. CARSIA_____

Address _____ATTORNEY AT LAW_____

_____505 COURT PLACE_____

_____PITTSBURGH, PA 15219_____

Phone _____412 281 8284_____

ATTY CODE # | 1 | 8 | 1 | 0 | 7 |

## FOR DATA PROCESSING PURPOSES – PLEASE COMPLETE

I am representing this defendant in my capacity (circle one)

    1. (a) Court Appointed Attorney – Court Pay

       (b) Court Appointed Attorney – Defendant pay

    (2.) Privately Retained Attorney

    3. Public Defender

    4. Office of Conflict Counsel

I did represent the defendant during the trial. I am entering the case to file post-trial motions or appeal in the defendant's behalf.

    (check one) _____ YES

               _____ NO

FORM 5 CRIMINAL DIVISION (REVISED 5/80)

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

vs.

Duane Youngblood

APPEARANCE FOR DEFENDANT

Bruce a Causa

JAIL   BAIL

COMPLAINT NO. *200604961*

CHARGES: *IDSI, etc*

PREVIOUS POSTPONEMENTS:

DATE              MOVANT

*none*

CO-DEFENDANTS    (OR OTHER PAR-
TICIPANTS IN OFFENSE CHARGED AND
THE CORRESPONDING COMPLAINT NO.)

CC

CC

CC

FINAL TRIAL DATE:

CURRENTLY LISTED FOR TRIAL:

*2/5/07*

## MOTION FOR POSTPONEMENT

AND NOW, *January* *2007* ON MOTION OF

*Bruce a Causa Esq*, THE ABOVE CASE IS

CONTINUED FOR THE FOLLOWING REASONS *Defense needs*

*additional time to prepare*

THIS CASE SHALL BE TRIED ON

☐ NON-JURY TRIAL   ☒ JURY TRIAL

*June 11, 2007*

ATTORNEY FOR DEFENDANT

ATTORNEY FOR CO-DEFENDANT

ATTORNEY FOR CO-DEFENDANT

JUDGE

DEFENSE COUNSEL CERTIFIES THAT HE WILL NOTIFY ALL INTERESTED
PARTIES AND WITNESSES OF THIS POSTPONEMENT.

FORM 5 CRIMINAL DIVISION (REVISED 5/80)

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA
VS.

*Duane Youngblood*

APPEARANCE FOR DEFENDANT:

*Brian A Cansia*, ESQ.

JAIL OR BAIL: *Bail*

CO-DEFENDANTS: (OR OTHER PAR-
TICIPANTS IN OFFENSE CHARGED AND
THE CORRESPONDING COMPLAINT NO.)

C _____

C _____

C _____

COMPLAINT NO. *2006 04941*

CHARGES: *IDSI, SI*

PREVIOUS POSTPONEMENTS:

| DATE | MOVANT |
|------|--------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

FINAL TRIAL DATE:

CURRENTLY LISTED FOR TRIAL: *6-11-07*

## MOTION FOR POSTPONEMENT

AND NOW, *this 8 of June* 07, ON MOTION OF

*Brian A Cansia*, THE ABOVE CASE IS

POSTPONED FOR THE FOLLOWING REASONS: *Counsel has a conflict on*

*6-11-07.*

DEFENDANT REQUESTS        ☒ NON-JURY TRIAL        ☐ JURY TRIAL

**THIS CASE SHALL BE TRIED ON**        *Oct 15, 2007*

CONSENTS:

*Duane Youngblood*                     *Brian A Cansia*
DEFENDANT                              ATTORNEY FOR DEFENDANT

DEFENDANT                              ATTORNEY FOR CO-DEFENDANT

DEFENDANT                              ATTORNEY FOR CO-DEFENDANT

                                       ADMINISTRATIVE JUDGE

DEFENSE COUNSEL CERTIFIES THAT HE WILL NOTIFY ALL INTERESTED
PARTIES AND WITNESSES OF THIS POSTPONEMENT.

FORM 6 CRIMINAL DIVISION (REVISED 5/80)

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

_vs._

**Duane Youngblood**

COMPLAINT NO. _2006049601_

CHARGES: _____

APPEARANCE FOR DEFENDANT:

**Bruce A Caisea** _____ ESQ.

CO-DEFENDANTS (OR OTHER PARTIES IN OFFENSE CHARGED AND CORRESPONDING COMPLAINT NO.)

PREVIOUS POSTPONEMENTS:

| DATE | MOVANT |
|------|--------|
| | |
| | |
| | |

FINAL TRIAL DATE:

CURRENTLY LISTED FOR TRIAL:

_10/15/07_

## MOTION FOR POSTPONEMENT

AND NOW _October 11_ _2007_ ON MOTION OF

_Bruce A. Caisea_ THE ABOVE CASE IS

POSTPONED FOR THE FOLLOWING REASONS _Defense Counsel needs additional time to prepare_

DEFENDANT REQUESTS
THIS CASE SHALL BE TRIED ON    [ ] NON-JURY TRIAL    [X] JURY TRIAL

_March 3, 2008_

INSERT DATE _____

_Bruce A Caisea_ _JAC_
ATTORNEY FOR DEFENDANT

ATTORNEY FOR CO-DEFENDANT

ATTORNEY FOR CO-DEFENDANT

_Cashman J_
ADMINISTRATIVE JUDGE

DEFENSE COUNSEL CERTIFIES THAT HE WILL NOTIFY ALL INTERESTED PARTIES AND WITNESSES OF THIS POSTPONEMENT.

## PROBATION INTAKE

Date: **3/03/08**

Last: **Youngblood**

First: **Duane**

JUDGE: **Cashman**

DOB: **12/29/66**

SS#: **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**

CC: **200604961**

Address From: (Circle One)
Person, Court Order, Form Filled Out by Defendant, Phone= Y OR Last Know Address in Court
Folder=N

Marital Status: (Circle One)   1 = Married, 2 = Single, 3 = Separated, 4 = Divorced, 5 = Widow

**ADDRESS:**

Street Number: **1233**

Street Name: **5th Ave**

APT#:

City: **East Mckeesport**

State: **PA**

OUT-STATE: Sex Offenders to Report to Headquarters -
Do not sign forms. Done _____ (All others have to sign Forms)

ZIP Code: **15035**

(*Out of County-Defendant to Sign Forms)

Phone No.: **412 - 475 - 7086**
Area Code

Are You Currently on Probation/Parole:    Yes_____    No **✓**

**CONTACT PERSON:**

Name: **John Robinson**

Relation: **Executive Pastor**

Address:

Phone No.: **412 - 670 - 4299**
Area Code

**AKA:**
Or
Other
Info

**14R P**

**74R**

### Special Folder Tracking Section

| Location | Date Last Checked | Location | Date Last Checked | Location | Date Last Checked |

(Rev. 1/05 cah PO 2)        Photo copied by:_____    Date:_____

# PENNSYLVANIA COMMIS... ...N ON SENTENCING
## GUIDELINE SENTENCE FORM [5th Edition, 6/13/97]
SGS Web generated form (PCS 8A 10/2001)

Date printed: and...
Date submitted:

SGS Web ID Number
W100230337

PO Box 1200
State College, PA 16804

| Offender's Name (Last, First, Middle) | Date of Birth | Sex | Form |
|---|---|---|---|
| YOUNGBLOOD, DUANE, ERIC | 12/29/1966 | Male | 2 of 4 |

| State ID Number | Police Photo ID Number | Social Security Number | Race | Date of Sentence |
|---|---|---|---|---|
| 236-48-72-5 | | 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 | Black | 3/3/08 |

| Judge's Name | County | Person Completing Form |
|---|---|---|
| David R. Cashman | Allegheny | Bob Dzvonick |

| Prior Offenses | Juvenile Adjudication | Adult Conviction |
|---|---|---|
| Murder & inchoates | 0 | 0 |
| Vol. Manslaughter | 0 | 0 |
| Rape | 0 | 0 |
| Kidnapping | 0 | 0 |
| I.D.S.I | 0 | 0 |
| Arson (F-1/person) | 0 | 0 |
| Robbery (SBI) | 0 | 0 |
| Rob. Motor Veh (SBI) | 0 | 0 |
| Agg. Assault (SBI) | 0 | 0 |
| Drug Delivery/Death | 0 | 0 |
| Burglary (house/person) | 0 | 0 |
| Ethnic Intimidation to F1 | 0 | 0 |

subtotal  0  +  X4=  0  0

| | | |
|---|---|---|
| Inchoate to 4 pt. off's | 0 | 0 |
| Arson (F1/no person) | 0 | 0 |
| Robbery (other F1) | 0 | 0 |
| Robbery-Motor Vehicle (no SBI) | 0 | 0 |
| Agg. Assault (att. SBI) | 0 | 0 |
| Burglary (other F1) | 0 | 0 |
| Agg. Indecent Assault | 0 | 0 |
| Sexual Assault | 0 | 0 |
| Other Felony 1s | 0 | 0 |

subtotal  0  +  X3=  0  0

Felony 2s  0  +  X2=  0
Illegal Drugs [>=50gr.]  0  +  X3=  0
Other Felony Drugs  0  +  X2=  0

| | | |
|---|---|---|
| Felony 3s | 0 | 0 |
| Involuntary Manslaughter | 0 | 0 |
| Homicide by Vehicle | 0 | 0 |
| Possess Instr of Crime | 0 | 0 |
| Promo Offensive Weapon | 0 | 0 |
| Possess Weapon/school | 0 | 0 |
| Possess Weapon/court | 0 | 0 |
| Violate Uniform Firearms Act | 0 | 0 |
| M-1 involving Children | 0 | 0 |
| Simple Assault | 0 | 0 |
| Luring Child into Vehicle | 0 | 0 |
| Indecent Assault Indecent | 0 | 0 |
| Exposure | 0 | 0 |
| Endanger Welfare of Child | 0 | 0 |
| Deal in Infants | 0 | 0 |
| Corrupt. Minors | 0 | 0 |
| M1 – DUI | 0 | 0 |

subtotal  0  +  X1=  0  0

Other Misd.  0

0=1=0   4-6=2
2-3=1   7+ = 3

If A is 8 points or greater, and the OGS=9 or more:
PRIOR RECORD SCORE  Otherwise, if A + B is 6 points or greater
Otherwise, PRS = A + B + C (maximum = 5): 0
If offender is less than 28 years of age: 0
*LAPSE  If offender is 28 years of age or more: 0

