# Exhibit 2

1

IN THE COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY, PENNSYLVANIA

-----

COMMONWEALTH OF
PENNSYLVANIA

CRIMINAL DIVISION

CC No. 10522-2014

vs.

PROCEEDING:
Sentencing

DUANE YOUNGBLOOD,

DATE:
March 10, 2015

Defendant.

REPORTED BY:
Veronica R. Trettel, RMR, CRR
Official Court Reporter

BEFORE:
Hon. Jill Rangos

COUNSEL OF RECORD:

For the Commonwealth:
Evan Lowry, Esq.

For the Defendant:
Milton Raiford, Esq.

REPRODUCTION OF THIS TRANSCRIPT IN WHOLE OR IN PART IS GOVERNED

BY THE PA RULES OF JUDICIAL ADMINISTRATION AND APPLICABLE

LOCAL RULES AND SHALL NOT BE EMPLOYED FOR ANY OFFICIAL CAPACITY

2

```
1                    P-R-O-C-E-E-D-I-N-G-S

2                            -  -  -

3              Tuesday Morning, March 10, 2015

4                            -  -  -

5                        (In Open Court)

6                            -  -  -

7              THE COURT:  Commonwealth versus Duane

8       Youngblood.  Counsel, please enter your appearance.

9              MR. LOWRY:  May it please the Court, Evan

10      Lowry on behalf of the Commonwealth, Your Honor.

11             MR. RAIFORD:  Milton Raiford for

12      Mr. Youngblood.

13             THE COURT:  We do have a Pre-Sentence Report

14      in this case.  Each of you have had the opportunity to

15      review that report; is that correct?

16             MR. RAIFORD:  Yes, ma'am.

17             MR. LOWRY:  Yes, Your Honor.

18             THE COURT:  Are there any additions or

19      corrections?

20             MR. RAIFORD:  I believe there's a couple,

21      just dates in terms of the time that Mr. Youngblood

22      began his counseling, was getting his counseling.  It

23      was 2011.  And I think they put another date in there

24      in that regard.

25                 At the time he was seeing the victim in the
```

3

1        case, it was 2011 and not 2010.

2                    THE COURT:  I've been handed some letters on

3        behalf of Mr. Youngblood.  I'll take a moment and read

4        those.

5                    Mr. Lowry, did you receive copies of those?

6                    MR. LOWRY:  I have not, Your Honor.

7    (Pause noted)

8                    THE COURT:  I have read all three letters

9        provided to me by the defense.

10                    Mr. Lowry, have you had an opportunity to

11        read those.

12                    MR. LOWRY:  I have, Your Honor.  Thank you.

13                    THE COURT:  I'll incorporate them into the

14        record here today.  You have no other witnesses.  Is

15        that accurate, Mr. Raiford?

16                    MR. RAIFORD:  That's correct.

17                    THE COURT:  So we'll ask Mr. Lowry to

18        present his witnesses.  Then I'll give each of you the

19        opportunity for allocution.

20                    I would ask Mr. Youngblood to step over to

21        the other side of Mr. Raiford, please.

22                    MR. LOWRY:  Commonwealth would call ████

23    ████ III.

24                    Mr. ████ please state your name and

25        spell your last name for the record.

4

1          MR. ███████    My name is ████ ██████

2    ████████.

3          MR. LOWRY:  And ██████ how do you know

4    ███████████

5          MR. ██████    He's my brother.

6          MR. LOWRY:  Is he your older or younger

7    brother?

8          MR. ██████    Older brother.

9          MR. LOWRY:  Did you prepare a statement to

10   read for the Judge today?

11         MR. ██████    Yes.

12         MR. LOWRY:  Can you read that statement for

13   Judge Rangos?

14         MR. ██████    Yes.  What happened to my

15   brother has affected myself because I never thought

16   such a horrible thing could happen to my brother.

17         When I first found out, I didn't express any

18   emotions because I didn't understand why would anyone

19   do this to my brother.  Especially my former pastor.

20         My family has been attending his church for

21   several years.  We trusted him to preach the Word of

22   God.  I felt anger, frustration, anxiety.  Why is the

23   question I wanted to ask.  I looked up to my older

24   brother.  Through this process, he has portrayed

25   strength and perseverance, and he has the most

5

1    despairing and painful memories.  Watching him made me

2    look up to him even more.

