# Exhibit 4

## Parolee Details

**Parole Number:** 590JF

| Name | Name Type |
|---|---|
| DUANE YOUNGBLOOD | Commit Name |
| DUANE ERIC YOUNGBLOOD | Also Known As |
| MR YOUNGBLOOD | Also Known As |
| MR. YOUNGBLOOD | Also Known As |



8/12/2024 7:52:49 AM

**Inmate Number:** LY8854

**Age:** 58

**Date of Birth:** 12/29/1966

**Height:** 5' 07"

**Weight (lbs):** 208

**Gender:** Male

**Complexion:** DARK

**State:** PENNSYLVANIA

**Release Date:** 08/13/2024

**Last Updated Time:** 1/21/2025 4:01:03 AM

PRINT  CLOSE