# Exhibit 5

Case 2:24-cv-01608-WSS    Document 37-9    Filed 02/14/25    Page 1 of 5

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* *1/21/2025*



| | |
|---|---|
| **Offender Name :** | **DUANE ERIC YOUNGBLOOD** |
| **Offender Type :** | Tier 3 |
| **Registration Start Date :** | 04/23/20 |
| **Last Updated Date :** | 01/19/25 |

## Physical Description

| | | | |
|---|---|---|---|
| *Height :* | 5'8" | *Weight :* | 195 |
| *Eyes :* | BROWN | *Hair :* | BLACK |
| *Race:* | BLACK | *Gender:* | MALE |
| *Ethnicity :* | NON-HISPANIC OR NOT LATINO | *Year of Birth :* | 1966 |

## Scars, Marks and Tattoos

--None Reported--

## Residential Address

*Address Type:* **PRIMARY**
*Address:* 439 PATTON ST.
WILMERDING    PA    15148

*Municipality:* WILMERDING BORO
*County:* ALLEGHENY

## Employment Address

*Address:*

NORTH HUNTINGDON    PA    12921

*Municipality:* NORTH HUNTINGDON TWP
*County:* WESTMORELAND

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* 1/21/2025

---

## School Address

--None Reported--

## Vehicle Information

| | |
|---|---|
| *Vehicle Ownership:* | OWNED |
| *Year:* | 2014 |
| *Make:* | GENERAL MOTORS CORP. |
| *Model:* | ACADIA |
| *Color:* | BLUE |
| *Registration State:* | PA |
| *License Plate Number:* | LVZ5823 |
| *Vehicle Storage Locations:* | ON STREET AT HOME ADDRESS |

| | |
|---|---|
| *Vehicle Ownership:* | OPERATED |
| *Year:* | 2017 |
| *Make:* | FORD |
| *Model:* | ESCAPE |
| *Color:* | GRAY |
| *Registration State:* | PA |
| *License Plate Number:* | LJS3218 |
| *Vehicle Storage Locations:* | APARTMENT PARKING AREA |

## Watercraft Information

--None Reported--

## Aircraft Information

--None Reported--

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created:* 1/21/2025

## Offense Information

### Sexual Offense Conviction(s) Recorded In *Pennsylvania Sexual Offender Registry*

| Offense | Offense Date | Conviction Date | Is Victim Minor |
|---|---|---|---|
| 3124.1 - SEXUAL ASSAULT | 11/30/02 | 03/03/08 | Yes |
| 6301 - CORRUPTION OF MINORS | 05/05/13 | 12/15/14 | No |

\* Pennsylvania law does not require the website to indicate whether the victim is or is not a minor for offenders convicted before November 30, 2006.

### Sexual Offense Conviction(s) Recorded In *Pennsylvania Criminal History Repository*

| Offense | Offense Date | Conviction Date |
|---|---|---|
| 3124.1 - SEXUAL ASSAULT | 10/30/02 | 03/03/08 |

## Alias Information

| First Name | Middle Name | Last Name |
|---|---|---|
| DUANE | | YOUNGBLOOD |
| MR | | YOUNGBLOOD |

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

**Created :** 1/21/2025

---

### Photo Information


01/19/25


08/27/24


11/13/23


09/02/22


07/20/22


04/17/22


04/27/21


02/18/21

- Any person who uses the information contained herein to threaten, intimidate, or harass the registrant or their family, or who otherwise misuses this information, may be subject to criminal prosecution or civil liability.
- If you have a reasonable belief that any of the information on this website is outdated or incorrect, please contact the Megan's Law Section of the Pennsylvania State Police toll free at 1-866-771-3170.