# Exhibit 6

**2024 Products and Services**

# INMATE APPAREL



## PENNSYLVANIA
## CORRECTIONAL INDUSTRIES

HOME OF

**BIG HOUSE**

PRODUCTS



# YOU WEAR IT WELL

Pennsylvania Correctional Industries trains inmates in every aspect of clothing manufacturing; From weaving of raw materials to sewing of the final product. In this Inmate Apparel catalog, you will find garments for all of your apparel requirements. Each item has been designed for practicality, durability and appearance. Unusual sizes and modifications are always available. The products located in this catalog section are all approved by DOC for inmate wear. Please contact our Customer Service Department with your special clothing requirements, to receive a price quote or to place an order.

All Pennsylvania Correctional Industries customers can get assistance from a PCI Sales Representative or Customer Service Representative. These individuals provide detailed information on more than 2500 PCI products and services and can help in selecting the best solution for your business or organization, and can assist in placing orders. If you do not know your Sales Representative information, please use our Sales contact information to the right.

**Prices are subject to change without notice.**



**Pennsylvania Correctional Industries**
P.O. Box 47
Camp Hill, PA 17001

**Customer Service**—717.425.7292 or 1.877.ORDER.CI
**Fax**—717.425.7291
**Mail**—To Above Address
**E-mail**—pci@pa.gov
**Web**— www.cor.pa.gov/pci

**INDEX**

# INMATE APPAREL

### Coats and Jackets

Twill Work Jackets…………………………….IA1
Winter Corduroy Coat………………....………IA1
Inmate Release Jacket………….……..………IA1

### Coveralls and Jumpsuits

DOC Coveralls & Male Transport...….………IA2
Winter-Weight Twill Coveralls (RHU)...……..IA2
Summer-Weight Poplin Coveralls (RHU)……IA2
DOC Quilt-Lined Coveralls…………………….IA2
Female Transport Separates………………….IA3
Visiting Room Jumpsuits…..………………….IA3

### Jeans

Hobby Jeans……………………..……………IA4
Denim Jeans for Inmate Release….…...…....IA4

### Pajamas and Gowns

Poplin Patient Pajamas………………..………IA5
Poplin Patient Gowns………………..…………IA5
Poplin Pajama Tops and Bottoms……………IA5

### Raingear

Nylon Rain Jackets and Raincoats…..………..IA6

### Smocks

Twill Kitchen Smock ………………….………IA6

### Work Shirts

Blue Chambray Work Shirts……..…..………IA7
Poplin Work Shirts…………………………….IA8
Twill Work Shirts…………………………..……IA9

### Shoes

Men's Leather High-Top Work Boots...…….IA10
Women's Oxford Shoes....…………………..IA10
Shoe Laces...….………………………………IA11
Cushioned Sole Inserts ………..……………IA11

### Socks

Terry Socks…….…………………...…………IA11
Tube Socks...…………………………………IA11
Anklet Tube Socks...…………………………IA11

### Sweat Clothes

Fleece Sweatshirt…………………...…………IA12
DOC Fleece Sweatshirt…...……………….…IA12
Fleece Sweat Pants……………………………IA12
 Fleece Sweat Shorts....………………………IA12

### T-Shirts

Red DOC T-Shirts...……………………………IA13
Unisex Brown T-Shirt Undershirts…. …………IA13

### Undergarments

Women's Panties………………..…………….....IA14
Men's Underwear………………………………IA14
Men's Boxer Briefs………………………………IA14
Men's Long Johns……………………………….IA15

### Accessories

Baseball Caps………………………………….IA16
Ski Caps……………………………………….IA16
Scarves ……………………….………………IA16
Handkerchiefs ……………………..…………IA16
Safety Vests ………………………..…..………IA16

### Mental Health Population

Unisex Hobby Jeans....………………………IA17
Twill Work Shirts....……………………………IA17
Patient Gowns ...……………………………….IA17
Two-Piece Pajamas....………………………..IA17

### MALE and FEMALE TWILL WORK JACKETS

These unlined, single breasted work jackets are made out of a Cotton/Polyester Twill blend and feature a tailored collar, button down front, three pockets and DOC on the back.  Approved for Inmate Wear.  Available for men in Cocoa Brown and Gray.  Available for women in Cocoa Brown only.



| | COCOA BROWN | | GRAY | | | COCOA BROWN | |
|---|---|---|---|---|---|---|---|
| MALE SIZE | MM # | PRICE | MM # | PRICE | FEMALE SIZE | MM # | PRICE |
| N/A | - | - | - | - | X-Small | 315002 | $23.72 |
| Small | 312744 | $21.05 | 312749 | $19.07 | Small | 315003 | $23.72 |
| Medium | 312745 | $21.44 | 312750 | $19.37 | Medium | 315004 | $23.72 |
| Large | 312746 | $22.21 | 312751 | $19.90 | Large | 315005 | $23.72 |
| X-Large | 312747 | $22.68 | 312752 | $20.27 | X-Large | 315006 | $23.72 |
| 2X | 200474 | $22.74 | 312753 | $20.47 | 2X | 315007 | $24.65 |
| 3X | 200473 | $22.98 | 312754 | $20.65 | 3X | 315008 | $24.65 |
| 4X | 312748 | $23.56 | 312755 | $21.09 | 4X | 315009 | $24.65 |
| 5X | 200231 | $24.29 | 312756 | $21.48 | 5X | 315010 | $26.11 |
| 6X | 314557 | $24.81 | 312757 | $21.88 | 6X | 340038 | $28.36 |
| 7X | 243149 | $25.33 | 312758 | $22.27 | 7X | 340039 | $28.36 |
| N/A | - | - | - | - | 8X | 340040 | $29.91 |

### UNISEX WINTER CORDUROY COAT

This single breasted winter corduroy coat is lined with Thinsulate and features a button down front, fold down collar, two inverted side pockets and DOC on the back.  Approved for Inmate Wear.  Available in Gray or Cocoa Brown.



| | GRAY | | COCOA BROWN | |
|---|---|---|---|---|
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 312432 | $42.21 | 312426 | $45.22 |
| Medium | 312433 | $43.50 | 312427 | $46.95 |
| Large | 312434 | $44.45 | 312428 | $47.63 |
| X-Large | 312435 | $45.16 | 312429 | $48.60 |
| 2X | 312436 | $47.82 | 200508 | $51.53 |
| 3X | 312437 | $48.41 | 200491 | $50.71 |
| 4X | 312438 | $49.25 | 200479 | $53.25 |
| 5X | 312439 | $50.10 | 200230 | $54.29 |
| 6X | 312440 | $50.99 | 312430 | $55.33 |
| 7X | 312441 | $51.89 | 312431 | $56.39 |

### UNISEX INMATE RELEASE JACKET

Denim jacket made of Blue denim with a quilt lining.  For use as Inmate Release clothing.



| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312735 | $62.34 |
| Medium | 312736 | $61.59 |
| Large | 312737 | $62.65 |
| X-Large | 312738 | $63.35 |
| 2X | 312739 | $65.04 |
| 3X | 312740 | $65.96 |
| 4X | 312741 | $66.91 |
| 5X | 312742 | $70.12 |
| 6X | 312743 | $71.13 |