## Offense Name/Description:
# Sexual Assault

| Title & Section | Date of Offense | Age at Offense |
|---|---|---|
| 18 3124.1 | 8/1/2002 | 35 |

Docket#   200604961

| Grade | OGS | PRS | OTN | Count# |
|---|---|---|---|---|
| F-2 | 11 | 0 | G3082251 | 2 |

| GUIDELINE RANGES | Mitigated | Standard | Aggravated | LEVEL |
|---|---|---|---|---|
| | 24 | 36 - 54 | 60 | 5 |

| Mandatory Minimum: | STATUTORY LIMITS: | Minimum 60 | Maximum 120 |
|---|---|---|---|

### MANDATORY

### ENHANCEMENT
[X] None   [ ] Youth/Drug Distribution   [ ] School/Drug Distribution   [ ] Deadly Weapon Possessed   [ ] Deadly Weapon Used

### OTHER INFORMATION                    Victim Age _____

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| [ ] | [ ] | D&A Eval. / Prelim. | [ ] | [ ] | PSI Completed |
| [ ] | [ ] | D&A Dependant | [ ] | [X] | IP Eligible |
| [ ] | [ ] | D&A Eval. / Full | [ ] | [ ] | Sexually Viol. Predator |

[ ] Confinement/State Facility
[ ] Confinement/County Facility
Min: _____ (mos.)
Max: _____ (mos.)   [ ] Boot Camp Authorized
Credit for Time Served: _____   [ ] Work Release Authorized

[X] INTERMEDIATE PUNISHMENT
RIP Period: 12   Program: _____
RS Period: _____ Program: _____

If DRUG DEPENDENT, is IP consistent
with clinical recommendation?   [ ] YES   [ ] NO

### RESTORATIVE SANCTIONS
[X] Probation Period: 84 (mos.)   Is the Probation for THIS OFFENSE, Concurrent or Consecutive to the Incarceration for THIS OFFENSE?
[ ] Conditions: _____
[ ] Fines: $ _____   [ ] Concurrent   [ ] Consecutive
[ ] Restitution: $ _____   to the IP for THIS OFFENSE?
[ ] Costs: $ ____   [X] Concurrent   [ ] Consecutive
[ ] Guilty without further penalty [NFP]

| CONFORMITY | | TYPE OF DISPOSITION | |
|---|---|---|---|
| [ ] Standard | Departure | [ ] Neg. Guilty Plea | [ ] Nolo Contendere |
| [ ] Aggravated | [ ] Below | [ ] Non-Neg Guilty Plea | [ ] Jury Trial |
| [ ] Mitigated | [ ] Above | [ ] Other | [ ] Bench Trial |

TOTAL AMOUNT OF SUPERVISION (all sanctions) FOR THIS OFFENSE  0 Month(s)

Is this offense TOTALLY CONCURRENT to any other offense?   No

Reasons for sentence:



**FILE COPY**

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**Itemized Account of Fines,
Costs, Fees, and Restitution**

Commonwealth of Pennsylvania
v.
Duane Eric Youngblood

Duane Eric Youngblood
1233 5th Avenue
East McKeesport, PA  15035

Docket No: CP-02-CR-0004961-2006

Assessments to be paid by Duane Eric Youngblood

| Costs/Fees | Distribution Account | Assessment Balance |
|---|---|---|
| Voucher Fee (Allegheny) | CTY - 02 | $5.70 |
| Voucher Fee (Allegheny) | CTY - 02 | $5.70 |
| Voucher Fee (Allegheny) | CTY - 02 | $6.12 |
| Voucher Fee (Allegheny) | CTY - 02 | $6.12 |
| Clerk of Courts - Conviction (Allegheny) | ALLEGHENY CO TREASURER - 1( | $15.00 |
| Clerk of Courts - Conviction (Allegheny) | ALLEGHENY CO TREASURER - C( | $135.00 |
| State Court Cost (Act 204 of 1976) | COMM - COST | $11.09 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $16.64 |
| County Court Costs (Act 204 of 1976) | CTY | $24.27 |
| Crime Victims Compensation (Act 96 of 1984) | COMM - CVC | $35.00 |
| Domestic Violence Compensation (Act 44 of 1988) | COMM - DVC | $10.00 |
| Victim Witness Services (Act 111 of 1998) | COMM - VWS | $25.00 |
| Firearm Education and Training Fund (158 of 1994) | COMM - FETA | $5.00 |
| JCP | COMM - JCP | $8.00 |
| ATJ | COMM - ATJ | $2.00 |
| DNA Fund Cost | COMM - DNA | $250.00 |
| Use of County (Conviction) (Allegheny) | CTY - 02 | $4.00 |
| Scanning Fee/Automation (Allegheny) | ALLEGHENY CO TREASURER - 0( | $5.00 |
| District Attorney (Conviction) (Allegheny) | CTY - 02 | $25.00 |
| Law Library User Fee (Allegheny) | CTY - 02 | $5.00 |
| Prothonotary Judgment Fee (Allegheny) | ALLEGHENY COUNTY PROTHY | $30.00 |
| OSP (Allegheny/State) (Act 35 of 1991) | ALLEGHENY CO TREASURER - S( | $1,470.00 |
| OSP (Allegheny/State) (Act 35 of 1991) | COMM - PROB | $1,470.00 |
| Child Care Facility Fee (Allegheny) | ALLEGHENY CO TREASURER - D( | $5.00 |
| | | $3,574.64 |
| | **Balance Due:** | **$3,574.64** |

I hereby certify that as of the date indicated below, Duane Eric Youngblood is indebted to the County of Allegheny for the sum of $3,574.64, which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case.

Original Case Balance:  **$3,574.64**

Kate Barkman Clerk of Courts

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA

vs.

Duane Youngblood
Name

800 Westinghouse Avenue
Address

Wilmerding PA 15148
City                          State              Zip

Case No. 200604910l

[] PLEASE CHECK IF NEW ADDRESS

## WAIVER OF ARRAIGNMENT, AND NOTIFICATION OF PRETRIAL CONFERENCE DATE

I, Duane Youngblood _____ defendant in the above case: 
1. Understand the nature of the charges against me,
2. Understand the right to be represented by counsel,
3. Understand the right to file motions, including a Request for a Bill of Particulars, a Motion for Pretrial Discovery and Inspection, and an Omnibus Pretrial Motion, and the time limits within which the motions must be filed.

I hereby waive my Court Arraignment and enter a plea of ___ Not Guilty ___

The Defendant hereby consents to his counsel receiving the Criminal Information in this case and counsel will inform the Defendant of the Pretrial Conference date.

The Clerk of Courts shall enter the appearance of the following attorney as Attorney of Record for the above named Defendant.

Bruce A. Carsia
Attorney for Defendant - PLEASE PRINT

_____
Attorney of Defendant - Signature

s/ Duane Youngblood
Defendant's Signature

10/13/06
Date Signed

10/13/06
Date Signed

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: Allegheny



ALLEGHENY COUNTY POLICE DEPARTMENT
CRIMINAL COMPLAINT

COMMONWEALTH OF PENNSYLVANIA
VS.
DEFENDANT:

NAME and ADDRESS

Magisterial District Number: 05-2-15

Magisterial District Judge: Hon. THOMAS R TORKOWSKY

Address: 510 EAST EIGHTH AVENUE
MUNHALL, PA 15120

Phone: 412.461.5977

Docket No.: *CL 64-06*

Date Filed:   01/30/2006

OTN:   G 308225-1

DUANE ERIC YOUNGBLOOD
500 WESTINGHOUSE AVE
WILMERDING, PA 15148

*04961*

| Defendant's Race/Ethnicity | Defendant's Sex | Defendant's D.O.B. | Defendant's Social Security Number | Defendant's SID | |
|---|---|---|---|---|---|
| BLACK | MALE | 12/29/1966 | 208565956 | | |

| Defendant's AKA | Defendant's Vehicle Information Plate Number | State | Registration Sticker (MM/YY) | Defendant's Driver's Licsense Number State PA | 21 232 738 |
|---|---|---|---|---|---|

| Complaint/Incident Number 10531-05 | Complaint/Incident Number if other Participants | LiveScan Number | UCR/NIBRS Code |
|---|---|---|---|

District Attorney's Office [ ] Approve   [ ] Disapproved

(The district attorney may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. Pa.R.Crim.P. 507.)