3                    MR. LOWRY:  That would be all from █████

4    Your Honor.

5                    THE COURT:  Thank you, Mr. ███████

6                    Any questions?

7                    MR. RAIFORD:  No, ma'am.

8                    MR. LOWRY:  Commonwealth would call █████

9    ██████

10                   Can you please state your name for the

11   record.

12                   MS. █████  ███████  ████████

13                   MR. LOWRY:  And how do you know ████████

14                   MS. ██████    He's my older brother.

15                   MR. LOWRY:  And ████████  did you prepare a

16   statement to read to the Judge today?

17                   MS. ██████    Yes.

18                   MR. LOWRY:  Can you please read that

19   statement?

20                   MS. ██████    My family's claim to love was

21   destroyed behind closed doors.  As most people know,

22   me and my brother are very close, and me and him both

23   attend four-year colleges his senior my freshman year.

24   Those years are stressful enough for any college

25   student without anything being added to it.  I feel

6

1    that it made our family, me personally, anger,

2    frustration, and it has torn our family apart.

3         For the years past, it is coming out now

4    Duane Youngblood operating and being ashamed.  They

5    will have to carry this with them for the rest of

6    their lives.  They are supposed to help build up, but

7    took advantage.  It bothers me to a point where not

8    only he did it, but he was a preacher who got up in

9    front of a congregation speaking and taught the word

10   of God which was off.  I looked at him as a father

11   figure.  I enjoyed and loved at the time serving this

12   man and his family, helping out with the reception

13   before and after church.

14        Watching his interaction with his daughters

15   he has brought tears to my eyes because it was

16   beautiful.  I loved talking to him, period, giving him

17   strong hugs and the words "I love you" came out of his

18   mouth.  I respected Duane, admired and looked up to

19   him, even though he has misled and betrayed my brother

20   and my family.  I have a bleeding heart for people.

21   No, I do not like the situation, but, yes, I do love

22   him and forgive him for his wrongdoing to my family

23   and especially my brother just as Christ would.

24        And as my mom, said, yes, we are to learn

25   from bad experiences.  Never forget the past, but to

7

1     keep moving forward and, yes, that is exactly what we

2     plan to do.  Move forward.

3              THE COURT:  Thank you, Ms. ██████

4              MS. ██████    You're welcome.

5              MR. LOWRY:  Commonwealth would call

6     ██████ Jr.

7              Mr. ██████    can you please state your name

8     for the Court.

9            ██████ ██████ ██████ ██████    Jr.

10            MR. LOWRY:  And how are you related to

11     ██████ sir?

12           ██████ ██████    He's my son.

13            MR. LOWRY:  Did you prepare a statement to

14     read to Judge Rangos?

15           ██████ ██████    Yes.

16            MR. LOWRY:  And would you do so at this

17     time, sir?

18           ██████ ██████    As I stand here before

19     the Court as ██████ father, I feel a certain level

20     of responsibility for what happened to my son.  I

21     asked for him to be counselled, and I am at fault for

22     not monitoring the counseling more closely.  I feel

23     like I let my child down because your children expect

24     you to make wise decisions concerning their care and

25     not to hand them over to be assaulted.  I won't stand

1    here and take all of the blame though.  You expect

2    that when you take your child to the pastor and he

3    agrees to counsel, counsel your child, that there's

4    not an ulterior motive there.

5      I know some would say that you should try

6    and understand that is some sort of disease, but

7    that's BS and that's not true.  It's not a disease.

8    It's surely a sickness of integrity.  It's a choice.

9    A choice was made to assault my son, and other young

10    men.  It was a choice to blatantly lie to my face

11    repeatedly and he was very smart and calculating and

12    very deceptive in everything he did.

13      My son should be able to trust his father

14    without question and I love the church.  I just hope

15    that this Court does everything legally possible that

16    this doesn't happen to anyone else's child.

17      THE COURT:  Thank you, Mr. ███████

18      MR. LOWRY:  Commonwealth calls ████ ██████

19      Ms. ██████ can you please state your name.

20      MS. ██████ ████ █████

21      MR. LOWRY:  And how are you related to

22  ██████ ma'am?