# DOC TWILL COVERALLS

These Cotton/Polyester blend Twill coveralls feature a button closure and long sleeves with DOC printed on the back. Available in White, Light Gray, Cocoa Brown or Transportation Gold. The Transportation Gold coveralls also have the 3 letter institution initials printed on the back. All twill coveralls are approved for Inmate Wear.

| SIZE | WHITE MM # | WHITE PRICE | LIGHT GRAY MM # | LIGHT GRAY PRICE | COCOA BROWN MM # | COCOA BROWN PRICE | TRANSPORTATION GOLD MM # | TRANSPORTATION GOLD PRICE |
|---|---|---|---|---|---|---|---|---|
| Small | 312641 | **$43.09** | 312624 | **$44.85** | 312614 | **$56.28** | 312632 | **$43.59** |
| Medium | 312642 | **$43.09** | 312625 | **$44.85** | 312615 | **$56.28** | 312633 | **$43.59** |
| Large | 312643 | **$43.09** | 312626 | **$44.85** | 312616 | **$56.28** | 312634 | **$43.59** |
| X-Large | 312644 | **$43.09** | 312627 | **$44.85** | 312617 | **$56.28** | 312635 | **$43.59** |
| 2X | 312645 | **$44.12** | 312628 | **$39.62** | 312618 | **$58.97** | 312636 | **$44.71** |
| 3X | 312646 | **$44.12** | 312629 | **$46.11** | 312619 | **$58.97** | 312637 | **$44.71** |
| 4X | 312647 | **$44.12** | 312630 | **$46.11** | 312620 | **$58.97** | 312638 | **$44.71** |
| 5X | 312648 | **$46.66** | 312631 | **$49.22** | 312621 | **$65.52** | 312639 | **$47.44** |
| 6X | 340265 | **$46.66** | 340246 | **$49.75** | 312622 | **$66.27** | 312640 | **$47.76** |
| 7X | 340266 | **$47.25** | 340247 | **$50.00** | 312623 | **$67.62** | 340256 | **$48.00** |
| 8X | 340267 | **$47.25** | 340248 | **$50.00** | 340238 | **$67.62** | 340257 | **$48.00** |
| 9X | 340268 | **$48.00** | 340249 | **$52.00** | 340239 | **$68.50** | 340258 | **$49.00** |
| 10X | 340269 | **$48.00** | 340250 | **$52.00** | 340240 | **$68.50** | 340259 | **$49.00** |

## WINTER-WEIGHT TWILL COVERALLS (RHU)

Made of Twill, these coveralls are great for winter will and feature button closures along with ¾ length sleeves. Available in Orange only with DOC printed on the back. These coveralls are approved for RHU inmates.

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312452 | **$48.74** |
| Medium | 312453 | **$48.74** |
| Large | 312454 | **$48.74** |
| X-Large | 312455 | **$48.74** |
| 2X | 312456 | **$62.51** |
| 3X | 312457 | **$62.51** |
| 4X | 312458 | **$62.51** |
| 5X | 312459 | **$70.07** |
| 6X | 312460 | **$70.07** |
| 7X | 340229 | **$71.00** |
| 8X | 340230 | **$71.00** |
| 9X | 340231 | **$72.00** |
| 10X | 340232 | **$72.00** |



## SUMMER-WEIGHT POPLIN COVERALLS (RHU)

Made of Poplin, these coveralls are light-weight for summer wear and feature button closures and ¾ length sleeves. Available in Orange only with DOC printed on the back. These coveralls are approved for RHU inmates.

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312461 | **$43.27** |
| Medium | 312462 | **$43.27** |
| Large | 312463 | **$43.27** |
| X-Large | 312464 | **$43.27** |
| 2X | 312465 | **$44.35** |
| 3X | 312466 | **$44.35** |
| 4X | 312467 | **$44.35** |
| 5X | 312468 | **$46.99** |
| 6X | 312469 | **$47.29** |
| 7X | 340201 | **$47.29** |
| 8X | 340202 | **$48.00** |
| 9X | 340203 | **$48.00** |
| 10X | 340438 | **$48.00** |

## DOC QUILT-LINED COVERALLS

Twill coveralls feature long sleeves, a quilted lining and zipper closure, with DOC printed on the back and no hood. Approved for Inmate Wear. Available in Gray or Cocoa Brown.

| SIZE | GRAY MM # | GRAY PRICE | COCOA BROWN MM # | COCOA BROWN PRICE |
|---|---|---|---|---|
| Small | 339949 | **$85.71** | 312649 | **$88.75** |
| Medium | 312660 | **$85.71** | 312650 | **$88.75** |
| Large | 312661 | **$85.71** | 312651 | **$88.75** |
| X-Large | 312662 | **$85.71** | 312652 | **$88.75** |
| 2X | 312663 | **$88.23** | 312653 | **$91.06** |
| 3X | 312664 | **$88.23** | 312654 | **$91.06** |
| 4X | 312665 | **$88.23** | 312655 | **$91.06** |
| 5X | 312666 | **$97.05** | 312657 | **$99.69** |
| 6X | 312667 | **$97.05** | 312656 | **$99.69** |
| 7X | 312668 | **$97.05** | 312658 | **$99.69** |
| 8X | 338274 | **$97.05** | 338273 | **$99.69** |

COVERALLS

**JUMPSUITS**

### FEMALE TRANSPORT SEPARATES

Two-piece top and bottom Female transportation sets are made of a Cotton/Polyester Twill  material. The pullover top features a scoop neck with long or short sleeves.    The bottoms feature a full elastic waist.  Transport separates are available in Transportation Gold only, with DOC and 3 letter institution letters printed on the back of the pullover top.

| SIZE | LONG SLEEVES | | SHORT SLEEVES | |
|---|---|---|---|---|
| | MM # | PRICE | MM # | PRICE |
| Small | 312820 | **$43.45** | 312828 | **$43.45** |
| Medium | 312821 | **$43.47** | 312829 | **$43.47** |
| Large | 312822 | **$43.49** | 312830 | **$43.49** |
| X-Large | 312823 | **$43.52** | 312831 | **$43.52** |
| 2X | 312824 | **$44.66** | 312832 | **$44.66** |
| 3X | 312825 | **$44.68** | 312833 | **$44.68** |
| 4X | 312826 | **$44.71** | 312834 | **$44.71** |
| 5X | 312827 | **$46.80** | 312835 | **$47.46** |



### FEMALE RHU SEPARATES

Two-piece top and bottom Female RHU sets are made of a Cotton/Polyester Twill material.  The pullover top features a scoop neck with 3/4" sleeves.  The bottoms feature a full elastic waist.  Available in orange only and have DOC on the back.  These are approved for RHU inmates.