_____          _____          _____
(Name of Attorney for Commonwealth)        (Signature of Attorney for Commonwealth)        (Date)

I,  SEAN KELLY                                          28409
(Name of Affiant)                                          (Officer Badge Number/I.D.)

of  ALLEGHENY COUNTY POLICE                          PA0022800
(Identify Department or Agency Represented and Political)   (Police Agency or ORI Number)   (Originating Agency Case Number)

do hereby state: (check appropriate box)

1.  [X]  I accuse the Above named defendant who lives at the address set forth above.

    [ ]  I accuse the defendant whose name is unknown to me but who is described as

    [ ]  I accuse the defendant whose name a popular designation or nickname is unknown to me and whom I have therefore
         designated as John Doe

with violating the penal laws of the Commonwealth of Pennsylvania at **1321 MIFFLIN ST., HOMESTEAD PA. 15120** in Allegheny County
or about **10/30/2002 16:00**

Participants were: (if there were participants, place their names here, repeating the name of the above defendant)
DUANE ERIC YOUNGBLOOD

2.  The acts committed by the accused were:

(Set forth a summary of the facts sufficient to advise the defendant of the nature of the offense charged.  A citation to the statute allegedly violated, without more, is not sufficient.  In a summary case, you must cite the specific section and subsection of the statute or ordinance allegedly violated.)

1 - 6



| Defendant's Name: | Race | Sex | D.O.B. | SSN: |
|---|---|---|---|---|
| DUANE ERIC YOUNGBLOOD | BLACK | MALE | 12/29/1966 | 208565956 |

| Defendant's Address: |
|---|
| 500 WESTINGHOUSE AVE WILMERDING, PA 15148 |



18 3124.1 SEXUAL ASSAULT
The actor engaged in sexual intercourse or deviate sexual intercourse with JOHN DOE, A MALE UNDER THE AGE OF 16 without his or her consent, in violation of 18 Pa C.S. §3124.1.

all of which were against the peace and dignity of the Commonwealth of Pennsylvania  or in violation of an ordinance of a political subdivision.

| (Section) | (Sub Section) | (Counts) |
|---|---|---|
| (Section) | (Sub Section) | (Counts) |
| (Section) | (Sub Section) | (Counts) |
| 3124.1 | (Sub Section) | 1 |
| (Section) | (Sub Section) | (Counts) |



| Defendant's Name: | Race | Sex | D.O.B. | SSN: |
|---|---|---|---|---|
| DUANE ERIC YOUNGBLOOD | BLACK | MALE | 12/29/1966 | 208565956 |

| Defendant's Address: |
|---|
| 500 WESTINGHOUSE AVE WILMERDING, PA 15148 |

3.  I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made. **(In order for a warrant of arrest to issue, the attached affidavit of probable cause must be completed and sworn to before the issuing authority**

4.  I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief.  This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

An affidavit of probable cause must be completed in order for a warrant to issue.

_01-30-06_
(Date)

_S T KOG_
(Signature of Affiant)

AND NOW, on this 30 DAY OF January, 2006, I certify that the complaint has been properly completed and verified.

_05 - 0 - 0?_
(Magisterial District)

(Issuing Authority)                                    **SEAL**

3 - 6



| Defendant's Name: DUANE ERIC YOUNGBLOOD | Race BLACK | Sex MALE | D.O.B. 12/29/1966 | SSN: 208565956 |
|---|---|---|---|---|
| Defendant's Address: 500 WESTINGHOUSE AVE WILMERDING, PA 15148 | | | | |

## PROBABLE CAUSE AFFIDAVIT

| 01/26/2006 | 10/30/2002 | |
|---|---|---|
| DATE OF APPLICATION | DATE OF VIOLATION (CRIME) | WARRANT CONTROL NUMBER |

Being duly sworn (or affirmed) before me according to law, deposes and says that there is a probable cause to believe the crime(s)hereinafter mentioned was commited by the particular person herein described.  Your affiant believes that probable cause exist to arrest based upon the following facts and circumstances.

1. **WHEN:**

   a) Date when Affiant received information:

   092605

   b) Date when the source of information (Police Officers, Informant, Victim, Co-Defendant, Defendant, etc.) received information:

   092605

2. **HOW:**

   a) How Affiant knows this particular person commited crime: (personal observation, defendant's admissions, etc.):

   victim statements

   b) How the source of information knows this particular person committed the crime:


   b) How both Affiant and/or source of information knows that a particular crime has been commited:


3. **WHAT CRIMES:**



   18 3124.1  SEXUAL ASSAULT

4. **WHERE CRIME(S) COMMITTED:**

   1321 MIFFLIN ST., HOMESTEAD PA. 15120

4 - 6



| Defendant's Name:<br>DUANE ERIC YOUNGBLOOD | Race<br>BLACK | Sex<br>MALE | D.O.B.<br>12/29/1966 | SSN:<br>208565956 |
|---|---|---|---|---|
| Defendant's Address:<br>500 WESTINGHOUSE AVE WILMERDING, PA 15148 | | | | |

5.  <u>**WHY AFFIANT BELIEVES THE SOURCE OF INFORMATION:**</u>

[X]  Source is presumed reliable, i.e. other Police Officer, Eyewitness, Victim of Crime, etc.

[ ]  Source has given information in the past which has led to arrest and/or conviction

[ ]  Defendant's reputation for criminal activity

[ ]  This source made declaration against his/her penal interest to the above offense

[ ]  Affiant and/or other Police Officers corroborated details of the information

    Your affiants are Detectives with the Allegheny County Police Department charged with conducting criminal investigations involving sexual assaults and child abuse were detailed to assist the Homestead Police with the investigation of a reported child sexual assault. The victim, an eighteen year-old male had reported that in the fall of 2002 when he was fifteen years old the victim had been sexually assaulted by the actor, Duane Youngblood while he was attending counseling sessions that Youngblood was providing the victim through his church, Higher Call World Outreach, 1321 Mifflin St., Homestead Pa.15120. The true identity and current location of the victim is known to your affiants, but will be referred to as "John Doe" for reasons of anonymity. On September 25th 2005 the victim was interviewed by your affiants, the following is a summary of that interview.

    The victim disclosed that his mother had found his journal detailing an incident of a sexual assault that had occurred between the victim and an older cousin. The victim's mother, being concerned for her son contacted Bishop Youngblood, the pastor of their church to see if he could help the victim with the feelings he was having about the sexual assault. The victim stated that the counseling began around the middle of October 2002.

    In the first meeting Bishop Youngblood told "Doe" that he wanted to be a father figure to him. Youngblood starting taking "Doe" to the Waterfront for movies and to eat, Youngblood called these days "men's day out". Youngblood also told the victim that he reminded him of himself and that is why he wanted to help him.

    On the day of the assault the victim said that he went to Youngbloods office, Doe stated that Youngblood was working on a play for church. Youngblood told the victim that there would be two parts to his counseling, Physical and spiritual then asked which doe would want to do first. Doe stated that he wanted to do the spiritual part first, but Youngblood said that he thought that Doe should do the physical part first, while he was young. Youngblood told the victim to go into a back room of the office, Doe went into the back room and Youngblood locked the office doors and followed him to the back room. Youngblood told the victim that they were going to start the physical part of the counseling. The victim said that Youngblood asked if he was willing to accept the help, the victim said that he was. The victim said they started to pray, after a short time the actor pulled Doe's pants down then his underwear. Youngblood stated "that didn't take much" the victim assumed because he had an erection. Youngblood put baby oil on his hands and started touching the victim's penis. Youngblood got down on his knees and performed oral sex on the victim, the victim ejaculated Youngblood then told the victim to pull his pants up and go back to sit in the office.

    Youngblood told the victim that there was one more test before they were finished, after about fifteen minutes Youngblood unbuckled the victims pants and touched his penis again. Youngblood said to the victim that it must have worked because he did not have an erection. The victim said that Youngblood then drove him home.

    Based on the forgoing, your affiants respectfully request that you issue a warrant of arrest for the actor Duane Youngblood for the following offenses;





| Defendant's Name: DUANE ERIC YOUNGBLOOD | Race BLACK | Sex MALE | D.O.B. 12/29/1966 | SSN: 208565956 |
|---|---|---|---|---|
| Defendant's Address: 500 WESTINGHOUSE AVE WILMERDING, PA 15148 | | | | |

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30 DAY OF January, 2006 ON INFORMATION RECEIVED FROM POLICE OFFICER SEAN KELLY

_____          _____          **SEAL**
(Signature of Affiant)                         (Magisterial District Judge)

IN THE COURT OF COMMON PLEAS OF ALLEGHENY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVNAIA          CRIMINAL DIVISION

v.                                    CC# 200604961

*Diane Youngblood*

### EXPLANATION OF MEGAN'S LAW RIGHTS

1. Do you understand that, as a result of your plea, you will be required to register your address with the Pennsylvania State Police as a "sexual offender"?

   __✓__ Yes    ____ No

2. Do you understand the charges to which you are pleading guilty/nolo contendere require you to register as a "sexual offender" for a period of: (Assistant District Attorney to check appropriate line)

   ____ Ten years    __✓__ Yes    ____ No
   __✓__ Life        __✓__ Yes    ____ No

3. Do you understand that you must register your address with the Pennsylvania State Police immediately upon release from incarceration, upon your parole from any institution to which you have been sentenced, or upon the start of a sentence of intermediate punishment or probation?    __✓__ Yes    ____ No

4. Do you understand that you must notify the Pennsylvania State Police, within (10) days, of any change in the following:

   a. Any change in residence, or establishment of an additional residence (s);

   b. Any change of employer, employment location, or termination of employment;

   c. Any change of institution or location at which you are enrolled as a student, or termination of enrollment;

   d. Becoming enrolled in school, or employed, if you have yet to provide this information to the Pennsylvania State Police?