23      MS. ██████  His mother.

24      MR. LOWRY:  Did you prepare a statement to

25    read to Judge Rangos at this time?

9

1          MS. ██████    Yes, I did.

2          MR. LOWRY:  Would you please do so?

3          MS. ██████    Your Honor, I left to

4   defendant's Youngblood church in November of 2012

5   because he had wanted to counsel my daughter.  At the

6   time I didn't know what had happened to my son

7   ██████   but the defendant did and tried all he could

8   to persuade me to come back to the church, and when

9   that didn't work, he and the members of his church

10  began to slander my name.

11          While having a conversation with my son last

12  July of 2014, he told me that between 2009 and 2011,

13  he had been sexually assaulted by the defendant.  Your

14  Honor, it felt like someone had ripped my heart out of

15  my chest, and all I could do was cry out, "Lord help

16  me."

17          I asked my son why didn't you tell me, and

18  he said the defendant kept telling him, "Don't tell

19  your mom."

20          Your Honor, me and my entire family had

21  served this church.  I was there for 12 years with my

22  kids, and my husband for 13-and-a-half years.

23  Finally, this was out like a slap in the face, and the

24  ultimate sense of betrayal.  My husband had stayed and

25  served in this church after I left.  This man was

1    honor bearer and deacon of the church.  Him and my son

2    both called him dad and highly respected him.  The

3    information of finding out my son was sexually

4    assaulted by our bishop, the defendant, has been

5    emotionally, mentally, and physically stressful these

6    past couple of months, but my son ███ has had to

7    deal with the guilt, shame, and fear since this has

8    come out -- well, since this happened starting in

9    2009.

10         This has turned a husband against me, his

11   wife and family because the defendant so seized the

12   division and confusion between -- fusion because he

13   was mad that I would not submit to my husband and

14   return to the church so he could keep his secret

15   hidden and cover up his lies about sexually assaulting

16   our son.

17         The defendant claims that he wants to help

18   young men who are hurting, but while all this time

19   he's the one who has been hurting them by sexually

20   assaulting them.

21         He took an oath before God to pray for, help

22   and to help the less fortunate and needy.  The

23   defendant is a wolf in sheep's clothing and preyed,

24   P-R-E-Y-E-D, on my son and other people in his church.

25   He said he has a sickness and a disease and he does.

1    He is a serial molester and has not tried to stop.

2    That's why I petition this Court today to give him the

3    maximum punishment allowable for this offense.

4    THE COURT:  Thank you, Mrs. ███████

5    MR. LOWRY:  The Commonwealth would call

6    ██████ ███████  Can you please state your name spell

7    your first name.

8    ███████ ███████  My name is ████████

9    ███████  My first name is spelled ████████████

10    MR. LOWRY:  And ████████ did you prepare a

11    statement as to how this crime and case has affected

12    your life?

13    ███████ ███████  I did.

14    MR. LOWRY:  Can you please read it to Judge

15    Rangos?

16    ███████ ███████  Your Honor, good morning.

17    So I've known Duane since I was around probably eight

18    to ten.  I've looked at him as a father figure and

19    I've told this man that I looked at him as a father

20    figure in our conversations.

21        I went to him for counseling for dealing

22    with attraction to men, and also dealing with just

23    different things just talking to him in general, just

24    having nice conversations and just enjoying each

25    other's company, Your Honor.

1          I didn't understand at the time when I -- we

2     used to have conversations and I used to mention

3     counseling, and he used to say this isn't counseling.

4     I didn't necessarily understand what he meant at the

5     time of him saying that.

6          I remember us having conversations on the

7     phone, possibly me telling him I wanted this to stop.

8     That I looked at him as a father figure.  My dad

9     looked at him as a father figure, and he did apologize

10     at the time, Your Honor.  But I believe that I

11     remember that it happening after that.

12          He used to tell me that -- we used to talk

13     about different tests that would come with different

14     men trying to talk to me, and I remember while sitting

15     in his office was the test that we're going to come or

16     was this the test?

17          I also remember like very often how once

18     everything had started, the different things between

19     me and him, how did I get here?  And how I get out of

20     this situation, but I always to certain extent wanted

21     to please him.  I remember not wanting to tell my

22     parents for the fact of feeling ashamed of what had

23     happened.