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 348838 | **$45.69** |
| Medium | 348839 | **$45.72** |
| Large | 348840 | **$45.74** |
| X-Large | 348841 | **$45.76** |
| 2X | 348842 | **$48.88** |
| 3X | 348843 | **$48.91** |
| 4X | 348844 | **$48.93** |
| 5X | 348845 | **$56.51** |
| 6X | 348848 | **$60.10** |

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312810 | **$28.28** |
| Medium | 312811 | **$28.70** |
| Large | 312812 | **$28.94** |
| X-Large | 312813 | **$29.24** |
| 2X | 312814 | **$29.64** |
| 3X | 312815 | **$29.99** |
| 4X | 312816 | **$30.16** |
| 5X | 312817 | **$30.33** |
| 6X | 312818 | **$30.52** |
| 7X | 312819 | **$30.73** |
| 8X | 339969 | **$31.02** |
| 9X | 339970 | **$31.16** |
| 10X | 339971 | **$31.55** |
| 11X | 339972 | **$31.77** |
| 12X | 339973 | **$31.96** |
| 13X | 341931 | **$332.47** |
| 14X | 341932 | **$32.85** |
| 15X | 341933 | **$33.25** |
| 16X | 341934 | **$33.65** |
| 17X | 341935 | **$34.44** |

### VISITING ROOM JUMPSUITS

Visiting room jumpsuits are made of 4¼-ounce, Cocoa Brown, Cotton/Polyester blend Poplin and feature short sleeves with a yellow arm band, full elastic waistband, no pockets, a finished collar, 20" brass zipper and DOC printed on the back.  These jumpsuits are approved for Inmate Wear.



**IA3**

## MALE HOBBY JEANS

These Cotton/Polyester Twill hobby jeans feature a half-elastic waist and a button fly.  Hobby jeans are available in White, Navy Blue (Reception), Cocoa Brown (General Population), Royal Blue (MHU*) and Gray (Outside Service Unit).  *To include SRTU, SAU, SOU, POC and MHU inmates.

| SIZE | WHITE MM # | WHITE PRICE | NAVY BLUE MM # | NAVY BLUE PRICE | COCOA BROWN MM # | COCOA BROWN PRICE | ROYAL BLUE MM # | ROYAL BLUE PRICE | GRAY MM # | GRAY PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Small | 291120 | **$15.60** | 312800 | **$14.32** | 312791 | **$20.54** | 340021 | **$15.13** | 291119 | **$16.44** |
| Medium | 291110 | **$15.60** | 312801 | **$14.32** | 312792 | **$20.54** | 340020 | **$15.13** | 291090 | **$16.44** |
| Large | 291111 | **$15.60** | 312802 | **$14.32** | 312793 | **$20.54** | 340019 | **$15.13** | 291091 | **$16.44** |
| X-Large | 291112 | **$15.60** | 312803 | **$14.32** | 312794 | **$20.54** | 340022 | **$15.13** | 291092 | **$16.44** |
| 2X | 291113 | **$16.68** | 312804 | **$17.47** | 312795 | **$23.23** | 340011 | **$15.29** | 291093 | **$16.94** |
| 3X | 291114 | **$16.68** | 312805 | **$17.47** | 312796 | **$23.23** | 340012 | **$15.29** | 291094 | **$16.94** |
| 4X | 291115 | **$16.68** | 312806 | **$17.47** | 312797 | **$23.23** | 340013 | **$15.29** | 291095 | **$16.94** |
| 5X | 291116 | **$17.49** | 312807 | **$18.46** | 291118 | **$25.21** | 340014 | **$15.65** | 291096 | **$17.31** |
| 6X | 291117 | **$17.70** | 312808 | **$18.60** | 312798 | **$25.64** | 340015 | **$15.65** | 340309 | **$17.37** |
| 7X | 338977 | **$17.84** | 312809 | **$18.75** | 312799 | **$25.91** | 340016 | **$15.65** | 340310 | **$17.42** |
| 8X | 338978 | **$18.05** | 338974 | **$19.13** | 321174 | **$26.00** | 340017 | **$15.65** | 340311 | **$17.51** |
| 9X | 338979 | **$18.36** | 338975 | **$19.50** | 321175 | **$26.10** | 340018 | **$15.65** | 340312 | **$17.66** |
| 10X | 338976 | **$18.68** | 338973 | **$19.87** | 338972 | **$26.20** | 340010 | **$15.65** | 340313 | **$17.80** |

## FEMALE HOBBY JEANS

These Cotton/Polyester Twill hobby jeans feature a full elastic waist.  Hobby jeans are available in White, Navy Blue (Reception), and Cocoa Brown (General Population).



| SIZE | WHITE MM # | WHITE PRICE | NAVY BLUE MM # | NAVY BLUE PRICE | COCOA BROWN MM # | COCOA BROWN PRICE |
|---|---|---|---|---|---|---|
| Small | 338314 | **$13.99** | 338306 | **$14.28** | 312783 | **$14.84** |
| Medium | 338313 | **$13.99** | 338305 | **$14.28** | 312784 | **$14.84** |
| Large | 338312 | **$13.99** | 338304 | **$14.28** | 312785 | **$14.84** |
| X-Large | 338315 | **$13.99** | 338307 | **$14.28** | 312786 | **$14.84** |
| 2X | 338308 | **$14.37** | 338300 | **$14.78** | 312787 | **$16.00** |
| 3X | 338309 | **$14.37** | 338301 | **$14.78** | 312788 | **$16.00** |
| 4X | 338310 | **$14.37** | 338302 | **$14.78** | 312789 | **$16.00** |
| 5X | 338311 | **$14.94** | 338303 | **$15.90** | 312790 | **$16.81** |
| 6X | 340047 | **$14.94** | 340044 | **$15.90** | 340041 | **$16.81** |
| 7X | 340048 | **$14.94** | 340045 | **$15.90** | 340042 | **$16.81** |
| 8X | 340049 | **$14.94** | 340046 | **$15.90** | 340043 | **$18.71** |

## DENIM JEANS

These jeans are made of Blue denim and feature a half-elastic waist, button fly, and one rear pocket. These jeans are approved for Inmate Release Wear.

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312769 | **$18.92** |
| Medium | 312770 | **$19.87** |
| Large | 312771 | **$20.78** |
| X-Large | 312772 | **$21.72** |
| 2X | 312773 | **$22.66** |
| 3X | 312774 | **$23.92** |
| 4X | 312775 | **$24.17** |
| 5X | 339967 | **$24.41** |
| 6X | 339968 | **$25.17** |
| 7X | 341930 | **$26.09** |

JEANS

**PAJAMAS & GOWNS**

## POPLIN PATIENT PAJAMAS

This Cotton/Polyester, summer-weight Poplin pajama set features tops with long or short sleeves and elastic waist pants. Pajamas are available in Jade Green or Royal Blue with DOC on the back. Pajamas are approved for Inmate Wear.