   __✓__ Yes    ____ No

5.  Do you understand that moving to a residence outside the Commonwealth of Pennsylvania in no way negates any of the requirements to which you are subject under Megan's Law, and in fact, that you will be required to report your arrival to the authorities in the new state to which you relocate? ✓ Yes ___ No

6.  Do you understand that you have the right to be sentenced within 90 days? ___ Yes ___ No

7.  Do you understand that Megan's Law dictates, as a result of your plea today, that you must be evaluated to determine whether you are a "sexually violent predator"? ___ Yes ___ No

8.  Do you understand that your evaluation to determine whether you are a "sexually violent predator" must be completed within 90 days, and that the Megan's Law statute states that the evaluation must be completed prior to sentencing? ___ Yes ___ No

9.  Are you willing to waive the requirement that your evaluation be completed prior to sentencing, and be sentenced today? ✓ Yes ___ No

10. If the evaluation results in a recommendation that you be labeled a "sexually violent predator", a separate hearing will be conducted at which time a Judge from the Court of Common Pleas, in the Criminal Division will hear testimony and weigh evidence presented by the Commonwealth and possibly your attorney, to reach the final determination as to whether you will be labeled a "sexually violent predator". Do you understand this? ✓ Yes ___ No

11. Do you understand if you are labeled a "sexually violent predator", that you will have a lifetime reporting requirement? ___ Yes ___ No

12. Have you answered all the above questions with the assistance of your attorney, and of your own free will? ✓ Yes ___ No

_____
Defendant

_____
Attorney for Defendant

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA, CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA   vs.

Duane Younglblood

Address:_____

Telephone #(_____)_____
Defendant in custody?  ✓ No  _____ Yes
WHERE? _____
DOC# or State ID #_____
Soc.Sec. # _208 - 56 - 5956_

CC No. _300604961_
OTN No. _G3082251_
OFFENSE(S)_____

_Sex asslt._

Date of Birth  _12/29/66_

### ORDER OF COURT        ✓ for **SENTENCING**  _____ for **PAROLE**

AND NOW, _____ _March 3_ _____, 20 _08_ , defendant is sentenced to

____ Plea  ✓ Plea Agreement ____ Non-Jury _____ Jury ____ Nolo ____ Probation Viol. ____ Parole Viol. ____ IP Viol.
AS TO COUNT _2_

MANDATORY SENTENCE _____ Yes  ✓ No

_____ **ALLEGHENY COUNTY JAIL** for _____
_____ **STATE CORRECTIONAL INSTITUTION** for _____
effective _____  Additional Credit_____

Concurrent _____  Consecutive_____
_____ Defendant permitted **ALTERNATIVE HOUSING** at _____
_____ Defendant granted work release
_____ Defendant to be **PAROLED** effective _____

✓ Defendant sentenced to a period of _____ _1 yr_ _____ **INTERMEDIATE PUNISHMENT ON**
_____ **ELECTRONIC MONITORING** effective _____
_____ **NON-ELECTRONIC MONITORING** approved after _____

✓ **PROBATION** _____ **PROBATION W/O VERDICT**   for a period of ____ _7 yr._
effective _3/3/08_
SPECIAL CONDITIONS: _____ ✓ Megan's Law Registration $_____ DUI Fine ____ Interlock
____ Complete Regional Alcohol Program ____ DNA Registration      ✓ No Contact w/Victim
____ Drug and Alcohol Evaluation ____ Domestic Abuse Classes      ✓ MH/MR Evaluation
____ Restitution of $_____ (see order filed)

SUPERVISING AGENCY:  ✓ County ____ State      **Crime Lab User Fee** ____ Yes ✓ No

AS TO OTHER COUNTS:_____

OTHER: _no involvement in counseling children_
_____
~~DNA FELONY~~
_____

PROSECUTION costs to be paid by  ✓ Defendant ____ County  Total Fines: _NA_

Attest /s/ _Joseph A. Panucci Jr_  /s/ _____
Minute Clerk                          **Judge**
PAGE _1_ of _1_

WHITE – CLERK OF COURTS       YELLOW – PROBATION/PAROLE       PINK – JAIL       GOLDENROD - JUDGE

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA                CRIMINAL DIVISION

           V.                               JUDGE: CASHMAN

DUANE YOUNGBLOOD                            CC NO: 200604961


ORDER OF COURT

AND NOW, to wit, this __7th__ day of __September__ 20 _10_, it is hereby

**ORDERED and DECREED** that the Defendant, Duane Youngblood, at CC NO:

200604961 is granted permission to leave jurisdiction:

a.  For a new church start- up with Pastor David Mathis located at 707

    East 159th Street, Cleveland Ohio 441100, on Friday September

    10, 2010, (Copy of Letter Attached); and

b.  Defendant's tentative schedule is to depart Pittsburgh via

    automobile on September 10, 2010, and return on September 11,

    2010; and

c.  Defendant plans to stay at the Holiday Inn Express located at 629

    Euclid Avenue, Cleveland, Ohio 44114 (Copy of Confirmation

    Attached).

BY THE COURT:

_____

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA          CRIMINAL DIVISION

    V.                                   JUDGE CASHMAN

                                         CC NO. 200604961

DUANE YOUNBLOOD

## ORDER OF COURT

AND NOW, to wit, this _1st_ day of _October_, 20_10_, it is hereby

**ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO:

200604961 is granted permission to leave jurisdiction:

    a.       For a New Church Start-up Service with Pastor David Mathis at the Courts of Praise located on 707 East 159th Street, Cleveland, Ohio 44110, from October 8, 2010 until October 9, 2010;(Copy of Letter Attached); and

    b.       Defendant's tentative schedule is to depart Pittsburgh via automobile on October 8, 2010 and return on October 9, 2010; and

    c.       Defendant plans to stay at the Holiday Inn Express located at 629 Euclid Avenue, Cleveland, Ohio 44114 (Copy of Confirmation Attached).

ORIGINAL
Criminal Division
Dept. of Court Records
Allegheny County, PA

BY THE COURT:

_____

FILED
10 OCT -4 AM 8: 42
DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY PA

**From:** Holiday Inn Express Reservations <HolidayInnExpress@reservations.ihg.com>
**To:** YDRDEY@AOL.COM
**Subject:** Your Holiday Inn Express Hotel & Suites (R) Reservation Confirmation - CLEVELAND, OH, UNITED STATES: 62123710
**Date:** Tue, Sep 28, 2010 3:43 pm



Modify/Cancel Reservation
View All Reservations
Make Another Reservation
View Account

Thank you for staying at the Holiday Inn Express Hotel & Suites CLEVELAND-DOWNTOWN.

**Amenities**
Complimentary Breakfast
On-site Guest Self-Laundry Facilities
Iron / Ironing Board
Coffee Maker
Health/Fitness Center On-Site

**Attractions**
Rock 'n' Roll Hall of Fame
Great Lakes Science Center
Jacobs Field
Quicken Loans Arena
Hard Rock Café

# Thank you for choosing Holiday Inn Express Hotel & Suites. Here is your reservation information.

Reservation Questions

**Reservation Information**

**Your confirmation number is 62123710**
Please use your confirmation number to reference your reservation.

**Guest Name:**
DEANE YOUNGBLOOD

**Additional Guests:**
No additional guests.

Check-In: Fri 8 Oct 2010 at 04:00 PM
Check-Out: Sat 9 Oct 2010 at 11:00 AM

View/Modify/Cancel Reservation

**Hotel Info**



**CLEVELAND-DOWNTOWN**
Holiday Inn Express Hotel & Suites
629 EUCLID AVENUE
CLEVELAND , OH 44114
1-216-4431000

**Helpful Links**
Local Maps
Find Attractions
Make Another Reservation

**Driving Directions:**
FROM I-90 EAST EXIT 9TH/DOWNTOWN. TAKE EAST 9TH TO PROSPECT. MAKE RIGHT TO EAST 14TH. MAKE LEFT TO EUCLID. MAKE ANOTHER LEFT PAST EAST 9TH AND THE HOTEL WILL BE ON THE RIGHT.

**Room/Rate Information**

| | |
|---|---|
| Rate Type: | Best Flexible Rate |
| Rate Description: | Our Best Flexible Rate lets you stay for as many nights as you want, on any date you please, with the best flexible rate available at all of our hotels around the world. Our Best Flexible Rate is the best available unrestricted, publicly available rate for that room type at the time of reservation. While lower rates may be available, they will require payment at time of booking, a minimum length of stay or will be non-refundable. Some restrictions apply based on individual hotel policies. |
| Daily Parking Fee: | $14.00 (USD) |
| Room Type: | 1 KING BED EXECUTIVE NONSMOKING - 2 PERSON(S) MAX PER |

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

V.