24          Also, for -- I also didn't want to cause

25     grief and pain because this similar incident had

13

1    happened to me when I was a younger child and I had --

2    Duane knew about that, and I didn't really want to

3    inflict all of that pain that had come from when I was

4    younger on my parents again.

5         This year is my senior year in college.  I'm

6    about to graduate in May from Cleveland, a student of

7    art.  It's been my toughest year at school.  I know

8    that from when the start of this, which was, I believe

9    it's nine months exactly today, this has been the

10   hardest school year for me.  I had went to quit from

11   school.  I always knew about people talking about

12   depression, but I never really knew what that meant

13   until I went through it for myself.  Not wanting to

14   leave the house.  Not wanting to eat.  There's periods

15   where people would call me and be like where have you

16   been?  What are you doing?  We haven't seen you in a

17   while.  I had to stop, just stopped talking to a lot

18   of people because of where I was at mentally.  And I

19   lost a lot of friends, but it was -- I feel like it

20   was for the bettering of myself.

21        Growing up, I've always had troubles and

22   trust issues with men, and I looked to Duane, as I

23   said, a father figure, and through this whole

24   situation, I've lost a lot of trust in people, I mean

25   not people, but men, and I've had to learn how to

**14**

1        trust different men that came into my life, and I'm

2        always looking like what's their motive, why are they

3        here, always questioning different scenario situations

4        in my life, because I felt like men more so than

5        women -- I'm not saying women are excluded, but men

6        run more games than women do, and I've always clinged

7        more to women than to men.

8                    But I met some guy in my life that helped me

9        get through different, the situation and that have

10        helped me to see where I was at and not to lie to

11        myself and tell myself that I'm somewhere that I'm not

12        mentally.  There were people I could always pray with

13        or talk to or discuss different scenarios going on

14        with school or how I was doing in school.

15                    I learned -- from all of this, I learned how

16        to really get on my face and pray for myself.  I

17        surround myself now with probably about four or so

18        friends that hold me accountable for things I'm doing,

19        things that I'm saying.  I've been growing a lot

20        spiritually, and I'm learning how to trust God.  I've

21        gotten to know him for myself.  In spite of everything

22        that has happened, I forgive Duane.  I forgive him for

23        everything that has happened.  I don't have any hate

24        towards this man.

25                    But that's not to say that I don't forget,

1     and I really felt -- I really question myself for

2     wanting to come forward with all of the information

3     because I was scared.  I was ashamed, as I mentioned

4     before.  But I felt like if I didn't say something,

5     all of the guilt from past that I can speak -- the

6     past -- people help would be on me and I couldn't walk

7     knowing that this could possibly happen to someone

8     else.

9          I'm that's all I want to say.

10          THE COURT:  Mr. ████  I feel compelled to

11     tell you that I think you are a remarkable young man

12     and I'm very proud of you for your perseverance and

13     I'm certain your family is proud of you as well.  You

14     appear to me to be a genuinely kind man, a thoughtful

15     person, and particularly thoughtful in how you've

16     approached today.  Very few people would be capable

17     standing up here and making the statement that you

18     just made.  Thank you.

19          MR. LOWRY:  Thank you.  Those would be all

20     of the witnesses, Your Honor.

21          THE COURT:  Mr. Youngblood, please step back

22     to the microphone.  Mr. Youngblood, now is the

23     opportunity for you to make allocution to the Court.

24     Do you have anything you would like to say?

25          THE DEFENDANT:  Yes.  In 2008, I came into

1    this building behind a case that I pleaded guilty to
2    sexual assault charge.  I served a year's house
3    arrest, and after a year's house arrest in July of
4    2009, I began sex offenders treatment.  The first year
5    of sex offenders treatment, we went threw a book where
6    we discussed, in essence, showing the person that
7    typically people who are involved in sex offenses have
8    had an issue of expressing their emotion and feelings,
9    after that first year, of going through the book, I
10   certainly could see the pattern that had been truly my
11   own story.
12             So six months later, a new therapist came in
13   and took over our group, and one day, December, second
14   week of December of 2011, in our therapy class, we
15   were asking them a lot of questions.  One of the
16   questions led him to share with us the four things
17   that he said he is involved in every sex offense.  He
18   said it was anger, power, intimacy deeds and
19   physiological sex.  It was a statement that impacted
20   my life and has served moving forward to change my
21   life because I was a person who always said I didn't
22   have anger.  I didn't feel powerless.  Though I've
23   been holding on to a story, my own story for a lot of
24   years.
25             From that point moving forward for the next