| | JADE GREEN | | JADE GREEN | | ROAYL BLUE | | ROAYL BLUE | |
|---|---|---|---|---|---|---|---|---|
| | LONG SLEEVES | | SHORT SLEEVES | | LONG SLEEVES | | SHORT SLEEVES | |
| SIZE | MM # | PRICE | MM # | PRICE | MM # | PRICE | MM # | PRICE |
| Small | 312877 | **$26.98** | 312884 | **$25.45** | 312891 | **$25.67** | 312898 | **$27.08** |
| Medium | 312878 | **$26.98** | 312885 | **$25.45** | 312892 | **$25.67** | 312899 | **$27.08** |
| Large | 312879 | **$26.98** | 312886 | **$25.45** | 312893 | **$25.67** | 312900 | **$27.08** |
| X-Large | 312880 | **$26.98** | 312887 | **$25.45** | 312894 | **$25.67** | 312901 | **$27.08** |
| 2X | 312881 | **$30.16** | 312888 | **$28.64** | 312895 | **$26.96** | 312902 | **$28.61** |
| 3X | 312882 | **$30.16** | 312889 | **$28.64** | 312896 | **$26.96** | 312903 | **$28.61** |
| 4X | 312883 | **$30.16** | 312890 | **$28.64** | 312897 | **$26.96** | 312904 | **$28.61** |

## POPLIN V-NECK PATIENT GOWNS

This pullover, knee-length gown is made from Cotton/Polyester Poplin and features short sleeves and a V-neck. Available in Jade Green or Royal Blue, with DOC on the back. These gowns are approved for Inmate Wear.

| | JADE GREEN | | ROYAL BLUE | |
|---|---|---|---|---|
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 312704 | **$17.94** | 312711 | **$20.26** |
| Medium | 312705 | **$17.94** | 312712 | **$20.29** |
| Large | 312706 | **$17.99** | 312713 | **$20.34** |
| X-Large | 312707 | **$18.14** | 312714 | **$20.49** |
| 2X | 312708 | **$19.21** | 312715 | **$21.58** |
| 3X | 312709 | **$19.29** | 312716 | **$21.65** |
| 4X | 312710 | **$19.49** | 312717 | **$21.86** |

### POPLIN PAJAMA TOPS

These Cotton/Polyester Poplin pajama tops are available with either long or short sleeves. Available in Cocoa Brown only. Pajama tops are approved for Inmate Wear.

| | LONG SLEEVES | | SHORT SLEEVES | |
|---|---|---|---|---|
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 312954 | **$10.30** | 312961 | **$9.30** |
| Medium | 312955 | **$10.30** | 312962 | **$9.30** |
| Large | 312956 | **$10.30** | 312963 | **$9.30** |
| X-Large | 312957 | **$10.30** | 312964 | **$9.30** |
| 2X | 312958 | **$10.35** | 312965 | **$10.35** |
| 3X | 312959 | **$10.35** | 312966 | **$10.35** |
| 4X | 312960 | **$10.35** | 312967 | **$10.35** |

### POPLIN PAJAMA BOTTOMS

These Cotton/Polyester Poplin pajama bottoms are made with an elastic waist. Available in Cocoa Brown only. Pajama bottoms are approved for Inmate Wear.

| SIZE | MM # | PRICE |
|---|---|---|
| Small | 312947 | **$10.20** |
| Medium | 312948 | **$10.20** |
| Large | 312949 | **$10.20** |
| X-Large | 312950 | **$10.20** |
| 2X | 312951 | **$11.38** |
| 3X | 312952 | **$11.38** |
| 4X | 312953 | **$11.38** |

**BIG HOUSE**

*"Teaching Inmates to Work in Pennsylvania"*

**RAINGEAR & SMOCKS**

## NYLON RAIN JACKETS AND RAINCOATS

The Nylon Rain Jacket is made of Yellow Nylon material with DOC on the back. This rain jacket is water repellent. The full-length raincoat is made of Yellow Nylon and is also water repellent with DOC printed on the back. Both items are approved for Inmate Wear.

| SIZE | RAIN JACKET | | FULL-LENGTH RAINCOAT | |
| | MM # | PRICE | MM # | PRICE |
|---|---|---|---|---|
| Small | 295713 | **$57.39** | 295671 | **$64.46** |
| Medium | 295714 | **$57.39** | 295672 | **$64.46** |
| Large | 295715 | **$57.39** | 295673 | **$64.46** |
| X-Large | 295716 | **$57.39** | 295674 | **$64.46** |
| 2X | 295717 | **$57.39** | 295675 | **$64.46** |
| 3X | 295718 | **$57.39** | 295676 | **$64.46** |
| 4X | 295719 | **$57.39** | 295677 | **$64.46** |

## TWILL KITCHEN SMOCK

This new Kitchen smock is made of White Twill with 3/4" sleeves and a wrap tie closure to allow for size adjusting and comfort. These are calf length and have DOC imprinted on the back. Smocks are approved for Inmate Wear.

| SIZE | MM # | PRICE |
|---|---|---|
| Fits sizes S to X-Large | 349478 | **$16.79** |
| Fits sizes 2X to 4X | 349479 | **$18.43** |

**BIG HOUSE** IA6

**WORK SHIRTS**

### MALE BLUE CHAMBRAY WORK SHIRTS

The Male Blue Chambray work shirts are available with long or short sleeves.  This style features a button down front and one pocket.  Available for Inmate Wear, with DOC on the back, or for Inmate Release, without DOC on the back.

| | LONG SLEEVES | | | | SHORT SLEEVES | | | |
|---|---|---|---|---|---|---|---|---|
| | PLAIN | | W/ DOC ON BACK | | PLAIN | | W/ DOC ON BACK | |
| SIZE | MM# | PRICE | MM # | PRICE | MM # | PRICE | MM# | PRICE |
| Small | 314043 | **$11.74** | 314057 | **$13.10** | 314049 | **$9.83** | 314063 | **$10.47** |
| Medium | 314044 | **$11.74** | 314058 | **$13.10** | 314050 | **$10.03** | 314064 | **$10.67** |
| Large | 314045 | **$11.74** | 314059 | **$13.10** | 314051 | **$10.22** | 314065 | **$10.86** |
| X-Large | 314553 | **$11.74** | 207843 | **$13.10** | 314052 | **$10.43** | 314066 | **$11.05** |
| 2X | 314556 | **$12.41** | 208133 | **$13.74** | 314053 | **$10.81** | 314067 | **$11.10** |
| 3X | 314555 | **$12.41** | 208132 | **$13.74** | 314054 | **$10.81** | 314068 | **$11.56** |
| 4X | 314554 | **$12.41** | 208131 | **$13.74** | 314055 | **$10.81** | 314069 | **$11.56** |
| 5X | 314046 | **$13.59** | 314060 | **$14.24** | 314056 | **$11.55** | 314070 | **$12.20** |
| 6X | 314047 | **$13.92** | 314061 | **$14.90** | 340028 | **$12.75** | 340033 | **$12.41** |
| 7X | 314048 | **$14.77** | 314062 | **$15.42** | 340029 | **$12.77** | 340034 | **$12.53** |
| 8X | 340023 | **$15.15** | 338996 | **$15.80** | 340030 | **$13.00** | 340035 | **$12.67** |
| 9X | 340024 | **$15.31** | 340026 | **$15.96** | 340031 | **$13.28** | 340036 | **$12.83** |
| 10X | 340025 | **$15.49** | 340027 | **$16.14** | 340032 | **$13.75** | 340037 | **$13.32** |