DUANE YOUNGBLOOD

CRIMINAL DIVISION

JUDGE CASHMAN

CC NO. 200604961

## ORDER OF COURT

AND NOW, to wit, this _16th_ day of _December_, 20_10_ it is hereby

**ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO: 200604961 is granted permission to leave jurisdiction:

a.    For a New Church Start-up Service at Higher Call World Outreach Church – Cleveland. Services will be held at 707 E. 159th Street, Cleveland, OH. 44110, from January 7, 2011 until January 8, 2011; (Copy of Letter Attached); and

b.    Defendant's tentative schedule is to depart Pittsburgh via automobile on January 7, 2011 and return on January 8, 2011; and

c.    Defendant plans to stay at the Holiday Inn Express located at 629 Euclid Avenue, Cleveland, Ohio 44114 (Copy of Confirmation Attached). DENIED

BY THE COURT:

_____ J.

FILED

10 DEC 17  AM 8:34

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

V.

DUANE YOUNGBLOOD

CRIMINAL DIVISION

JUDGE CASHMAN

CC NO. 200604961

### ORDER OF COURT

AND NOW, to wit, this ___16th___ day of ___December___, 20_10_, it is hereby

**ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO:

200604961 is granted permission to leave jurisdiction:

a. For a New Church Start-up Service at Higher Call World Outreach Church-Cleveland. Services will be held at 707 E. 159th Street, Cleveland, OH. 44110, from January 14, 2011 until January 15, 2011; (Copy of Letter Attached); and

b. Defendant's tentative schedule is to depart Pittsburgh via automobile on January 14, 2011 and return on January 15, 2011; and

c. Defendant plans to stay at the Holiday Inn Express located at 629 Euclid Avenue, Cleveland, Ohio 44114 (Copy of Confirmation Attached).

DENIED

BY THE COURT:

_____ J.

FILED

10 DEC 17 AM 8:34

DEPT. OF COURT RECORDS

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

V.

DUANE YOUNGBLOOD

CRIMINAL DIVISION

JUDGE CASHMAN

CC NO. 200604961

## ORDER OF COURT

AND NOW, to wit, this _16th_ day of _December_ , 20_10_, it is hereby

**ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO:

200604961 is granted permission to leave jurisdiction:

a.      For a New Church Start-up Service at Higher Call World Outreach

Church – Cleveland. Services will be held at 707 E. 159th Street,

Cleveland, OH. 44110, from January 21, 2011 until January 22,

2011; (Copy of Letter Attached); and

b.      Defendant's tentative schedule is to depart Pittsburgh via

automobile on January 21 2011 and return on January 22, 2011;

and

c.      Defendant plans to stay at the Holiday Inn Express located at 629

Euclid Avenue, Cleveland, Ohio 44114 (Copy of Confirmation

Attached).    DENIED

BY THE COURT:

FILED
10 DEC 17 AM 8:34
DEPT. OF COURT RECORDS
CRIMINAL DIVISION

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

V.

DUANE YOUNGBLOOD

CRIMINAL DIVISION

JUDGE CASHMAN

CC NO. 200604961

## ORDER OF COURT

AND NOW, to wit, this _16th_ day of _December_, 20_10_, it is hereby

**ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO:

200604961 is granted permission to leave jurisdiction:

a.    For services with Pastor Earl Johnson (626-676-1866) at According To Pattern Ministry in Shreveport, LA, from January 26, 2011 until January 28, 2011, (Copy of Letter Attached); and

b.    Defendant's tentative schedule is to depart Pittsburgh via airline on January 26, 2011 and return on January 28, 2011; (flight confirmation to be provided) and

c.    Defendant plans to stay at the Quality Inn Express located at 5402 Interstate Drive, Shreveport, LA, 71109 (Copy of Confirmation Attached). DENIED

BY THE COURT:

FILED

10 DEC 17 AM 8:34

DEPT. OF COURT RECORDS
CRIMINAL DIVISION
ALLEGHENY COUNTY, PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA

V.

DUANE YOUNGBLOOD

CRIMINAL DIVISION

JUDGE CASHMAN

CC NO. 200604961

## ORDER OF COURT

AND NOW, to wit, this _16th_ day of _December_, 20_10_, it is hereby **ORDERED AND DECREED** that the Defendant, Duane Youngblood, at CC NO: 200604961 is granted permission to leave jurisdiction:

a.    For a New Church Start-up Service at Higher Call World Outreach Church – Cleveland located at 707 E. 159th Street, Cleveland, OH. 44110, from January 29, 2011 until January 29, 2011;(Copy of Letter Attached); and

b.    Defendant's tentative schedule is to depart Pittsburgh via automobile on January 29, 2011 and return on January 29, 2011; and

DENIED

BY THE COURT:

_____ J.

FILED

10 DEC 17 AM 8:36

DEPT. OF COURT RECORDS
CRIMINAL DIVISION
PENN



IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA

CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,

NO. CC 0004961-2006

v.

DUANE YOUNGBLOOD,

Defendant

Judge David R. Cashman

**PETITION TO LIFT DETAINER/ SCHEDULE PROBATION VIOLATION HEARING**

Filed on behalf of Defendant

Duane Youngblood

Counsel of Record for the Defendant

Milton E. Raiford
235 Eastgate Drive
Pittsburgh, Pa. 15235
412-508-0274

Pa. ID # 49055

Hearing Date - 12/1/14 @ 9:30 A.M.

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA

CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,

NO. CC  0004961-2006

v.

DUANE YOUNGBLOOD,

Defendant

Judge David R. Cashman

## PETITION TO LIFT DETAINER/ SCHEDULE PROBATION VIOLATION HEARING

AND NOW, comes the Defendant, Duane Youngblood, by and through his attorney, Milton E. Raiford, Esq, and respectfully represents as follows:

1.) On March 3, 2008, Defendant pleaded guilty at NO. CC 0004961-2006 to:

    a.) Sexual Assault

2.) On March 3, 2008, The Honorable David R. Cashman sentenced the Defendant to 1 Year IPP and 7 Years' Probation.

3.) On July 12, 2014, Defendant was arrested and charged with:

    a.)  Corruption of Minors

This allegation was based on events that allegedly occurred in 2011.

~~4.) Defendant's Preliminary Hearing was held on August 6, 2014, before Magisterial District Court Judge Torkowsky and the Defendant waived the charges to Court. His~~ Formal Arraignment is scheduled for September 25, 2014. Bail has been set at

$ 50,000.00.

5.) Defendant was later arrested on one additional charge, a more serious charge of IDSI involving a different alleged victim.. Bail was set at $150,000.00. The case was postponed once; the victim recanted his testimony and that case was withdrawn on September 3, 2014 for failure to prosecute at Magistrate Torkowsky, Magisterial District Judge Riazzi presiding.

6.)  As Defendant's arrest in the present case is an alleged violation of his Probation at NO. CC 0004961-2006, a Bench Warrant Probation Violation was issued.

7.) Defendant respectfully requests that this Honorable Court lift the Detainer in this case and allow Defendant to return home on House Arrest.

8.) Defendant will reside with his family, his wife, LaShawn Youngblood, his daughters, Christa and Jeanette Youngblood and his two grandchildren at 928 William Penn Court, Pittsburgh, PA 15221. (a letter from Wife, LaShawn Youngblood, is attached hereto as Exhibit "1").

9.) Defendant has deep ties to the community and is not a risk to flee or reoffend.

10.) Defendant, Bishop Duane E. Youngblood, has been the senior pastor at The Life Church, 1321 Mifflin Street, Homestead, PA. 15120 for the past 23 years.

11.) Defendant is a graduate of Duquesne University where he majored in accounting.

12.) Defendant was an Ordained Minister & Elder by the Greater Emmanuel International Fellowship of Churches.

13.) Defendant is an Ordained Bishop by the Higher Ground Always Abounding Assemblies.

14.) Defendant received his Doctorate from the American School of Theology.

15.) The following facts are also relevant in this matter:

- ~~Defendant's mother-in-law has stage 4 cancer and is expected to live only 2-3 months.~~
- Defendant's second daughter is expecting her first child.
- Defendant is attempting to put together a succession plan with Elders of his church and needs to meet with them.
- Financially his family is suffering as his spouse is not on the signature card at his new bank.
- Defendant started a business on the web entitled "What's Happening in Pittsburgh" and is the only individual that can earn income from this venture. Income is used to pay the mortgage on the home.
- Defendant wants to return to Sex Offender Counseling on Tuesday's from 5:00-6:30 pm at the Essex House. It is this counseling that can continue to deliver Defendant. Defendant's personal therapist is at the same facility at the Essex House and Defendant desires to continue treatment with him.

16.) Defendant has no other probation violations.

17.) Defendant agrees to participate in any additional program. as deemed
necessary and appropriate by this Court.

18.)  Defendant believes and therefore avers that justice would be served if he
is permitted to be released from the Detainer in this case and released on Probation and/or House Arrest.

~~Wherefore, Defendant prays that this Honorable Court lift the existing Detainer in this~~
~~case and permit Defendant to be released on Probation, or in the alternative be~~
released on House Arrest or Defendant respectfully requests an immediate Probation
Violation Hearing.


Respectfully submitted,


Milton E. Raiford, Esq.
Attorney for Defendant

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA

CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA,

NO. CC 0004961-2006

v.

DUANE YOUNGBLOOD,

Defendant

Judge David R. Cashman

**ORDER OF COURT**

And Now, this _1st_ day of _December_ 2014, it is hereby ORDERED and DECREED that Defendant's Petition to Lift Detainer is granted. It is further ordered that Defendant be released home on Probation or House Arrest_____ _Denied_.