1       nine months, in individual therapy and group therapy
2       all I personally dealt with was anger I had had
3       towards my own father and other men in my life and why
4       I felt powerless by having been assaulted sexually
5       myself multiple times.
6              Moving forward from there, I realized that
7       they were two separate things, what had happened to me
8       and what I had done, and I was able to finally
9       separate the two.  It says in this particular case
10      that things ended between ███████ and I in 2011.  That
11      was a very accurate statement because it was
12      Thanksgiving weekend was the last time I seen him, two
13      weeks later that this statement happened.  I spoke to
14      ███████ in January of 2012.  That was when I offered
15      my apology to him because I could see that there was a
16      difference being in a victim per se and carrying out
17      actions against other people because you're a victim
18      and realizing that I had responsibility for my own
19      actions regardless to what had taken place in my life.
20             I was also told at sex offenders treatment
21      that if I had done anything to anyone that I felt and
22      encountered that person, that it was appropriate thing
23      to offer, an apology to the person, sincere,
24      regardless for what you had done.  And in addition to
25      that, that it was not our responsibility or right to

1  publicly put people's names and things out there if
2  that person may not have been ready to deal with the
3  situation as well.
4           So I followed that and have followed that
5  since January of 2012 with any circumstances,
6  situation that I felt that I had harmed anyone in any
7  way, shape, or form.
8           In this particular case, I am extremely,
9  extremely sorry.  Sitting here listening to this
10 family today has even taken that to a whole nother
11 place in my heart.
12          The last thing I ever wanted to do in my
13 life was to hurt anybody.  I have spent 24 years in
14 active ministry, and I believe in those 24 years, it
15 helped a lot of people, but I'm willing to admit this
16 family I've definitely hurt.
17          I would say first to ███████  that I am so
18 sorry that I let you down.  I wish I had been further
19 along in my own treatment.  You didn't deserve it.
20 Ever.
21          And I'm going to say to your father, you
22 served me faithfully every Sunday.  I am so sorry for
23 what I put you through.  I didn't know how to speak to
24 anyone in regards to stuff like this.
25          To ████  I hope sometime in the future you

19

1    would be able to forgive me for what I've done to your

2    son.  I've never wanted to or intended to ever mislead

3    any person.  When I realized that I was harboring

4    anger and feeling powerless, unable to share my own

5    emotions with people covering the story since I was

6    12-years-old, I realized then in some ways I had

7    become the man I hated.

8            I can say this today that I'm thankful for

9    my therapy.  I'm thankful for the spiritual advisors

10   in my life, and I'm thankful for my family and

11   friends.  I've been able to be a different person.

12   Treat people differently.  You don't have to be the

13   person that I've been.

14           Your Honor, I just ask for mercy of this

15   Court.  I believe in my heart of hearts that I can be

16   of help to many people in this world.  I've talked to

17   a lot of people who, unfortunately, have had pain for

18   situations in their lives and they've moved on and

19   taken a lot positions of leadership and have

20   unresolved things in their lives and maybe headed down

21   this very same path without some intervention and

22   help.

23           I would like the opportunity to be able to

24   continue therapy with my spiritual advisors and to be

25   able to be with my family as well.  That's all.

1          THE COURT:  Mr. Raiford.

2          MR. RAIFORD:  Your Honor, it's kind of --

3     it's been an awkward representation of Bishop

4     Youngblood to me.  When I -- everybody in the city

5     knows that I'm an elder at Petra International

6     Ministries, which is a very large church, and when

7     Bishop Youngblood called me to represent him, I prayed

8     about it, and if anybody ever called me from the court

9     or otherwise on my phone, my phone machine says, you

10    know, leave me a message, but pray more than you say.

11         And praying about this situation, I did take

12    his case on, but not to the extent that I approached

13    the case from a point of view of case law and elements

14    of offenses to be proven and facts to be presented,

15    but from the standpoint of counseling and truth,

16    because a church leader should be a safe place.  A

17    church leader should be a place where people can come,

18    confide, be healed, be introduced to God, not

19    introduced to themselves, not introduced to the wicked

20    part of yourself of which man without God has in

21    abundance.