### FEMALE BLUE CHAMBRAY WORK SHIRTS

The Female Blue Chambray work shirts are available with long or short sleeves.  This style features a button down front and one pocket with a straight cut hem. Available for Inmate Wear, with DOC on the back.

| | LONG SLEEVES | | SHORT SLEEVES | |
|---|---|---|---|---|
| | W/ DOC ON BACK | | W/ DOC ON BACK | |
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 340063 | **$22.38** | 340074 | **$18.50** |
| Medium | 340064 | **$22.38** | 340075 | **$18.50** |
| Large | 340065 | **$22.38** | 340076 | **$18.50** |
| X-Large | 340066 | **$22.38** | 340077 | **$18.50** |
| 2X | 340067 | **$23.14** | 340078 | **$19.12** |
| 3X | 340068 | **$23.14** | 340079 | **$19.12** |
| 4X | 340069 | **$23.14** | 340080 | **$19.12** |
| 5X | 340070 | **$25.02** | 340081 | **$19.44** |
| 6X | 340071 | **$25.02** | 340082 | **$19.44** |
| 7X | 340072 | **$25.02** | 340083 | **$19.44** |
| 8X | 340073 | **$25.02** | 340084 | **$19.44** |

IA7   **BIG HOUSE**

*"Teaching Inmates to Work in Pennsylvania"*

**POPLIN WORK SHIRTS**

A Cotton/Polyester Poplin shirt with a button-down front and one pocket. Available with long or short sleeves in Cocoa Brown only, with DOC on the back. Approved for Inmate Wear. Available in both Male and Female sizes.



| MALE | | | | |
|---|---|---|---|---|
| | LONG SLEEVES | | SHORT SLEEVES | |
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 314071 | **$13.38** | 314078 | **$11.38** |
| Medium | 314072 | **$13.38** | 314079 | **$11.63** |
| Large | 314073 | **$13.38** | 314080 | **$12.01** |
| X-Large | 200447 | **$13.38** | 314081 | **$12.14** |
| 2X | 200458 | **$14.30** | 314082 | **$12.51** |
| 3X | 200445 | **$14.30** | 314083 | **$12.64** |
| 4X | 314074 | **$14.30** | 314084 | **$12.84** |
| 5X | 314075 | **$15.91** | 314085 | **$13.78** |
| 6X | 314076 | **$16.37** | 314086 | **$14.10** |
| 7X | 314077 | **$17.53** | 314087 | **$14.32** |
| 8X | 338998 | **$18.02** | 340315 | **$14.41** |
| 9X | 338999 | **$18.25** | 340316 | **$14.83** |
| 10X | 338997 | **$18.49** | 340317 | **$14.83** |

| FEMALE | | | | |
|---|---|---|---|---|
| | LONG SLEEVES | | SHORT SLEEVES | |
| SIZE | MM # | PRICE | MM # | PRICE |
| X-Small | 314088 | **$18.72** | 314097 | **$15.04** |
| Small | 314089 | **$18.72** | 314098 | **$15.04** |
| Medium | 314090 | **$18.72** | 314099 | **$15.04** |
| Large | 314091 | **$18.72** | 314100 | **$15.04** |
| X-Large | 314092 | **$18.72** | 314101 | **$15.04** |
| 2X | 314093 | **$19.32** | 314102 | **$15.84** |
| 3X | 314094 | **$19.32** | 314103 | **$15.84** |
| 4X | 314095 | **$19.32** | 314104 | **$15.84** |
| 5X | 314096 | **$21.87** | 314105 | **$17.90** |
| 6X | 340050 | **$21.87** | 340053 | **$17.90** |
| 7X | 340051 | **$21.87** | 340054 | **$17.90** |
| 8X | 340052 | **$22.38** | 340055 | **$18.09** |

WORK SHIRTS

## WORK SHIRTS

### TWILL WORK SHIRTS

These long or short sleeved Cotton/Polyester twill shirts feature a button front, one pocket and DOC on the back. Available in White, Cocoa Brown (General Population), Royal Blue (MHU*), and Gray (Outside Service Unit).  *To include SRTU, SAU, SOU, POC and MHU inmates.

| MALE - LONG SLEEVES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | WHITE | | COCOA BROWN | | ROYAL BLUE | | GRAY | |
| SIZE | MM # | PRICE | MM # | PRICE | MM # | PRICE | MM # | PRICE |
| Small | 314142 | $14.64 | 314106 | $18.28 | 314128 | $15.05 | 314125 | $13.64 |
| Medium | 314143 | $14.64 | 314107 | $18.28 | 314129 | $15.05 | 314126 | $13.64 |
| Large | 314144 | $14.64 | 314108 | $18.28 | 314130 | $15.05 | 237779 | $13.86 |
| X-Large | 314145 | $14.64 | 314109 | $18.28 | 314131 | $15.05 | 237778 | $14.19 |
| 2X | 314146 | $15.83 | 314110 | $20.43 | 314132 | $16.09 | 237777 | $14.47 |
| 3X | 314147 | $15.83 | 314111 | $20.43 | 314133 | $16.09 | 277756 | $14.64 |
| 4X | 314148 | $15.83 | 314112 | $20.43 | 314134 | $16.09 | 237776 | $14.81 |
| 5X | 314149 | $16.87 | 314113 | $24.19 | 339961 | $17.27 | 237775 | $16.42 |
| 6X | 314150 | $16.22 | 314114 | $25.27 | 339962 | $17.27 | 340295 | $16.50 |
| 7X | 314151 | $17.03 | 314115 | $27.95 | 339963 | $17.27 | 340296 | $16.70 |
| 8X | 339007 | $17.62 | 339004 | $28.50 | 339964 | $17.27 | 340297 | $17.00 |
| 9X | 339008 | $17.70 | 339005 | $29.00 | 339965 | $17.27 | 340298 | $17.50 |
| 10X | 339006 | $17.78 | 339003 | $30.14 | 339966 | $17.27 | 340299 | $18.00 |

| MALE - SHORT SLEEVES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | WHITE | | COCOA BROWN | | ROYAL BLUE | | GRAY | |
| SIZE | MM# | PRICE | MAT'L# | PRICE | MM # | PRICE | MM # | PRICE |
| Small | 314152 | $11.32 | 314116 | $15.28 | 314135 | $11.49 | 314127 | $12.07 |
| Medium | 314153 | $11.80 | 314117 | $15.28 | 314136 | $11.49 | 237574 | $14.13 |
| Large | 314154 | $11.86 | 314118 | $15.28 | 314137 | $11.49 | 237580 | $14.13 |
| X-Large | 314155 | $12.14 | 314119 | $15.28 | 314138 | $11.49 | 238863 | $14.13 |
| 2X | 314156 | $12.44 | 314120 | $16.36 | 314139 | $12.79 | 237579 | $14.67 |
| 3X | 314157 | $12.58 | 200439 | $16.36 | 314140 | $12.79 | 277757 | $14.90 |
| 4X | 314158 | $12.72 | 314121 | $16.36 | 314141 | $12.79 | 317884 | $14.90 |
| 5X | 314159 | $13.95 | 314122 | $20.65 | 339956 | $13.96 | 237782 | $14.90 |
| 6X | 314160 | $14.56 | 314123 | $21.45 | 339957 | $13.96 | 340300 | $14.97 |
| 7X | 314161 | $14.92 | 314124 | $22.26 | 339958 | $13.96 | 340301 | $15.37 |
| 8X | 339010 | $15.23 | 339001 | $22.50 | 339959 | $13.96 | 340302 | $15.63 |
| 9X | 339011 | $15.59 | 339002 | $23.00 | 339960 | $13.96 | 340303 | $15.90 |
| 10X | 339009 | $16.18 | 339000 | $24.99 | 340105 | $13.96 | 340304 | $16.70 |