BY THE COURT:

_Cashman, J._

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Petition to Lift Detainer/Schedule Probation Violation Hearing was personally served, on the _____25th_____ day of Sept., 2014, upon the following:

1. Honorable David R. Cashman
2. Allegheny County Clerk of Courts
3. Allegheny County District Attorney's Office
4. Allegheny County Adult Probation Liaison Office

By: _____

Milton E. Raiford, Esq.
Attorney for Duane Youngblood

September 7, 2014

Judge David R. Cashman
Criminal Division
308 Courthouse
436 Grant Street
Pittsburgh, PA 15219

To the Honorable Judge Cashman:

My name is LaShawn Youngblood and I've known Duane Youngblood for 28 years and married 25 years. Duane has always been a hard working, prudent, devoted and caring person. After leaving your court room in March 2008 I watched a broken man work to become whole and healthy. He attended the court appointed classes every Tuesday evening, stayed connected to his therapy and has been taking the advice given to heart. How do I know this, because I saw a change happening in him, in our relationship and within our family.

Duane has a great support system that is available and willing to help him continue to move forward as a productive citizen. He is respected by many not because of his title or position but because of his transparency and willingness to grow. He is respected because he set up a 12 week program to help individuals and families heal from past abuse, neglect etc. He explained in the classes what he learned during therapy and realized that he never received counseling for the abuse in his life.
I personally witnessed a couple filing for divorce; learn to listen, respect and forgive one another under the maturity classes he taught.

As a wife there isn't a day that goes by that I don't miss him. The person who I've watched day in and day out struggle because he wanted better and wanted to heal from past wounds is now gone. The person who has provided for our family and fills a big part of our heart is not in our home. I wonder every night if he is safe and free from harm, if he has eaten properly and if his sugar levels are normal. It is my hope that he would be allowed to come home and continue to attend the classes. It is my hope that he would continue to develop into a respectful citizen of the community. Lastly, it would be my hope to see him with his children and grandchildren who have missed him dearly.

Sincerely Yours,


LaShawn Youngblood

EXHIBIT "1"

Duane Eric Yeaugh
500 Westinghouse A.
APT E
Wilmerding, PA 15148

No Scheduled Start Date

5822    J. TURKOWSKI

| | | | |
|---|---|---|---|
| Short Caption | In Re: Bail on Lower Court Case | Lower Court No. | MDJ-05-2-15 |
| CP Docket No. | CP-02-MD-0009292-2006 | Lower Court  Docket No. | CR-0000064-06 |
| OTN: | G 308225-1 | Date of Charge(s): | 10/30/2002 |

**Charge(s)**

| | | |
|---|---|---|
| 18 | §3126 §§A8 | Ind Asslt Person Less 16 Yrs Age |
| 18 | §6301 §§A1 | Corruption Of Minors |
| 18 | §3123 §§A7 | IDSI Person Less Than 16 Yrs Age |
| 18 | §3124.1 | Sexual Assault |

**TYPES OF RELEASE:**

- ☐ ROR
- ☐ Unsecured Bail
- ☐ Nonmonetary Condition(s)
- ☐ Nominal Bail
- ☒ Monetary Condition(s) in the amount of $100,000.00

**THE CONDITIONS OF THIS BAIL BOND ARE AS FOLLOWS:**

1. The defendant must appear at all times required until full and final disposition of the case(s).
2. The defendant must obey all further orders of the bail authority.
3. The defendant must give written notice to the bail authority, the clerk of courts, the district attorney, and the court bail agency or other designated court bail officer, of any change of address within 48 hours of the date of the change.
4. The defendant must neither do, nor cause to be done, nor permit to be done on his or her behalf, any act as proscribed by Section 4952 of the Crimes Code (relating to intimidation of witnesses or victims) or by Section 4953 (relating to retaliation against witnesses or victims), 18 Pa.C.S. § 4952, 4953.
5. The defendant must refrain from criminal activity.

**TYPES OF SECURITY:**

- ☐ Cash/Equivalent
- ☐ Gov't. Bearer Bonds
- ☐ Realty within Commonwealth
- ☐ _____ % Cash
- ☒ Surety Bond
- ☐ Realty outside Commonwealth

TOTAL AMOUNT BAIL SET (IF ANY): $100,000.00  (see sureties page)

This bond is valid for the entire proceedings and until full and final disposition of the case(s) including all avenues of direct appeal to the Supreme Court of Pennsylvania.

**I AGREE THAT I WILL APPEAR AT ALL SUBSEQUENT PROCEEDINGS AS REQUIRED AND COMPLY WITH ALL THE CONDITIONS OF THE BAIL BOND.**

This bond signed on : _____, 20 _____.

at _____, Pennsylvania _____.

(Signature of Defendant)

**PLEASE SEE ATTACHED PAGES FOR ADDITIONAL INFORMATION**

AOPC 414A1 - REV. 03/17/2006

Printed: 03/17/2006  4:05F ...




| Short Caption | In Re: Bail on Lower Court Case | Lower Court No.: | MDJ-05-2-15 |
|---|---|---|---|
| CP Docket No. | CP-02-MD-0009292-2006 | Lower Court Docket No. | CR-0000064-06 |
| OTN: | G3082251 | Date of Charge(s): | 10/30/2002 |

I, Diane Tressa, the undersigned surety or defendant, have posted security in the amount of $90,000.00.

TYPES OF SECURITY:

- [ ] Cash/Equivalent
- [ ] 0% Cash
- [ ] Gov't. Bearer Bonds
- [X] Surety Bond
- [ ] Realty within Commonwealth
- [ ] Realty outside Commonwealth

I have read this information, and I acknowledge that I, my personal representatives, successors, heirs and assigns are jointly and severally bound with the defendant and any other sureties to pay to the Commonwealth of Pennsylvania the sum of $100,000.00, which is the full amount of the monetary condition of release in the event the bail bond is forfeited.

I understand that when a monetary condition of release is imposed, if the defendant appears at all times required by the court and satisfies all the other conditions set forth in the bail bond, then upon full and final disposition of the case, this bond shall be void. If the defendant fails to appear as required or to comply with the conditions of the bail bond, then this bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited, the defendant's release may be revoked, and a warrant for the defendant's arrest may be issued.

WARRANT OF ATTORNEY: RECOGNIZING THAT I AM WAIVING CERTAIN IMPORTANT RIGHTS, INCLUDING THE RIGHT OF PREJUDGMENT NOTICE AND HEARING, in accordance with the law, I do hereby empower any attorney of any court of record within the Commonwealth of Pennsylvania or elsewhere to appear for me at any time, and with or without declarations filed, and whether or not the defendant be in default, to confess judgment against me, and in favor of the Commonwealth of Pennsylvania for use of the county, and its assigns, during any term or session of a court of record of the county for the full amount of the monetary condition of release set forth on the first page of this bail bond, and costs. I understand that any real estate which I have posted as security in this case may be levied upon to collect the amount confessed. I waive and release any right of inquisition on that real estate, voluntarily condemn it, and authorize the Prothonotary, upon a Writ of Execution, to enter my voluntary condemnation. I also agree that any real estate posted by me in this case may be sold on a Writ of Execution. I hereby forever waive and release any and all errors which may arise in any proceeding to confess judgment in this case, waive all rights of stay of execution, and waive all laws now in force or laws passed in the future which exempt real or personal property from execution.

Since a copy of the bail bond and warrant of attorney is being filed in the defendant's case, it shall not be necessary to file the original as a warrant of attorney, notwithstanding any law or rule of court to the contrary.

I have read this instrument carefully and know that it is true and correct:

C/O International Fidelity Company
Seneca Insurance Company / Harvey Wander Agency
P.O Box 62
Cheswick, PA 15024-5024

_____
Signature of Surety or Defendant (signed in all bail situations except ROR)

Address of Surety, Surety Company, or Defendant

Sworn (affirmed) and subscribed before me
this __17__ day of __MARCH__, 20_06_.

_George F Matta II_
Clerk of Courts Commission Date:

SEAL

**Refund of bail (less any bail-related fees or commissions allowed by law and reasonable costs, if any, of administering the cash bail program) will be made within 20 days after full and final disposition (Pa.R.Crim.P. 535).**

AOPC 414A1 - REV. 03/17/2006

Printed: 03/17/2006  4:05r ..m

Report Date: 4/03/06                    **JRRENT BAIL INFORMATIC**         Time:   **3:00**

System Date: **4/03/06**

Report Id:   **CSS25R**



Mag. Dist. No.:   **05-2-15**

Docket Number:  **CR-0000064-06**

Defendant Name:   **YOUNGBLOOD, DUANE ERIC**

---

Last Bail Action: **POST**  Date: **3/17/06** Time: **3:25PM**

Current Set Amount: $ **100,000.00** Date: **03/16/06**

Common Pleas Court Order Number: _____

Event Type: **ARRAIGNMENT** _____  Date: **03/16/06**  Time: **4:49PM**

Release Type 1: **MONETARY BAIL** _____  Release Type 2: _____

Monetary Release Type: **STRAIGHT BAIL** _____

Bail Bond Signed: **YES**  Date: **03/21/06** Time: **3:25PM**

| SURETY TYPE | SURETY NAME AND ADDRESS | SECURITY TYPE | POSTED AMOUNT | PAID IN AMOUNT |
|---|---|---|---|---|
| **BDMN  1** | **SAULA, MICHAELE K** | **SURB** | **100,000.00** | |
| | **BAIL BONDS** | | | |
| | **1103 FREEPORT RD** | | | |
| | **CHESWICK, PA 15024** | | | |

| LAST SURETY TYPE | LAST RECEIPT NUMBER | LAST RECEIPT DATE | LAST RECEIPT AMOUNT | | LAST SURETY TYPE | LAST REFUND DATE | LAST REFUND CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Nominal/Unsecured Surety: _____