22         And so that's the part I've taken in Bishop

23    Youngblood's life in terms of -- I even had my own

24    daughter to say when are you taking this case on for

25    us in Baltimore, and a lot of people in the church

21

1    have almost categorically said are you out of your

2    mind, but that's kind of strange because it seems like

3    if you are a christian, then our responsibility is to

4    take on those and be touched by those that -- Jesus

5    allowed himself to be touched by those that everybody

6    thought was foul or leopard or had some kind of issue.

7              Well, Mr. Youngblood clearly has an issue,

8    but I could not justify my oath that I took to God and

9    get on the bandwagon of prosecution.  But I do know

10   this, I did tell him this, that I believe -- and this

11   is how I even swear me being a lawyer with what God

12   called me to do because being a lawyer is just a tool.

13   But that's not who I am.  What I am is a christian and

14   disciple of Christ Jesus, having been through all

15   kinds of things myself, and there's nothing probably

16   anybody done in this courthouse that I didn't do

17   worse.

18              So I know that I've been forgiven and

19   redeemed and I believe that anybody can.  So I believe

20   that for me, the glory of our justice system is a

21   redeemed life.  A redeemed life.  The foundation of

22   which is repentance.  The crown of which is

23   forgiveness.

24              So going through the police reports was not

25   the big part of it.  That was pretty easy.  But the

1    repentance part, feeling like being godly sorry about

2    what you've done.  Repentant, it's a word that means

3    to be lifted back up again, to be put in a proper

4    position, that ergo, that's how you get penthouse.  In

5    other words, when you repent, you are put back in good

6    stead.  Maybe not with man because man won't always

7    forgive you, but at least -- but most importantly with

8    God.

9            So by the time we went through the police

10   report and read that ███████ told the police that

11   everything he did was voluntarily done, I knew that

12   that time, that this young man is, as the Court just

13   indicated that he is, he's a very sensitive young

14   person that didn't deserve to have happen to him what

15   happened to him by what should have been a safe place.

16           And so, we quickly got to the point where we

17   have to be accountable.  We have to plead.  I am not

18   going to put this young man through cross-examination.

19   There's no doubt that, you know, as Bishop Youngblood

20   said to his parents I've done something inappropriate

21   of a sexual nature.

22           Well, funny thing about it, you can't

23   halfway say you are sorry and you can't halfway -- a

24   lot of people do it though.  A lot of people plead

25   guilty.  Then all of a sudden they don't want to go

23

1    through the penalty phase.  And so if you are not

2    willing to face it, then at the end of the day, you're

3    not repentant.  If you plead guilty, then all of a

4    sudden you start wanting to fire your lawyer after you

5    get the sentence, then really at the end of the day,

6    you're not really repentant.

7          So that's what we talked about.  And I

8    sincerely in my heart believe -- I know that Bishop

9    Youngblood -- you know, the church is not exempt from

10   human frailty.  I mean, all you have to do is look at

11   what happens, and what is happening in the Catholic

12   Church, and that happens in the Baptist Church,

13   Presbyterian Church, any church.  It's not news when

14   men fall.  It's news when men forgive.  It's not news

15   when people lie, steal, abuse one another.  That's the

16   devil to me.  Those things happen inside of people

17   that are not at that moment connected with All Mighty

18   God and are not consistently praying and acknowledging

19   what is off in them, and that's an ongoing process

20   throughout life for every believer.

21         But I really do believe that Bishop

22   Youngblood has gotten to true repentance, and I really

23   do -- and that's all I'm -- that's all he's

24   responsible for.  He pled guilty.  He's accountable.