| FEMALE - LONG SLEEVES | | |
|---|---|---|
| WHITE | | |
| SIZE | MM # | PRICE |
| Small | 338868 | $16.06 |
| Medium | 338867 | $16.06 |
| Large | 338866 | $16.06 |
| X-Large | 338869 | $16.06 |
| 2X | 338862 | $17.12 |
| 3X | 338863 | $17.12 |

| SIZE | MM # | PRICE |
|---|---|---|
| 4X | 338864 | $17.12 |
| 5X | 338865 | $17.67 |
| 6X | 340056 | $18.41 |
| 7X | 340057 | $19.14 |
| 8X | 340058 | $23.96 |



### MEN'S LEATHER HIGH-TOP WORK BOOTS

Men's boots are handcrafted from genuine leather to provide comfort and extended wear.  These high-top work boots are double-stitched with a round toe.  Available in Brown only and approved for inmate wear.

| SIZE | E WIDTH | | EEE WIDTH | |
|------|---------|-------|-----------|-------|
| | MM # | PRICE | MM # | PRICE |
| 6 | 312379 | **$48.43** | 291294 | **$48.91** |
| 7 | 312381 | **$48.43** | 312396 | **$48.91** |
| 7½ | 312382 | **$48.43** | 312397 | **$48.91** |
| 8 | 312383 | **$48.43** | 312398 | **$48.91** |
| 8½ | 312384 | **$48.43** | 312399 | **$48.91** |
| 9 | 312385 | **$48.43** | 312400 | **$48.91** |
| 9½ | 312386 | **$48.43** | 312401 | **$48.91** |
| 10 | 312387 | **$48.43** | 312402 | **$48.91** |
| 10½ | 312388 | **$48.43** | 312403 | **$48.91** |
| 11 | 312389 | **$48.43** | 312404 | **$48.91** |
| 11½ | 312390 | **$48.43** | 312405 | **$48.91** |
| 12 | 312391 | **$48.43** | 312406 | **$48.91** |
| 13 | 312392 | **$48.43** | 312407 | **$48.91** |
| 14 | 312393 | **$48.43** | 312408 | **$48.91** |
| 15 | 312394 | **$48.43** | 312409 | **$48.91** |



### WOMEN'S OXFORD SHOES

Women's oxford style shoes are handcrafted from smooth leather with a half-inch padded collar.  Available in Medium Brown only, these shoes are approved for Inmate Wear.

| SIZE | E WIDTH | | EEE WIDTH | |
|------|---------|-------|-----------|-------|
| | MM # | PRICE | MM # | PRICE |
| 6 | 320098 | **$44.11** | 320108 | **$44.45** |
| 7 | 320099 | **$44.11** | 320109 | **$44.45** |
| 8 | 320100 | **$44.11** | 320110 | **$44.45** |
| 9 | 320101 | **$44.11** | 320111 | **$44.45** |
| 10 | 320102 | **$44.11** | 320112 | **$44.45** |
| 11 | 320103 | **$44.11** | 320113 | **$44.45** |
| 12 | 320104 | **$44.11** | 320114 | **$44.45** |
| 13 | 320105 | **$44.11** | 320115 | **$44.45** |
| 14 | 320106 | **$44.11** | 320116 | **$44.45** |
| 15 | 320107 | **$44.11** | 320117 | **$44.45** |

**SHOES**

**SHOES & SOCKS**



### SHOE LACES

Brown shoe laces are the standard 46-inch length for PCI shoes and boots.  Sold as a pair.

| MM # | PRICE |
|---|---|
| 312855 | **$0.11** |

### CUSHIONED SOLE INSERTS

Replacement cushion sole inserts, sold by the dozen only.

| SIZE | MM # | PRICE |
|---|---|---|
| 6 | 314418 | **$16.74** |
| 7 | 314419 | **$16.74** |
| 8 | 314420 | **$16.74** |
| 9 | 314421 | **$16.74** |
| 10 | 314422 | **$16.74** |
| 11 | 314423 | **$16.74** |
| 12 | 314424 | **$16.74** |
| 13 | 314425 | **$16.74** |
| 14 | 314426 | **$16.74** |
| 15 | 314427 | **$16.74** |

### TERRY SOCKS



These mid-length socks are a 50/50 blend of cotton and polyester and feature a cushioned sole.  Available for men in White or Natural color and in natural only for women.

| | WHITE | | NATURAL | |
|---|---|---|---|---|
| | **MALE** | | | |
| SIZE | MM # | PRICE | MM # | PRICE |
| 9-13 | 314435 | **$.63** | 314433 | **$.53** |
| 14-18 | 314436 | **$.66** | 314434 | **$.56** |
| | **FEMALE** | | | |
| 5-8 | -- | -- | 314432 | **$0.46** |

### TUBE SOCKS

These mid-length socks are a 50/50 blend of cotton and polyester and are One Size Fits All.  Available in White only.

| MM # | PRICE |
|---|---|
| 314437 | **$.86** |

### ANKLET TUBE SOCKS

These ankle-length socks are a 50/50 blend of cotton and polyester and are One Size Fits All.  Available in White only.

| MM # | PRICE |
|---|---|
| 326718 | **$.83** |

**SWEAT CLOTHES**

### FLEECE SWEATSHIRT

This knit fleece, crewneck sweatshirt features long sleeves with rib knit waist and cuffs.  Available in Cocoa Brown only, this sweatshirt is approved for Inmate Wear.



| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 328389 | **$17.03** |
| Medium | 328390 | **$17.19** |
| Large | 328391 | **$17.56** |
| X-Large | 328392 | **$17.82** |
| 2X | 328393 | **$18.11** |
| 3X | 328394 | **$18.89** |
| 4X | 328395 | **$20.22** |
| 5X | 314202 | **$22.45** |
| 6X | 314203 | **$24.43** |
| 7X | 341939 | **$25.05** |
| 8X | 341940 | **$25.80** |
| 9X | 341941 | **$26.65** |
| 10X | 341942 | **$27.72** |

### DOC FLEECE SWEATSHIRT

This knit fleece sweat shirt features long sleeves, a crewneck and rib knit waist and cuffs, with DOC on the back.  Available in Red only.

| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 314212 | **$17.83** |
| Medium | 314213 | **$17.83** |
| Large | 314214 | **$18.39** |
| X-Large | 314215 | **$18.67** |
| 2X | 314216 | **$18.98** |
| 3X | 314217 | **$20.17** |
| 4X | 314218 | **$20.47** |
| 5X | 314219 | **$21.03** |