Release Conditions in Addition to Bail Bond Conditions:

_____

Domestic Violence Conditions Imposed? **NO**

_____

Bail Forfeiture Amount: $ _____   Date of Execution of Forfeiture: _____

Bail Forfeiture Set Aside Amount: $ _____

Reason for Last Bail Action of: _____

---

A503A-97

**COPY: CLERK OF COURTS**

**PRINTED:  4/03/06  3:00:05  PM**

CR-0000064-06

| | DISTRICT NO. | | | 5. Transferred from Initial Issuing Authority | | DISTRICT NO. | | |
|---|---|---|---|---|---|---|---|---|
| inal Issuing Authority/to be completed by Final Issuing Authority | 05 | 2 | 15 | ALLEGHENY CTY ARRAIGNMENT COURT | | 05 | 0 | 00 |

**THOMAS R. TORKOWSKY**

| 7. Date of Transfer | | 8. Docket No. of Initial Authority |
|---|---|---|
| 01 | 30 | 06 | CR-0000600-06

6. Name and Address (Last Name First)

YOUNGBLOOD, DUANE ERIC
500 WESTINGHOUSE AV APT#E
WILMERDING, PA 15148

**REPORT OF JUDICIAL CRIMINAL PROCEEDINGS**

ATTN: CLERK OF COURTS
This Portion of this form (commencing with block 9) is to be completed by you or your appropriate designee.

| 9. Date of Filing | | | 10.Code | ← ENTER TYPE OF FILING CODE IN BLOCK 10. |
|---|---|---|---|---|
| MM | DD | YY | | |

1. Indictment    2. Information
3. Grand Jury Waiver    4. Other (specify below):

| 11. Date of Birth | | 12. Sex | 13. Race | 14. Operator License Number | 15.State |
|---|---|---|---|---|---|
| 12 | 29 | 66 | M | B | | PA |

| 5. Date of Arrest | 17. Date Complaint Filed or Citation Issued or Filed | | MM | DD | YY |
|---|---|---|---|---|---|
| | | | 01 | 30 | 06 | 23.Code |

| | LAST BAIL STATUS PRIOR TO SENTENCING EXPLANATION OF BAIL CODES | 18. Date | Preliminary Arraignment | 19. Time | 20. Date Waived to Court |
|---|---|---|---|---|---|
| | | MM DD YY | | | MM DD YY |
| | | 03 16 06 | | 4:49P | |

***SEE CURRENT BAIL INFORMATION PAGE***

| 1. Prelim.Hear./Sum.Trial | 22. Date Bail Set | 24. Amount | 25. Date Posted | 26. Final Charges: If Final Charge is Changed indicate Letter of Line(s) on which New Charge(s) appear. |
|---|---|---|---|---|
| MM DD YY | MM DD YY | $ | | |
| 03 29 06 | | | | |

27. Description of charges

| | | Off. Char. | Gr. Code. | 28. Offense Date MM DD YY | 29. Section and Subsection | Purdon's Cite | 30. Disp |
|---|---|---|---|---|---|---|---|
| A | ▬▬▬▬▬▬ | | | | ▬▬▬▬▬ | | HDCT |
| B | ▬▬▬▬▬▬ | | | | | | HDCT |
| C | ▬▬▬▬ | | | | | | HDCT |
| | D SEXUAL ASSAULT | F2 | 10/30/02 | CC3124-1S | 18 §3124.1 | | HDCT |

| TYPE OF DISPOSITION | | | OTHER INFORMATION |
|---|---|---|---|
| | (101) | GUILTY PLEA | FINAL PLEA | 31. PRE-SENTENCE INVESTIGATION | YES |
| | (102) | GUILTY PLEA TO A LESSER OFFENSE | | A. PRE-SENTENCE-STATE |
| | (103) | NOLO CONTENDERE | | B. PRE-SENTENCE-COUNTY |
| | (201) | NOLLE PROSSED/WITHDRAWN | DIS-MISSAL | C. PSYCHIATRIC EVALUATION |
| | (202) | QUASHED/DISMISSED/DEMURRER SUSTAINED | | D. PRE-SENTENCE AND PSYCHIATRIC |
| | (203) | OTHER (SPECIFY) | | E. NOT REQUESTED |
| | (204) | DISMISSAL UNDER Pa. R. Crim. P. 600 | | 32. TRIAL COMMENCED DATE |
| | (301) | JURY | TRIAL | 33. NO. TRIAL DAYS |
| | (302) | COURT | | 34. DISPOSITION DATE |
| | (311) | NOT GUILTY | VER-DICT | 35. SENTENCE DATE |
| | (312) | GUILTY | | 36. EFFECTIVE DATE OF SENTENCE |
| | (313) | GUILTY OF A LESSER CHARGE | NO PENALTY DISP | 37. FUGITIVE | YES |
| | (401) | ARD COUNTY | | 38. DEFENSE COUNSEL |
| | (402) | ARD STATE | | A. PUBLIC DEFENDER |
| | (403) | DISPOSITION IN LIEU OF TRIAL | | B. PRIVATELY RETAINED |
| | | | | C. COURT APPOINTED |
| | | | | D. SELF REPRESENTED |
| | (501) | DIAGNOSTIC CLASSIFICATION CENTER | PRISON | 39. DEFENSE COUNSEL NAME | 40. I.D. NO. |
| | (502) | REGIONAL CORRECTIONAL FACILITY | | |
| | (503) | COUNTY JAIL | | 41. PRESIDING JUDGE (LAST NAME FIRST) |
| | (504) | ELECTRONIC SURVEILLANCE | | |
| | (511) | STATE (PBPP) REGULAR PROBATION | PRO-BATION | |
| | (512) | STATE (PBPP) PROBATION W/O VERDICT | | |
| | (513) | COUNTY-REGULAR PROBATION | | 42. COUNTY | 43.CODE |
| | (514) | COUNTY-PROBATION W/O VERDICT | | |
| | (516) | INTERMEDIATE PUNISHMENT PROGRAM | FINES AND COSTS | 44. NAME OF PERSON REPORTING |
| | (521) | FINES-TOTAL AMOUNT ONLY......$ | | |
| | (522) | COSTS-TOTAL AMOUNT ONLY......$ | | |
| | (523) | FINES AND COSTS SUSPENDED | | |
| | (531) | DEATH PENALTY | MISC. | |
| | (532) | MENTAL HOSPITAL | | |
| | (533) | OTHER (SPECIFY) | | AFTER DISPOSITION AND SENTENCING OF CASE, MAIL THIS FORM TO: |

| | | 46. MINIMUM | | | 47. MAXIMUM | | | 48.WHEN SENTENCE CONCURRENT ENTER CHARGE CODE |
|---|---|---|---|---|---|---|---|---|
| | | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | |
| A | | | | | | | | 49.WHEN SENTENCE CONSECUTIVE ENTER CHARGE CODE |
| B | | | | | | | | **ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS** |
| C | | | | | | | | DOCKET TRANSCRIPT UNIT |
| D | | | | | | | | 1515 MARKET STREET, SUITE 1428 |

(columns: SUSPENDED SENTENCE / SENTENCE OR TERM)

PHILADELPHIA, PENNSYLVANIA 19102
(215) 560-6300

USE REVERSE SIDE FOR REMAr

DATE PRINTED:4/03/06  3:00:05 PM
AOPC 501B-01  COPY: CLERK OF COURTS

| 1. Docket Number of Final Issuing Authority | 2. OTN Number | 3. State Identification Number |
|---|---|---|

CR-0000064-06

OTN   G 308225-1

| 4. Final Issuing Authority/to be completed by Final Issuing Authority | | DISTRICT NO. | | | 5. Transferred from Initial Issuing Authority | | DISTRICT NO. |
|---|---|---|---|---|---|---|---|

THOMAS R. TORKOWSKY

05  2  15

ALLEGHENY CTY ARRAIGNMENT COURT

05  0  00

**D E F E N D A N T**

| 6. Name and Address (Last Name First) | 7. Date of Transfer | 8. Docket No. of Initial Issuing Authority |
|---|---|---|