25   He cannot be accountable, in spite of his words this

24

1        morning to the ███████ family.  The children are very,
2        very blessed, because also you heard their statements
3        that they're forgiving.  But the parents, you know,
4        hey, listen, if you do that to somebody's kid, how
5        would you feel if those were your children?
6              The young lady talked about how she saw you
7        interacting with your daughters and how it impacted
8        her.  So I understand where the parents are right now,
9        but I know that there's enough God in them because I
10       can see the God in their children to know that
11       eventually as time goes on, they'll do what the Bible
12       commands us to do, to forgive, as difficult as it is
13       at times to do.
14             But I am -- I do believe that Bishop
15       Youngblood is repentant.  I know he's going to have to
16       go back in front of Judge Cashman for the violation on
17       this particular matter.
18             THE COURT:  In speaking of that, he was
19       detained on July 12th of 2014.  So he has credit time.
20       It will not be applied to both cases.  Does he want me
21       to make his sentence in this case effective on July
22       12th or would he like to save that credit time for
23       Judge Cashman?
24             MR. RAIFORD:  Judge, I would like to save
25       that time for Judge Cashman.

1          THE COURT:  Mr. Youngblood, have you had the
2    opportunity to discuss that?
3          THE DEFENDANT:  Yes.
4          THE COURT:  You agree with Mr. Raiford that
5    you would like to save that credit time?
6          THE DEFENDANT:  Yes, ma'am.
7          THE COURT:  Mr. Lowry, anything you would
8    like to add here today?
9          MR. LOWRY:  Yes, Your Honor.  Judge, a
10   16-year-old boy went to counseling -- and I'm stealing
11   in Mr. Raiford's words -- in a safe place, and in that
12   safe place or at that safe place, it turned into a
13   place of horror for that 16-year-old boy.  A person
14   who he called father and dad, turned into a
15   perpetrator in this case.
16          Now, although it was consensual, this was a
17   pastor either using his position or other means to
18   take advantage of a teenage boy.  I think in terms of
19   the sex offender treatment that was brought up -- and
20   Judge, reading his Pre-Sentence Report, a condition of
21   that probation from the prior case was to no longer
22   counsel any children.  If he would have simply
23   followed that condition, at least until he made it
24   through his counseling, we would not be here today per
25   that's what the defendant said.  So it wasn't simply

1          him going through treatment, but it was also him

2          violating that period of probation where he was not to

3          counseling children.

4                  Judge, he was on probation for another sex

5          offense when this happened.

6                  THE COURT:  That would not be a mandatory

7          though as a result.

8                  MR. LOWRY:  And I would ask you that you

9          take all of that, as well as the victim impact

10         statements, I thought they were all very well done,

11         into consideration in crafting your sentence on this

12         case.

13                MR. RAIFORD:  Your Honor, if I might, not to

14         go back and forth on argument or anything like that,

15         but one of the things I was going to ask if the Court

16         is inclined to fashion a sentence in the standard

17         range, which is 9 to 16 months, you know, some things

18         happen in your life that you -- Bishop Youngblood's

19         daughter is having a baby -- had a baby the other day

20         at the hospital right now with her mother.  That's why

21         they're not here.  Bishop Youngblood mother-in-law

22         died about ten months ago.

23                THE DEFENDANT:  Ten days.

24                MR. RAIFORD:  I'm sorry, ten days ago.  And

25         he's no longer going to go back to that church.  He's

1    not, and he's going to make a transition because he

2    knows that that's not a place for him to be.

3              My plea to the Court was -- I keep saying

4    about the sex offender treatment.  I would ask Court

5    to fashion a sentence if it's has to be in standard

6    range so that he might be able to go on house arrest,

7    make the transition in the church that he's made, get

8    out of there, so that he can -- and also, his family

9    suffered greatly because he put them through that, and

10   when you do what he did, he put them through that.

11             But that's my desire, if the Court could

12   fashion a sentence that would allow him as a condition

13   of house arrest and continue sex offender treatment

14   because it's not as though he doesn't still need

15   treatment, and he's got his breakthrough in the

16   treatment, and when he got his breakthrough in the

17   treatment back in 2011, that's when things ceased from

18   happening with him and other individuals.

19             So that's something I just wanted to asked

20   the Court to take into consideration of his sentence.

21             THE COURT:  His prior Felony 2 conviction,

22   based on my reading of the guidelines, he was

23   sentenced to a way below mitigated range sentence and

24   given the opportunity to serve it on house arrest and

25   probation.  Clearly that did not serve the interest of

1    protecting the community.

2            So I would like to believe today that at

3    some point before he was detained treatment did make

4    an impact on him, but I have no way of knowing that,

5    and it is not my belief that I should roll the dice

6    and allow him another opportunity without further

7    testing, including polygraph, maintenance polygraph

8    that we employ through the treatment to ensure that he

9    has fully vested in treatment and will abide by

10   conditions in the community, such as not having

11   contact with minors and certainly not counseling

12   minors.