### FLEECE SWEAT PANTS

These Cocoa Brown, knit fleece sweatpants have a full elastic waist, 2 pockets and elastic at the ankle. Approved for Inmate Wear.

| SIZE | MM # | PRICE |
|------|------|-------|
| X-Small | 361631 | **$19.67** |
| Small | 328382 | **$20.71** |
| Medium | 328383 | **$21.25** |
| Large | 328384 | **$21.43** |
| X-Large | 328385 | **$22.06** |
| 2X | 328386 | **$23.12** |
| 3X | 328387 | **$23.54** |
| 4X | 328388 | **$24.24** |
| 5X | 314185 | **$24.82** |
| 6X | 314186 | **$25.37** |
| 7X | 314187 | **$26.13** |
| 8X | 341936 | **$27.14** |
| 9X | 341937 | **$28.62** |
| 10X | 341938 | **$29.45** |

### FLEECE SWEAT SHORTS

These knit fleece sweat shorts feature a full-elastic waist and are available in Cocoa Brown only. Approved for Inmate Wear.



| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 314227 | **$16.54** |
| Medium | 314228 | **$17.36** |
| Large | 314229 | **$18.20** |
| X-Large | 314230 | **$18.75** |
| 2X | 314231 | **$19.83** |
| 3X | 314232 | **$20.76** |
| 4X | 314233 | **$21.06** |
| 5X | 314234 | **$21.34** |
| 6X | 314235 | **$22.18** |
| 7X | 314236 | **$22.18** |
| 8X | 339974 | **$22.18** |

**DOC T-SHIRT**

**RED DOC T-SHIRTS**

This Red, Cotton/Polyester blend jersey knit, crewneck t-shirt has no pockets and is silk-screened with DOC on the back.  Red DOC t-shirts are approved for Inmate Wear.



| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 314317 | **$9.45** |
| Medium | 314318 | **$9.45** |
| Large | 314319 | **$9.45** |
| X-Large | 314320 | **$9.45** |
| 2X | 314321 | **$10.78** |
| 3X | 314322 | **$10.78** |
| 4X | 314323 | **$10.78** |
| 5X | 314324 | **$10.78** |
| 6X | 340198 | **$11.40** |
| 7X | 340199 | **$11.40** |
| 8X | 340200 | **$13.92** |

**UNISEX UNDERSHIRTS**

This T-shirt style undershirt  is made of a medium weight, Cocoa Brown, 50/50 Cotton/Polyester jersey knit material.

Approved for male and female Inmate Wear.

**NOT AVAILABLE WITH DOC ON BACK PER POLICY**



| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 314325 | **$6.86** |
| Medium | 314326 | **$6.86** |
| Large | 314327 | **$6.86** |
| X-Large | 314328 | **$6.86** |
| 2X | 314329 | **$7.31** |
| 3X | 314330 | **$7.36** |
| 4X | 314331 | **$7.51** |
| 5X | 314332 | **$8.84** |
| 6X | 314624 | **$8.84** |
| 7X | 348528 | **$8.84** |
| 8X | 348529 | **$9.10** |
| 9X | 348530 | **$9.17** |
| 10X | 348531 | **$9.57** |

**UNDERGARMENTS**

## WOMEN'S PANTIES

Our 50/50 cotton/polyester blend Women's panties feature a reinforced crotch and are available in Jersey Knit material with an elastic waistband and regular or elastic leg openings.  Available in White only.

| JERSEY KNIT | | | | |
|---|---|---|---|---|
| | REGULAR LEG OPENINGS | | ELASTIC LEG OPENINGS | |
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 312968 | **$2.49** | 312976 | **$2.55** |
| Medium | 312969 | **$2.49** | 312977 | **$2.58** |
| Large | 312970 | **$2.50** | 312978 | **$2.61** |
| X-Large | 312971 | **$2.52** | 312979 | **$2.62** |
| 2X | 312972 | **$2.87** | 312980 | **$2.93** |
| 3X | 312973 | **$2.87** | 312981 | **$2.95** |
| 4X | 312974 | **$2.87** | 312982 | **$2.95** |
| 5X | 312975 | **$3.36** | 312983 | **$3.44** |
| 6X | 338372 | **$3.36** | 338377 | **$3.44** |
| 7X | 338373 | **$3.36** | 338378 | **$3.44** |
| 8X | 338374 | **$3.51** | 338379 | **$3.60** |
| 9X | 338375 | **$3.51** | 338380 | **$3.60** |
| 10X | 338371 | **$3.60** | 338376 | **$3.60** |

## MEN'S UNDERWEAR

Men's underwear is available in either Boxer or Jockey style and is made from a cotton/polyester blend featuring an elastic waistband and a fly-front opening.  Men's underwear is available in White only.




| | BOXER | | JOCKEY | |
|---|---|---|---|---|
| SIZE | MM # | PRICE | MM # | PRICE |
| Small | 314347 | **$3.12** | 314357 | **$2.17** |
| Medium | 314348 | **$3.12** | 314358 | **$2.17** |
| Large | 314349 | **$3.12** | 314359 | **$2.17** |
| X-Large | 314350 | **$3.12** | 314360 | **$2.17** |
| 2X | 314351 | **$3.43** | 314361 | **$2.49** |
| 3X | 314352 | **$3.43** | 314362 | **$2.49** |
| 4X | 314353 | **$3.43** | 314363 | **$2.49** |
| 5X | 314354 | **$4.06** | 314364 | **$2.83** |
| 6X | 314355 | **$4.14** | 314365 | **$2.90** |
| 7X | 314356 | **$4.26** | 314366 | **$2.90** |
| 8X | 339072 | **$4.29** | 338317 | **$3.33** |
| 9X | 339073 | **$4.37** | 338318 | **$3.33** |
| 10X | 339071 | **$4.41** | 338316 | **$3.33** |

## MEN'S BOXER BRIEFS

Men's boxer briefs are available in a cotton/polyester blend, White Rib Knit material and feature short legs, a fly-front opening and an elastic waistband.



| SIZE | MM # | PRICE |
|---|---|---|
| 28/30 | 312413 | **$3.18** |
| 32/34 | 312414 | **$3.18** |
| 36/38 | 312415 | **$3.18** |
| 40/42 | 312416 | **$3.26** |
| 44/46 | 312417 | **$3.53** |
| 48/50 | 312418 | **$3.53** |
| 52/54 | 312419 | **$3.53** |
| 56/58 | 312420 | **$3.99** |
| 60/62 | 312421 | **$3.99** |
| 64/66 | 312422 | **$3.99** |
| 68/70 | 338193 | **$4.41** |
| 72/74 | 338194 | **$4.41** |
| 76/78 | 338195 | **$4.41** |

**MEN'S LONG JOHNS**

These 50/50 cotton/polyester blend, winter-weight long johns feature elastic waistbands and a fly-front with long-sleeved, crew neck tops.  Men's long johns are available in Natural color only.