YOUNGBLOOD, DUANE ERIC
500 WESTINGHOUSE AV APT#E
WILMERDING, PA 15148

01 30 06

CR-0000600-06

9. Affiant Who Signed Complaint (Name and Address)

SEAN KELLY
ALLEGHENY CNTY PD
400 N LEXINGTON ST STE 2
PITTSBURGH, PA 15208

04961

| 10. Date of Birth MM DD YY | 11. Sex | 12. Race | 13. Operator License Number | 14. State | 15. ORI | 16. OCA | 17. Badge Number/Officer I.D. |
|---|---|---|---|---|---|---|---|
| 12 29 66 | M | B | | PA | PA0022800 | | MO28409A |

| 18. Date of Arrest MM DD YY | 19. Date Complaint Filed or Citation Issued or Filed MM DD YY | 20. Summons Date Issued MM DD YY | 21. Warrant MM DD YY | 22. Summons Returned MM DD YY | 23. Date Preliminary Arraignment MM DD YY | 24. Time | 25. Date Waived to Court MM DD YY |
|---|---|---|---|---|---|---|---|
| | 01 30 06 | | 01 30 06 | | 03 16 06 | 4:49P | |

| 26. Prelim.Hear./Sum.Trial MM DD YY | 27. Address of Preliminary Hearing/Summary Trial | | 32. Date Set For Preliminary Hearing | 33. CONT |
|---|---|---|---|---|
| 03 29 06 | 510 EAST 8TH AVENUE, MUNHALL, PA 15120 | | | |

| 28. Description of Charges | Off. Char. | 29. Grading | 30. Offense Date MM DD YY | 30. Section and Subsection | 31. Disposition | MM DD YY |
|---|---|---|---|---|---|---|
| 1 | | | | | HDCT | 03 29 06 |
| 2 | | | | | HDCT | 03 22 06  J |
| 3 | | | | | | |
| 4  D SEXUAL ASSAULT | | F2 | 10 30 02 | CC3124-1 | HDCT | |
| 5 | | | | | HDCT | |

| 34. Advised of His Right to Apply for Assignment of Counsel? Yes [X] No | 35. Public Defender Requested by the Defendant? Yes No [X] | 36. Application Provided for Appointment of Public Defender? Yes No [X] | 37. In cases where so required, I the within named Issuing Authority, did make a reasonable effort to settle the difference between the Defendant and the Complainant on: MM DD YY |
|---|---|---|---|

| 38. Codefendant(s) Name | 39. OTN | 38. Codefendant(s) Name | 39. OTN |
|---|---|---|---|
| a | a | c | c |
| b | b | d | d |

| 40. Enter 'C' for witness for Complainant- Enter 'D' for Witness for Defendant | 41. Witnesses Names and Addresses and Names and Addresses of persons (not more than 2), Defendant wishes to be Notified for trial | 42. Sworn | 43. Testified | 44. Defense Persons to be notified |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| 45. Commonwealth | Attorney's Name and Address for: | 48. I.D. No. |
|---|---|---|
| HOFFMAN, ERIC | | |
| 46. Complainant | | 42660 |
| 47. Defendant | CARSIA, BRUCE A | [X] Private |
| | 505 COURT PLACE, PITTSBURGH, PA 15219-2002 | 18107 |
| | | Other |

| 49. Date of Decision MM DD YY | 50. Fines Amount | 51. Costs | 52. Judgment of Sentence | |
|---|---|---|---|---|
| | $ .00 | $ .00 | | BAL: $ .00 |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Arraignment

| Bail at Preliminary Arraignment | | | | | 56. Date Bail Posted MM DD YY |
|---|---|---|---|---|---|
| 53. Type | 54. Amount $ | 55. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | |

Name and Address of Corporate Surety and Agent or Individual Surety-Preliminary Hearing

| Current Bail/Bail at Preliminary Hearing | | | | | 60. Date Bail Posted MM DD YY |
|---|---|---|---|---|---|
| 57. Type | 58. Amount $ | 59. Date Set MM DD YY | **SEE CURRENT BAIL INFORMATION PAGE** | | |

| 61. If Committed Date MM DD YY | 62. Code | 63. Place of Commitment | |
|---|---|---|---|
| 03 16 06 | C | ALLEGHENY CO JAIL | PITTSBURGH  PA |

COPY: CLERK OF COURTS

| 64. Date Transcript Sent to Court MM DD YY |
|---|
| 04 03 06 |

Certified this ___3rd___ day of ___April___

My commission expires first Monday of January 2007  SEAL

Thomas Torkowsky

AOPC 501A-99     **DATE PRINTED:** 4/03/06   3:00:05 PM

I, the above named Issuing Authority certify that this transcript is a tr. and correct Transcript of the Docket.

County of Allegheny
5th Judicial District

| Court of Common Pleas - Allegheny County | |
| Allegheny County Courthouse | In Re: Bail on Lower Court Case |
| 436 Grant Street | |
| Pittsburgh, PA 15219 | |

Docket No: CP-02-MD-0009292-2006
OTN: G 308225-1
Date of Birth: 12/29/1966

Charge(s)

| 18 §3126 §§A8 | Ind Asslt Person Less 16 Yrs Age |
| 18 §6301 §§A1 | Corruption Of Minors |
| 18 §3123 §§A7 | IDSI Person Less Than 16 Yrs Age |
| 18 §3124.1 | Sexual Assault |

To the Warden/Director of _____ :

(name of institution)

You are ordered/directed to release Duane Eric Youngblood in the above-captioned case for the charges listed, for the following reasons:

☐  Hearing to be held at:

| Date: | *3-22-06* | Location: |
| Time: | *0* | *05-2-15  TORKOWSKY* |

☐  Acquitted/Found Not Guilty by (Jury/Court)

☐  Case Dismissed

☐  Charges withdrawn by Prosecution

☒  Bail Posted

☐  Duane Eric Youngblood has been placed on    (Probation/Parole).

☐  Other _____

**This release does not apply to any other commitment, hold order, or detainer against Duane Eric Youngblood.**

Witness my hand and official seal at my office this _____ day of _____, 20_____.

SEAL

_____

Magisterial District Judge Thomas R Torkowsky

My commission expires first Monday of January, _____.

| Short Caption | In Re: Bail on Lower Court Case | Lower Court No.: | MDJ-05-2-15 |
|---|---|---|---|
| CP Docket No. | CP-02-MD-0009292-2006 | Lower Court Docket No. | CR-0000064-06 |
| OTN: | G3082251 | Date of Charge(s): | 10/30/2002 |

I, **Michaele K Saula, the undersigned surety or defendant, have posted security in the amount of $10,000.00.**

TYPES OF SECURITY:

- [ ] Cash/Equivalent
- [ ] 0% Cash
- [ ] Gov't. Bearer Bonds
- [x] Surety Bond
- [ ] Realty within Commonwealth
- [ ] Realty outside Commonwealth

I have read this information, and I acknowledge that I, my personal representatives, successors, heirs and assigns are jointly and severally bound with the defendant and any other sureties to pay to the Commonwealth of Pennsylvania the sum of $100,000.00, which is the full amount of the monetary condition of release in the event the bail bond is forfeited.

I understand that when a monetary condition of release is imposed, if the defendant appears at all times required by the court and satisfies all the other conditions set forth in the bail bond, then upon full and final disposition of the case, this bond shall be void. If the defendant fails to appear as required or to comply with the conditions of the bail bond, then this bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited, the defendant's release may be revoked, and a warrant for the defendant's arrest may be issued.

WARRANT OF ATTORNEY: RECOGNIZING THAT I AM WAIVING CERTAIN IMPORTANT RIGHTS, INCLUDING THE RIGHT OF PREJUDGMENT NOTICE AND HEARING, in accordance with the law, I do hereby empower any attorney of any court of record within the Commonwealth of Pennsylvania or elsewhere to appear for me at any time, and with or without declarations filed, and whether or not the defendant be in default, to confess judgment against me, and in favor of the Commonwealth of Pennsylvania for use of the county, and its assigns, during any term or session of a court of record of the county for the full amount of the monetary condition of release set forth on the first page of this bail bond, and costs. I understand that any real estate which I have posted as security in this case may be levied upon to collect the amount confessed. I waive and release any right of inquisition on that real estate, voluntarily condemn it, and authorize the Prothonotary, upon a Writ of Execution, to enter my voluntary condemnation. I also agree that any real estate posted by me in this case may be sold on a Writ of Execution. I hereby forever waive and release any and all errors which may arise in any proceeding to confess judgment in this case, waive all rights of stay of execution, and waive all laws now in force or laws passed in the future which exempt real or personal property from execution.

Since a copy of the bail bond and warrant of attorney is being filed in the defendant's case, it shall not be necessary to file the original as a warrant of attorney, notwithstanding any law or rule of court to the contrary.

I have read this instrument carefully and know that it is true and correct:

_____    1103 FREEPORT ROAD
Signature of Surety or Defendant (signed in all bail situations except ROR)    CHESWICK PA 15024, PA

Sworn (affirmed) and subscribed before me    Address of Surety, Surety Company, or Defendant

this ___17___ day of ___MARCH___, 20_06_.    _____    SEAL

Clerk of Courts Commission Date:

**Refund of bail (less any bail-related fees or commissions allowed by law and reasonable costs, if any, of administering the cash bail program) will be made within 20 days after full and final disposition (Pa.R.Crim.P. 535).**

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**RECEIPT**

**Receipt Date: 03/17/2006**                                    **Receipt Number: 02-2006-R5822**

Payor:    **Diane Tressa**
          **C/O International Fidelity Company**
          **Seneca Insurance Company / Harvey Wander Agency**
          **P.O Box 62**
          **Cheswick, PA 15024**

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 03/17/2006 | Cash | | | No | $30.00 |

**Responsible Participant: Duane Eric Youngblood**

*Docket Number: CP-02-MD-0009292-2006*          *Short Caption: In Re: Bail on Lower Court Case*

Total Amount Owed by Responsible Participant on this case:                                    $0.00

Total Amount Owed by Responsible Participant on all non-archived cases in this Court:         $0.00

**Payment Summary:**

| | | |
|---|---|---|
| *Total Payment Received:* | $ | *30.00* |
| *Change Amount:* | $ | *0.00* |
| *Escrow Amount:* | $ | *0.00* |
| ***Payments Less Change:*** | *$* | ***30.00*** |

**Comments:**    Second Payor is Steve Savor

**RETAIN THIS RECEIPT FOR YOUR RECORDS**