13           So he got a break on his earlier sentence

14   for a very below mitigated range sentence, and the

15   outcome of that is that we're here again today and

16   there are additional victims.

17           MR. RAIFORD:  But the dates in terms of the

18   date that this Complaint was filed, this Complaint was

19   filed subsequent to a meeting that Bishop Youngblood

20   had with Mr. ███████████ family indicating, out of his

21   own mouth, based on the treatment he received, that he

22   had done something inappropriate with their child.  So

23   the treatment was working well before this case, these

24   charges in this particular case were filed.

25           THE COURT:  Well, I would like to believe

1       that as well, but Mr. Raiford, didn't he accept

2       responsibility in the first sexual assault as well?

3               MR. LOWRY:  That's true.  It's like -- it

4       would be nice if -- it's like a sanctification in

5       life.  It would be nice if you -- at the time that you

6       Judge Cashman sentenced him and he started sex

7       offender treatment, if he didn't need the treatment,

8       but he did need it, and then he starts getting better,

9       but during course of the time of his treatment, he

10      falls, and then he confesses, and now he's here today

11      based on something that happened those years ago.

12              So I think the treatment was working.  I

13      just think that it doesn't happen right away, though,

14      and it's a process of working, and I think this --

15      unfortunately this, if it wasn't working --

16              THE COURT:  Again, Mr. Raiford, I don't mean

17      to cut you off.  We have been at this sentencing now

18      for an hour.  I understand your point.  I don't have a

19      crystal ball.  I don't know where he is in the process

20      you are describing and I'm not willing to take a risk

21      that he will create additional victims.

22              What I would like to do is sentence him to a

23      period of incarceration in the standard range.  I

24      understand that he has accepted responsibility, that

25      he is remorseful, but that is only one element.  He

1       was in a position of trust.  He was precluded by his

2       probation from engaging in counseling with minors and

3       he violated that.  He was in treatment for his earlier

4       sexual offense and was not honest or forthcoming in

5       the treatment and created additional victims.

6              For all of those reasons, I am going to

7       sentence him in the standard range to a period of 16

8       to 48 months.  We will allow him to continue to

9       receive treatment while he is incarcerated and with

10      appropriate testing, allow the Parole Board to

11      determine when he has received sufficient benefit from

12      that treatment to return to the community in a way

13      that will allow other children to be safe, with a

14      consecutive three-year period of probation.  His

15      sentence is effective today at counsel's request and

16      at Mr. Youngblood's request.  He will be subject to

17      the charge specific special conditions and we did

18      review those.  He is also a lifetime Megan's Law

19      registrant based on the sex offense language.

20              Mr. Youngblood, you have the right within 10

21      days of today to file a motion to challenge the

22      validity of your plea of guilty, a motion seeking to

23      modify your sentence or a motion in arrest of

24      judgment.  You also have the right within 30 days to

25      file a direct appeal to the Superior Court.  You have

31

1          the right to have a lawyer representing you at all

2          stages of the proceedings, and if you cannot afford

3          one, I would appoint one for you at no cost.

4                    Have you spoken with Mr. Raiford regarding

5          your post-sentence and appellate rights?

6                    THE DEFENDANT:  Yes.

7                    THE COURT:  Do you understand those rights?

8                    THE DEFENDANT:  Yes.

9                    THE COURT:  Thank you.

10                   MR. LOWRY:  Thank you, Your Honor.

11                              - - -

12          (Whereupon, the proceedings were concluded.)

13                              - - -

14

15

16

17

18

19

20

21

22

23

24

25

COMMONWEALTH OF PENNSYLVANIA)
                              )
COUNTY OF ALLEGHENY          )


### CERTIFICATE OF REPORTER


*I, Veronica R. Trettel, a Registered Professional Reporter, do hereby certify that the evidence and proceedings are contained fully and accurately in the machine shorthand notes taken by me at the hearing of the within cause, and that the same were transcribed under my supervision and direction, and that this is a correct transcript of the same.*


                              _____
                              Veronica R. Trettel, RPR
                              Official Court Reporter