| LONG JOHN TOPS | | |
|---|---|---|
| **SIZE** | **MM #** | **PRICE** |
| 30/32 | 312866 | **$7.10** |
| 34/36 | 312867 | **$7.10** |
| 38/40 | 312868 | **$7.10** |
| 42/44 | 312869 | **$7.10** |
| 46/48 | 312870 | **$8.47** |
| 50/52 | 312871 | **$8.47** |
| 54/56 | 312872 | **$8.89** |
| 58/60 | 312873 | **$8.89** |
| 62/64 | 312874 | **$9.34** |
| 66/68 | 312875 | **$9.34** |
| 70/72 | 338366 | **$9.34** |
| 74/76 | 338367 | **$10.00** |
| 78/80 | 338368 | **$10.00** |
| 82/84 | 338369 | **$10.00** |



| LONG JOHN BOTTOMS | | |
|---|---|---|
| **SIZE** | **MM #** | **PRICE** |
| 28/30 | 312856 | **$6.37** |
| 32/34 | 312857 | **$6.37** |
| 36/38 | 312858 | **$6.37** |
| 40/42 | 312859 | **$6.61** |
| 44/46 | 312860 | **$6.87** |
| 48/50 | 312861 | **$7.05** |
| 52/54 | 312862 | **$7.24** |
| 56/58 | 312863 | **$7.58** |
| 60/62 | 312864 | **$7.58** |
| 64/66 | 312865 | **$7.58** |
| 68/70 | 338363 | **$7.80** |
| 72/74 | 338364 | **$7.80** |
| 76/78 | 338365 | **$7.80** |



**UNDERGARMENTS**

**ACCESSORIES**

## INMATE BASEBALL CAPS

A solid Twill cap with five panels for winter, or a Nylon Mesh cap with five panels for summer. Both styles have adjustable snaps and one size fits all. Available in Cocoa Brown or Light Gray. Approved for Inmate Wear.

| COLOR | MATERIAL | MM # | PRICE |
|---|---|---|---|
| Cocoa Brown | Solid Twill | 202107 | **$6.68** |
| Cocoa Brown | Nylon Mesh | 312423 | **$6.98** |
| Light Gray | Solid Twill | 319794 | **$6.76** |
| Light Gray | Nylon Mesh | 319793 | **$6.95** |



## SKI CAPS

This 100-percent acrylic, stretchable rib knit fabric ski cap is available in Cocoa Brown or Gray. Approved for Inmate Wear. One size fits all.

| COLOR | MM # | PRICE |
|---|---|---|
| Cocoa Brown | 200814 | **$1.62** |
| Gray | 319795 | **$1.16** |

## SCARVES

Packed 12 per case, these 28" x 28" square rayon silk scarves are available in assorted colors and patterns.

| MM # | PRICE |
|---|---|
| 313037 | **$106.80** |

## HANDKERCHIEFS

These Cotton/Polyester blend, White broadcloth handkerchiefs are 14" x 14" and are packed in lots of one dozen.



| MM # | PRICE |
|---|---|
| 314416 | **$5.89** |

## SAFETY VESTS

Made of soft polyester mesh in fluorescent yellow-green. Includes 2" lime yellow reflective strips around the waist and over each shoulder. Velcro closures allow for an adjustable, secure fit. DOC is also imprinted on the back of the vest. Approved for Inmate Wear.

| SIZE | MM # | PRICE |
|---|---|---|
| Large (Fits up to 63") | 314367 | **$29.07** |
| X-Large (Fits up to 70") | 314368 | **$30.99** |
| 2X (Fits up to 76") | 314369 | **$32.81** |





# MENTAL HEALTH

## TWILL WORK SHIRTS

This cotton/polyester twill shirt features a button front and one pocket and are available with short or longs sleeves.

Approved for Mental Health Population. Available in Royal Blue only with DOC imprinted on the back.



| SIZE | MM # | PRICE | MM# | PRICE |
|------|------|-------|-----|-------|
| | SHORT SLEEVES | | LONG SLEEVES | |
| Small | 314135 | **$11.49** | 314128 | **$15.05** |
| Medium | 314136 | **$11.49** | 314129 | **$15.05** |
| Large | 314137 | **$11.49** | 314130 | **$15.05** |
| X-Large | 314138 | **$11.49** | 314131 | **$15.05** |
| 2X | 314139 | **$12.79** | 314132 | **$16.09** |
| 3X | 314140 | **$12.79** | 314133 | **$16.09** |
| 4X | 314141 | **$12.79** | 314134 | **$16.09** |
| 5X | 339956 | **$13.96** | 339961 | **$17.27** |
| 6X | 339957 | **$13.96** | 339962 | **$17.27** |
| 7X | 339958 | **$13.96** | 339963 | **$17.27** |
| 8X | 339959 | **$13.96** | 339964 | **$17.27** |
| 9X | 339960 | **$13.96** | 339965 | **$17.27** |
| 10X | 340105 | **$13.96** | 339966 | **$17.27** |

| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 340021 | **$15.13** |
| Medium | 340020 | **$15.13** |
| Large | 340019 | **$15.13** |
| X-Large | 340022 | **$15.13** |
| 2X | 340011 | **$15.29** |
| 3X | 340012 | **$15.29** |
| 4X | 340013 | **$15.29** |
| 5X | 340014 | **$15.65** |
| 6X | 340015 | **$15.65** |
| 7X | 340016 | **$15.65** |
| 8X | 340017 | **$15.65** |
| 9X | 340018 | **$15.65** |
| 10X | 340010 | **$15.65** |

## UNISEX HOBBY JEANS

Made of cotton/polyester twill, with a half-elastic waist.



| SIZE | MM # | PRICE |
|------|------|-------|
| Small | 312711 | **$20.26** |
| Medium | 312712 | **$20.29** |
| Large | 312713 | **$20.34** |
| X-Large | 312714 | **$20.49** |
| 2X | 312715 | **$21.58** |
| 3X | 312716 | **$21.65** |
| 4X | 312717 | **$21.86** |

## PATIENT GOWNS

This pullover, knee-length gown is made from a cotton/polyester blend poplin fabric, featuring short sleeves and a V-neck.

Approved for Mental Health Population. Available in Royal Blue only with DOC imprinted on the back.



## TWO-PIECE PAJAMAS

Cotton/polyester light-weight poplin pajamas with elastic waist pants are available with short or long sleeves.

Approved for Mental Health Population. Available in Royal Blue only with DOC imprinted on the back.



| SIZE | MM # | PRICE | MM# | PRICE |
|------|------|-------|-----|-------|
| | SHORT SLEEVES | | LONG SLEEVES | |
| Small | 312898 | **$27.08** | 312891 | **$25.67** |
| Medium | 312899 | **$27.08** | 312892 | **$25.67** |
| Large | 312900 | **$27.08** | 312893 | **$25.67** |
| X-Large | 312901 | **$27.08** | 312894 | **$25.67** |
| 2X | 312902 | **$28.61** | 312895 | **$26.96** |
| 3X | 312903 | **$28.61** | 312896 | **$26.96** |
| 4X | 312904 | **$28.61** | 312897 | **$26.96** |

*"Teaching Inmates to Work in Pennsylvania"*

This is a

# BIG HOUSE

catalog

