# Exhibit 7

THOMAS DEXTER JAKES

v.

DUANE YOUNGBLOOD


                         VIDEO RECORDING

          FILE NAME:     Larry Reid Live YouTube Video

          DATE TAKEN:    October 28, 2024


Transcribed By:  Sarah Albaladejo

10.28.24 - Larry Reid Live

1                    INDEX TO EXAMINATION

2

3

4                                        PAGE

5    Proceedings                          3

6    Certificate of Transcriptionist     101

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

10.28.24 - Larry Reid Live

1            UNIDENTIFIED SPEAKER:  Multimedia personality, comedic

2   commentator, songwriter recording artist, spiritual leader,

3   author and actor, Larry D. Reid is the founder of The MBN

4   Network, owner of LDR Enterprises based out of Atlanta, Georgia

5   and the spiritual leader of the Reformation Church of Atlanta.

6   You can catch Larry Reid on the BET Plus original series Kingdom

7   Business and on American Gangster Trap Queens streaming online

8   at bet.plus.

9            The MBN Network is a nonprofit organization based in

10  Atlanta, Georgia.  We are a streaming radio and ministry network

11  funded by a network of partners that are professionals,

12  technicians, entrepreneurs and entertainers from around the

13  world.

14            Become a member of Patreon today at

15  patreon.com/larryreidlive to gain access to all that The MBN

16  Network has to offer.  On Sundays, tune in for prayer, prophecy

17  and coaching call available for patreon members only.  Join in

18  on the morning meditation and prayer call open to the public

19  Monday through Friday.  On Monday evenings, catch the digital

20  entertainment news show, Larry Reid Live as Dr. Reid discusses

21  an array of topics with a raw, humorous and controversial

22  approach.  Get informed and inspired on Tier Two Tuesdays, for

23  Tier Two patron members only.  Wednesday night breakdown with

24  Dr. Reid, the virtual prophets, pastoral counselors and coaches

25  available for Tier Two patreon members only.  Participate in

1  Therapy Thursdays and Financial Fridays for all tiers inside of

2  patreon only.  Saturdays, rest and be with your family.  Become

3  a member today by logging on to patreon.com/larryreidlive today.

4      MS. WATERS:  Even though he has not always been

5  protected, he's always been a protector.

6      MR. REID:  Broken people saw that sigma and done what

7  they thought they needed to do to the request that I was making.

8  And they just chose improperly.

9      MR. T. REID:  He never told me nothing.  I knew

10  nothing about it.

11      MS. PARKS:  I feel like everyone in my family in some

12  form or way has been fondled or molested or raped in some form

13  of fashion.

14      MR. REID:  I couldn't stand how God was in me because

15  I was that.

16      MR. BRYANT:  There was tolerated versus celebrated.

17      MS. HUCKS:  It's a wrong way and right way to do

18  everything.  And Larry always seemed to choose the wrong way.

19      MR. REID:  Yes, I was drugged and raped.  That

20  happened when I was 17 years old.  Misfits have an ability to

21  stick out.  But if the misfit accept that they absolutely cannot

22  fit in, then they become someone with the next --

23      (YouTube ads played.)

24      UNIDENTIFIED SPEAKER:  Church Critic by Dr. Larry D.

25  Reid, an examination of the Larry Reid Live show perspective.

10.28.24 - Larry Reid Live

1   Purchased a copy today by logging on to larryreidlive.com.

2   That's larryreidlive.com.

3        UNIDENTIFIED SPEAKER:  Stay connected to Larry Reid

4   Live.  Take a moment and like the Facebook page.  Subscribe to

5   the YouTube page and hit the bell.  Text LRL to 404-999-7527.

6   That's the words LRL to 404-999-7527 and get notified when we go

7   live.  Become a member of patreon.  Log onto

8   patreon.com/larryreidlive.  Sign up, then download the patreon

9   app and turn on your notifications.  Get connected today.

10        (YouTube ads played.)

11        MR. REID:  All right.  Welcome to Larry Reid Live.

12   And my name is Larry D. Reid.  And I'm the host of this show,

13   Larry Live, which is your most favorite digital entertainment

14   news and talk show that is out here on the social media streets.

15        Now, this is what I want for you to do.  I want you to

16   tell all of your friends, all of your loved ones right now that

17   we're about to have a conversation, especially those that have

18   suffered from any kind of abuse, particularly sexual abuse.

19   Anyone that has been the victim of sexual abuse, tell them to

20   come on over, we're going to have a conversation.

21        I do want to say it is possible that in the

22   conversation you could get triggered as you begin to remember

23   what you've been through, what happened to you or someone that

24   you were connected to.  But it's a conversation that I feel like

25   it's long overdue for us to have.  We sort of have had the

10.28.24 - Larry Reid Live

```
 1   conversation before on this platform, just by me sharing my
 2   whole story.  And then also, if you watch the documentary
 3   Misfit, what is that called?  I just -- I -- from Mis -- from --
 4   from Misfit Mystic, something I call the documentary, but it's
 5   my documentary.
 6           And in there my oldest sister really begin to share
 7   some of her story, which she still isn't really sharing a lot of
 8   that.  But I think this conversation is going to be really,
 9   really good.  So I need all of you to do something for me.
10   Everybody that's watching, I need for you to hit like.  And let
11   me tell you why you're hitting like, whether you're on YouTube
12   or Facebook, so that the rest of the people, ain't this crazy?
13           The rest of the people who have hit like or subscribe,
14   which is literally about seven or 800,000 people that have hit
15   like and follow on my Facebook and my YouTube page.  When you
16   come in live, I need you to hit like and engage.  When I come on
17   live, I need you to hit like and engage.  And the reason being
18   is because to let those people know that I'm on.  Now, you would
19   think that if they hit subscribe and like, that then social
20   media will let them know.  Well, what that's what they did many
21   years ago.  That's not how social media is now.  It's very
22   controlled.  It's no longer organic.  You have robot software,
23   AI and a few humans that are pushing your stuff out according to
24   how people like it, share it.  It has nothing to do with the
25   people that are following you anymore.  It's just how that is.
```

10.28.24 - Larry Reid Live

1          Of course, a you're super poplar, the people they want
2    to know every time you post, so they turn the alerts on.  And
3    you guys did that.  But they turned all of my alerts off because
4    I got in trouble.  I didn't really do nothing that bad, but
5    somebody thought I did, so I got in trouble.
6          So now, you have to hover back over my page on
7    Facebook and YouTube and then choose notify me every time he
8    posts, every time he live, notify me so that then I can know and
9    engage with his content.  So I really need for you guys to do
10   that.  Right now, nobody got a notification.  If you got a
11   notification from social media and you're in the chat, put in a
12   chat you got a notification.  I'm going to show you right here
13   how this works now.
14         Oh, yeah, the documentary highlight that from
15   Ms. Stacy.  I'm sorry, I missed it up right now.  The
16   document -- I want you to do, go and watch it's called Misfit to
17   Mystic, the Story of Larry D. Reid.  And you can find that on
18   YouTube.  Thank you so much for that, Stacy.
19         All right.  So we're about to get started as soon as I
20   see -- you got a notification, Derek.  Courtney Chapman got it.
21   Felicia Hacode (phonetically) did.  How are you doing?  I
22   remember you.  We played with your name.  Nester did.  Okay.  I
23   feel you got a notification.  You got all the notifications.  So
24   you got the YouTube, the Facebook and my text?  Okay.  Okay.  I
25   can't tell you got it, but stream yard is not been giving the

```
 1  proper numbers.  We found that out for Facebook.  There's like,
 2  it's shielding my live views, so you can't see how many people
 3  are watching live.  Then, I sign off and I see all this stuff.
 4  I'm like, why didn't it show me all those people when I was on?
 5          All right.  So today we're just going to -- this is
 6  not an update on what's happening in the world.  I'm going to do
 7  that later on.  If I don't, don't hold it to me.  Charge it to
 8  my head, not to my heart.  But for the next three days, I'm
 9  going to be live.  So today it's live on YouTube and Facebook
10  right now.  Please Facebook hit like and share.  Tomorrow night,
11  I'll be live inside patreon where Bishop Carltons Pearson,
12  Bishop Carlton Pearson's only white and spiritual son, who is my
13  brother.  And we're going to be talking about harmful theology
14  and healing from that and just discussing what that is and how
15  to identify it.  Because you need to know how to identify
16  harmful theology.  And the conversation would help you heal from
17  it.
18          Then Wednesday, I'm in patreon again.  And I'm in
19  there discussing what I began to discuss on Sunday morning, but
20  I could not finish.  Kendall, do you remember what that was?
21          UNIDENTIFIED SPEAKER:  Talking about --
22          MR. REID:  Oh, you -- it's too late.
23          UNIDENTIFIED SPEAKER:  I said it.
24          MR. REID:  You said it late.
25          UNIDENTIFIED SPEAKER:  No, I didn't.  I said --
```

10.28.24 - Larry Reid Live

1          MR. REID:  I feel like it was late.

2          UNIDENTIFIED SPEAKER:  You didn't give me a chance.

3          MR. REID:  All right.

4          (YouTube ads played.)

5          MR. REID:  This is what we're discussing on Wednesday.

6    We started discussing that on Sunday morning.  Take a screen

7    shot.  We started re -- discussing it on Sunday morning, hacking

8    your programming and conditioning, understanding, rewiring and

9    reconditioning your mind.  You got to get your mind fit and

10   ready for the future.  There is a future that is calling you.

11   Are you're a fit for it?  Well, I can help you get fit for that

12   future.  Only a futurist can.  And we are having an electric

13   conversation aligning with the divine.  So join us on Wednesday.

14   Amazing conversation.  So we're going to be doing that on

15   Wednesday.  So it's for the next three days.  And shoot, and

16   then Wednesday morning at 8:00 a.m. I'll be with you for

17   intercessory prayer.  Remember, prayer goes on Tuesday through

18   Friday.  I do Wednesday and Friday.  My cousin Latrice she does

19   Tuesday and Thursday.  So if you want to be a part of that

20   prayer community, you can be a part of that.  Become a patreon

21   right now.  Patreon.com/larryreidlive.

22          Last Wednesday you all missed it.  We talked about AI,

23   crypto currencies, MainOne, Ethereum and Bitcoin.  And we also

24   discussed investment, real estate investment.  I began to share

25   about my investments in Dubai.  It was an electric conversation

10.28.24 - Larry Reid Live

1  and we began it with Armando Pante, I can't say his last name.

2  But Pantaleo.  Pan -- Pantoya, Armando, from the author of

3  Strategic Millionaire, who is a multimillionaire, all because of

4  stock marketing AI and tech and energy investments.  And he was

5  with us and he answered the questions.  And that was great.  You

6  need to go back and listen to that.  It -- so join patreon.  You

7  join patreon, you can go back and listen to that whole spiel.

8  And there's everything that has been posted, educational and

9  inspirational and empowering since May of 2019.  So when you

10  sign up to my patreon, you're not just getting the current right

11  now of whatever we're spitting out now, but you can go back to

12  all of the experts that I've had.  Even Carlton Pearson's stuff

13  that's in there and Bishop Joy and then so many other people

14  that we did stuff privately in patreon.  You -- you get access

15  to all of that.  So do yourself a favor and go on over there.

16  All right.

17        All right.  Are you all ready to have the

18  conversation?  We're about to have the conversation.  What city

19  and what state are you guys watching from?  Put your city and

20  your state in there.  Hey, Joy, how are you doing?  Joy says,

21  best investment you will ever make.  I mean, you -- 12 hours.

22  It -- it don't make sense, really, but I try to keep it to where

23  anybody can be a part of it, anybody that wants to be.  I love

24  intercessory prayer.  So you've participated.

25        What's up -- hey, Tice.  Love watching your content.

10.28.24 - Larry Reid Live

1   Let me tell you.  I've turned so many people onto you just

2   because I'll be playing you while I'm doing something else.  And

3   they say who is that?  He funny.  You don't -- you don't even

4   have to do nothing funny.  You just talking and being your

5   regular self.  It's hilarious, which is the my favorite kind of

6   funny.  Jersey, Chattanooga, Tennessee, Indianapolis, Gastonia,

7   Athens, Georgia.  Norfolk, Virginia.  Fresno, California.  Nola,

8   hey baby.  Making Georgia.  Philly.  Atlanta, Baltimore,

9   Detroit.  Lynbrook, New York.  You see, we coast to coast.

10  Pittsburgh.  Tallahassee, Florida.  Baton Rouge, Louisiana.

11  Ontario, Toronto.  I like how you all do Texas and Canada.

12  Easton, where's that?  Pennsylvania.  Fairview, Georgia, way

13  down there it absolutely is.  My life has -- has been changed.

14  I love that.  I love that.  You got talent, man.  Giselle,

15  that's where you live at, Lancaster, Texas.  Columbia, Maryland.

16  Jacksonville, Florida.  Chicago.  You got to be -- wear a

17  bulletproof vest in Chicago.  Sun go down, put on a bulletproof

18  vest.  Mississippi, Memphis.

19          Look at that.  Hey, cousin Karen.  Karen was one of

20  the first people to invest in the building of this platform and

21  of our studios.  She -- I called for eight thou -- for $8.88.

22  She done $8,888.88.  So Karen Reid, thank you so much for your

23  investment.  And whenever you come to the city, hit me up so you

24  can come and look and tour the studio, okay.  Latina, how you

25  doing Latina.  You in Columbus, Ohio.  You over there with

10.28.24 - Larry Reid Live

1   Rod Parsley.

2            (YouTube ads played.)

3            MR. REID:  We're here (indiscernible.)  Let me not do

4   that tonight.  Hey, Houston, Texas.  You over there where

5   Pastor Keion don't know his Bible Henderson.  That's who you

6   with.  Pastor Keion don't know Bible Henderson, but we love

7   them.  But he ain't know what the hell he be talking about.

8   Talking about you can't be blessed and giving to the poor.  What

9   the hell.  That's right CJ, we are global, abso-dern-lutely.

10  And global citizens and investors are coming up out of my

11  patreon and I'm so excited and very proud.  Hey Elena, how

12  you're doing.  Okay, Seattle, Washington.

13           Well, our guest is in the green room.  And we are

14  about to have the conversation, but I need every last one of you

15  guys to hit like, okay, don't play with me now.  I might show up

16  at your house and go to cussing.  Go -- go ahead and hit that

17  like.  Hit that like quick now.  Jesus is on the way back.  Hit

18  that -- hit that like quick.  All right.  You can take that

19  down.

20           All right.  So let me tell you what happened.  Someone

21  sent me an email, I want to say the end of last year.  And they

22  began to explain to me how it was terribly important that I

23  speak with this black man that all of his life he's been a

24  minister inside of the church.  And how he found himself in a

25  situation where he had been arrested and charged.  And I said,

1  okay, because this was a back and forth.  So sometimes people

2  like to leak out the story to me.  So I'm like, okay, so what

3  about this I need -- this sounds like everybody.  I mean, the

4  last five/six years, it's like how many pastors we know been

5  got -- got arrested and back in church and back in church and

6  preachers and black men, you know.  So it was like, okay, I

7  don't really see the important.

8        But he began to tell me about how his charge was about

9  something in the world of sexual abuse, molestation something, I

10  don't know what it was.  Well, something like that.  And I said,

11  okay, that's interesting.  They said, but Larry, he is an honest

12  person and he just tells it like it is.  So that intrigued me.

13  The last time I heard someone that had been accused of a crime

14  or convicted of a crime talk very open and honest -- honestly,

15  whether it was on TV or streaming had been many years.  And I

16  got interested.

17        I couldn't speak to him as much and as long as I

18  wanted to, but we were able to have a few conversations.  And

19  that's when I realized, I said, okay, this is a very honest guy

20  who did something bad.  How did he get there?  And when I began

21  to hear his story, I said, I think -- I think LR Ellis will want

22  to meet him and hear his story.  And they are parts of his story

23  that I'm going to here for the first time with you guys.

24        So go ahead get your drink.  Go ahead and call your

25  friends because it's going to be one of those conversations.

10.28.24 - Larry Reid Live

1  It's going to be raw.  It's going to be very honest.  It's going
2  to be very real.  And for some of you, it may be healing to just
3  hear somebody else's journey from being abused, to them becoming
4  the abuser, to then turning around and helping inspire others to
5  change, whether you are the abused or the abuser.  I don't see
6  this type work much.  I -- I can't even think of another person
7  that is doing this type of ministry.  I can't think of another
8  person that is having this kind of conversation.  So that's why
9  I was intrigued.

10         So you mean to tell me somebody's going to tell me in
11  detail as much as I can bear and as much as they want to, what
12  they did as an abuser and they're going to also tell me their
13  story about being abused.  And you're telling me that this
14  person is now using their life to inspire the abused and abusers
15  to make change?  I said, I'm sold.  I am sold.  Because I ain't
16  heard it.  If you've heard it, if you've seen it, tell me in the
17  chat.  I ain't heard it.  I ain't seen it.

18         Typically, when somebody has been convicted of a
19  crime, they might tell how they got there a little bit, but they
20  certainly don't turn around and say, I'm going to use my journey
21  from being the abused to them becoming the abuser, now to
22  radically change and influence the life of those who are either
23  the abuse or have been abused.  I haven't seen that.  I'm saying
24  never.  Lola Sterling says never.  I ain't.  If you have --
25  Cristal Williams says never.

10.28.24 - Larry Reid Live

 1           (YouTube ads played.)

 2           MR. REID:  Who else?  I understand that.  So that's

 3   why I brought it here, because I want to hear him.  And I'm

 4   going to start asking about being the abuser, because I want to

 5   talk about that.  And then -- everybody's saying never.  No.

 6   No.  I ain't saying -- because that's -- that's three phases of

 7   your life.  You're using all three phases to cause change in

 8   somebody.  That's powerful.  It's bold and, you know, because

 9   somebody's going to judge them, especially when you get into the

10   abuser conversation.  We all going to be looking like, because

11   how many have you been abused?  Raise your hand if you've been

12   abused.  I have.  I'm not talking about something you enjoyed.

13   That's about something you did not like.  You may later on

14   enjoyed it or found out that you enjoyed it.  But it was against

15   your will.  You were not a willing participant.  Look at all the

16   hands going up.  And see, in the Black community, it's -- I

17   ain't White, so I only can speak for us.  It just seems like to

18   me, maybe we talk about it, but I don't know.  It just seems

19   like it's just rampant.  So many people saying I have.

20           Yeah, so it's going to be interesting.  So you -- so,

21   I wanted to give you, like this trigger warning because you're

22   probably going to go through your own life while we're having

23   this conversation about his.  Okay.  I'm already blessed.  I

24   could sign off.  I mean, look, because just thinking about from

25   the abused to the abuser to now an advocate for both to change.

10.28.24 - Larry Reid Live

1  Abused.  Abuse.  Advocate.  That's powerful.  I -- I haven't

2  seen that.  So let's get ready to have a conversation for the

3  first time.

4          Ladies and gentlemen, I introduced to you,

5  Duane Youngblood.  And it's so good to have you here --

6          MR. YOUNGBLOOD:  Yes, sir.

7          MR. REID:  -- Duane.  And let me tell you why.  And

8  you was in a green room, so you heard me.  Is because it's so

9  bold.

10          MR. YOUNGBLOOD:  Mm-hmm.

11          MR. REID:  I had never seen this.  I've never seen

12  someone who was abused become an abuser, I've seen that a lot.

13  But then turn around and become an advocate.

14          MR. YOUNGBLOOD:  Yeah.

15          MR. REID:  It's powerful.  And -- and may -- may God

16  continue to be with you and strengthen you as you are walking

17  every aspect of this out because you're just now getting out of

18  jail, is that correct?

19          MR. YOUNGBLOOD:  Yes.  I -- I've had a few experiences

20  with that in my process, which I'll gladly talk about.  But yes,

21  I was in prison for a violation of a pro -- probation and

22  parole.  And so, I had to spend nine more months in there.  And

23  so, I've been released from that just in the last few months.

24  So, yes.

25          MR. REID:  So -- so Duane, you said for a violation of

10.28.24 - Larry Reid Live

1  parole, how did you violate the parole?

2          MR. YOUNGBLOOD:  Well, here's something in the whole

3  entire process.  I'm in the State of Pennsylvania.  When you are

4  convicted and you serve time, you can go see the parole board

5  and they make a decision.  The parole board paroled me on my

6  minimum.  But then there are various stipulations that you have

7  to go through in order to stay on the streets.

8          One of the stipulations that I had, among the many

9  that I had, had something to do with not having any

10  communication or conversation with various individuals.  And one

11  person reached out to my secretary with a long story, very

12  grievous, painful story.  I listened to the story.  Should not

13  have listened to it.  It was part of my upbringing to put other

14  people ahead of myself.  And by doing that and keeping it from

15  them, in the conditions that I have, I have to take polygraph

16  tests.  So in taking a polygraph test, this came up.  And so,

17  this is a reason for a violation.

18          Now, I'm grateful because it was also part of my

19  entire process of getting over the way in which I had been doing

20  things as far as prioritizing other people over myself.

21  Therefore, not being able to help anybody.

22          (YouTube ads played.)

23          MR. REID:  So the violation was just communicating

24  with someone you -- you weren't supposed to be?

25          MR. YOUNGBLOOD:  Absolutely.  Right.  Right.

10.28.24 - Larry Reid Live

1          MR. REID:  So what's the -- what was the stipulation

2    there -- okay.

3          First of all, tell me what was the crime you was

4    convicted of?

5          MR. YOUNGBLOOD:  Yes.  So in 2006, I was arrested for

6    a -- SA charge from something that did -- happened in 2002.  So

7    October 31, 2002, I, as a pastor, was counseling someone who was

8    a member of my congregation under age individual.

9          MR. REID:  How old were they?

10         MR. YOUNGBLOOD:  Say -- 15.

11         MR. REID:  Okay.

12         MR. YOUNGBLOOD:  15 years of age at the time.  Crossed

13   the line.  This was a 15-year-old male, crossed the line with

14   the individual.  This was a sadly 15-minute destructive

15   experience in my life and their life.  That was 2002, October of

16   2002.  This thing went back and forth for several years.  And in

17   2006, I was arrested on this particular charge.  And at the time

18   that -- of my arrest, I was given seven years probation and one

19   year house arrest.

20         In the seventh year of that, I was then charged with a

21   corruption of minors because I had -- had conversation with an

22   individual who was sharing with me things that they were going

23   through, things of that nature.  But they were also under age

24   and I was not to have that conversation.

25         MR. REID:  How old were they?

1          MR. YOUNGBLOOD:  They were 17 at the time.  So the --

2    having that conversation triggered the stipulation that gave the

3    judge the ability to revoke my street time.  So my street time

4    was revoked.  And they then sentenced me under the original

5    guideline for SA, which in Pennsylvania was five to ten years.

6          So in 2014, I began serving a five to ten year

7    sentence --

8          MR. REID:  Wow.

9          MR. YOUNGBLOOD:  -- for what happened in 2002.

10          MR. REID:  Now, what -- when you -- you said 15 minute

11   in 2002.  So --

12          MR. YOUNGBLOOD:  Yes.

13          MR. REID:  -- was it -- what was -- what -- I mean, I

14   can do a lot of things in 15 minutes.  But -- but what happened?

15          MR. YOUNGBLOOD:  Okay.  So what transpired was, and

16   this was a complete bad setup.  So I received information from a

17   lady in our congregation telling me that her son had written in

18   his journal.  And in his writing in his journal, he was writing

19   about doing things inappropriate with another person.  She

20   brought the journal.  She asked if I would talk.  Inwardly, when

21   she told me, I knew this is a conversation I did not need to

22   have.

23          But as we do when you are carrying poison, what I did

24   was that particular day I sent my secretary home early so

25   that -- that this was also crazy.  This was a bible class night

1  in my church.  And so, this meeting is happening just a half

2  hour before my bible study is to start.  The person comes into

3  my office.  We're having a conversation.  I speak to them about

4  making the decision whether they wanted to be homosexual or not

5  homosexual.  And then, really, just leading this person down the

6  path of the poison.

7          Ultimately, they acknowledged that they did want to be

8  homosexual.  And from that, it led to me saying to them, well,

9  you know what, you can step back into the back office.  They

10  stepped back into the back office.  And in the back office, we

11  had mutual touching of one another.  And that absolutely was a

12  crime.  And it was the wrong thing for me to have done.  I

13  then --

14          MR. REID:  And I'm sorry to ask you a question, but I

15  want to really understand.

16          MR. YOUNGBLOOD:  It's all right.

17          MR. REID:  So you already was told about this person

18  in your ministry who -- oh, so -- okay.  And that's another

19  thing.  You was a pastor and you had --

20          MR. YOUNGBLOOD:  Yes, I was.

21          MR. REID:  -- been serving for many years.  So it's --

22  it's your nature to get into these type of conversations.

23          MR. YOUNGBLOOD:  All the time.

24          MR. REID:  But the -- had you had a situation like

25  this before where somebody that was saying gender loving, wanted

10.28.24 - Larry Reid Live

1  to be free, wanted to be delivered or was exploring and trying

2  to figure out you've talked to them before?

3        MR. YOUNGBLOOD:  No.  I -- in my history, I didn't

4  have many conversations with people who wanted to be free and

5  whatnot.  My experience was more along the lines of knowing

6  people, meeting people, talking to people.  Very rarely was

7  someone in my congregation saying that they were saying gender

8  loving and they wanted to be free.

9        The game that I was a very serious participant in was

10 you knew who people were and you knew what people were doing.

11 And if you wanted to do it, that was what you did, keeping it

12 secretly.  These two words that I love now, secret or pu --

13 secret or private.  I was trained in secret.  It -- it was to be

14 secret.  And in secret, there are things that you just did.  And

15 it had nothing to do with trying to help someone navigate.

16        In 2002, I was nowhere near trying to help.

17        (YouTube ads played.)

18        MR. YOUNGBLOOD:  Anyone navigate in any way, shape or

19 form in a healthy direction as it related to their sexual --

20 sexual identity or sexuality because I hadn't even considered

21 what was going on in my own life.

22        MR. REID:  Okay.  Thank you.  And I hope you don't

23 feel like I'm asking too many questions.

24        MR. YOUNGBLOOD:  Oh, ask whatever you choose.

25        MR. REID:  Yes, because I have to understand.  And

1  that make me understand.

2           So here you are inwardly already being same gender

3  loving on some level, bisexual or something.  And it's a secret.

4  And it's just what you do with those that know up in the -- I

5  mean, because you're in that church world.  So I get that.  And

6  then this fits in you or wants to come and tell you and the

7  parent had already told you.

8           So for those who feel like, okay, you took an

9  opportunity.  I'm playing a devil's advocate.  You took an

10  opportunity when you're given secret information that was in

11  somebody's journal and now they're coming to you and in the same

12  conversation to help you all to -- to know each other, how does

13  it get to that?

14           MR. YOUNGBLOOD:  Oh.  Honestly, the sadness of it,

15  again, very short conversation.  Most of what is going on in my

16  life in 2002 and prior to that is on auto pilot.  It is not even

17  something that I've got to do a lot of planning and thinking.  I

18  have learned how to express the need that I have for male love

19  and male attention very secretly without ever having to go

20  through some deep planning.

21           The sad part for me, considering that time of my life,

22  was how much this was on auto pilot.  And so, there wasn't a lot

23  to consider at the time in 2002, because, again, this was simply

24  me going with what felt right at the time, which was the norm

25  for at that time.

10.28.24 - Larry Reid Live

1          MR. REID:  So there really wasn't a lot of thought
2    about it because it was --
3          MR. YOUNGBLOOD:  No.
4          MR. REID:  -- when -- when it came to that type of
5    exchange, that's the way it went.
6          Now, let me say this.  I understand that.  I know that
7    from experience.
8          MR. YOUNGBLOOD:  Mm-hmm.
9          MR. REID:  And this is the reason why I don't fool up
10   in my personal life with many church, same gender loving people
11   and single church women.  Because they all move just alike.
12   The -- the same gender loving men in the church, it is so toxic
13   the way that they go about hooking up, meeting up.  It's just --
14   and I know it's hard for people to believe, but it -- I've seen
15   it firsthand.
16          I remember one of -- a family friend came down from
17   New York and they went to a club with my siblings, one of my
18   siblings.  They weren't there five minutes and they was in the
19   bathroom.  But this is a straight club, but she was bi.  And
20   they just locked eyes and went to the bathroom and they started
21   that -- for those of you that don't know, that -- that's a world
22   that you don't know unless somebody tell you or show you.  So I
23   understand how quick that can happen.  However --
24          MR. YOUNGBLOOD:  Yeah.
25          MR. REID:  -- I'm -- I'm also -- I'm putting myself in

10.28.24 - Larry Reid Live

1  your shoes and I'm trying to understand.  That quick.  Was there

2  conversations prior?

3          MR. YOUNGBLOOD:  None.  Not one conversation prior.

4  It happened so quickly.  But I'm going to tell you something.

5  It's just my internal belief.

6          I had been asking God for something since 1997 that I

7  couldn't find.  And when I look at how things played out after

8  that, I totally understand how something can seemingly be quick,

9  but at the same time, it is a critical moment in your life.

10         Now, so much has changed even with that situation,

11  that person, all of it up to this point today.  But in 2002,

12  that short window was the very window for me to slide into the

13  very thing that would change the entire course of my life.  And

14  I had no clue that it would do this, but it did.  It changed the

15  course of my life.  And so, it was the most worse thing to do as

16  a leader and as a pastor.  I certainly didn't help the person

17  that day.  I didn't help myself that day.  I didn't help my

18  family that day.  I didn't help my church that day.  And to be

19  honest with you, I wasn't really able to do that anyway.  Even

20  when it looked like I was helping them, I wasn't helping them

21  because you can't give people what you don't have.

22         And so, I'm very aware of what now, looking back, I

23  was unable to do.  Oh, I was trying.  I was trying hard to do

24  it.  Had a very good congregation, very successful ministry in

25  the city, but at the same time, once I stepped off that stage,

```
 1   it was just totally different for me.  On stage, it was
 2   wonderful.  But off the stage, it was a complex life because I
 3   was carrying so much poison that I simply didn't know what to do
 4   with it.
 5             (YouTube ads played.)
 6             MR. REID:  That -- and I know you're just telling your
 7   story, but I'm -- I'm getting chills about something because I'm
 8   thinking about how many pastors, preachers, leaders that are
 9   watching us that has the same propensity and they have gotten
10   away with it several times.  And it is now their way of life.
11             And how you are sort of pulling the cover on that
12   because --
13             MR. YOUNGBLOOD:  Well --
14             MR. REID:  -- what you just said is, although it
15   looked like I was helping --
16             MR. YOUNGBLOOD:  Wasn't.
17             MR. REID:  -- because I know -- I saw a clip.  Nigger,
18   you can preach.  And you -- you moving the gifts.  So, that --
19   for the pew and for the pool pit, this conversation right there
20   in that moment is like an ah-huh.  So the man, the woman and the
21   pool pit is moving in their gift the same way you moving yours.
22   They're just in the pool pit at church.
23             MR. YOUNGBLOOD:  Yeah.
24             MR. REID:  They held to a higher regard.
25             MR. YOUNGBLOOD:  Yes.
```

10.28.24 - Larry Reid Live

1          MR. REID:  Absolutely.

2          MR. YOUNGBLOOD:  Yeah.

3          MR. REID:  But in the -- in the realm of the gifting,

4    it's the exact same.

5          MR. YOUNGBLOOD:  Well, I -- I -- I'm sorry.

6          MR. REID:  Go ahead.

7          MR. YOUNGBLOOD:  I see -- I see the -- I see all that

8    as a problem.  And I wrote a book called Rejected to the Stage.

9    And one of the things that I have found to be very, very true in

10   the African American church primarily, is that a lot of our

11   leaders have deep insecurities, hurts, wounds, abuses that

12   really have led to what we would call disqualifying behaviors.

13         However, the gift naturally has opened up the stage.

14   So if you're like me, you thrived on the stage because you've

15   been rejected to the stage.  You -- the rejection in your life,

16   the craziness of your life has made you only feel comfortable

17   with the mic.  Only feel comfortable with the stage.  When

18   people are applauding you and clapping and calling you Bishop

19   and -- and saying you're the man of God.  And when you walk in

20   the room, everybody's standing up.  It is doing some damage.

21         I remember writing this book after Whitney Houston

22   died because I looked at it, how could someone be so powerful on

23   the stage and die in the bathtub?  And I understood it.

24   Personally, I got it because for real, you can kill yourself

25   almost trying to maintain your stage life when, in reality, who

1    you are as a person is nothing like what these people think you

2    are on the stage.  And the Black church has made it worse

3    because we literally want the stage person.

4         And even though we claim we see our leaders as humans,

5    we don't see them as humans.  Half the time they don't see

6    themselves as humans.  And so, the whole system is set up in a

7    way that is going to cause tragedy after tragedy and trauma

8    after trauma.  And tonight, I'm here really saying to you that

9    this is a system failure.  Because guarantee you, whether they

10   watch this tonight live or watch this by video, there's a whole

11   lot of men out there listening to me tonight.  And you know that

12   you are something serious on that stage, but the moment you walk

13   down, your inability to be that same person kicks in and it is

14   just the protection around you.

15        So Larry, when you said that they've gotten away with

16   it, nobody gets away.  Everything in life has its cause and its

17   effect.  And so, it may not come through the courts or the

18   police.  It may simply come through you being miserable, not

19   having peace.  It may be the private drugs that you're having to

20   use or the crazy sex that you're having to carry on to try to be

21   okay.  But the reality is, this thing never produces the best

22   behavior and the best lives.

23        MR. REID:  If you came here tonight to just say that

24   it's enough.  I -- I -- you talk about pulling the cover off of

25   church cancer.  God Almighty.

10.28.24 - Larry Reid Live

1          Listen, are we all taking a breath?  Let's take a
2   breath because that was a lot.
3          MR. YOUNGBLOOD:  Yeah.
4          MR. REID:  That's -- that's a lot to -- to -- to admit
5   to our sales about our church that we love.
6          MR. YOUNGBLOOD:  Yeah.
7          MR. REID:  And we love the church.
8          MR. YOUNGBLOOD:  Yeah.
9          MR. REID:  But there are some things that need reform.
10         MR. YOUNGBLOOD:  Yeah.
11         MR. REID:  And we need to look at occurrences like
12  what Duane Youngblood has walked through.  And we need to learn
13  from it.
14         MR. YOUNGBLOOD:  Yes.  Yes, we do.
15         MR. REID:  And like you said, which I love that you
16  brought that out, because I was going to circle back and say
17  that nobody gets away.  The universe says this and it's in our
18  bibles different -- many different ways.  You reap what you sow.
19  And what you plant is --
20         MR. YOUNGBLOOD:  It's coming up.
21         MR. REID:  And that -- that's for everybody involved.
22         MR. YOUNGBLOOD:  Yes, sir.
23         MR. REID:  Okay.  I think -- I had a few more
24  questions about that incident, but I think -- I think we are
25  naturally have moved away from that.  But I am interested in

1  this.  You're -- you're married?

2          MR. YOUNGBLOOD:  Yeah.

3          MR. REID:  You were -- you were married then?

4          MR. YOUNGBLOOD:  Yes.

5          MR. REID:  How -- it's the same woman you married to

6  now that you were married to then?

7          MR. YOUNGBLOOD:  Yes.

8          MR. REID:  How is she?

9          MR. YOUNGBLOOD:  My wife is a highly supportive

10 person.  However --

11         (YouTube ads played.)

12         MR. YOUNGBLOOD:  She's a human.  And as a human, she

13 needed to navigate through all that was going on.  There's

14 something that is very important to me, and I think it's very,

15 very important to her.  People get together for -- for reasons.

16 My wife and I have been together since we were young, in our

17 early 20s.  I was in my early 20s and she was in her late teens

18 when we got married.

19         We got together in a time where the best counsel they

20 could give us was don't buy a king size bed.  There was not a

21 lot of attention to the fact that there were two trauma kids

22 coming together getting married.  And a year later I started

23 pastoring a church.  And so, she is in her process --

24         MR. REID:  Wait a minute.  That's my life.  That's my

25 life.  That's my life.  That's what happened to me.  So you

1  all -- we all are friends.

2          MR. YOUNGBLOOD:  Oh, yes.  I would say 1000 percent.

3          MR. REID:  Yeah.

4          MR. YOUNGBLOOD:  I would say 1000 percent friends.  I

5  would do anything in this world for that woman.

6          MR. REID:  Yeah.

7          MR. YOUNGBLOOD:  Because she has proven herself to be

8  an absolute great friend in my life.  And so, there's process to

9  walk through just as individuals.  Then there's process to go

10 through as friends.  Then, there's process to go through as a

11 couple.  And so, I'm grateful for the opportunity to walk out

12 process in a totally different way than what we've seen in

13 church.

14         MR. REID:  Let me ask you.  I want to know about that.

15 First of all, let me say this.  That's what happened to me.

16 I -- I started pastoring the same year I got married.

17         MR. YOUNGBLOOD:  Oh.

18         MR. REID:  It was a -- it was a mess, but --

19         MR. YOUNGBLOOD:  I feel for you.

20         MR. REID:  -- thank God -- thank God we're still

21 friends and we good.

22         MR. YOUNGBLOOD:  Yes.

23         MR. REID:  And -- and divorcing was the -- was a gift

24 to our relationship.  But it was the end of our marriage

25 contract that was --

1           MR. YOUNGBLOOD:  Yes.

2           MR. REID:  -- really messing --

3           MR. YOUNGBLOOD:  Yeah.

4           MR. REID:  -- our relationship up.

5           MR. YOUNGBLOOD:  Yeah.

6           MR. REID:  I'm getting too old to go the -- the tag

7  stuff in my head because I go back to it and I be done and

8  forgot.  Oh, this is what it was.

9           How does it feel to tell the truth?

10          MR. YOUNGBLOOD:  Oh, listen.  Let me tell you

11 something.  What I get to do every day is, I don't have to

12 remember what I last said because telling the truth -- and,

13 again, I believe this.  I believe that all I got is a

14 perspective.  I don't -- I don't ever believe that I have the

15 truth.  I got my perspective on it, though.  And I have a right

16 to share that perspective.  And I got a right to respect every

17 other human having a right to share theirs.

18          And I'm excited because as I have come forward and

19 evolved and moved forward, I have found there was a peace that I

20 couldn't remember except when I was a kid in sharing my truth.

21 I have a peace now.  I don't wonder.  I'm not in a hurry.

22 Thanks to my sister, who is just unbelievable as well.  She's

23 been amazing in my life.  But she's helped me get to the moment.

24 You know, I was always in the future and in the past.  But she's

25 helped me realize, you're missing something because you're not

10.28.24 - Larry Reid Live

1  here.  I could never be here.

2       I was always somewhere else.  Even when -- they'd be

3  celebrating things or we'd be having our conference at the

4  church and I was onto the next thing because something about me

5  could never be settled and at peace without a whole lot of

6  function.

7       And that's what a lot of people do.  They -- they

8  think they can cover their frustration with function.  You cover

9  your frustration with activity.  But if you just sit down a

10 minute and can connect with yourself, you'll find that there is

11 a path to get away from what is killing you and got you doing

12 all kinds of stuff to look a certain way for people who don't

13 even care.

14       MR. REID:  You done did it again.  You're talking

15 to -- you're talking to a leader out there right now.

16       MR. YOUNGBLOOD:  Yeah.

17       MR. REID:  Oh, I know what you're talking about.  Been

18 there, done that.  Because being in -- and I say this, the

19 reality is, when you're not present, you're not in the presence

20 of God.

21       MR. YOUNGBLOOD:  That's right.  That's right.

22       MR. REID:  But that's the whole other conversation.

23 Let's move from that.

24       Okay.  How old were you when this incident happened in

25 2002?

10.28.24 - Larry Reid Live

1          MR. YOUNGBLOOD:  Oh, now you're going to make me take

2    out -- so -- so -- okay.  So that -- that's 22 years ago.

3          MR. REID:  Ah-huh.

4          MR. YOUNGBLOOD:  I'm 57 today.  So we need to go

5    back -- go back.

6          MR. REID:  Okay.

7          MR. YOUNGBLOOD:  30 -- 36.

8          MR. REID:  Okay.  You were 36.

9          MR. YOUNGBLOOD:  I was around 36 years old.

10         MR. REID:  Okay.  Got it.  All right.  I just wanted

11   to know that, just from my rolodex in my mind.

12         All right.  So now what's interesting me --

13   interesting to me, it sounds like this whole process made you

14   also come clear more publicly maybe you already had that

15   personally and in your marriage, about being on some level

16   attracted to the same sex.

17         (YouTube ads played.)

18         MR. REID:  When did you know you were attracted to the

19   same sex?  What age were you?

20         MR. YOUNGBLOOD:  Oh, probably maybe ten, 11 that I can

21   remember.  Because most of the things for me before that are

22   kind of gone.  But I've always felt some level of -- let me --

23   let me -- let me say -- say this.  Because I like to help with

24   these types of words.

25         So I used to, as a boy, look at boys as the other.

1   And when people say same gender loving and things of that

2   nature, it's really the fact that something in me was looking at

3   him and seeing the other.  I, as a -- this is my personal story.

4   I never thought I matched up.  I never thought I was equal to

5   him.  So I always was drawn to him because he had what I didn't

6   have.  It makes no difference of how gifted and how anointed --

7           MR. REID:  Duane, wait.  Wait.  Wait.  Wait.  Wait.

8   Wait.

9           MR. YOUNGBLOOD:  Yeah.  Yeah.  Yeah.

10          MR. REID:  I don't know if you guys got what I just

11  got.  That I have not ever heard articulated, but I have --

12  Jesera's in here.  She's a therapist.  I have dealt with --

13  somebody said, pause, sir, you're moving too fast.

14          Just -- you're dropping nugget after nugget.  And it's

15  going into our pain body and our past and it's shaking us up.

16  So you got to give me a minute.

17          You just articulated the reason why, and this is not

18  all same gender loving people.  But I have met and talked to

19  because you all got to remember, my degree is in therapy, my

20  master's.  So I've had thousands of hours.  So many men who

21  began to sleep with other men because they saw the man as what

22  they needed to be.  They measured their chest by his chest, his

23  arms by their arms.  Their legs by their legs.

24          And so, they went to explore what everybody else

25  called a man because within themselves they did --

10.28.24 - Larry Reid Live

```
 1              MR. YOUNGBLOOD:  Didn't see it.

 2              MR. REID:  -- feel like it.

 3              MR. YOUNGBLOOD:  That's right.  That's right.

 4              MR. REID:  I feel like I need to cuss.  Are you f-ing

 5   kidding me?

 6              MR. YOUNGBLOOD:  Yes, sir.  That's it.

 7              MR. REID:  The way you just articulated that.

 8              MR. YOUNGBLOOD:  That's it.

 9              So -- so I want to say this that I think it's very

10   important.  I'm not discussing who you're going to like

11   tomorrow.  But I will say this to everybody listening to me.

12   When we say a same sex attraction, I think people just gloss

13   over this too fast because in reality, you're not really drawn

14   to your own self.  We -- we spend all of our time talking about

15   who you like.  And we've not stopped long enough to say it's not

16   really a same sex attract -- I don't care even if we're talking

17   about heterosexual.  You're really not in a place to like

18   because you don't like.

19              MR. REID:  Yeah.  You don't like --

20              MR. YOUNGBLOOD:  You don't like.

21              MR. REID:  Yeah.

22              MR. YOUNGBLOOD:  So you're -- so even if you got that,

23   it may not be because you like.  It may be because of your

24   dislike.  And the dislike is most often in my own self.

25              MR. REID:  Absolutely.  Not many men I know who are
```

10.28.24 - Larry Reid Live

1  seem to be heterosexual men sleep with a lot of women, but I

2  know they hate women.

3         MR. YOUNGBLOOD:  I --

4         MR. REID:  I know they hate women.  It's because they

5  hate what their mom, their grandma, their sister did to them --

6         MR. YOUNGBLOOD:  Yeah.

7         MR. REID:  -- said to them.

8         MR. YOUNGBLOOD:  Yeah.

9         MR. REID:  So sleeping with the woman is conquering

10 her -- the women --

11        MR. YOUNGBLOOD:  Yes.

12        MR. REID:  And getting them back.

13        MR. YOUNGBLOOD:  Yes.

14        MR. REID:  And that whole thing makes them erected,

15 hard --

16        MR. YOUNGBLOOD:  Yeah.

17        MR. REID:  -- sexually turned on to get them back.

18 But the woman don't know that he really don't like you.

19        MR. YOUNGBLOOD:  And he ain't with you.

20        MR. REID:  Oh, Lord.  There's so much in this.  This

21 is the -- this is conver-dern-sation.

22        MR. YOUNGBLOOD:  This is a conver-dern-sation.

23        MR. REID:  You said it like the White people.  It's

24 dern, not darn.

25        MR. YOUNGBLOOD:  Conver-dern.  I saw your spelling of

10.28.24 - Larry Reid Live

1    it.

2            MR. REID:  My bishop do the same thing.  My bishop --

3    you two aren't going to charm school mess up your nigger.

4    Bishop is the -- you know, you can hear all this in charm

5    school.  You know, so I'm -- I'm like it's not darn.  You're

6    talking about Larry conver-dern.

7            MR. YOUNGBLOOD:  Dern.

8            MR. REID:  You killed it.  It's dern.  Okay.  All

9    right.  So breathe.  All right.

10           Tyese, I know when you go live, you -- you go --

11   you're going to go through all of this.  That -- we're moving

12   quick.  But there whole shows we can do on like six different

13   things he's already said.  Okay.  All right.  So --

14           (YouTube ads played.)

15           MR. REID:  This, you're around ten, 11.  You looked at

16   the other that was better than you and pick up from there.  I'm

17   sorry.

18           MR. YOUNGBLOOD:  Well, I have to -- I really need to

19   go into why this began this way in my story, my life.

20           Okay.  Now, this is -- this is very complex stuff

21   because this goes more to the abuse side.

22           MR. REID:  Okay.

23           MR. YOUNGBLOOD:  Okay.  So at nine years of age --

24   first, let me say that I am the third child of four to my

25   parents.  My father is -- is a pastor who's a Bishop.  He was

1  the vice Bishop of the organization that I grew up in, Greater

2  Emmanuel.  And my father has since passed on two years ago.  And

3  I did his eulogy and love him dearly understanding now his

4  humanity.

5          But when I was nine years of age, at the time, my

6  older sister and older brother would leave the home to go to

7  school.  And would be left in the home would be me, my younger

8  sister, who was 13 months younger than me and my dad.

9          Well, one morning I'm in my bedroom, which was right

10 beneath my younger sister's bedroom.  We had common ductwork

11 that went through my bedroom to hers and up to the upstairs

12 hallway.  And I could hear her up there or anybody up there.

13         And one morning before school, I heard her crying out.

14 And she was saying, no, stop, don't do that.  Stop.  Don't do

15 and just -- it's just repeated.  Now.  I -- I can't even

16 describe the fear that came over me because initially, I thought

17 someone had broken into our home and had entered my sister's

18 room.  I can't even recall what I did on the first day except

19 just staying in fear.

20         But again, I would hear this again.  And eventually, I

21 would step out.  One of the very few days I would step out of my

22 bed and step out of my room and look up the stairwell to see

23 what was happening, if I could see anything, make some noise, do

24 whatever I could do.  And what I saw was my dad coming out of

25 his bedroom with his robe open.  He had no clothes on and he was

10.28.24 - Larry Reid Live

1  going into my sister's room.

2          And what I was hearing most Tuesdays through Fridays

3  from the time I was nine to the time I was 14, was him sexually

4  abusing her.  I laid in my bed so many mornings in fear.  And

5  when I tell you, I mean the kind of fear were I literally

6  couldn't get myself to step foot out of my bed.  Many days my

7  dad would drive me and that same sister to school.  I was

8  sitting in the back seat and he wouldn't speak to me.  And I

9  took that wrong.  I took that as some kind of rejection,

10  something's wrong with me.  I -- I now understand it was his

11  shame.  But back then, a kid, nine-year old, ten-year-old, I'm

12  interpreting that something is wrong with me as a man, that my

13  dad doesn't want to talk to me.  Something's wrong with me as a

14  boy.

15          Then, the biggest mistake I made between age nine and

16  14 was I concluded and reinforced that I had failed that sister.

17  I never told anybody.  I never did anything.  I never said

18  nothing to him.  And I didn't even tell her until I was 36 years

19  old that I even knew that anything had ever even happened.

20          And so it started me on this journey of I got to take

21  care of everybody.  I got to be there for everybody.  I got to

22  do for everybody.  And I started doing this in overdrive.  But

23  at the same time, because I was rejecting this man who was

24  supposed to be my future, I started looking for some man to love

25  me.  And I started looking around in any way, any place, any --

10.28.24 - Larry Reid Live

1   and it just heightened the interest because I'm weak.  I can't

2   help her.  I'm weak.  I didn't do anything.  I didn't tell

3   anybody.  I'm -- I'm letting her suffer.  And let me just say

4   this, not only did it affect nine to 14, but that same sister

5   and I did not have a relationship until this year.  This year in

6   January, I made a decision that I'm going to go -- cross this

7   bridge and I'm going to reach out to her.  She had been in tears

8   and frustrations and wondering what -- because me and my older

9   sister have a great relationship, but this younger sister, I

10  couldn't even make myself call her and talk to her because I so

11  was gripped when I had failed her.

12          So imagine that guy pastoring or -- or leading or

13  talking to people who inwardly feels he's got to take care of

14  everybody.  He's going to do for everybody.  And he is a failure

15  and he is weak.  These were all my fears.  And those fears were

16  leading me down this crazy path that began in a very

17  unfortunately human house, but a home filled with that type of

18  abuse that has written a major script on my life as a boy.

19          MR. REID:  I really feel that however your life has

20  been prior to now, that here moving forward, it's going to be

21  way better because you better.  And there are things that you're

22  articulating that only a person who has walked through what they

23  went through.

24          (YouTube ads played.)

25          MR. REID:  And look for the lessons, look for the

10.28.24 - Larry Reid Live

1  wisdom because what you're sharing tonight, I'm -- you -- you

2  see.  Wow.  It's pointing to so many things.

3          Now, why didn't you and that sister have a

4  relationship?  You in the same house.  And also where was your

5  mom?

6          MR. YOUNGBLOOD:  My mom -- well, my mother was working

7  six to two Tuesday through Saturday.  So Sundays and Mondays she

8  was home and this didn't happen.  But for the -- again, for

9  those five years, I -- that I could remember, my sister has a --

10 a broader story, but for the five years that I could remember,

11 she was already gone to work.  And so, we would be there with my

12 dad most mornings.  And so, this was what was -- was -- was

13 happening.  And it was deafening.  I can't even describe to you

14 how -- how destructive inwardly my own thoughts around that.

15         I never saw nothing.  But I could have told you

16 exactly what happened because my imagination just got ruined.

17 It was so destructive because in church, we were being taught

18 how you deal with authority and what you don't say to authority

19 and on and on and on and on.  And then coming home and I'm

20 seeing this, my dad at the time was the assistant pastor of the

21 church.  And --

22         MR. REID:  Wow.

23         MR. YOUNGBLOOD:  -- it just went on.  And so, there

24 was a whole lot, again, I -- I say this with -- with -- with all

25 sincerity, I'm thankful to God that I now understand his

1  humanity.  But back then, I totally said, wait a minute.  You

2  are the Bishop, you're the dah, dah and I went down this laundry

3  list.

4          But I'm going to tell you something that I made a huge

5  mistake at that stage of my life.  And I pray that you watching

6  tonight don't make this mistake.  I kicked my father out my

7  heart for my own protection.  I kicked him out.  And I later

8  learned in the healing process from a wonderful author,

9  Mark Wollen.  My sister recommended I read this book.  It didn't

10  start with you.  He said that when you kick your parents out

11  your heart for the negative things they were doing, those things

12  find their way into your heart.

13          MR. REID:  I always say, if you don't forgive your mom

14  and dad of the father fracture, the momma drama and trauma, you

15  will become them.

16          MR. YOUNGBLOOD:  Yeah.

17          MR. REID:  Right.  Man, I don't -- if you're watching

18  and you've kicked your parents out of your heart.  First of all,

19  I understand it.

20          MR. YOUNGBLOOD:  Yes.

21          MR. REID:  And I get it.  So don't feel wrong or even

22  bad.  You had -- you did what you had to do in order to move on.

23          MR. YOUNGBLOOD:  That's right.

24          MR. REID:  So now you know --

25          MR. YOUNGBLOOD:  That's right.

10.28.24 - Larry Reid Live

```
 1            MR. REID:  -- that you are doing something that harms
 2  you --
 3            MR. YOUNGBLOOD:  That's right.
 4            MR. REID:  -- and your future and your future
 5  children.
 6            MR. YOUNGBLOOD:  That's right.
 7            MR. REID:  So correct that.  My nephew just said, glad
 8  I fixed that.
 9            MR. YOUNGBLOOD:  Yeah.  And one of the things that I
10  found for me was, I took their picture, both of my parents
11  photo.  And every morning I looked at that photo and I said to
12  God, I thank you for giving me these parents.
13            MR. REID:  Wow.
14            MR. YOUNGBLOOD:  Now, I -- and I -- and there's
15  some -- some things I really want to make sure that I do share
16  in tonight.  And so, I -- I want -- but I want to say this right
17  here.  God says -- this is scripture.  God says he's the god of
18  Abraham, Isaac and Jacob.
19            MR. REID:  Yeah.
20            MR. YOUNGBLOOD:  And in my healing process, I realized
21  something.  I realize that the tragedy of Black church
22  primarily, that -- that loves to talk about spiritual fathers.
23  The spiritual father takes me out of my DNA and out of my
24  genealogy.  And God says he's the god of Abraham, Isaac and
25  Jacob.  I don't how jacked up your Abraham is.
```

1          MR. REID:  Yeah.

2          MR. YOUNGBLOOD:  This DNA is the DNA I'm going to send

3    your promise through.  And so somehow we're going to have to

4    look and see what God was intending in spite of what humans may

5    have done.  And my healing certainly was catapulted when I

6    started saying, thank you for the human, Moses Youngblood.

7    Thank you for the human, Sarah Youngblood.  Thank you that

8    Duane Youngblood is a human.  And I started looking into my

9    genealogy to see what treasures, what pearls, what diamonds,

10   what gold were you sending me.

11         See, because what the enemy wants to do to you is

12   he'll make you look away from your family.

13         (YouTube ads played.)

14         MR. YOUNGBLOOD:  And now, you're looking at your

15   pastor or you're looking at the this person and the community

16   leader.  And God sent your stuff through your Abraham, Isaac,

17   Jacob.  And so, it's important, Larry, that's important I get

18   stirred up when I think about that God didn't do me no harm by

19   giving me that man as a parent, even though that man had his

20   drama and his issues and his unresolved pain.  God didn't do me

21   no harm by birthing me into that family.  And it took me a long

22   time for me to get there.

23         MR. REID:  It took me a long time too.  It took

24   decades.  And that's the reason why I was able to say the things

25   that I said.

10.28.24 - Larry Reid Live

1          Right now in the chat, everyone, I want you to write

2    and mean it, God did not do me any harm by bringing me through

3    and put whatever your family last name is --

4          MR. YOUNGBLOOD:  Yes.

5          MR. REID:  -- blank family.  God did not do me any

6    harm by bringing me through, blank family.  The blank family.

7    Put that in there.  If this ain't -- if I know some healing

8    that's happening, right now and some ah-huh moments and just

9    rethinking your thoughts and some actions, that's powerful.

10         And your -- one of your -- your brother and your

11   sister in the chat saying how they love you and -- and, man,

12   when I'm telling you, it -- it's for me, you're the picture of

13   someone who goes through something like this and go through it

14   right.  Meaning, you're -- have exhausted everything out of this

15   journey for you to return the information because you're --

16   you're about to go into your returning years.  The first 30

17   years of our life is the learning years.  The next 30 years is

18   the earning years.  And then the last 30 years is the returning

19   years when you start returning what it is that you have learned

20   to help the next that are now coming.  And my God, you're doing

21   that awesomely now.

22         So now, you're in the church.

23         MR. YOUNGBLOOD:  Yeah.

24         MR. REID:  And you're coming up in the church and you

25   know that you are attracted to -- to men.  And now you start

10.28.24 - Larry Reid Live

1  working in the church.  When did you start preaching?  And when

2  did you realize wait a minute, there are other people in the

3  church who like men like me?

4          MR. YOUNGBLOOD:  Well, let me tell you.  It's been a

5  horrible journey with that question for me, as far as all that

6  related to.

7          I started preaching probably around 8/17/18.

8          MR. REID:  Me too.

9          MR. YOUNGBLOOD:  Nothing official.  It was very

10  interesting.  My brother, who you're seeing maybe in the chat

11  tonight.  My brother had what they would call a, you know, his

12  first night of preaching.  And my -- my -- that particular

13  night, my grandfather was our pastor and my dad was the

14  assistant pastor.  And my father was very, very fearful that my

15  grandparents might be trying to create some kind of attention

16  because my grandmother was saying, well, maybe Duane wants to

17  preach tonight too.  And my dad said, no, no, no.  This is going

18  to be Richard's night, he's going to preach.

19          And so, my brother preached and -- and we were happy

20  and celebrated him having that initial message.  Well, what

21  happened with me, we were in the middle of a Sunday morning

22  service.  And I was leading what we had back then, testimony

23  service.  And somehow just ended up exerting the people and my

24  grandfather got up and said, what he said today was what I was

25  going to preach.  And that's how my preaching ministry literally

10.28.24 - Larry Reid Live

1  began.  I never had an official opening.

2          But as far as coming to connect with people in the

3  church and things of that nature, the -- these are -- you know,

4  I was in Greater Emmanuel at the time.  Greater Emmanuel was led

5  by Bishop Quander Wilson.  And Bishop Quander Wilson's one of

6  the most respected, highly energized kingdom teaching back in

7  that day.  And a lot of people didn't do it, but he was.  And

8  so, it was -- it was special if you got to hear him preach.

9          And so, when I was 16 years of age, I got my driver's

10 license.  And Bishop Wilson was preaching at our church for

11 revival for three days.  And after the first night of the

12 revival, he goes up to my dad and he says to my father, can your

13 son drive?  And I was within an earshot of hearing the

14 conversation.  And my -- my dad said, yeah, he just got his

15 license.  And he says, oh, he says, well, you know what, tonight

16 I'm going to go back to Columbus, is where he lived in Columbus.

17 I'm going to go back to Columbus and I would love to take him

18 along, let him drive.  And my dad looked at me and he says,

19 yeah, he can.

20          Now, you have to understand, from my perspective.  I

21 am looking at this man, my father, through the lens that I have

22 had with him, totally you don't deserve to be in this place.

23 And I -- I don't want to hear you.  And I'm so glad to get away

24 from you.  So this is the most exciting news I have ever heard

25 in my life is that this chief apostle is getting ready to --

```
 1              (YouTube ads played.)

 2              MR. YOUNGBLOOD:  Take me with him on a journey back to

 3   his home.  And I get the ride in the car and it -- so it was

 4   exciting.  So we did.  He agreed.  And -- and I got in the

 5   vehicle.  We drove back to Columbus.  It was late.  He did all

 6   the driving back.

 7              When we got to his home, we pulled up.  Big, beautiful

 8   white home.  And we got in the home, went upstairs.  It's late

 9   already.  And he's saying, well, I don't know which room you

10   want to go in.  There's five big bedrooms.  He said, the bedroom

11   at the end of the hall has the biggest bed and the big TV.  And,

12   man, I'm 16 years of age.  You know where I'm going.  And I

13   said, well, thank you.  Well, Bishop, you know, I'm going to

14   take that room.  And so, I walked in there.  It's late.  I put

15   him -- put on my night clothes.  Put my bag away.  And I get in

16   the bed and I'm start watching the television.

17              About an hour or so later, the door opens and in comes

18   Bishop Wilson.  And he comes in and he changes his clothes.  And

19   in that moment I realize this is his room.  And something in my

20   heart just dropped.  I -- I can't even tell you.  The same fear

21   that I felt all those years with my father every morning.  I

22   felt that same fear come over me again, but I -- I -- I lost all

23   ability to say anything.

24              So he got his clothes changed and climbed in that bed

25   with me.  And he said to me, don't worry, happy is not going to
```

10.28.24 - Larry Reid Live

1   hurt you.  And I'm -- I'm just like, I just got to go to sleep.

2          So I went to sleep.  And about an hour or so into my

3   sleep, I'm awakened by his hands on my genitalia.  And when I

4   woke up, he started speaking in tongues like he had been praying

5   for me.  I realized, number one, this person has something with

6   men.  It -- it -- whatever it is he had, but it was the most

7   uncomfortable experience.  And I'm thinking, here's my dad,

8   here's this in -- in between him.  I didn't even talk about it.

9   When I was 12 I was also raped.

10         But here is this man who is the head of our

11  organization touching me in his home.  And it's just the two of

12  us.  So I rode over like I was asleep, laid there.  Couldn't

13  fall asleep.  In the morning, he said, I got to do a little

14  travel, let's do something.  And we would then get back in the

15  vehicle and head back to Pittsburgh.  When we got back in his

16  vehicle and we drove a little bit.  And he says, I got to pick

17  up somebody.

18         And he picked up Elder Brian Keith Williams, a very

19  well known person out in social meeting.  Now, Bishop Brian

20  Keith Williams.  And when he got to the car, he said, let me sit

21  up in the front with the Bishop.  And I was so glad to get in

22  the back seat.  And I sat there in that back seat in pain and

23  hurt and confused because I drove back to our home church and he

24  preached and he prophesied.  And I went home more damaged, but

25  certain that what I had been feeling about men and all this kind

10.28.24 - Larry Reid Live

1  of stuff, that this was something that was pretty broad.  But I

2  now understand that even though this was -- I mean, this was

3  totally abuse as I was 16 years of age.

4        So I knew that there were guys that had this same

5  situation.  But my problem was the fact that it was the leaders

6  that had this -- that was also damaging to me as a person.

7        MR. REID:  Okay.  All right.  We need a little breath.

8  And I just feel like we're just getting started.  But I feel

9  like I can't take no more.  Oh my God.

10       Now you said something.  And we're going to get back

11 to this story.  But let's back up a little bit.  You said that

12 you were raped.

13       MR. YOUNGBLOOD:  Yes.

14       MR. REID:  Okay.  Can you tell me about that?

15       MR. YOUNGBLOOD:  Yeah.  At age 12, I won a singing

16 competition in my city.  It was called the Brimar Awards.  It

17 was held at soldiers and sailors hall, very large facility at

18 the time for hosting events.  And I was in the competition,

19 along with my mother.  I was in as the male vocalist.  She was

20 in as the female vocalist.  And I won the competition.  And part

21 of winning the competition, there was two phases.  You had to

22 then -- you were going to sing for a television recording that

23 was going to happen and you were going to do a tour.  And there

24 were several parts of this that was involved.

25       And so, I needed someone that could be a part of that

10.28.24 - Larry Reid Live

1  with me.  But in the meantime, right when that happened, my

2  mother got a phone call from an evangelist, Christine McCaskill,

3  who she was an evangelist that travel preaching.  And I love her

4  to death, you know.  Oh, man, I can't even describe the love I

5  have for this lady.

6        So she asked my mother could I travel with her

7  singing.  And my mother gave her the okay.  So we went to

8  Philadelphia to meet her.  And from Philly, she took me to

9  Baltimore to a youth conference.

10       (YouTube ads played.)

11       MR. YOUNGBLOOD:  And when I got to Baltimore, she

12  managed to say, you know what, you all need to hear them sing.

13  That Saturday morning, they put me on the schedule to sing.

14  After I was done singing, I was invited to the coordinator of

15  the conference's hotel room where they were having a repass.

16  And when I got up to the hotel room, there were two rooms.  And

17  they were adjoining.  On one side was all the people who were on

18  the program, whatever.  And on the other side, unbeknown to me

19  at the time, was the coordinator alone.  And he was allowing

20  people in one at a time to do their greetings with them.

21       So he -- I -- I came over when they called me.  He

22  immediately, hey little Youngblood.  Picked me up and put me on

23  his lap.  And I hate to use the word lap for a man, but his lap.

24  And when he set me on his lap, what I felt immediately let me

25  know, this is not good.  In that moment, a few seconds later,

10.28.24 - Larry Reid Live

1  the phone rang in his room.  And it was Evangelist McCaskill.

2  And she asked to speak to me.  I got on the phone and she said,

3  get out of that room right now and get downstairs.

4         And then when I got downstairs, she lit into me.  And

5  she said, don't you ever leave me again.  I didn't know what she

6  knew, and I never told her what had happened.  But we left there

7  and went to Atlantic City.  And in Atlantic City, she was

8  preaching for two weeks, two different churches.  And in one of

9  the locations they put me in a home.  And in the home they put

10 me in, there was one of the family members, a person who was a

11 part of the church, who was in the home, a male, who came into

12 my room at one, 2:00 in the morning, woke me up.  Did sexual

13 things to me that should not have happened.  This, I never told

14 her about that.  She actually asked me about it before she

15 passed.

16        Then, I came back home now needing to prepare for this

17 tour.  And my mother has found the person to play for me during

18 the tour.  I go to their home at one time to rehearse alone.

19 And they take me on a tour of their home.  And the tour ends in

20 their bedroom.  And that is where I am raped.  I then come back

21 home to my mother.  I don't want to sing.  So for two years I

22 really didn't do anymore singing.  And my -- my mother couldn't

23 understand what -- why don't you?  But there was so much

24 because, again, this was the exact same time that this stuff was

25 still going on with my sister.

10.28.24 - Larry Reid Live

1        So this is going with my sister in the mornings.  And
2   this thing happened to me.  I can't go to my dad.  I -- I'm not
3   going to tell my mom.  And so, I just buried this stuff
4   internal.  Now, I don't want -- I don't want you to think that
5   at the same time that this all is going on, I started having
6   little interactions, as well with guys myself because all this
7   stuff is happening and I began to explore some sexual things
8   myself.
9        But, yes, that -- that particular summer of being
10  12 years of age, I experienced three different scenarios with
11  three different leading people who I absolutely was violated by
12  at 12 years of age.  Then again, I -- I shared with you about
13  the -- at 16 years of age and what was going on at our home.  So
14  it's been a lot.
15       MR. REID:  And when the situation happened between
16  Bishop Quander Wilson and yourself, how old were you?
17       MR. YOUNGBLOOD:  15.  I just got my driver's license.
18  I was 16.  Had gone to his home.  And it was -- it was extremely
19  devastating.
20       MR. REID:  Question.
21       MR. YOUNGBLOOD:  Yes.
22       MR. REID:  Did that happen to you again after the
23  situation with Bishop Wilson?
24       MR. YOUNGBLOOD:  Yes.  Yes.  I've been through that
25  again.

10.28.24 - Larry Reid Live

1        This was -- I was now 18, 19 years of age.  And what

2   had happened is, Brian Keith Williams, who I see is in the chat.

3   Brian Keith Williams would come to -- he came to my graduation

4   service and preached.  My mother is -- was very fond of

5   Brian Keith Williams and I was very fond of Brian.  So she

6   invited him to preach for my graduation service.  And he came in

7   and preached.  And then, he came and he was preaching for us

8   again.  And while he was preaching for us, there was scheduled

9   to be a revival starting in our city by Bishop TD Jakes.  And

10  so, Bishop TD Jakes was brought to our church by Bishop Wade

11  Jones, who was the master of a Greater Emmanuel Church in

12  Pittsburgh at the time.  He brought him to our church.  And he

13  was there the night that Brian Keith Williams was preaching.

14  And -- and we didn't know who this person was, but -- but

15  apparently Bishop Williams did know him.  And he -- he gave a --

16  an -- an, you know, endorsement about how he could preach.  And

17  Bishop Jakes got up and said a few words.

18        And so, my parents had a rule, if you live in their

19  home, you're going to their church services they went to.  So we

20  went.  And he started coming in to preach twice a year at

21  Bishop Jones' church.  He was so popular that the church would

22  be full before he ever even got there, before the service even

23  started, the church is jam packed.  Unbelievable response to his

24  ministry.

25        And so, myself and another elder who was a part of

10.28.24 - Larry Reid Live

```
 1   Bishop Jones' church who is still a part of that church now,

 2   we --

 3           MR. REID:  (Indiscernible) Jones?

 4           MR. YOUNGBLOOD:  No.  No.  This is Bishop -- say

 5   that -- Bishop Wade Jones.

 6           MR. REID:  Wade Jones.

 7           MR. YOUNGBLOOD:  Yes.

 8           MR. REID:  Okay.  I know that.

 9           MR. YOUNGBLOOD:  He -- he befriended -- we befriended

10   kind of close with Bishop Jakes.  And we decided in one of the

11   times he was there, it was going to be his birthday.  Now, I

12   remember like it was yesterday, his birthday is June the 9th.

13           MR. REID:  Now, what's --

14           MR. YOUNGBLOOD:  We're going to take him out.

15           (YouTube ads played.)

16           MR. REID:  What's your friend name again that you were

17   close to?

18           MR. YOUNGBLOOD:  The person who was in that church,

19   his name is Harvey McDaniels.

20           MR. REID:  Okay.  Harvey.

21           MR. YOUNGBLOOD:  He and I were going to take Jakes out

22   to eat after he preached for his birthday.  And so, I was able

23   to convince my mother to let me drive her car, as I didn't have

24   a vehicle.  I said, well, you're -- we're going to take him out

25   to eat.  I'm going to drive your car.  And so we did.
```

10.28.24 - Larry Reid Live

1          We took him out to eat.  And it was decided after we
2   were done taking him out to eat, that I would be the person to
3   take him back to his sleeping place, which at the time was --
4   there was a lady named sister Giles.  She always wanted to house
5   and take care of him when he came to that church.

6          And so, I came in there.  Drove through for him to
7   eat.  And then took him back to her home.  Well, after taking
8   him back to her home, he says, come on in, let's talk.  And I
9   still felt -- I -- I you can't even imagine being 18, 19 years
10  of age.  This person is killing it and they're saying to you,
11  come on in, let's talk.  And so I did.  I went in.  We sat down
12  at a very long dining room table in a room that she had.  And
13  for two hours it was unbelievable.  Pouring of heart, crying.
14  Him talking about my father.  We're talking about these
15  scenarios.  And I inwardly just knew I had finally found someone
16  who could get it.  Someone who understood.

17          I'm sitting at this table and for the first time
18  talking to any man, I got tears coming down my face because
19  somebody gets me.  Somebody understood what I was going through.

20          Well, after sitting there and having this long
21  discourse with him, I finally look at my watch and I'm like, oh,
22  my goodness, I got to go.  I got to get this car back to my
23  mother.  She's going to kill me.  So I said to Bishop I got to
24  get up.  And I got up from the table.  He got up from the table.
25  He walked around toward the way I had to exit quicker than I got

10.28.24 - Larry Reid Live

1  over there.

2          And when I started to walk past him, he pulled me to

3  himself, wrapped his arms around me and tried to kiss me.  And

4  in that moment I literally died.  I -- I could not -- I -- I

5  tell you -- to this -- to this day, I can't remember how I got

6  out of that place.  But I remember driving home at all kinds of

7  crazy thoughts and what in the world am I going to do now.  And

8  I finally get home, get in the house, get in the bed.  I'm going

9  to try to go to sleep.  And I get to sleep and get up in the

10 morning.

11         And in the morning, I step into our bathroom and my

12 home phone rings.  My mother answers the phone, and she says to

13 me, Duane, it's Elder Jakes.  And I get on that phone.  And when

14 I get on that telephone, I can hear water.  He is sitting in a

15 bathtub.  And in that thing, he says to me, without any

16 hesitation, there's three things I need you to do.  The first

17 one is, when I come to Pittsburgh, you're going to be the only

18 person I sleep with.  The second one is, you can't sleep with

19 anybody else because I don't want to give my wife anything.  And

20 thirdly, I will take care of you the rest of your life.

21         I can't to this day, remember how I got off that

22 phone, but I do know I made a decision that I wasn't going to

23 the service that night.  And eventually, I told my mother, I'm

24 not going to go to service tonight.  She says, no, no, no.  You

25 know, we got a rule in this house.  If we go, you go.  I never

1  told her what he had done.  I went to church.  And the most

2  humiliating thing imaginable happened that night at church.

3  Bishop Jakes getting up to preach, speaks into that microphone.

4  I'm going to ask young minister Youngblood to read for me.

5          And after all of that drama of the last 24 hours, I

6  had to read before he preached.  And so, the there is so much

7  more to me and Bishop Jakes and my family and Bishop Jakes.  And

8  the -- the absolute destructive sexual damage, but this thing

9  was so -- so extremely damaging.

10          And I want to say this to you, Larry, that sitting

11  back and watching some of the things I've seen in 2024 and

12  things that I've heard, even heard him say, has been so

13  frustrating to me because the people who I've heard say things

14  publicly related to him and people who --

15          (YouTube ads played.)

16          MR. YOUNGBLOOD:  Actually come to me, the stories they

17  are telling me in 2024 is what I remember when I was 18 and 19

18  years old with the same person.  And so, it's hurtful because

19  for me, you know, of course, I'm abused.  But my God, I can only

20  imagine how many people may be listening tonight or hear this

21  again, you know, and you -- you might be on the cliff getting

22  ready to do something that destroys your life.  I will encourage

23  you tonight, don't hold back.  Don't believe the trash and the

24  garbage that touch not my anointed and do my prophet no harm.

25  Trust me, you are God's anointed.

10.28.24 - Larry Reid Live

```
 1              MR. REID:  Absolutely.

 2              MR. YOUNGBLOOD:  You're the person that God cares

 3    about.  And so, this was -- this was tragic to me and I'm -- I

 4    was alone.  Again, alone.  And --

 5              MR. REID:  I want to say this.

 6              MR. YOUNGBLOOD:  -- the list goes on from there.

 7              MR. REID:  I want to say this and give you a break

 8    because it's -- one thing I want to say.  It's amazing how

 9    you -- you telling your story feels -- and your story is a story

10    of pain.  It's a story of going from the abuse to the abuser to

11    now an advocate for both to experience change.

12              MR. YOUNGBLOOD:  Yeah.

13              MR. REID:  It's a painful story.  Because in my

14    opinion, I feel like you were passed around.  I know preachers.

15    And I know how they do women in 2024.  They talk.  And I just

16    feel like you were passed around.  I also can't help but to

17    highlight, and everyone that has been abused and accused my --

18    and including myself, knows that once you an -- are abused,

19    spiritually, there's this mark on you and people see it.  And

20    you got two different types of people when they see that mark.

21    Either they're going to do what Mother Kaskel did for you and

22    protect you or they are going to abuse you or violate you.

23              MR. YOUNGBLOOD:  Yeah.

24              MR. REID:  One or the other.

25              MR. YOUNGBLOOD:  Yes.
```

1          MR. REID:  I'm not going to call all those that

2   violate you all these different kinds of names that --

3          MR. YOUNGBLOOD:  Right.

4          MR. REID:  -- I normally would say.

5          MR. YOUNGBLOOD:  Right.

6          MR. REID:  Because all predators and violators aren't

7   the same.

8          MR. YOUNGBLOOD:  That's right.

9          MR. REID:  But it's clear by listening to you how you

10  got there.  If --

11         MR. YOUNGBLOOD:  Yeah.

12         MR. REID:  -- you hadn't experienced, I just believe

13  it, all of this, you wouldn't have had that bend to participate

14  in violating somebody else.

15         MR. YOUNGBLOOD:  Well, it's poison.

16         MR. REID:  Yeah.

17         MR. YOUNGBLOOD:  It's a deposit of poison.  And as you

18  were saying, you -- you're looking for someplace, something.  My

19  gift was still working.  But oh, my God, was the pain growing.

20  And if you don't have a crash or an encounter, this thing

21  destroys you.  It will wipe you out because you can't make sense

22  of what you've been through.  It doesn't make sense.

23         MR. REID:  You said you died the night that now who we

24  call Bishop TD Jakes, you died when that happened.  I want to

25  ask you a question.

10.28.24 - Larry Reid Live

```
 1          Is it because of all of what you had been through and
 2   you looked at him in that moment as the savior to pull you out
 3   and your dreams died?  Or was it your hope in ever being
 4   different than you were died in that moment when he did to you,
 5   according to you, did to you what had already been done to you
 6   several times before?  And it sounds -- and I believe in my
 7   opinion, I won't -- there -- we don't -- none of us know except
 8   for you and TD Jakes and you and Bishop Quander Wilson and you
 9   and Mother Kaskel.  And some parts of your story has been
10   verified by Bishop Brian Keith Williams in the chat, you know,
11   so we know that you're not pulling this out of your bread
12   basket.  And this is -- there's some truth here because there
13   are other people to verify.
14          Now, what -- what died -- I want to know, what --
15   what -- what died?  It sounds true because you went into that --
16   when -- when you have something traumatic like that, you go into
17   a black spot.
18          MR. YOUNGBLOOD:  Yeah.
19          MR. REID:  And you can't remember how you got out of
20   the house.  You just remember halfway driving home.  So it
21   sounds like -- this sounds very believable to me.  But I don't
22   know.  So tell me more about that.
23          MR. YOUNGBLOOD:  Yeah.  Well, I lost the ability -- I
24   didn't know it, but I lost the ability to believe.  I stopped
25   believing.  All the stuff that we were saying --
```

10.28.24 - Larry Reid Live

1          MR. REID:  Wow.

2          MR. YOUNGBLOOD:  -- all the stuff that we were

3    preaching and teaching.  Remember, my dad is the pastor.

4    Bishop Wilson is the chief apostle.  Here is the man who is

5    leading revival.  And it dies because you -- you realize in

6    these moments you don't understand what you're doing.  But

7    you -- you start believing that what you said about hope, this

8    just ain't going to happen for me.

9          (YouTube ads played.)

10         MR. YOUNGBLOOD:  I thought maybe there'd be a place

11   that I'd be able to talk about what is real and get somebody to

12   give me whatever I need to get beyond it.  Because I'm telling

13   you, Larry, up to the point of TD Jakes, I could not re -- I

14   couldn't believe the life I had -- had.  And that night, I

15   thought, oh my, here is help.  We've managed to build this --

16   start building this relationship, this friendship and here is

17   help.  Here, I have no ability to really trust men, but here is

18   one who is proving to me across the table, you can trust me.

19         And in a few minutes, totally violated.  And I'm going

20   to tell you something.  The thing that just further killed me

21   was the absolute arrogance to call me from a bathtub and to tell

22   me you're going to take care of me for the rest of my life.  And

23   I'm going to be your Pittsburgh boy, but I can't sleep with

24   nobody else because you don't want to give your wife something.

25   And so absolutely, it's devastation.

10.28.24 - Larry Reid Live

1              And as I moved forward in ministry, I had decisions to
2    make because my gift and my ignorance allowed me to get right
3    into pastoring with all this.  I'm -- I -- I'm -- I was --
4    because I was more studious than my dad and more studious than
5    my grandfather and very serious about my craft, whatever it was,
6    I studied.  And so, it became pretty natural that, you know,
7    Bishop Wilson started telling me and my brother that you all
8    should move beyond -- your -- your dad should turn the church
9    over to you all.
10             So I always was inwardly feeling like there was
11   something more in me.  Well, instead of me taking it to the
12   place of getting healed, I started a church.
13             MR. REID:  Wow.
14             MR. YOUNGBLOOD:  It was a natural thing to do.  We're
15   going to do it different than them.
16             MR. REID:  But it goes back to what you said about how
17   you couldn't stay in the present.  You only could do -- dwell --
18   walk in the past and -- and in the future, because the present
19   there was a lot of pain.  So you had to be occupied working.
20             MR. YOUNGBLOOD:  That's right.  Always busy.
21             MR. REID:  The -- there's so many pastors who -- who
22   do that and they live that and they think that's the norm, but
23   it's actually a trauma response.  And according to the National
24   Sexual Violence Resource Center, it states that one in five
25   women and one in every 71 men will be raped at some part in

10.28.24 - Larry Reid Live

1  their -- at some time in their life.

2          MR. YOUNGBLOOD:  Yeah.

3          MR. REID:  I actually believe it's higher than that.

4  Because men, we do not talk.  I think ours is like the women,

5  one and five.  In fact, when I count ten people in my world,

6  about four of them have been violated, molested or something

7  when they were little, men and women.  So I fully believe that

8  the cycle abuse studies show that approximately 30 percent of

9  the individuals who were abused as children, they later end up

10 abusing others, whether it is intentional or it is something

11 that they do and then realize they have done it.

12         So you're story just checks a whole lot of boxes for

13 me.  And then, when you factor in that 70 percent of those of us

14 who have been abused, especially be -- before the age of 25, had

15 that to happen to us before our brain has finished forming.

16         MR. YOUNGBLOOD:  That's right.

17         MR. REID:  So our brain literally forms around the

18 trauma and give us responses, give us desires, give us wants,

19 predilections, predispositions that are all coming out of the

20 trauma that we have experienced.

21         MR. YOUNGBLOOD:  Yeah.

22         MR. REID:  So your conversation, it's literally

23 peeling back all of the fog and all of the cloudiness to see

24 things clearly and talk about.  You know --

25         MR. YOUNGBLOOD:  Yes.

1          MR. REID:  -- I want to say to you, Duane
2   Youngblood --

3          MR. YOUNGBLOOD:  Yes.

4          MR. REID:  -- we need your voice.  We need your
5   ministry.  We need you to talk.  We need you on YouTube all the
6   time.  We need you doing all of what you did tonight and just
7   talk, talk, talk.  Because you're saying stuff that you can't
8   get in a book.  This is coming out of your personal walk,
9   prayer, life, study and sitting in whatever you have walked
10  through and exhausting all of the wisdom.  And you're just
11  giving it out to us.  And we want -- I want to say thank you for
12  that.

13         MR. YOUNGBLOOD:  Absolutely.  You're welcome.
14  Absolutely.

15         MR. REID:  Now, after the Jakes thing, how -- how did
16  life look for you then?  You told us about the 2002 situation.
17  You told us about, I think it was 2007, the 15-year-old and the
18  seven-year-old, the -- the talking and then the exchanges.

19         MR. YOUNGBLOOD:  Right.

20         MR. REID:  How -- what did you do after the Jakes?
21  Were there other instances where other bishops and other
22  pastors, talk to me about that?

23         MR. YOUNGBLOOD:  Yeah.  So, after I started pastoring,
24  I had to make a decision, where was my church?  Because I just
25  felt our church had to be in an organization.  And so, we were

1  in Greater Emmanuel under Quander Wilson.  I was doing

2  everything inside me to stay.  And at the time that -- our

3  church organization used to host something called Pentecost and

4  I went.

5            (YouTube ads played.)

6            MR. YOUNGBLOOD:  And I was sitting on the second row.

7  And our chief apostle, Quander Wilson, is up preaching.  My dad

8  and Bishop Wade Jones are sitting in the pool pit.  And when

9  Quander Wilson saw me, he started preaching on Absalom.  And I

10 sat there the most uncomfortable.  Out of the corner of my eye,

11 I'm watching my dad and Bishop Jones elbowing each other.  And I

12 was so angry that they would take this time to, in essence, say

13 that I was a son who had turned on his father.

14            I recall after I had left and started a church,

15 Bishop Jones called me and told me that my dad had told him that

16 I had left and took some of the young people with me.  And I

17 drove to his home and sat there in tears telling him I would

18 never do anything to hurt my father.  It was no plan.  I had no

19 idea that they were going to leave.  And I didn't.  I had no

20 idea what people had -- had planned.  They had written their

21 letters.  I had no idea.

22            But when that happened, and I went to Pentecost and

23 they did that, I knew I couldn't stay in Greater Emmanuel.  So,

24 the only thing that I knew was that a few years prior, another

25 person named Bishop Sherman Watkins, who's also in Columbus,

10.28.24 - Larry Reid Live

1  Ohio, had left Greater Emmanuel and started his own

2  organization.  The next --

3          MR. REID:  Now, Sherman Watkins is the light skinned

4  man with the gray beard who wear the loud suits that Jake Soler

5  (phonetically) used to emulate.  I think he's -- his spiritual

6  father over --

7          MR. YOUNGBLOOD:  Right.

8          MR. REID:  -- Higher Ground Assemblies.

9          MR. YOUNGBLOOD:  Correct.  Correct.

10          And so, I -- the -- that was the detriment for me in

11  considering going because Bishop Jakes was the vice Bishop.  So

12  I knew that if I joined Higher Ground, I was going to end up

13  seeing and having to deal with him on some level again.  But

14  inwardly, I knew I couldn't stay.  And everything in me at that

15  time in the area of knowledge, I didn't know nothing about being

16  independent or -- that just seemed so wrong.

17          So, I decided that I would call Bishop Watkins, and I

18  did, and talked to him about wanting to join the organization.

19  And I -- he invited me to his home to have a talk about it.  And

20  I went up to his home.  And after being there for a very little

21  bit, he said, come on, let's go to the jacuzzi.  And he -- he

22  has a very nice home, much better in later years than it was at

23  that time.  He was still in the process of continuously adding

24  to it.  But we went into his garage where he had the jacuzzi and

25  had it all decorated.  And he cut all the lights off.  And we

1   got in the jacuzzi.  And I immediately, again, this great fear

2   came over me.  And he said to me, which was so comforting, he

3   said, son, don't worry.  I know what you've been through and I'm

4   not going to do anything like that to you.  And I was so shaken,

5   but so at peace.  All of my antennas, I had a little fear in me,

6   but antennas began to come down.

7          And in a discourse of time over time, I told

8   Bishop Watkins what Bishop Jakes had done.

9          MR. REID:  Okay.

10         MR. YOUNGBLOOD:  And I told him that I just -- I

11  can't -- I just can't connect with him.  Unbeknownst to me,

12  Bishop Watkins contacted Bishop Jakes.  Now, I'm giving

13  Bishop Watkins a -- his -- the way he explained it to me, he

14  contacted Bishop Jakes and told him he needed to come to my

15  church and preach for me.  Bishop Watkins really wanted us to

16  get things straight because as time would go along, I was like

17  his assistant, his right hand.  I did everything, planning all

18  of our -- the conferences and anything that was going on in the

19  organization, I was helping to put it together.

20         Bishop Jakes was the vice Bishop.  He's nationally and

21  worldwide known and so it made sense for these two people in his

22  life to get along.  And so, I heard what he said.  And I said,

23  fine, if you're saying it, I'll -- I'll have him come.  My

24  church was absolutely not going to be a place for TD Jakes to

25  come.  But he agreed to come to it and he did.  He and his wife

10.28.24 - Larry Reid Live

1  came.  My church, the only thing we had to do was get him a

2  hotel.  He took care of everything else.

3        After the service was over, I took him and his wife to

4  the hotel.  We had gotten them a suite.  His wife went and

5  climbed in the bed and she fell asleep.  And when she fell

6  asleep, I -- I looked at him and I said, why didn't you do what

7  you did?  And this was what his response was to me.  These are

8  words like etched in stone in my brain.  He said, my stock was

9  rising and I would have had sex with anybody at that time.  And

10  that was to be my answer, it was to be what was going to be good

11  for me.

12        And I just eventually phased myself out of that room

13  and out of any real good relationship with Bishop Jakes from

14  that point moving forward.  So, I spent 15 years in Higher

15  Ground, giving everything I had.  But in one of the years that I

16  was in Higher Ground, Bishop Watkins' wife passed.  And when she

17  passed, people were coming at him from every angle.  And my

18  protective nature over him and I believe his absolute concern

19  for me, we connected in that way, which was very positive.  At

20  this time, I'm calling him my spiritual dad.  And so, I said to

21  him, Bishop, I know the first two weeks of August every year is

22  your vacation and I know Sister Edna is gone.  I will go with

23  you on the vacation.

24        And -- and -- and let me just say this as well, so you

25  know.  I -- I don't want to paint no picture like I was some

1  holy (indiscernible) perfect guy.  I absolutely was not that

2  person.  And Bishop Watkins, I shared with him some of my

3  darkness and my dark side and some of my -- the -- the

4  happenings that I did.  We got very unfortunately comfortable

5  talking that -- that nonsense to each other.  So --

6        MR. REID:  But I -- but I do understand it because he

7  had told you he had sort of given you such a feeling of security

8  and safety because he put you in the hot tub with him and he was

9  not trying to violate you --

10       MR. YOUNGBLOOD:  Absolutely.

11       MR. REID:  -- like everybody else.  So it makes sense

12  to me that you would be protective over him.  That you would

13  give yourself to -- I bet you all would have a more than what

14  would be --

15       (YouTube ads played.)

16       MR. REID:  Some would considered professional.  But

17  more than professional relationship because --

18       MR. YOUNGBLOOD:  Yes.

19       MR. REID:  -- you sort of trusted him and he --

20       MR. YOUNGBLOOD:  Yeah.

21       MR. REID:  -- clearly trusted you.

22       MR. YOUNGBLOOD:  Yes.  Yes.

23       And that year, he called me back.  And he said, I'm

24  good.  You know what, I decided I'm going to -- I'm going to

25  take you with me.  And I was excited.  We were going to go to

10.28.24 - Larry Reid Live

1  Miami for a week and then to the Bahamas for a week.

2          So we got to -- I drove to Columbus and we flew down

3  to Miami, stayed at the Fountainebleau Hotel, which was one of

4  his favorites at the time.  And the first night we're there,

5  Bishop Watkins loved to get massages.  So the first night we're

6  there, he -- he -- he says, you want to get a massage?  And this

7  was another thing about him when you're traveling with him or I

8  traveled with him.  He's always paying for everything.  Just a

9  very giving type person.  And so you want to get a massage?

10 Yes.  And we got -- the person from the hotel gave us both

11 massages.

12         The next night, he said, you want to get another

13 massage?  I thought it was a lot because I'm like, man, you're

14 spending all this money.  But I have -- I said, okay.  Well, he

15 called and there was no one available.  And so, he looked at me

16 and he said, I can give you a massage.  And inwardly, I'm very

17 uncomfortable, but I don't think it's about him.  I think it's

18 about me.  I'm uncomfortable.  And eventually I say, okay.  Take

19 my clothes off, wrap a towel around, lay on the bed.  He begins

20 to give them massage.

21         Eventually, he says to me, turn over.  They don't do

22 massages like this in Europe when you go overseas, he said, when

23 you go overseas.  And he started touching my genitals.  And I

24 jumped out the bed, threw on my clothes, went down to the beach

25 and walked around for a long time.

10.28.24 - Larry Reid Live

1          When I got back, he was very different because he knew

2   something had happened and -- and maybe you're not going to be

3   able to control it because we had -- had so many different

4   conversations.  And I'm telling you, when we left there and went

5   to the Bahamas, I was in a total different head space because

6   now I now know there is no man in my story --

7          MR. REID:  Jesus.

8          MR. YOUNGBLOOD:  -- that I can trust with me.

9          MR. REID:  Jesus.

10         MR. YOUNGBLOOD:  I mean, it -- it got to the point

11  just, you know, we talked about 2002 when I committed the SA and

12  2006 when I got arrested.  But in 2005, I made a decision to

13  leave Higher Ground because I wanted something different for

14  myself.  I was in a major storm.  I talked to Bishop Watkins and

15  told him I'm being investigated.

16         And I eventually wrote him a letter on Halloween that

17  I wanted to leave.  And I explained to him why I needed to get

18  out.  Well, several things had gone wrong in this whole

19  spiritual father thing and I was no better spiritual father.

20  But something was wrong because he -- he was on a trip in Vegas

21  in 2004.  He had got a massaged by somebody he said was very

22  attractive.  And he said he saved the number for me because he

23  knew I was going out there and all this kind of stuff.

24         So when I was leaving, I -- I shared with him that I

25  just can't keep doing all of this.  I was offered to go to

10.28.24 - Larry Reid Live

1  Brazil on a private plane, on a trip, because that's where all

2  the boys are, is what I was told.  And so, I -- I was so sick of

3  myself and knew that the -- always something's going to happen

4  positive for me.  I got to get away from these folks.  And I

5  left.

6        And when I left, they flipped the script.  And went to

7  my jurisdiction where I was over several pastors in a

8  jurisdiction and -- and told these people some seriously sad

9  things.  In February of 2006, they shared it with the entire

10 organization about me.  And I got a prophesy that year said to

11 me that two men have tried to kill you, they shot you in the

12 head and looked down and thought you were dead and they left

13 you, but God says your name is hidden.  And actually, my name

14 means hidden.  They said, God's going to hide you and you're

15 going to reemerge.  And when you reemerge, these two men will

16 still be around.  And they're going to see you come back from

17 the dead.

18        Now, I've been 18 years and I'm certain after what

19 they did back then, they felt that I was dead.  But I'm saying

20 this so everyone can hear me today, I have a zero desire to get

21 anybody back.  I don't want to see nobody hurt.  I don't want to

22 get no human back.  I don't want to see nobody's life destroyed.

23 No.  But I tell you what, I am so glad when I've been in

24 therapy, my therapist said, Duane, this is where you are right

25 now.  You are at the place where you need to share your story.

10.28.24 - Larry Reid Live

1          MR. REID:  Yeah.

2          MR. YOUNGBLOOD:  So many people are going to benefit

3    from you sharing it.  People who are right there in a situation

4    right now where this kind of stuff is happening to them and

5    maybe it's a spiritual father, it's someone in authority and

6    they're just going on through the motions and -- and inwardly,

7    they're feeling just like so destroyed.  You're going to help.

8    Them and you're also going to help some of these people who are

9    right there hurting people.  They're going to think that

10   you're -- these people -- this is what I realize.  When you're

11   in authority, the reason why people say yes to you is because

12   saying no to you is like saying no to God.

13         MR. REID:  God, yeah.

14         MR. YOUNGBLOOD:  And people can't tell God no.  So

15   I've got to deal with myself and know how to not cross these

16   lines.

17             And so, my story of abuse and being an abuser, it's --

18   it's a story that just was a continuation of a process from nine

19   years of age all the way through these last ten years, which

20   have been serious building years.  The last four years in

21   therapy.  And the last one year, this year 2024, of really,

22   really, really coming to grips with how do you get out of this.

23   And the way you get out is you got to get back to being present

24   and connected with what's happening in -- in the moment.  And I

25   was able to be blessed with this.  It didn't start with you.

1    And I -- I realize wow, Moses was my father.  And you know what,

2    I'm claiming him.  I -- I -- I made a mistake because I thought

3    I needed Quander Wilson, Bishop Jakes, Bishop Watkins.  I

4    could've let those men be draping and curtains and anything they

5    wanted to be in my life, but God had already given me everything

6    I needed.

7         MR. REID:  Yeah.

8         MR. YOUNGBLOOD:  And I could just look past Moses and

9    see the hand of God saying, I'm the God of Abraham, Isaac and

10   Jacob.  I've sent you something and I don't change my mind.  I

11   ain't changing my mind because you got abused.  I'm not changing

12   my mind because you messed up.  I'm not changing my mind because

13   they dropped you, you broke your leg, no, no, no.  I change not.

14   I don't change my mind.

15        And so, I'm excited tonight.

16        MR. REID:  Yeah.

17        MR. YOUNGBLOOD:  I -- I have not known in my lifetime

18   leaders who treated me like I should have been treated no matter

19   what my story was.  But in spite of all of that, God didn't drop

20   me when somebody else did.

21        (YouTube ads played.)

22        MR. REID:  Absolutely.

23        MR. YOUNGBLOOD:  So, I'm -- I'm excited.  I'm excited

24   as you can tell.

25        MR. REID:  Yes.  The freedom to tell the truth.

10.28.24 - Larry Reid Live

```
1  That's what I see when I look at you.  And I don't feel anything
2  that you said was said with any malice.
3           MR. YOUNGBLOOD:  No.  No.  No.
4           MR. REID:  I think --
5           MR. YOUNGBLOOD:  Not at all.
6           MR. REID:  -- I think the names that you call was just
7  because they're part of the story.
8           MR. YOUNGBLOOD:  That's my story.
9           MR. REID:  Yeah, I -- I don't feel that at all.
10 And -- and you consistently take an ownership for the thing or
11 things that you have done.
12          MR. YOUNGBLOOD:  Things.
13          MR. REID:  Yeah.  I want to say it -- I want to say
14 something though.  And I'm pretty sure you -- you have something
15 to say about this.
16          The -- it's easy for us because of just the climate
17 that we're in to say, right.  Quander Wilson, TD Jakes,
18 Sherman Watkins, you all are filth, yadda, yadda, yadda.  But I
19 just feel like they got a story too.
20          MR. YOUNGBLOOD:  That's right.
21          MR. REID:  And I think they did what they saw others
22 did.  And I want to say this too, and I got to be careful
23 because I have a name calling spirit too.  This whole can your
24 son drive for me is the oldest trick in the Black church.  It's
25 not use that much today.  But that I know five guys -- when he
```

10.28.24 - Larry Reid Live

1  was telling his story and I could call -- do I -- should I call

2  a name?  I am.

3        There is a particular -- I ain't going to call it a

4  name, but I'm going to make it so clear when you know who it is.

5  A prophet that's been a prophet for decades, who was one of the

6  most leading prophets, prophetic voices who have so many

7  prophesies on record of things that have came to pass, my mind,

8  an absolute prophet.  Who was in that age group with

9  Brian Keith Williams, Bishop TD Jakes made that same error.  And

10 there are three guys, one I'm very close to.  You all pull this

11 clip and send it to him.  Me and a few other preachers who just

12 honored this prophet.

13        MR. YOUNGBLOOD:  Mm-hmm.

14        MR. REID:  Mine is not direct, it's because

15 somebody -- my mental honors him a lot.  I can say that.  Who

16 did the exact same thing with all three to be his driver.  And

17 one of the ones that you did it to, because I know you

18 listening, told me everything.  And I know this person.  Just

19 like I sense from you, Duane, this person named nobody's a liar.

20 Now, he -- I can say some other stuff.  But he's not going to

21 lie on nobody.  Let me say it like that, because I -- I -- I --

22 he be lying.

23        But no, I -- you think I don't know -- I'm like, okay.

24 I'm speaking for my friends a lot.  I mean, because I always

25 know.  And I'm like, why are you lying, I'm not going to do

10.28.24 - Larry Reid Live

1  nothing to you?  Because I'm going to know your lie and still

2  smile just like I don't know that yous a liar.

3        But anyway, he asked his mom for him to drive for him.

4  I'm going to text it to you who it is.  So you -- so you just --

5  I want you to know who it is.  Let me see.  Where your number

6  at.  Here it is right here.

7        Do you -- you know this person?  I sent it to you.  I

8  know you know them.

9        MR. YOUNGBLOOD:  Yes.

10        MR. REID:  Okay.  Asked his mom to drive for him.  He

11  was young.  You know, see, they like them young.  When they got

12  the -- when the body's tight and it got that look.  And that

13  same thing.  The first day he violated him.  He put him in his

14  room.  He thought he was in a separate room.  It's -- your story

15  is so -- it's one -- those of you in the chat, I know it's like,

16  oh my God, I can't believe it.  But for me and probably for

17  Duane too, we know so many people with the same story.

18        MR. YOUNGBLOOD:  Oh, my.

19        MR. REID:  And he got him in his room.  He didn't know

20  him to be in the room.  He did make it on the first time --

21  the -- the first time was two beds.  The next time it was the

22  same bed, one king.  And that time they woke up to him on top of

23  him, grinding, peeing tip to peeing tip.  And came on him and

24  just left him there and went back in the bed.

25        The next night called him up in the pool pit with him

10.28.24 - Larry Reid Live

```
 1  and made him read.
 2             (YouTube ads played.)
 3             MR. REID:  When he preach.  When he opened the Bible
 4  to read, there was a note saying, I'm sorry for what happened
 5  last night, but we all aren't perfect in -- in the kingdom and
 6  dah, dah, dah, I'm sorry.
 7             And that young boy had to read that.  Can you imagine
 8  psychological status of this young boy?  He was a church boy.
 9             MR. YOUNGBLOOD:  That's right.
10             MR. REID:  Growing up in the church and -- and this
11  powerful prophet comes and --
12             MR. YOUNGBLOOD:  That's right.  That's right.
13             MR. REID:  And so, he's looking at him like oh my God,
14  you know.
15             MR. YOUNGBLOOD:  Yeah.  Yeah.
16             MR. REID:  And then this happened.  And to this day,
17  will not -- when I tell you he -- he chose the right one because
18  this person don't talk and will never talk probably.  And I've
19  told them about the other ones.  I don't -- I'm pretty sure he
20  haven't connected with them.  But there are other ones and
21  Brian Corn confront brought it before a prophetic counsel here
22  in Atlanta in 2018 where they were trying to reprimand him, you
23  know, called the wick stuff and the other girls stuff, you know,
24  go Brian (indiscernible) community like his friend Jamal.
25             But, you know, and you all know I love corn and I
```

10.28.24 - Larry Reid Live

1  don't hate Jamal.  People think I do.  I -- I don't.  I just

2  tell the story.  He confronted the prophetic counsel and said,

3  you all at me, but how come you all don't get the prophet whose

4  name I just sent you.  My --

5           (Simultaneous speaking.)

6           MR. REID:  -- friend.  And he's -- he's talking about

7  this boy that he had traveled and took him with him everywhere.

8  I just heard that one of his pieces and I heard this from one of

9  his friends.  I ain't going to say their name.  That the boy

10  wiped out all his -- the last boy he had took all the money out

11  of the account and left with a -- left (indiscernible.)  I said,

12  good.  There's --

13           MR. YOUNGBLOOD:  Nobody gets away.

14           MR. REID:  And you say that.

15           MR. YOUNGBLOOD:  Nobody gets away.

16           MR. REID:  You're saying that.  You -- you don't --

17  you -- nobody gets away.

18           MR. YOUNGBLOOD:  Nobody gets away.

19           MR. REID:  So, how did you feel when this time last

20  year when there was so much talk about Jakes?

21           MR. YOUNGBLOOD:  Well, listen, I --

22           MR. REID:  You and Jakes --

23           (Simultaneous speaking.)

24           MR. YOUNGBLOOD:  I would have probably not said

25  anything about all of this.  I wouldn't have probably felt as

10.28.24 - Larry Reid Live

1  passionate if I hadn't heard it and watched some of those

2  videos.  Because I -- I -- I'd be honest with you.  I can

3  consider TD Jakes.  I consider his humanity.  And I got a lot of

4  room for his humanity.  My problem is that at some point in your

5  life you've got to look yourself in the mirror and look at what

6  you are doing.

7          Listen, this is something that I've watched because

8  being in Higher Ground, I -- I was a part of planning a lot of

9  things.  And I met a lot of preachers and talked to a lot of

10 bishops.  Well, let me tell you some of the stuff that I've

11 understood about bishops.

12         Depending upon where you are connected, you know how

13 to deal with certain individuals.  So, for instance, if you're

14 Hollywood connected, you understand NDA agreements.

15         MR. REID:  Yeah.

16         MR. YOUNGBLOOD:  A lot of preachers don't understand

17 that.  And so their stuff gets all out and it'd be everywhere.

18 But I have so much sad information and stories after stories and

19 personal things and emails from individuals who have been around

20 Bishop Jakes or Bishop Watkins and -- and Bishop Wilson and have

21 had these same experiences.  And yet, there has not been a

22 moment where you say, all right, let me go get some therapy, get

23 some help for myself.

24         I recall -- and I won't share my -- my brother's

25 story, but my brother has his own story.  But my brother put a

1  post out years ago regarding his story and related to TD Jakes

2  and TD Jakes' whoever, somebody copied the story of my arrest

3  and hooked it to the story my brother wrote.  And said, it's not

4  TD Jakes, it's your family.

5          And so, when we get protection -- and I want people to

6  hear this.  If people keep protecting you, they are setting you

7  up and you're allowing them to set you up for what always comes.

8  There's going to be a harvest for every seed.  There's going to

9  be a cause for every effect.  There's going to be some karma in

10 your life.

11         MR. REID:  Yeah.

12         MR. YOUNGBLOOD:  It's coming.  And so, I -- I feel

13 horrible listening to some of these stories and just it's --

14 it's so damaging and people to be like, well, what about the

15 church and the -- look, God can handle what God's going to

16 handle.

17         MR. REID:  Yeah.

18         MR. YOUNGBLOOD:  And none of this going to hurt what

19 God is doing.  But the reality is, this stuff needs to stop.

20         MR. REID:  I love.

21         MR. YOUNGBLOOD:  This stuff --

22         MR. REID:  I'm sorry.  I love the way you said, I have

23 a lot of room for TD Jakes' humanity.  I have a lot of room for

24 his humanity and anybody I've ever discussed in my own.  I don't

25 expect perfection.

10.28.24 - Larry Reid Live

1            MR. YOUNGBLOOD:  No.

2            MR. REID:  I understand how he can end up sleeping

3   with the secretary.  I understand how she can end up sleeping

4   with the pastor.

5            MR. YOUNGBLOOD:  Yeah.

6            MR. REID:  And it ain't always somebody's trying to --

7   somebody is a whore and cheating on their wife.  Things happen.

8            MR. YOUNGBLOOD:  Yes.

9            MR. REID:  And -- and if you're not in that position

10  of the power, influence.

11           (YouTube ads played.)

12           MR. REID:  You don't understand how that world is.

13           MR. YOUNGBLOOD:  No, you don't.

14           MR. REID:  And you don't know how people trying to

15  setting you up.

16           MR. YOUNGBLOOD:  Yeah.

17           MR. REID:  And get you to frock them.

18           MR. YOUNGBLOOD:  Yeah.

19           MR. REID:  And then turn on you to my -- you fronting

20  me.  Well, hell, you were sending me pictures.  You was --

21  you're doing this, you were doing that.  You know -- you know

22  and I have a pain and it gets hard.  I -- I mean, I -- you know,

23  this is what it is.  And I had a moment or ten.

24           MR. YOUNGBLOOD:  Yeah.

25           MR. REID:  You know.  So -- but I get that.  I got a

10.28.24 - Larry Reid Live

1  lot of grace for that.  But what the -- the issue I got, is how

2  you handled --

3          MR. YOUNGBLOOD:  That's right.

4          MR. REID:  -- when that kind of stuff happens in those

5  situations, how you move around that.

6          MR. YOUNGBLOOD:  Yeah.

7          MR. REID:  And that is the problem.  And I said this

8  before.  That's why I was asking how you felt when I started

9  doing the TD Jakes comp -- coverage, because that's the problem

10 I had with TD Jakes, is how he has successfully buried every

11 story that has ever came out with him because of the brown paper

12 bag filled with the cash and because of him using mega fast

13 potter's house, Potter House North, Potter House formally that

14 was in Denver and every other influence he has and other

15 churches that are mega around the world.  How he's used those

16 stages to pay off those that he sexually violated or those that

17 are coming out talking about him.  He's done it through money.

18 He's done it through cash payments.  He's done it through other

19 pastors, you don't even know it was him, that got you on that

20 stage, but he done that.  And you only know it's him when you

21 try to come at him again, then he's going to say, okay, you

22 remember with that door you went through, that with me.

23          That -- that's -- that kind of stuff that makes people

24 like, okay.  You -- and calling you a demon.  But you moving

25 like one.

10.28.24 - Larry Reid Live

1          MR. YOUNGBLOOD:  Yeah.  It's very unfortunate because

2   in my personal story, the news, the -- my -- the way I've dealt

3   with local, I've chosen to not be pastoring and preaching.  I've

4   chosen to not do it.

5          MR. REID:  Mm-hm.

6          MR. YOUNGBLOOD:  I felt in my heart of heart, it's a

7   disservice to people to know that you've got this poison and

8   things in your heart and in your life and you choose to not deal

9   with that and instead, you want to go out there and do something

10  for somebody else.

11         But when I see people who consistently go through

12  everything possible to cover it up, I -- I really don't feel

13  saddened nor sorry --

14         MR. REID:  Yeah.

15         MR. YOUNGBLOOD:  -- concerning whatever comes out of

16  all that, because unfortunately, I know -- I know too many

17  stories and too many casualties.  I'm talking about I know.

18  Per -- casualties to that ministry.  And --

19         MR. REID:  Yes.

20         MR. YOUNGBLOOD:  -- it's unfortunate that it exists

21  like it does exist.  But let me tell you something, not forever.

22  It won't go on forever.

23         MR. REID:  Your story of him coming around the desk

24  and kissing you is the exact -- it's -- I wish it was not this

25  way, but there's a pastor, actually, when he tells his story.  I

10.28.24 - Larry Reid Live

1  don't know if he ever going to tell it publicly.  He might,

2  because his story is about TD Jakes and Creflo Dollar, because

3  he was with Creflo Dollar first.  Then he went with TD Jakes.

4  And he was shocked to find out what he's telling on Creflo, TD,

5  TD's giving all this love and he's crying.  He get stuff from

6  the desk and bam.

7          And so, the exact same thing he -- you're alleging he

8  did to you, this other guy alleges done to him.  And he too,

9  stopped pastoring for a while and just said, basically F the

10 church for a while.  Now, he's starting to find a way through

11 podcast and some other things to come back.  And he suffered

12 horribly with -- with suicide, depression.  In fact, we're in a

13 pact right now.  If he sent a certain code to me, I answer my

14 phone and I'm there for him.  So that he doesn't, you know, go

15 too dark as he does sometimes.

16          And a lot of people -- my people know I do that kind

17 of work behind the scene.  But the people that watch out here

18 don't know that.  Because it's not about saying, oh, this person

19 has done this or this person has done that.  Let me tell you

20 this.  Because there's a fine line as a content creator and as a

21 person that has been abused, but you can sort of start trying to

22 get into this thing the way you ended up turning to your

23 predator and to the person that violated you, because now you're

24 trying to use your story to -- for clicks, likes, money, power.

25 It's the --

10.28.24 - Larry Reid Live

```
 1           MR. YOUNGBLOOD:  Yeah.
 2           MR. REID:  -- same thing.  It's the same -- you're
 3    turning to your -- your -- the person that violated you.
 4           MR. YOUNGBLOOD:  Yes.
 5           MR. REID:  So, the fact that you waited all these
 6    years, although you did confront every last one of these
 7    people --
 8           (Simultaneous speaking.)
 9           MR. REID:  -- but they turned it on you.
10           MR. YOUNGBLOOD:  Absolutely.
11           MR. REID:  Yeah.
12           MR. YOUNGBLOOD:  Yeah.  Turn it on me.  Sent me
13    emails.  Said how shocked they were.  Couldn't believe it.  And
14    in the climate that I was in at the time, again, I -- I was not
15    so different than them.
16           (YouTube ads played.)
17           MR. YOUNGBLOOD:  So, one of the things that I
18    recognize is that at some point you got to decide there's people
19    listening to us tonight, Larry, who are not so different.
20           MR. REID:  Yes.
21           MR. YOUNGBLOOD:  But the thing is, you get a chance.
22    I don't think there's no accident that you're hearing this.
23    Somebody's listening to us.  Somebody may hear this on a replay
24    later, a clip of something.  There's no accident because God
25    loves you, the person, you're human.  But I'm telling you, some
```

10.28.24 - Larry Reid Live

1    of this stuff that's going on in our churches is because men and

2    women are taking the place of our parents.  We're divorcing our

3    families because we're a new creation.  We're divorcing our

4    families.  We're being taught and told to not eat with them

5    because they're sinners.  And we're spending all of our time

6    with the saints and the church.  And we're developing an

7    unhealthy way of relating.

8            And vulnerable people now are in the church looking

9    for titles and positions for acceptance.  And what greater

10   acceptance than to sit across the table from a -- a Bishop, a

11   pastor, an elder or whoever --

12           MR. REID:  Yes.

13           MR. YOUNGBLOOD:  Who can spot that weakness in you and

14   unfortunately use it for a nefarious purpose that's going to

15   take you further down the hill to damage.

16           I'm telling you, Larry, I am so thankful to God that

17   I'm able to be here tonight.  Because I know with my story there

18   are people who've committed suicide.  I know people who are

19   locked away for life because they tried to kill somebody or they

20   killed themselves or they killed somebody else or they hurt

21   some -- I -- so many things that happened.  But here, I get to

22   sit and share with you on your platform, such a great

23   opportunity because I was not a good pastor.  I had great things

24   that I did.  I wonderfully wanted to see this church be

25   successful and strong and all that good stuff, but I was not the

1 | man to do it the way I was.

2 |         There -- there are people who served me in that

3 | ministry.  I hurt them and I let them down.  And God gives me

4 | the strength every day to get up and say, you know what, I can't

5 | go back and fix all that, but what I can do is make a difference

6 | in somebody's life today.  So it is easy to come on here and

7 | talk about this tonight and to not ever say that any human's

8 | behavior was any worse than mine.

9 |         MR. REID:  Right.

10 |         MR. YOUNGBLOOD:  But what are you going to do about

11 | what you're doing?  And if your trauma is causing you to repeat

12 | trauma --

13 |         MR. REID:  Jesus.

14 |         MR. YOUNGBLOOD:  -- stop for a moment.  Consider, get

15 | a book -- get the book.  It -- it didn't -- I got this, you

16 | know, this book, It Didn't Start With You by Mark.  We'll get

17 | something in your life.  So --

18 |         MR. REID:  Okay.  Hold on.  We need to -- It Didn't

19 | Start With You by who?

20 |         MR. YOUNGBLOOD:  It Didn't Start With You by Mark

21 | Wolynn, W-O-L-Y-N-N.  How inherited family trauma shapes who we

22 | are and how to end the cycle.  And he doesn't say -- in his

23 | book, he talks about how many times you are living out somebody

24 | else's trauma.  It ain't even yours.

25 |         MR. REID:  Yeah.

10.28.24 - Larry Reid Live

1          MR. YOUNGBLOOD:  You're just carrying on with -- with
2   somebody else's.
3          MR. REID:  They were kind of --
4          MR. YOUNGBLOOD:  I'm adding to that.  God was sending
5   you something through that family.
6          MR. REID:  Yeah.
7          MR. YOUNGBLOOD:  And you don't have to hate them.
8   You'll pass them to God.  And he will connect you with what good
9   stuff --
10          MR. REID:  Yeah.
11          MR. YOUNGBLOOD:  -- is in you.  And I believe that.
12          MR. REID:  Listen, so we got that.  Put that book
13   title up.  And then what is the title of your book?  Did you
14   write about all of this?
15          MR. YOUNGBLOOD:  Oh, I've written a book, but I
16   haven't released it.
17          MR. REID:  Oh, okay.
18          MR. YOUNGBLOOD:  I haven't released it because there
19   -- there's a lot in that book.
20          MR. REID:  Yeah.
21          MR. YOUNGBLOOD:  And I just have -- I haven't decided
22   yet how I wanted to do it, but it's written.  And it's --
23   it's -- it's prepared to go to publisher, but I just haven't
24   decided yet how I wanted to do that.  I'll be very honest with
25   you, Larry, you -- you may -- you don't know this, but I'll say

10.28.24 - Larry Reid Live

```
1   this to you.  God shared with me privately that I was emerging
2   out of a tunnel and that the way to come to my next was to share
3   my story.
4           You are a person who have made that possible.  I feel
5   a 1,000 pounds lighter --
6           MR. REID:  Wow.
7           MR. YOUNGBLOOD:  -- tonight.  And this is exactly what
8   my therapist said would happened.  My mother, McCaskill, she
9   told me when I got arrested, she said that thing is going all
10  over the country.  But when God brings you out, it's going to be
11  bigger than this story was about you getting arrested.
12          MR. REID:  Yeah.
13          MR. YOUNGBLOOD:  And -- and I can see it.  I can see
14  it happening.  And I -- I just hope somebody tonight is
15  encouraged to get up when you -- you -- don't die.  Get up.
16          MR. REID:  We want to help somebody tonight.  For
17  those are you that need some assistance and you don't have any
18  money.  I want everybody to put this in the chat so nobody
19  misses this.  And this is coming from one of the contractors of
20  the MBN network, who is also a therapist.  It's called Open
21  Path.  And put this link in there, openpathcollective.org.  This
22  is an organization for those who may struggle financially to get
23  services.
24          (YouTube ads played.)
25          MR. REID:  So you can go to this website and you can
```

10.28.24 - Larry Reid Live

1  begin to look for some help.  And it will help you find help in

2  your area either online, openpathcollective.org.  And that's

3  for -- that's from the National Institute of Mental Health.

4          Then, the -- well, no, that's from the Open Path

5  Collective.  Then the National Institute of Mental Health, put

6  this website in there.  Nimh.nih.gov.  You can go there for

7  resources as well.  I'm going to give you another one.  Those of

8  you who are substance abuse and mental health services

9  administration, here's a website, samh, as you -- come on, you

10 slow.  Samhsa.gov.

11          I got three more to give you because I want you to

12 leave here with some resources.  I -- I want you to just think

13 this is just a conversation and there was a little T drop, but

14 it's not the -- the meaning of this T is -- is -- is not just

15 for you to just enjoy.  The Loveland Foundation is a therapy

16 fund.  This is thelovelandfoundation.org.

17 Thelovelandfoundation.org.

18          And then, I'm going to give you two more.  One is for

19 Black women and one is for Black men.  The one for Black girls

20 is therapyforblackgirls.com.  Therapyforblackgirls.com.

21 Therapyforblackgirls.com.

22          And then the last one is therapyforblackmen.org.

23 Therapyforblackmen.org.

24          Now, these are -- all of these resources that you guys

25 can use that could help.  And this is what I'm going to ask you

10.28.24 - Larry Reid Live

1  to do.  Those of you who are intercessors, I'm going to ask that

2  you will pray for Duane Youngblood, because this is a very

3  unique ministry that he has you -- you -- from abused, abuser to

4  advocate.  Please pray for him.

5           And let me say this, because Bishop TD Jakes name was

6  mentioned.  It's going to be something I haven't shared, but

7  because I just talked about while it's public, there -- there's

8  been some things now they never really did nothing because they

9  know I can fight back.  And it wasn't my story.  So it was

10 somebody else stories.  And once I tell the story and talk about

11 it, you might get two, three lies, maybe five and that's pushing

12 it.  But you might -- you -- you're going to get at least one

13 lie.

14          And I don't know what happens in these -- with these

15 people after they leave me.  I believe some of them paid off.  I

16 believe some of them are given something.  Maybe it's an

17 apology, I don't know.  But often what happens is it's no longer

18 a conversation.  And if it's no longer a conversation for them,

19 it's no longer a conver -- conversation for me, unless, I mean

20 because I got a few thing.  There's a few people sitting in the

21 wings waiting to tell their TD Jakes story, from sexual stuff

22 like this to financial and intellectual property stuff, where he

23 allegedly has stolen some of the -- one of the greatest books

24 he's released.  And Sarah, according to what was said to me and

25 shown to me.  But they're going through the legal route.

1          And once their lawyers say that they can talk to me, I
2   will bring them up here.  And this is White folk.  So, you know,
3   it's a whole another ball game.  That's -- that's -- I want
4   to -- I want to say thank you, Duane, for trusting this platform
5   with you story.
6          MR. YOUNGBLOOD:  Absolutely.
7          MR. REID:  And knowing that I'm going to handle it
8   right.  And man -- and you all pray for me too.  I forgot to add
9   that part.
10          And in fact, you can -- I'm going to show you how to
11   pray for me.  You pray for me with $8.88.  That's how you pray
12   for me.  That's your prayer.  Let me -- let me show you how to
13   pray for me.
14          And then, Duane, any -- anytime I have a guest,
15   although you want in the studio, I always want to give them some
16   kind of something to get you some -- a sandwich or something,
17   you know.  But just for coming -- coming on.  And so, what I
18   want you to do, and this is tax deductible, whatever you want to
19   donate to this platform, keep us going with stuff like this.
20   You know, sometimes we have to fight back.  And your donations
21   help us do that.  Please put your phone number in the memo
22   section, whatever way you're giving $8.88, if that's too cheap
23   for you, throw a ten, a 20 in front of that $8.88, if you want
24   to.
25          But the way you can do it is go into the

10.28.24 - Larry Reid Live

1  mbnnetwork.org.  And this is tax deductible.  This is not a sea.

2  This is a donation tonight.  Just put -- put your phone number

3  and put LRL behind it, so what -- we'll know what it is.

4       We're going to give you a phone call, pray with you

5  and the prophet's going to give you a prophetic word.  This is

6  our way of saying thank you for supporting this ministry.  Venmo

7  @mbnnetwork.  Pay attention.  Make sure you get the letters

8  right, because they're -- there are copycats out there.  Cash

9  App, $mbnnetwork.  Text the word give to 404-800-4530.  You can

10 also Zelle it.  Our email address is info@thembnnetwork.org, not

11 dot com.

12      If you download the MBN network, you can process

13 your -- all your donations all the time through Pushpay or you

14 can just go to the link pushpay.com/gforgiven/thembnnetwork.

15 And of course, you can go to the mbnnetwork.org.  Or you can

16 mail it in, 780 Morosgo Drive NE, Suite Number 244 -- 224,

17 Atlanta, Georgia 30324.  Our donation ways never changed.  You

18 can screen shot that.  It's always the same.

19      Duane Youngblood --

20      MR. YOUNGBLOOD:  Yes.

21      MR. REID:  -- we're not going to forget your name.

22      MR. YOUNGBLOOD:  Yes.

23      MR. REID:  The -- I think I heard your name years ago,

24 but I'm so glad to get to meet you now.

25      (YouTube ads played.)

10.28.24 - Larry Reid Live

1              MR. YOUNGBLOOD:  Likewise.

2              MR. REID:  And meeting you like this.

3              MR. YOUNGBLOOD:  Yes.

4              MR. REID:  You are an amazing person.

5              MR. YOUNGBLOOD:  Thank you, sir.

6              MR. REID:  You are an amazing person.  And -- and I --

7  you don't look like what you've been through neither.

8              Now, there's some folks that I know that look like

9  every drop of what they've been through.  But you -- you

10 don't -- you don't -- you don't look like it.  And you're 57

11 now?

12             MR. YOUNGBLOOD:  Yes, sir.

13             MR. REID:  And -- and that makes Jakes 67?

14             MR. YOUNGBLOOD:  Yes, he is.

15             MR. REID:  Right.  Okay.  So -- yeah, because my

16 mentor's 65.  And I think he's two years older than him.  He's a

17 Gemini like my mentor and my dad is.  And Trump.

18             So you see all the different types of Gemini's.  Some

19 work with their twin and mature and some get swallowed up by the

20 twin, you know.  Oh, my God.  But -- and this -- and it makes

21 sense.  I mean, it -- it -- it makes sense.  Sometimes you're

22 hidden for a time and then you're released at the right time.  I

23 just believe this is the right time.

24             MR. YOUNGBLOOD:  I do too.

25             MR. REID:  I'm interested in anything you got to say.

10.28.24 - Larry Reid Live

1  I -- I -- because you're so honest and you told the truth about

2  you.  You started the conversation, telling them about what you

3  did.  I mean, you're one of the good ones for me.

4          MR. YOUNGBLOOD:  Thank you.  I appreciate --

5  appreciate the platform and the opportunity to share.  I really

6  do.

7          MR. REID:  Yeah.  All right.  Thank you so very much.

8  The -- this -- by when we wake up in the morning, they're going

9  to be tens of thousands of you on Facebook and YouTube.

10         Of course, people come to just hear certain people

11  names.  But if they watch the whole thing, they're going to walk

12  away, man, I came for tea and I left ministered to because --

13         MR. YOUNGBLOOD:  Yes.

14         MR. REID:  -- you really, really touched us on today.

15         MR. YOUNGBLOOD:  I'm glad.

16         MR. REID:  Let's -- we're going to close out with

17  prayer.  I don't never -- I ain't never done it on my platform.

18  I always do that with my people.  But let's pray.

19         Father, in this moment, there's so many people that

20  are here with us, hearing and feeling things that they haven't

21  felt before, haven't felt in a long time.  It's all coming up.

22  And it's the result of Duane Youngblood.

23         I ask that the same grace that has been upon him to

24  work through it all and to come through it better will come upon

25  each and every person that is listening to us in this moment.

1  That they will be able to walk away from this moment with the

2  tools and the courage, the energy spirit that they need in order

3  to work through their it.

4          I thank you that they are growing.  That they are

5  healing from the trauma and from the fracture.  And that they're

6  coming into the knowledge and understanding of their most

7  elevated self and that they're able to take the unresolved

8  unhealed and deal with it and come forth in their divinity.  And

9  I thank you that this dynamic, amazing spiritual recovery has

10  happened in the life of the hero.

11          MR. YOUNGBLOOD:  Yes.

12          MR. REID:  In Jesus name we pray.  Amen.

13          MR. YOUNGBLOOD:  Amen.

14          MR. REID:  All right.  All right.  So we're going to

15  see you all later.

16          Now tomorrow night in patreon, we got Bishop Carlton

17  Pearson's only White begotten son.  And we're going to be

18  discussing healing from harmful theology.  Only in patreon.

19          Then on Wednesday, I'm in patreon and we are teaching

20  you how to rewire your brain and your thinking.  I want to see

21  you there hacking your programming and conditioning.  And then

22  understanding rewiring and reconditioning your -- your mind.

23  Okay.  So meet us Wednesday night in patreon.

24          And I think what we're going to do, Duane

25  Youngblood --

10.28.24 - Larry Reid Live

```
1              MR. YOUNGBLOOD:  Yes.

2              MR. REID:  I'm going to -- well, text me your Zelle,

3    but I -- I want to invite you over to patreon to have a more

4    candid conversation about the whole aspect of the evolution of

5    your own sexuality and really dealing with your -- your -- all

6    of the things that people deal with that they can't say --

7              MR. YOUNGBLOOD:  Yes.

8              MR. REID:  -- publicly.

9              MR. YOUNGBLOOD:  Yes.

10             MR. REID:  I think -- I think you'll be very good in

11   that conversation.

12             MR. YOUNGBLOOD:  I'd be glad.

13             MR. REID:  Yeah.  And I think it'll be impactful.

14   There's so many things you said tonight that are like just bam,

15   they're going to be about ten clips going to be on the IG in --

16   in the next week from this conversation, because so -- it was

17   just amazing.  Amazing.  Amazing.

18             All right.  Before you all go to bed, make sure you

19   say a little prayer for both of us and stream.  God don't play

20   about me.  You hear what I said?

21             MR. YOUNGBLOOD:  He don't play.

22             MR. REID:  All right.  I'll see you later.  Stay right

23   there --

24             MR. YOUNGBLOOD:  All right.

25             MR. REID:  -- Duane.  I'm just going to sign right
```

10.28.24 - Larry Reid Live

1    off.

2              See you all later.  I love you.  Bye.

3              (End of recording.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF TRANSCRIBER

2

3

4        I, Sarah Albaladejo, do hereby certify that I was

5    authorized to transcribe the foregoing recorded proceeding; and

6    that the transcript is a true and accurate transcription, to the

7    best of my ability, taken while listening to the provide

8    recording.

9

10        I FURTHER CERTIFY that I am not of counsel or attorney

11   for either or any of the parties to said proceedings, nor in any

12   way interested in the events of this cause, and that I am not

13   related to any of the parties thereto.

14

15

16        Dated this 17th day of December 2024.

17

18                    _Sarah Albaladejo_

19    _____

20                    Sarah Albaladejo

21

22

23

24

25

10.28.24 - Larry Reid Live

| | | | |
|---|---|---|---|

**$**

**$8,888.88**
  11:22
**$8.88**
  11:21 94:11,
  22,23
**$mbnnetwork**
  95:9

**1**

**1,000**
  91:5
**1000**
  30:2,4
**11**
  33:20 37:15
**12**
  10:21 49:9
  50:15 53:10,
  12
**13**
  38:8
**14**
  39:3,16 40:4
**15**
  18:10,12
  19:10,14
  53:17 69:14
**15-minute**
  18:14
**15-year-old**
  18:13 65:17
**16**
  47:9 48:12
  50:3 53:13,
  18
**17**
  4:20 19:1
**18**
  54:1 56:9
  58:17 73:18
**19**
  54:1 56:9

58:17
**1997**
  24:6

**2**

**20**
  94:23
**2002**
  18:6,7,15,16
  19:9,11
  21:16 22:16,
  23 24:11
  32:25 65:16
  72:11
**2004**
  72:21
**2005**
  72:12
**2006**
  18:5,17
  72:12 73:9
**2007**
  65:17
**2014**
  19:6
**2018**
  79:22
**2019**
  10:9
**2024**
  58:11,17
  59:15 74:21
**20s**
  29:17
**22**
  33:2
**224**
  95:16
**24**
  58:5
**244**
  95:16
**25**
  64:14
**2:00**

52:12

**3**

**30**
  33:7 45:16,
  17,18 64:8
**30324**
  95:17
**31**
  18:7
**36**
  33:7,8,9
  39:18

**4**

**404-800-4530**
  95:9
**404-999-7527**
  5:5,6

**5**

**57**
  33:4 96:10

**6**

**65**
  96:16
**67**
  96:13

**7**

**70**
  64:13
**71**
  63:25
**780**
  95:16

**8**

**8/17/18**
  46:7
**800,000**
  6:14
**8:00**
  9:16

**9**

**9th**
  55:12

**@**

**@mbnnetwork**
  95:7

**A**

**a.m.**
  9:16
**ability**
  4:20 19:3
  48:23 61:23,
  24 62:17
**Abraham**
  43:18,24,25
  44:16 75:9
**Absalom**
  66:9
**abso-dern-
lutely**
  12:9
**absolute**
  30:8 58:8
  62:21 69:18
  77:8
**absolutely**
  4:21 11:13
  17:25 20:11
  26:1 35:25
  53:11 59:1
  62:25 65:13,

14 68:24
70:1,10
75:22 87:10
94:6
**abuse**
5:18,19 13:9
14:23 16:1
37:21 40:18
50:3 59:10,
22 64:8
74:17 92:8
**abused**
14:3,5,13,
14,21,23
15:11,12,25
16:1,12
58:19 59:17,
18 64:9,14
75:11 86:21
93:3
**abuser**
14:4,5,12,21
15:4,10,25
16:12 59:10
74:17 93:3
**abusers**
14:14
**abuses**
26:11
**abusing**
39:4 64:10
**accept**
4:21
**acceptance**
88:9,10
**access**
3:15 10:14
**accident**
87:22,24
**account**
80:11
**accused**
13:13 59:17
**acknowledged**
20:7
**actions**
45:9

**activity**
32:9
**actor**
3:3
**add**
94:8
**adding**
67:23 90:4
**address**
95:10
**adjoining**
51:17
**administratio
n**
92:9
**admit**
28:4
**ads**
4:23 5:10
9:4 12:2
15:1 17:22
21:17 25:5
29:11 33:17
37:14 40:24
44:13 48:1
51:10 55:15
58:15 62:9
66:5 70:15
75:21 79:2
83:11 87:16
91:24 95:25
**advocate**
15:25 16:1,
13 22:9
59:11 93:4
**affect**
40:4
**African**
26:10
**age**
18:8,12,23
33:19 37:23
38:5 39:15
47:9 48:12
50:3,15
53:10,12,13
54:1 56:10

64:14 74:19
77:8
**agreed**
48:4 68:25
**agreements**
81:14
**ah-huh**
25:20 33:3
45:8
**ahead**
12:16 13:24
17:14 26:6
**AI**
6:23 9:22
10:4
**alerts**
7:2,3
**aligning**
9:13
**alike**
23:11
**allegedly**
93:23
**alleges**
86:8
**alleging**
86:7
**allowed**
63:2
**allowing**
51:19 82:7
**Almighty**
27:25
**amazing**
9:14 31:23
59:8 96:4,6
98:9 99:17
**Amen**
98:12,13
**American**
3:7 26:10
**angle**
69:17
**angry**
66:12
**anointed**
34:6 58:24,

25
**answers**
57:12
**antennas**
68:5,6
**anymore**
6:25 52:22
**anytime**
94:14
**apology**
93:17
**apostle**
47:25 62:4
66:7
**app**
5:9 95:9
**apparently**
54:15
**applauding**
26:18
**approach**
3:22
**approximately**
64:8
**area**
67:15 92:2
**Armando**
10:1,2
**arms**
34:23 57:3
**array**
3:21
**arrest**
18:18,19
82:2
**arrested**
12:25 13:5
18:5,17
72:12 91:9,
11
**arrogance**
62:21
**articulated**
34:11,17
35:7
**articulating**
40:22

artist
   3:2
asleep
   49:12,13
   69:5,6
aspect
   16:17 99:4
Assemblies
   67:8
assistance
   91:17
assistant
   41:20 46:14
   68:17
Athens
   11:7
Atlanta
   3:4,5,10
   11:8 79:22
   95:17
Atlantic
   52:7
attention
   22:19 29:21
   46:15 95:7
attract
   35:16
attracted
   33:16,18
   45:25
attraction
   35:12
attractive
   72:22
August
   69:21
author
   3:3 10:2
   42:8
authority
   41:18 74:5,
   11
auto
   22:16,22
awakened
   49:3

Awards
   50:16
aware
   24:22
awesomely
   45:21

_____

B

_____

baby
   11:8
back
   7:6 10:6,7,
   11 12:17
   13:1,5 18:16
   20:9,10
   24:22 28:16
   31:7 33:5
   36:12,17
   39:8,11 42:1
   46:22 47:6,
   16,17 48:2,
   5,6 49:14,
   15,22,23
   50:10,11
   52:16,20
   56:3,7,8,22
   58:11,23
   63:16 64:23
   70:23 72:1
   73:16,19,21,
   22 74:23
   78:24 86:11
   89:5 93:9
   94:20
bad
   7:4 13:20
   19:16 42:22
bag
   48:15 84:12
Bahamas
   71:1 72:5
ball
   94:3
Baltimore
   11:8 51:9,11

bam
   86:6 99:14
based
   3:4,9
basically
   86:9
basket
   61:12
bathroom
   23:19,20
   57:11
bathtub
   26:23 57:15
   62:21
Baton
   11:10
beach
   71:24
bear
   14:11
beard
   67:4
beautiful
   48:7
bed
   29:20 38:22
   39:4,6
   48:11,16,24
   57:8 69:5
   71:19,24
   78:22,24
   99:18
bedroom
   38:9,10,11,
   25 48:10
   52:20
bedrooms
   48:10
beds
   78:21
befriended
   55:9
began
   8:19 9:24
   10:1 12:22
   13:8,20 19:6
   34:21 37:19

40:16 47:1
   53:7 68:6
begin
   5:22 6:6
   92:1
begins
   71:19
begotten
   98:17
behavior
   27:22 89:8
behaviors
   26:12
belief
   24:5
believable
   61:21
believing
   61:25 62:7
bell
   5:5
bend
   60:13
beneath
   38:10
benefit
   74:2
bet
   3:6 70:13
bet.plus.
   3:8
bi
   23:19
bible
   12:5,6 19:25
   20:2 79:3
bibles
   28:18
big
   48:7,10,11
bigger
   91:11
biggest
   39:15 48:11
birthday
   55:11,12,22

10.28.24 - Larry Reid Live

birthing
44:21
bisexual
22:3
bishop
8:11,12
10:13 26:18
37:2,4,25
38:1 42:2
47:5,10
48:13,18
49:19,21
53:16,23
54:9,10,15,
17,21 55:1,
4,5,10 56:23
58:3,7 60:24
61:8,10 62:4
63:7 66:8,
11,15,25
67:11,17
68:8,12,13,
14,15,20
69:13,16,21
70:2 71:5
72:14 75:3
77:9 81:20
88:10 93:5
98:16
bishops
65:21 81:10,
11
bit
14:19 49:16
50:11 67:21
Bitcoin
9:23
black
12:23 13:6
15:16 27:2
43:21 61:17
76:24 92:19
blank
45:5,6
blessed
12:8 15:23
74:25

board
17:4,5
body
34:15
body's
78:12
bold
15:8 16:9
book
26:8,21 42:9
65:8 89:15,
16,23 90:12,
13,15,19
books
93:23
boxes
64:12
boy
33:25 39:14
40:18 62:23
79:7,8 80:7,
9,10
boys
33:25 73:2
brain
64:15,17
69:8 98:20
Brazil
73:1
bread
61:11
break
59:7
breakdown
3:23
breath
28:1,2 50:7
breathe
37:9
Brian
49:18,19
54:2,3,5,13
61:10 77:9
79:21,24
bridge
40:7

Brimar
50:16
bring
94:2
bringing
45:2,6
brings
91:10
broad
50:1
broader
41:10
broke
75:13
broken
4:6 38:17
brother
8:13 38:6
45:10 46:10,
11,19 63:7
81:25 82:3
brother's
81:24
brought
15:3 19:20
28:16 54:10,
12 79:21
brown
84:11
BRYANT
4:16
build
62:15
building
11:20 62:16
74:20
bulletproof
11:17
buried
53:3 84:10
Business
3:7
busy
63:20
buy
29:20

Bye
100:2

___

C

California
11:7
call
3:17,18 6:4
13:24 26:12
40:10 46:11
51:2 60:1,24
62:21 67:17
76:6 77:1,3
95:4
called
6:3 7:16
11:21 26:8
34:25 50:16
51:21 66:3,
15 70:23
71:15 78:25
79:23 91:20
calling
9:10 26:18
69:20 76:23
84:24
Canada
11:11
cancer
27:25
candid
99:4
car
48:3 49:20
55:23,25
56:22
care
32:13 35:16
39:21 40:13
56:5 57:20
62:22 69:2
careful
76:22
cares
59:2

**Carlton**
8:12 10:12
98:16
**Carltons**
8:11
**carry**
27:20
**carrying**
19:23 25:3
90:1
**cash**
84:12,18
95:8
**casualties**
85:17,18
**catapulted**
44:5
**catch**
3:6,19
**causing**
89:11
**celebrated**
4:16 46:20
**celebrating**
32:3
**Center**
63:24
**chance**
9:2 87:21
**change**
14:5,15,22
15:7,25
24:13 59:11
75:10,13,14
**changed**
11:13 24:10,
14 48:24
95:17
**changing**
75:11,12
**Chapman**
7:20
**charge**
8:7 13:8
18:6,17
**charged**
12:25 18:20

**charm**
37:3,4
**chat**
7:11,12
14:17 45:1,
11 46:10
54:2 61:10
78:15 91:18
**Chattanooga**
11:6
**cheap**
94:22
**cheating**
83:7
**checks**
64:12
**chest**
34:22
**Chicago**
11:16,17
**chief**
47:25 62:4
66:7
**child**
37:24
**children**
43:5 64:9
**chills**
25:7
**choose**
4:18 7:7
21:24 85:8
**chose**
4:8 79:17
**chosen**
85:3,4
**Christine**
51:2
**church**
3:5 4:24
12:24 13:5
20:1 22:5
23:10,11,12
24:18 25:22
26:10 27:2,
25 28:5,7
29:23 30:13

32:4 41:17,
21 43:21
45:22,24
46:1,3 47:3,
10 49:23
52:11 54:10,
11,12,19,21,
23 55:1,18
56:5 58:1,2
63:8,12
65:24,25
66:3,14
68:15,24
69:1 76:24
79:8,10
82:15 86:10
88:6,8,24
**churches**
52:8 84:15
88:1
**circle**
28:16
**citizens**
12:10
**city**
10:18,19
11:23 24:25
50:16 52:7
54:9
**CJ**
12:9
**claim**
27:4
**claiming**
75:2
**clapping**
26:18
**class**
19:25
**clear**
33:14 60:9
77:4
**clicks**
86:24
**cliff**
58:21

**climate**
76:16 87:14
**climbed**
48:24 69:5
**clip**
25:17 77:11
87:24
**clips**
99:15
**close**
55:10,17
77:10 97:16
**clothes**
38:25 48:15,
18,24 71:19,
24
**cloudiness**
64:23
**club**
23:17,19
**clue**
24:14
**coaches**
3:24
**coaching**
3:17
**coast**
11:9
**code**
86:13
**Collective**
92:5
**Columbia**
11:15
**Columbus**
11:25 47:16,
17 48:5
66:25 71:2
**comedic**
3:1
**comfortable**
26:16,17
70:4
**comforting**
68:2
**commentator**
3:2

10.28.24 - Larry Reid Live

committed
 72:11 88:18
common
 38:10
communicating
 17:23
communication
 17:10
community
 9:20 15:16
 44:15 79:24
comp
 84:9
competition
 50:16,18,20,
 21
complete
 19:16
complex
 25:2 37:20
concern
 69:18
concluded
 39:16
conditioning
 9:8 98:21
conditions
 17:15
conference
 32:3 51:9
conference's
 51:15
conferences
 68:18
confront
 79:21 87:6
confronted
 80:2
confused
 49:23
congregation
 18:8 19:17
 21:7 24:24
connect
 32:10 47:2
 68:11 90:8

connected
 5:3,9,24
 69:19 74:24
 79:20 81:12,
 14
conquering
 36:9
considered
 21:20 70:16
consistently
 76:10 85:11
contacted
 68:12,14
content
 7:9 10:25
 86:20
continuation
 74:18
continue
 16:16
continuously
 67:23
contract
 30:25
contractors
 91:19
control
 72:3
controlled
 6:22
controversial
 3:21
conver
 93:19
conver-dern
 36:25 37:6
conver-dern-
 sation
 36:21,22
conversation
 5:17,20,22,
 24 6:1,8
 8:16 9:13,
 14,25 10:18
 12:14 14:8
 15:10,23
 16:2 17:10

 18:21,24
 19:2,21 20:3
 22:12,15
 24:3 25:19
 32:22 47:14
 64:22 92:13
 93:18,19
 97:2 99:4,
 11,16
conversations
 13:18,25
 20:22 21:4
 24:2 72:4
convicted
 13:14 14:18
 17:4 18:4
convince
 55:23
coordinator
 51:14,19
copied
 82:2
copy
 5:1
copycats
 95:8
corn
 79:21,25
corner
 66:10
correct
 16:18 43:7
 67:9
corruption
 18:21
could've
 75:4
counsel
 29:19 79:21
 80:2
counseling
 18:7
counselors
 3:24
count
 64:5

country
 91:10
couple
 30:11
courage
 98:2
Courtney
 7:20
courts
 27:17
cousin
 9:18 11:19
cover
 25:11 27:24
 32:8 85:12
coverage
 84:9
craft
 63:5
crash
 60:20
craziness
 26:16
crazy
 6:12 19:25
 27:20 40:16
 57:7
create
 46:15
creation
 88:3
creator
 86:20
Creflo
 86:2,3,4
crime
 13:13,14
 14:19 18:3
 20:12
Cristal
 14:25
Critic
 4:24
critical
 24:9
cross
 40:6 74:15

10.28.24 - Larry Reid Live

crossed
  18:12,13
crying
  38:13 56:13
  86:5
crypto
  9:23
currencies
  9:23
current
  10:10
curtains
  75:4
cuss
  35:4
cussing
  12:16
cut
  67:25
cycle
  64:8 89:22

────────────

          D
────────────
dad
  38:8,24
  39:7,13
  41:12,20
  42:14 46:13,
  17 47:12,14,
  18 49:7 53:2
  62:3 63:4,8
  66:7,11,15
  69:20 96:17
dah
  42:2 79:6
damage
  26:20 58:8
  88:15
damaged
  49:24
damaging
  50:6 58:9
  82:14
dark
  70:3 86:15

darkness
  70:3
darn
  36:24 37:5
day
  19:24 24:17,
  18 31:11
  38:18 47:7
  57:5,21
  78:13 79:16
  89:4
days
  8:8 9:15
  38:21 39:6
  47:11
dead
  73:12,17,19
deafening
  41:13
deal
  41:18 67:13
  74:15 81:13
  85:8 98:8
  99:6
dealing
  99:5
dealt
  34:12 85:2
dearly
  38:3
death
  51:4
decades
  44:24 77:5
decide
  87:18
decided
  55:10 56:1
  67:17 70:24
  90:21,24
decision
  17:5 20:4
  40:6 57:22
  65:24 72:12
decisions
  63:1

decorated
  67:25
deductible
  94:18 95:1
deep
  22:20 26:11
degree
  34:19
delivered
  21:1
demon
  84:24
Denver
  84:14
Depending
  81:12
deposit
  60:17
depression
  86:12
Derek
  7:20
dern
  36:24 37:7,8
describe
  38:16 41:13
  51:4
deserve
  47:22
desire
  73:20
desires
  64:18
desk
  85:23 86:6
destroyed
  73:22 74:7
destroys
  58:22 60:21
destructive
  18:14 41:14,
  17 58:8
detail
  14:11
detriment
  67:10

Detroit
  11:9
devastating
  53:19
devastation
  62:25
developing
  88:6
devil's
  22:9
diamonds
  44:9
die
  26:23 91:15
died
  26:22 57:4
  60:23,24
  61:3,4,14,15
dies
  62:5
difference
  34:6 89:5
digital
  3:19 5:13
dining
  56:12
direct
  77:14
direction
  21:19
discourse
  56:21 68:7
discuss
  8:19
discussed
  9:24 82:24
discusses
  3:20
discussing
  8:14,19 9:5,
  6,7 35:10
  98:18
dislike
  35:24
disqualifying
  26:12

disservice
  85:7
divine
  9:13
divinity
  98:8
divorcing
  30:23 88:2,3
DNA
  43:23 44:2
document
  7:16
documentary
  6:2,4,5 7:14
Dollar
  86:2,3
donate
  94:19
donation
  95:2,17
donations
  94:20 95:13
door
  48:17 84:22
dot
  95:11
download
  5:8 95:12
downstairs
  52:3,4
drama
  42:14 44:20
  58:5
draping
  75:4
drawn
  34:5 35:13
dreams
  61:3
drink
  13:24
drive
  39:7 47:13,
  18 55:23,25
  76:24 78:3,
  10 95:16

driver
  77:16
driver's
  47:9 53:17
driving
  48:6 57:6
  61:20
drop
  75:19 92:13
  96:9
dropped
  48:20 75:13
dropping
  34:14
drove
  48:5 49:16,
  23 56:6
  66:17 71:2
drugged
  4:19
drugs
  27:19
Duane
  16:5,7,25
  28:12 34:7
  44:8 46:16
  57:13 65:1
  73:24 77:19
  78:17 93:2
  94:4,14
  95:19 97:22
  98:24 99:25
Dubai
  9:25
ductwork
  38:10
dwell
  63:17
dynamic
  98:9

_____

        E

early
  19:24 29:17
earning
  45:18

earshot
  47:13
Easton
  11:12
easy
  76:16 89:6
eat
  55:22,25
  56:1,2,7
  88:4
Edna
  69:22
educational
  10:8
effect
  27:17 82:9
elbowing
  66:11
elder
  49:18 54:25
  57:13 88:11
electric
  9:12,25
Elena
  12:11
elevated
  98:7
Ellis
  13:21
else's
  14:3 89:24
  90:2
email
  12:21 95:10
emails
  81:19 87:13
emerging
  91:1
Emmanuel
  38:2 47:4
  54:11 66:1,
  23 67:1
empowering
  10:9
emulate
  67:5

encounter
  60:20
encourage
  58:22
encouraged
  91:15
end
  12:21 30:24
  48:11 64:9
  67:12 83:2,3
  89:22 100:3
ended
  46:23 86:22
endorsement
  54:16
ends
  52:19
enemy
  44:11
energized
  47:6
energy
  10:4 98:2
engage
  6:16,17 7:9
enjoy
  92:15
enjoyed
  15:12,14
entered
  38:17
Enterprises
  3:4
entertainers
  3:12
entertainment
  3:20 5:13
entire
  17:3,19
  24:13 73:9
entrepreneurs
  3:12
equal
  34:4
erected
  36:14

error
  77:9
essence
  66:12
estate
  9:24
etched
  69:8
Ethereum
  9:23
eulogy
  38:3
Europe
  71:22
evangelist
  51:2,3 52:1
evenings
  3:19
events
  50:18
eventually
  38:20 57:23
  69:12 71:18,
  21 72:16
everybody's
  15:5 26:20
evolution
  99:4
evolved
  31:19
exact
  26:4 52:24
  77:16 85:24
  86:7
examination
  4:25
exchange
  23:5
exchanges
  65:18
excited
  12:11 31:18
  70:25 75:15,
  23
exciting
  47:24 48:4

exerting
  46:23
exhausted
  45:14
exhausting
  65:10
exist
  85:21
exists
  85:20
exit
  56:25
expect
  82:25
experience
  18:15 21:5
  23:7 49:7
  59:11
experienced
  53:10 60:12
  64:20
experiences
  16:19 81:21
experts
  10:12
explain
  12:22
explained
  68:13 72:17
explore
  34:24 53:7
exploring
  21:1
express
  22:18
extremely
  53:18 58:9
eye
  66:10
eyes
  23:20

_____

**F**

f-ing
  35:4

face
  56:18
Facebook
  5:4 6:12,15
  7:7,24 8:1,
  9,10 97:9
facility
  50:17
fact
  29:21 34:2
  50:5 64:5
  86:12 87:5
  94:10
factor
  64:13
failed
  39:16 40:11
failure
  27:9 40:14
Fairview
  11:12
fall
  49:13
families
  88:3,4
family
  4:2,11 23:16
  24:18 44:12,
  21 45:3,5,6
  52:10 58:7
  82:4 89:21
  90:5
fashion
  4:13
fast
  34:13 35:13
  84:12
father
  37:25 38:2
  42:6,14
  43:23 46:14
  47:12,21
  48:21 56:14
  66:13,18
  67:6 72:19
  74:5 75:1
  97:19

fathers
  43:22
favor
  10:15
favorite
  5:13 11:5
favorites
  71:4
fear
  38:16,19
  39:4,5
  48:20,22
  68:1,5
fearful
  46:14
fears
  40:15
February
  73:9
feel
  4:11 5:24
  7:23 9:1
  21:23 22:8
  26:16,17
  30:19 31:9
  35:2,4 40:19
  42:21 50:8
  59:14,16
  76:1,9,19
  80:19 82:12
  85:12 91:4
feeling
  49:25 63:10
  70:7 74:7
  97:20
feels
  40:13 59:9
Felicia
  7:21
fell
  69:5
felt
  22:24 33:22
  48:21,22
  51:24 56:9
  65:25 73:19
  80:25 84:8

10.28.24 - Larry Reid Live

85:6 97:21
**female**
 50:20
**fight**
 93:9 94:20
**figure**
 21:2
**filled**
 40:17 84:12
**filth**
 76:18
**finally**
 56:15,21
 57:8
**financial**
 4:1 93:22
**financially**
 91:22
**find**
 7:17 24:7
 32:10 42:12
 86:4,10 92:1
**fine**
 68:23 86:20
**finish**
 8:20
**finished**
 64:15
**firsthand**
 23:15
**fit**
 4:22 9:9,11
**fits**
 22:6
**five/six**
 13:4
**fix**
 89:5
**fixed**
 43:8
**flew**
 71:2
**flipped**
 73:6
**Florida**
 11:10,16

**fog**
 64:23
**folk**
 94:2
**folks**
 73:4 96:8
**follow**
 6:15
**fond**
 54:4,5
**fondled**
 4:12
**fool**
 23:9
**foot**
 39:6
**forever**
 85:21,22
**forget**
 95:21
**forgive**
 42:13
**forgot**
 31:8 94:8
**form**
 4:12 21:19
**formally**
 84:13
**forming**
 64:15
**forms**
 64:17
**forward**
 31:18,19
 40:20 63:1
 69:14
**found**
 8:1 12:24
 15:14 26:9
 31:19 43:10
 52:17 56:15
**Foundation**
 92:15
**founder**
 3:3

**Fountaineblea**
**u**
 71:3
**fracture**
 42:14 98:5
**free**
 21:1,4,8
**freedom**
 75:25
**Fresno**
 11:7
**Friday**
 3:19 9:18
**Fridays**
 4:1 39:2
**friend**
 23:16 30:8
 55:16 79:24
 80:6
**friends**
 5:16 13:25
 30:1,4,10,21
 77:24 80:9
**friendship**
 62:16
**frock**
 83:17
**front**
 49:21 94:23
**fronting**
 83:19
**frustrating**
 58:13
**frustration**
 32:8,9
**frustrations**
 40:8
**full**
 54:22
**fully**
 64:7
**function**
 32:6,8
**fund**
 92:16
**funded**
 3:11

**funny**
 11:3,4,6
**future**
 9:10,12
 31:24 39:24
 43:4 63:18
**futurist**
 9:12

_____

G

**gain**
 3:15
**game**
 21:9 94:3
**Gangster**
 3:7
**garage**
 67:24
**garbage**
 58:24
**Gastonia**
 11:6
**gave**
 19:2 51:7
 54:15 71:10
**Gemini**
 96:17
**Gemini's**
 96:18
**gender**
 20:25 21:7
 22:2 23:10,
 12 34:1,18
**genealogy**
 43:24 44:9
**genitalia**
 49:3
**genitals**
 71:23
**gentlemen**
 16:4
**Georgia**
 3:4,10 11:7,
 8,12 95:17
**get along**

68:22

**gift**
25:21 26:13
30:23 60:19
63:2

**gifted**
34:6

**gifting**
26:3

**gifts**
25:18

**Giles**
56:4

**girls**
79:23 92:19

**Giselle**
11:14

**give**
9:2 15:21
24:21 29:20
34:16 57:19
59:7 62:12,
24 64:18
70:13 71:16,
20 92:7,11,
18 94:15
95:4,5,9

**giving**
7:2 12:8
43:12 44:19
65:11 68:12
69:15 71:9
86:5 94:22

**glad**
43:7 47:23
49:21 73:23
95:24 97:15
99:12

**gladly**
16:20

**global**
12:9,10

**gloss**
35:12

**god**
4:14 16:15
24:6 26:19

27:25 30:20
32:20 41:25
43:12,17,24
44:4,16,18,
20 45:2,5,20
50:9 58:19
59:2 60:19
73:13 74:12,
13,14 75:5,
9,19 78:16
79:13 82:15,
19 87:24
88:16 89:3
90:4,8 91:1,
10 96:20
99:19

**God's**
58:25 73:14
82:15

**gold**
44:10

**good**
6:9 16:5
24:24 30:21
51:25 69:10,
13 70:24
80:12 88:23,
25 90:8 97:3
99:10

**goodness**
56:22

**grace**
84:1 97:23

**graduation**
54:3,6

**grandfather**
46:13,24
63:5

**grandma**
36:5

**grandmother**
46:16

**grandparents**
46:15

**grateful**
17:18 30:11

**gray**
67:4

**great**
10:5 30:8
40:9 68:1
88:22,23

**greater**
38:1 47:4
54:11 66:1,
23 67:1 88:9

**greatest**
93:23

**green**
12:13 16:8

**grew**
38:1

**grievous**
17:12

**grinding**
78:23

**gripped**
40:11

**grips**
74:22

**Ground**
67:8,12
69:15,16
72:13 81:8

**group**
77:8

**growing**
60:19 79:10
98:4

**guarantee**
27:9

**guest**
12:13 94:14

**guideline**
19:5

**guy**
13:19 40:12
70:1 86:8

**guys**
7:3,9 10:19
12:15 13:23
34:10 50:4
53:6 76:25

77:10 92:24

---

**H**

**hacking**
9:7 98:21

**Hacode**
7:21

**half**
20:1 27:5

**halfway**
61:20

**hall**
48:11 50:17

**Halloween**
72:16

**hallway**
38:12

**hand**
15:11 68:17
75:9

**handle**
82:15,16
94:7

**handled**
84:2

**hands**
15:16 49:3

**happen**
23:23 41:8
50:23 53:22
62:8 64:15
73:3 83:7

**happened**
4:20 5:23
12:20 18:6
19:9,14 24:4
29:25 30:15
32:24 39:19
41:16 46:21
51:1 52:6,13
53:2,15 54:2
58:2 60:24
66:22 72:2
79:4,16
88:21 91:8
98:10

**happening**
8:6 20:1
38:23 41:13
45:8 53:7
74:4,24
91:14

**happenings**
70:4

**happy**
46:19 48:25

**hard**
23:14 24:23
36:15 83:22

**harm**
44:18,21
45:2,6 58:24

**harmful**
8:13,16
98:18

**harms**
43:1

**harvest**
82:8

**Harvey**
55:19,20

**hate**
36:2,4,5
51:23 80:1
90:7

**he'll**
44:12

**head**
8:8 31:7
49:10,15
72:5 73:12

**heal**
8:16

**healed**
63:12

**healing**
8:14 14:2
42:8 43:20
44:5 45:7
98:5,18

**health**
92:3,5,8

**healthy**
21:19

**hear**
13:21,22
14:3 15:3
37:4 38:12,
20 47:8,23
51:12 57:14
58:20 73:20
82:6 87:23
97:10 99:20

**heard**
13:13 14:16,
17 16:8
34:11 38:13
47:24 58:12,
13 68:22
80:8 81:1
95:23

**hearing**
39:2 47:13
87:22 97:20

**heart**
8:8 42:7,11,
12,18 48:20
56:13 85:6,8

**heightened**
40:1

**held**
25:24 50:17

**hell**
12:7,9 83:20

**helped**
31:23,25

**helping**
14:4 24:20
25:15 68:19

**Henderson**
12:5,6

**hero**
98:10

**hesitation**
57:16

**heterosexual**
35:17 36:1

**hey**
10:20,25

**11:8,19**
12:4,11
51:22

**hidden**
73:13,14
96:22

**hide**
73:14

**higher**
25:24 64:3
67:8,12
69:14,16
72:13 81:8

**highlight**
7:14 59:17

**highly**
29:9 47:6

**hilarious**
11:5

**hill**
88:15

**history**
21:3

**hit**
5:5 6:10,13,
14,16,17,19
8:10 11:23
12:15,16,17,
18

**hitting**
6:11

**hold**
8:7 58:23
89:18

**Hollywood**
81:14

**holy**
70:1

**home**
19:24 38:6,
7,17 40:17
41:8,19
48:3,7,8
49:11,23,24
52:9,11,16,
18,19,21
53:13,18

**54:19 56:7,8**
57:6,8,12
61:20 66:17
67:19,20,22

**homosexual**
20:4,5,8

**honest**
13:11,14,19
14:1 24:19
81:2 90:24
97:1

**honestly**
13:14 22:14

**honored**
77:12

**honors**
77:15

**hooked**
82:3

**hooking**
23:13

**hope**
21:22 61:3
62:7 91:14

**horrible**
46:5 82:13

**horribly**
86:12

**host**
5:12 66:3

**hosting**
50:18

**hot**
70:8

**hotel**
51:15,16
69:2,4 71:3,
10

**hour**
20:2 48:17
49:2

**hours**
10:21 34:20
56:13 58:5

**house**
12:16 18:19
40:17 41:4

10.28.24 - Larry Reid Live

56:4 57:8,25
61:20 84:13
Houston
12:4 26:21
hover
7:6
HUCKS
4:17
huge
42:4
human
29:12 31:17
40:17 44:6,
7,8 73:22
87:25
human's
89:7
humanity
38:4 42:1
81:3,4
82:23,24
humans
6:23 27:4,5,
6 44:4
humiliating
58:2
humorous
3:21
hurry
31:21
hurt
49:1,23
66:18 73:21
82:18 88:20
89:3
hurtful
58:18
hurting
74:9
hurts
26:11

---

**I**

---

idea
66:19,20,21

identify
8:15
identity
21:20
IG
99:15
ignorance
63:2
imaginable
58:2
imagination
41:16
imagine
40:12 56:9
58:20 79:7
immediately
51:22,24
68:1
impactful
99:13
important
12:22 13:7
29:14,15
35:10 44:17
improperly
4:8
inability
27:13
inappropriate
19:19
incident
28:24 32:24
including
59:18
independent
67:16
Indianapolis
11:6
indiscernible
12:3 55:3
70:1 79:24
80:11
individual
18:8,14,22
individuals
17:10 30:9
64:9 81:13,

19
influence
14:22 83:10
84:14
info@
thembnnetwork
.org
95:10
information
19:16 22:10
45:15 81:18
informed
3:22
inherited
89:21
initial
46:20
initially
38:16
insecurities
26:11
inside
4:1 8:11
12:24 66:2
inspirational
10:9
inspire
14:4,14
inspired
3:22
instance
81:13
instances
65:21
Institute
92:3,5
intellectual
93:22
intending
44:4
intentional
64:10
interactions
53:6
intercessors
93:1

intercessory
9:17 10:24
interest
40:1
interested
13:16 28:25
96:25
interesting
13:11 15:20
33:12,13
46:10
internal
24:5 53:4
interpreting
39:12
intrigued
13:12 14:9
introduced
16:4
invest
11:20
investigated
72:15
investment
9:24 10:21
11:23
investments
9:25 10:4
investors
12:10
invite
99:3
invited
51:14 54:6
67:19
involved
28:21 50:24
inwardly
19:20 22:2
40:13 41:14
56:15 63:10
67:14 71:16
74:6
Isaac
43:18,24
44:16 75:9

issue
 84:1
issues
 44:20

_____

J

jacked
 43:25
Jacksonville
 11:16
Jacob
 43:18,25
 44:17 75:10
jacuzzi
 67:21,24
 68:1
jail
 16:18
Jake
 67:4
Jakes
 54:9,10,17
 55:10,21
 57:13 58:3,7
 60:24 61:8
 62:13 65:15,
 20 67:11
 68:8,12,14,
 20,24 69:13
 75:3 76:17
 77:9 80:20,
 22 81:3,20
 82:1,4 84:9,
 10 86:2,3
 93:5,21
 96:13
Jakes'
 82:2,23
jam
 54:23
Jamal
 79:24 80:1
January
 40:6
Jersey
 11:6

Jesera's
 34:12
Jesus
 12:17 72:7,9
 89:13 98:12
join
 3:17 9:13
 10:6,7 67:18
joined
 67:12
Jones
 54:11 55:3,
 5,6 66:8,11,
 15
Jones'
 54:21 55:1
journal
 19:18,20
 22:11
journey
 14:3,20
 39:20 45:15
 46:5 48:2
Joy
 10:13,20
judge
 15:9 19:3
jumped
 71:24
June
 55:12
jurisdiction
 73:7,8

_____

K

Karen
 11:19,22
karma
 82:9
Kaskel
 59:21 61:9
keeping
 17:14 21:11
Keion
 12:5,6

Keith
 49:18,20
 54:2,3,5,13
 61:10 77:9
Kendall
 8:20
kick
 42:10
kicked
 42:6,7,18
kicks
 27:13
kid
 31:20 39:11
kidding
 35:5
kids
 29:21
kill
 26:24 56:23
 73:11 88:19
killed
 37:8 62:20
 88:20
killing
 32:11 56:10
kind
 5:18 11:5
 14:8 33:22
 39:5,9 46:15
 49:25 55:10
 72:23 74:4
 84:4,23
 86:16 90:3
 94:16
kinds
 32:12 57:6
 60:2
king
 29:20 78:22
kingdom
 3:6 47:6
 79:5
kiss
 57:3
kissing
 85:24

knew
 4:9 19:21
 21:10 39:19
 50:4 52:6
 56:15 66:23,
 24 67:12,14
 72:1,23 73:3
knowing
 21:5 94:7
knowledge
 67:15 98:6

_____

L

Ladies
 16:4
lady
 19:17 51:5
 56:4
laid
 39:4 49:12
Lancaster
 11:15
lap
 51:23,24
large
 50:17
Larry
 3:3,6,20
 4:18,24,25
 5:3,11,12,13
 7:17 13:11
 27:15 37:6
 44:17 58:10
 62:13 87:19
 88:16 90:25
larryreidlive
.com.
 5:1,2
late
 8:22,24 9:1
 29:17 48:5,
 8,14
Latina
 11:24,25
Latrice
 9:18

10.28.24 - Larry Reid Live

laundry
  42:2
lawyers
  94:1
lay
  71:19
LDR
  3:4
leader
  3:2,5 24:16
  32:15 44:16
leaders
  25:8 26:11
  27:4 50:5
  75:18
leading
  20:5 40:12,
  16 46:22
  53:11 62:5
  77:6
leak
  13:2
learn
  28:12
learned
  22:18 42:8
  45:19
learning
  45:17
leave
  38:6 52:5
  66:19 72:13,
  17 92:12
  93:15
leaving
  72:24
led
  20:8 26:12
  47:4
left
  38:7 52:6
  66:14,16
  67:1 72:4
  73:5,6,12
  78:24 80:11
  97:12

leg
  75:13
legal
  93:25
legs
  34:23
lens
  47:21
lessons
  40:25
letter
  72:16
letters
  66:21 95:7
letting
  40:3
level
  22:3 33:15,
  22 67:13
liar
  77:19 78:2
license
  47:10,15
  53:17
lie
  77:21 78:1
  93:13
lies
  93:11
life
  11:13 12:23
  14:14,22
  15:7,22
  18:15 21:21
  22:16,21
  23:10 24:9,
  13,15 25:2,
  10 26:15,16,
  25 27:16
  29:24,25
  30:8 31:23
  37:19 40:18,
  19 42:5
  45:17 47:25
  57:20 58:22
  62:14,22
  64:1 65:9,16

68:22 73:22
  75:5 81:5
  82:10 85:8
  88:19 89:6,
  17 98:10
lifetime
  75:17
light
  67:3
lighter
  91:5
lights
  67:25
likes
  86:24
Likewise
  96:1
lines
  21:5 74:16
link
  91:21 95:14
list
  42:3 59:6
listen
  10:6,7 28:1
  31:10 80:21
  81:7 90:12
listened
  17:12,13
listening
  27:11 35:11
  58:20 60:9
  77:18 82:13
  87:19,23
  97:25
lit
  52:4
literally
  6:14 27:3
  39:5 46:25
  57:4 64:17,
  22
live
  3:20 4:25
  5:4,7,11,13
  6:16,17 7:8
  8:2,3,9,11

11:15 27:10
  37:10 54:18
  63:22
lived
  47:16
lives
  27:22
living
  89:23
local
  85:3
locations
  52:9
locked
  23:20 88:19
Log
  5:7
logging
  4:3 5:1
Lola
  14:24
long
  5:25 13:17
  17:11 35:15
  44:21,23
  56:12,20
  71:25 97:21
longer
  6:22 93:17,
  18,19
looked
  24:20 25:15
  26:22 37:15
  43:11 47:18
  61:2 69:6
  71:15 73:12
Lord
  36:20
lost
  48:22 61:23,
  24
lot
  6:7 16:12
  19:14 22:17,
  22 23:1
  26:10 27:11
  28:2,4 29:21

10.28.24 - Larry Reid Live

32:5,7  36:1
41:24  47:7
53:14  63:19
64:12  71:13
77:15,24
81:3,8,9,16
82:23  84:1
86:16  90:19
**loud**
  67:4
**Louisiana**
  11:10
**love**
  10:23,25
  11:14  12:6
  21:12  22:18
  28:5,7,15
  38:3  39:24
  45:11  47:17
  51:3,4  79:25
  82:20,22
  86:5  100:2
**loved**
  5:16  71:5
**Loveland**
  92:15
**loves**
  43:22  87:25
**loving**
  20:25  21:8
  22:3  23:10,
  12  34:1,18
**LR**
  13:21
**LRL**
  5:5,6  95:3
**lying**
  77:22,25
**Lynbrook**
  11:9

————————

**M**

————————

**made**
  26:16  27:2
  33:13  39:15
  40:6  42:4

57:22  68:21
72:12  75:2
77:9  79:1
91:4
**mail**
  95:16
**Mainone**
  9:23
**maintain**
  26:25
**major**
  40:18  72:14
**make**
  10:21,22
  14:15  17:5
  22:1  33:1
  38:23  40:10
  42:6  43:15
  44:12  60:21,
  22  63:2
  65:24  77:4
  78:20  89:5
  95:7  99:18
**makes**
  34:6  36:14
  70:11  84:23
  96:13,20,21
**making**
  4:7  11:8
  20:4
**male**
  18:13  22:18,
  19  50:19
  52:11
**malice**
  76:2
**man**
  11:14  12:23
  25:20  26:19
  34:21,25
  39:12,23,24
  42:17  44:19
  45:11  47:21
  48:12  49:10
  51:4,23
  56:18  62:4
  67:4  71:13
  72:6  89:1

94:8  97:12
**managed**
  51:12  62:15
**mark**
  42:9  59:19,
  20  89:16,20
**marketing**
  10:4
**marriage**
  30:24  33:15
**married**
  29:1,3,5,6,
  18,22  30:16
**Maryland**
  11:15
**massage**
  71:6,9,13,
  16,20
**massaged**
  72:21
**massages**
  71:5,11,22
**master**
  54:11
**master's**
  34:20
**matched**
  34:4
**matter**
  75:18
**mature**
  96:19
**MBN**
  3:3,9,15
  91:20  95:12
**mbnnetwork.
org.**
  95:1,15
**Mccaskill**
  51:2  52:1
  91:8
**Mcdaniels**
  55:19
**meaning**
  45:14  92:14
**means**
  73:14

**meantime**
  51:1
**measured**
  34:22
**media**
  5:14  6:20,21
  7:11
**meditation**
  3:18
**meet**
  13:22  51:8
  95:24  98:23
**meeting**
  20:1  21:6
  23:13  49:19
  96:2
**mega**
  84:12,15
**member**
  3:14  4:3  5:7
  18:8
**members**
  3:17,23,25
  52:10
**memo**
  94:21
**Memphis**
  11:18
**men**
  13:6  23:12
  27:11  34:20,
  21  35:25
  36:1  45:25
  46:3  49:6,25
  62:17  63:25
  64:4,7
  73:11,15
  75:4  88:1
  92:19
**mental**
  77:15  92:3,
  5,8
**mentioned**
  93:6
**mentor**
  96:17

mentor's
  96:16
mess
  30:18 37:3
message
  46:20
messed
  75:12
messing
  31:2
met
  34:18 81:9
Miami
  71:1,3
mic
  26:17
microphone
  58:3
middle
  46:21
Millionaire
  10:3
mind
  9:9 33:11
  75:10,11,12,
  14 77:7
  98:22
mine
  77:14 89:8
minimum
  17:6
minister
  12:24 58:4
ministered
  97:12
ministry
  3:10 14:7
  20:18 24:24
  46:25 54:24
  63:1 65:5
  85:18 89:3
  93:3 95:6
minors
  18:21
minute
  19:10 29:24
  32:10 34:16

42:1 46:2
minutes
  19:14 23:18
  62:19
mirror
  81:5
Mis
  6:3
miserable
  27:18
misfit
  4:21 6:3,4
  7:16
Misfits
  4:20
missed
  7:15 9:22
misses
  91:19
missing
  31:25
Mississippi
  11:18
mistake
  39:15 42:5,6
  75:2
Mm-hm
  85:5
Mm-hmm
  16:10 23:8
  77:13
molestation
  13:9
molested
  4:12 64:6
mom
  36:5 41:5,6
  42:13 53:3
  78:3,10
moment
  5:4 24:9
  25:20 27:12
  31:23 48:19
  51:25 57:4
  61:2,4 74:24
  81:22 83:23
  89:14 97:19,

25 98:1
moments
  45:8 62:6
momma
  42:14
Monday
  3:19
Mondays
  41:7
money
  71:14 80:10
  84:17 86:24
  91:18
months
  16:22,23
  38:8
morning
  3:18 8:19
  9:6,7,16
  38:9,13
  43:11 46:21
  48:21 49:13
  51:13 52:12
  57:10,11
  97:8
mornings
  39:4 41:12
  53:1
Morosgo
  95:16
Moses
  44:6 75:1,8
mother
  41:6 50:19
  51:2,6,7
  52:17,21,22
  54:4 55:23
  56:23 57:12,
  23 59:21
  61:9 91:8
motions
  74:6
move
  23:11 32:23
  42:22 63:8
  84:5

moved
  28:25 31:19
  63:1
moving
  25:18,21
  34:13 37:11
  40:20 69:14
  84:24
Multimedia
  3:1
multimilliona
ire
  10:3
mutual
  20:11
Mystic
  6:4 7:17

_____

N

named
  56:4 66:25
  77:19
names
  60:2 76:6
  97:11
National
  63:23 92:3,5
nationally
  68:20
natural
  63:6,14
naturally
  26:13 28:25
nature
  18:23 20:22
  34:2 47:3
  69:18
navigate
  21:15,18
  29:13
NDA
  81:14
NE
  95:16
needed
  4:7 29:13

10.28.24 - Larry Reid Live

34:22 50:25
68:14 72:17
75:3,6
needing
52:16
nefarious
88:14
negative
42:11
nephew
43:7
Nester
7:22
network
3:4,9,10,11,
16 91:20
95:12
news
3:20 5:14
47:24 85:2
nice
67:22
nigger
25:17 37:3
night
3:23 8:10
19:25 46:12,
13,18 47:11
48:15 54:13
57:23 58:2
60:23 62:14
71:4,5,12
78:25 79:5
98:16,23
Nimh.nih.gov.
92:6
nine-year
39:11
nobody's
73:22 77:19
noise
38:23
Nola
11:7
nonprofit
3:9

nonsense
70:5
Norfolk
11:7
norm
22:24 63:22
North
84:13
note
79:4
notification
7:10,11,12,
20,23
notifications
5:9 7:23
notified
5:6
notify
7:7,8
nugget
34:14
number
49:5 72:22
78:5 94:21
95:2,16
numbers
8:1

O

occupied
63:19
occurrences
28:11
October
18:7,15
offer
3:16
offered
72:25
office
20:3,9,10
official
46:9 47:1
Ohio
11:25 67:1

older
38:6 40:8
96:16
oldest
6:6 76:24
online
3:7 92:2
Ontario
11:11
open
3:18 13:14
38:25 91:20
92:4
opened
26:13 79:3
opening
47:1
openpathcolle
ctive.org.
91:21 92:2
opens
48:17
opinion
59:14 61:7
opportunity
22:9,10
30:11 88:23
97:5
order
17:7 42:22
98:2
organic
6:22
organization
3:9 38:1
49:11 65:25
66:3 67:2,18
68:19 73:10
91:22
original
3:6 19:4
overdrive
39:22
overdue
5:25
overseas
71:22,23

owner
3:4
ownership
76:10

P

packed
54:23
pact
86:13
paid
93:15
pain
34:15 44:20
49:22 59:10
60:19 63:19
83:22
painful
17:12 59:13
paint
69:25
Pan
10:2
Pantaleo
10:2
Pante
10:1
Pantoya
10:2
paper
84:11
parent
22:7 44:19
parents
37:25 42:10,
18 43:10,12
54:18 88:2
PARKS
4:11
parole
16:22 17:1,
4,5
paroled
17:5
Parsley

12:1

**part**
9:19,20
10:23 17:13,
18 22:21
50:20,25
52:11 54:25
55:1 63:25
76:7 81:8
94:9

**participant**
15:15 21:9

**participate**
3:25 60:13

**participated**
10:24

**partners**
3:11

**parts**
13:22 50:24
61:9

**pass**
77:7 90:8

**passed**
38:2 52:15
59:14,16
69:16,17

**passionate**
81:1

**past**
31:24 34:15
57:2 63:18
75:8

**pastor**
12:5,6 18:7
20:19 24:16
37:25 41:20
44:15 46:13,
14 62:3 83:4
85:25 88:11,
23

**pastoral**
3:24

**pastoring**
29:23 30:16
40:12 63:3
65:23 85:3

86:9

**pastors**
13:4 25:8
63:21 65:22
73:7 84:19

**path**
20:6 32:11
40:16 91:21
92:4

**patreon**
3:14,17,25
4:2 5:7,8
8:11,18 9:20
10:6,7,10,14
12:11 98:16,
18,19,23
99:3

**patreon.com/
larryreidlive**
3:15 4:3

**patreon.com/
larryreidlive
.**
5:8 9:21

**patron**
3:23

**pause**
34:13

**pay**
84:16 95:7

**paying**
71:8

**payments**
84:18

**peace**
27:19 31:19,
21 32:5 68:5

**pearls**
44:9

**Pearson**
8:11

**Pearson's**
8:12 10:12
98:17

**peeing**
78:23

**peeling**
64:23

**Pennsylvania**
11:12 17:3
19:5

**Pentecost**
66:3,22

**people**
4:6 6:12,13,
14,18,24,25
7:1 8:2,4
10:13 11:1,
20 13:1
15:19 17:14,
20 21:4,6,10
23:10,14
24:21 26:18
27:1 29:15
32:7,12
34:1,18
35:12 36:23
40:13 46:2,
23 47:2,7
51:17,20
53:11 58:13,
14,20 59:19,
20 61:13
64:5 66:16,
20 68:21
69:17 73:8
74:2,3,8,9,
10,11,14
78:17 80:1
82:5,6,14
83:14 84:23
85:7,11
86:16,17
87:7,18
88:8,18 89:2
93:15,20
97:10,18,19
99:6

**percent**
30:2,4 64:8,
13

**perfect**
70:1 79:5

**perfection**
82:25

**person**
13:12 14:6,
8,14 17:11
19:19 20:2,
5,17 24:11,
16 27:1,3,13
29:10 40:22
44:15 49:5,
19 50:6
52:10,17
54:14 55:18
56:2,10
57:18 58:18
59:2 66:25
70:2 71:9,10
77:18,19
78:7 79:18
86:18,19,21,
23 87:3,25
91:4 96:4,6
97:25

**personal**
23:10 34:3
65:8 81:19
85:2

**personality**
3:1

**personally**
26:24 33:15

**perspective**
4:25 31:14,
15,16 47:20

**pew**
25:19

**phased**
69:12

**phases**
15:6,7 50:21

**Philadelphia**
51:8

**Philly**
11:8 51:8

**phone**
51:2 52:1,2
57:12,13,22

86:14 94:21
95:2,4
phonetically
7:21 67:5
photo
43:11
pick
37:16 49:16
picked
49:18 51:22
picture
43:10 45:12
69:25
pictures
83:20
pieces
80:8
pilot
22:16,22
pit
25:19,21,22
66:8 78:25
Pittsburgh
11:10 49:15
54:12 57:17
62:23
place
35:17 39:25
47:22 56:3
57:6 62:10
63:12 68:24
73:25 88:2
plan
66:18
plane
73:1
planned
66:20
planning
22:17,20
68:17 81:8
plant
28:19
platform
6:1 11:20
88:22 94:4,
19 97:5,17

play
12:15 52:17
99:19,21
played
4:23 5:10
7:22 9:4
12:2 15:1
17:22 21:17
24:7 25:5
29:11 33:17
37:14 40:24
44:13 48:1
51:10 55:15
58:15 62:9
66:5 70:15
75:21 79:2
83:11 87:16
91:24 95:25
playing
11:2 22:9
podcast
86:11
point
24:11 62:13
69:14 72:10
81:4 87:18
pointing
41:2
poison
19:23 20:6
25:3 60:15,
17 85:7
police
27:18
polygraph
17:15,16
pool
25:19,21,22
66:8 78:25
poor
12:8
poplar
7:1
popular
54:21
position
83:9

positions
88:9
positive
69:19 73:4
post
7:2 82:1
posted
10:8
posts
7:8
Potter
84:13
potter's
84:13
pounds
91:5
Pouring
56:13
power
83:10 86:24
powerful
15:8 16:1,15
26:22 45:9
79:11
pray
42:5 93:2,4
94:8,11,13
95:4 97:18
98:12
prayer
3:16,18
9:17,20
10:24 65:9
94:12 97:17
99:19
praying
49:4
preach
25:18 46:17,
18,25 47:8
54:6,16,20
58:3 68:15
79:3
preached
46:19 49:24
54:4,7 55:22
58:6

preachers
13:6 25:8
59:14 77:11
81:9,16
preaching
46:1,7,12,25
47:10 51:3
52:8 54:7,8,
13 62:3
66:7,9 85:3
predator
86:23
predators
60:6
predilections
64:19
predispositio
ns
64:19
prepare
52:16
prepared
90:23
presence
32:19
present
32:19 63:17,
18 74:23
pretty
50:1 63:6
76:14 79:19
primarily
26:10 43:22
prior
22:16 24:2,3
40:20 66:24
prioritizing
17:20
prison
16:21
private
21:13 27:19
73:1
privately
10:14 91:1
pro
16:21

10.28.24 - Larry Reid Live

probation
16:21 18:18
problem
26:8 50:5
81:4 84:7,9
process
16:20 17:3,
19 29:23
30:8,9,10,12
33:13 42:8
43:20 67:23
74:18 95:12
produces
27:21
professional
70:16,17
professionals
3:11
program
51:18
programming
9:8 98:21
promise
44:3
propensity
25:9
proper
8:1
property
93:22
prophecy
3:16
prophesied
49:24
prophesies
77:7
prophesy
73:10
prophet
58:24 77:5,
8,12 79:11
80:3
prophet's
95:5
prophetic
77:6 79:21
80:2 95:5

prophets
3:24 77:6
protect
59:22
protected
4:5
protecting
82:6
protection
27:14 42:7
82:5
protective
69:18 70:12
protector
4:5
proud
12:11
proven
30:7
proving
62:18
psychological
79:8
pu
21:12
public
3:18 93:7
publicly
33:14 58:14
86:1 99:8
publisher
90:23
pull
61:2 77:10
pulled
48:7 57:2
pulling
25:11 27:24
61:11
Purchased
5:1
purpose
88:14
pushing
6:23 93:11
Pushpay

95:13
pushpay.com/
gforgiven/
thembnnetwork
.
95:14
put
7:11 10:19
11:17 17:13
45:3,7
48:14,15
51:13,22
52:9 68:19
70:8 78:13
81:25 90:12
91:18,21
92:5 94:21
95:2,3
putting
23:25

---

Q

Quander
47:5 53:16
61:8 66:1,7,
9 75:3 76:17
Queens
3:7
question
20:14 46:5
53:20 60:25
questions
10:5 21:23
28:24
quick
12:17,18
23:23 24:1,8
37:12
quicker
56:25
quickly
24:4

---

R

radically
14:22
radio
3:10
Raise
15:11
rampant
15:19
rang
52:1
raped
4:12,19 49:9
50:12 52:20
63:25
rarely
21:6
raw
3:21 14:1
reach
40:7
reached
17:11
read
42:9 58:4,6
79:1,4,7
ready
9:10 10:17
16:2 47:25
58:22
real
9:24 14:2
26:24 62:11
69:13
reality
26:25 27:21
32:19 35:13
82:19
realize
31:25 43:21
46:2 48:19
62:5 64:11
74:10 75:1
realized
13:19 43:20

49:5
**realm**
  26:3
**reap**
  28:18
**reason**
  6:17 17:17
  23:9 34:17
  44:24 74:11
**reasons**
  29:15
**recall**
  38:18 66:14
  81:24
**received**
  19:16
**recognize**
  87:18
**recommended**
  42:9
**reconditionin
g**
  9:9 98:22
**record**
  77:7
**recording**
  3:2 50:22
  100:3
**recovery**
  98:9
**reemerge**
  73:15
**reform**
  28:9
**Reformation**
  3:5
**regard**
  25:24
**regular**
  11:5
**rehearse**
  52:18
**Reid**
  3:3,6,20,24
  4:6,9,14,19,
  25 5:3,11,12
  7:17 8:22,24

9:1,3,5
11:22 12:3
15:2 16:7,
11,15,25
17:23 18:1,
9,11,25
19:8,10,13
20:14,17,21,
24 21:22,25
23:1,4,9,25
25:6,14,17,
24 26:1,3,6
27:23 28:4,
7,9,11,15,
21,23 29:3,
5,8,24 30:3,
6,14,18,20,
23 31:2,4,6
32:14,17,22
33:3,6,8,10,
18 34:7,10
35:2,4,7,19,
21,25 36:4,
7,9,12,14,
17,20,23
37:2,8,15,22
40:19,25
41:22 42:13,
17,21,24
43:1,4,7,13,
19 44:1,23
45:5,24 46:8
50:7,14
53:15,20,22
55:3,6,8,13,
16,20 59:1,
5,7,13,24
60:1,4,6,9,
12,16,23
61:19 62:1
63:13,16,21
64:3,17,22
65:1,4,15,20
67:3,8 68:9
70:6,11,16,
19,21 72:7,9
74:1,13
75:7,16,22,
25 76:4,6,9,

13,21 77:14
78:10,19
79:3,10,13,
16 80:6,14,
16,19,22
81:15 82:11,
17,20,22
83:2,6,9,12,
14,17,19,25
84:4,7 85:5,
14,19,23
87:2,5,9,11,
20 88:12
89:9,13,18,
25 90:3,6,
10,12,17,20
91:6,12,16,
25 94:7
95:21,23
96:2,4,6,13,
15,25 97:7,
14,16 98:12,
14 99:2,8,
10,13,22,25
**reinforced**
  39:16
**rejected**
  26:8,15
**rejecting**
  39:23
**rejection**
  26:15 39:9
**related**
  21:19 46:6
  58:14 82:1
**relating**
  88:7
**relationship**
  30:24 31:4
  40:5,9 41:4
  62:16 69:13
  70:17
**released**
  16:23 90:16,
  18 93:24
  96:22
**remember**
  5:22 7:22

8:20 9:17
23:16 26:21
31:12,20
33:21 34:19
41:9,10
55:12 57:5,
6,21 58:17
61:19,20
62:3 84:22
**repass**
  51:15
**repeat**
  89:11
**repeated**
  38:15
**replay**
  87:23
**reprimand**
  79:22
**request**
  4:7
**Resource**
  63:24
**resources**
  92:7,12,24
**respect**
  31:16
**respected**
  47:6
**response**
  54:23 63:23
  69:7
**responses**
  64:18
**rest**
  4:2 6:12,13
  57:20 62:22
**result**
  97:22
**rethinking**
  45:9
**return**
  45:15
**returning**
  45:16,18,19
**revival**
  47:11,12

54:9 62:5
**revoke**
19:3
**revoked**
19:4
**rewire**
98:20
**rewiring**
9:8 98:22
**Richard's**
46:18
**ride**
48:3
**rings**
57:12
**rising**
69:9
**robe**
38:25
**robot**
6:22
**Rod**
12:1
**rode**
49:12
**rolodex**
33:11
**room**
12:13 16:8
26:20 38:18,
22 39:1
48:9,14,19
51:15,16
52:1,3,12
56:12 69:12
78:14,19,20
81:4 82:23
**rooms**
51:16
**Rouge**
11:10
**route**
93:25
**row**
66:6
**ruined**
41:16

**rule**
54:18 57:25

___

**S**

___

**SA**
18:6 19:5
72:11
**sad**
22:21 73:8
81:18
**saddened**
85:13
**sadly**
18:14
**sadness**
22:14
**safety**
70:8
**sailors**
50:17
**saints**
88:6
**sales**
28:5
**samh**
92:9
**Samhsa.gov.**
92:10
**sandwich**
94:16
**Sarah**
44:7 93:24
**sat**
49:22 56:11
66:10,17
**Saturday**
41:7 51:13
**Saturdays**
4:2
**saved**
72:22
**savior**
61:2
**scenarios**
53:10 56:15

**scene**
86:17
**schedule**
51:13
**scheduled**
54:8
**school**
37:3,5 38:7,
13 39:7
**screen**
9:6 95:18
**script**
40:18 73:6
**scripture**
43:17
**sea**
95:1
**seat**
39:8 49:22
**Seattle**
12:12
**seconds**
51:25
**secret**
21:12,13,14
22:3,10
**secretary**
17:11 19:24
83:3
**secretly**
21:12 22:19
**section**
94:22
**security**
70:7
**seed**
82:8
**seemingly**
24:8
**send**
44:2 77:11
**sending**
44:10 83:20
90:4
**sense**
10:22 60:21,
22 68:21

70:11 77:19
96:21
**sentence**
19:7
**sentenced**
19:4
**separate**
78:14
**series**
3:6
**serve**
17:4
**served**
89:2
**service**
46:22,23
54:4,6,22
57:23,24
69:3
**services**
54:19 91:23
92:8
**serving**
19:6 20:21
**set**
27:6 51:24
82:7
**setting**
82:6 83:15
**settled**
32:5
**setup**
19:16
**seven-year-
old**
65:18
**seventh**
18:20
**sex**
27:20 33:16,
19 35:12,16
69:9
**sexual**
5:18,19 13:9
21:19,20
52:12 53:7
58:8 63:24

10.28.24 - Larry Reid Live

93:21

**sexuality**
21:20 99:5

**sexually**
36:17 39:3
84:16

**shaken**
68:4

**shaking**
34:15

**shame**
39:11

**shape**
21:18

**shapes**
89:21

**share**
6:6,24 8:10
9:24 31:16,
17 43:15
73:25 81:24
88:22 91:2
97:5

**shared**
53:12 70:2
72:24 73:9
91:1 93:6

**sharing**
6:1,7 18:22
31:20 41:1
74:3

**Sherman**
66:25 67:3
76:18

**shielding**
8:2

**shocked**
86:4 87:13

**shoes**
24:1

**shoot**
9:15

**short**
22:15 24:12

**shot**
9:7 73:11
95:18

**show**
3:20 4:25
5:12,14 7:12
8:4 12:15
23:22 64:8
94:10,12

**shown**
93:25

**shows**
37:12

**siblings**
23:17,18

**sick**
73:2

**side**
37:21 51:17,
18 70:3

**sigma**
4:6

**sign**
5:8 8:3
10:10 15:24
99:25

**simply**
22:23 25:3
27:18

**simultaneous**
80:5,23 87:8

**sincerity**
41:25

**sing**
50:22 51:12,
13 52:21

**singing**
50:15 51:7,
14 52:22

**single**
23:11

**sinners**
88:5

**sir**
16:6 28:22
34:13 35:6
96:5,12

**sister**
6:6 31:22
36:5 38:6,8

39:7,16
40:4,9 41:3,
9 42:9 45:11
52:25 53:1
56:4 69:22

**sister's**
38:10,17
39:1

**sit**
32:9 49:20
88:10,22

**sitting**
39:8 56:17,
20 57:14
58:10 65:9
66:6,8 93:20

**situation**
12:25 20:24
24:10 50:5
53:15,23
65:16 74:3

**situations**
84:5

**size**
29:20

**skinned**
67:3

**sleep**
34:21 36:1
49:1,2,3
57:9,18
62:23

**sleeping**
36:9 56:3
83:2,3

**slide**
24:12

**slow**
92:10

**smile**
78:2

**social**
5:14 6:19,21
7:11 49:19

**software**
6:22

**sold**
14:15

**soldiers**
50:17

**Soler**
67:4

**somebody's**
14:10 15:9
22:11 83:6
87:23 89:6

**someplace**
60:18

**something's**
39:10,13
73:3

**son**
8:12 19:17
47:13 66:13
68:3 76:24
98:17

**songwriter**
3:2

**sort**
5:25 25:11
70:7,19
86:21

**sounds**
13:3 33:13
61:6,15,21

**sow**
28:18

**space**
72:5

**speak**
12:23 13:17
15:17 20:3
39:8 52:2

**SPEAKER**
3:1 4:24 5:3
8:21,23,25
9:2

**speaking**
49:4 77:24
80:5,23 87:8

**speaks**
58:3

special
   47:8
spelling
   36:25
spend
   16:22 35:14
spending
   71:14 88:5
spent
   69:14
spiel
   10:7
spirit
   76:23 98:2
spiritual
   3:2,5 8:12
   43:22,23
   67:5 69:20
   72:19 74:5
   98:9
spiritually
   59:19
spite
   44:4 75:19
spitting
   10:11
spot
   61:17 88:13
Stacy
   7:15,18
stage
   24:25 25:1,2
   26:8,13,14,
   15,17,23,25
   27:2,3,12
   42:5 84:20
stages
   84:16
stairwell
   38:22
stand
   4:14
standing
   26:20
start
   15:4 20:2
   42:10 45:19,

25 46:1
48:16 62:7,
16 74:25
86:21 89:16,
19,20
started
   7:19 9:6,7
   23:20 29:22
   30:16 39:20,
   22,24,25
   44:6,8 46:7
   49:4 50:8
   53:5 54:20,
   23 57:2
   63:7,12
   65:23 66:9,
   14 67:1
   71:23 84:8
   97:2
starting
   54:9 86:10
state
   10:19,20
   17:3
states
   63:24
status
   79:8
stay
   5:3 17:7
   63:17 66:2,
   23 67:14
   99:22
stayed
   71:3
staying
   38:19
step
   20:9 38:21,
   22 39:6
   57:11
stepped
   20:10 24:25
Sterling
   14:24
stick
   4:21

stipulation
   18:1 19:2
stipulations
   17:6,8
stirred
   44:18
stock
   10:4 69:8
stolen
   93:23
stone
   69:8
stop
   38:14 82:19
   89:14
stopped
   35:15 61:24
   86:9
stories
   58:16 81:18
   82:13 85:17
   93:10
storm
   72:14
story
   6:2,7 7:17
   13:2,21,22
   14:13 17:11,
   12 25:7 34:3
   37:19 41:10
   50:11 59:9,
   10,13 61:9
   64:12 72:6
   73:25 74:17,
   18 75:19
   76:7,8,19
   77:1 78:14,
   17 80:2
   81:25 82:1,
   2,3 84:11
   85:2,23,25
   86:2,24
   88:17 91:3,
   11 93:9,10,
   21 94:5
straight
   23:19 68:16

Strategic
   10:3
stream
   7:25 99:19
streaming
   3:7,10 13:15
street
   19:3
streets
   5:14 17:7
strength
   89:4
strengthen
   16:16
strong
   88:25
struggle
   91:22
studied
   63:6
studies
   64:8
studio
   11:24 94:15
studios
   11:21
studious
   63:4
study
   20:2 65:9
stuff
   6:23 8:3
   10:12,14
   31:7 32:12
   37:20 44:16
   50:1 52:24
   53:3,7 61:25
   62:2 65:7
   72:23 74:4
   77:20 79:23
   81:10,17
   82:19,21
   84:4,23 86:5
   88:1,25 90:9
   93:21,22
   94:19

10.28.24 - Larry Reid Live

subscribe
  5:4 6:13,19
substance
  92:8
successful
  24:24 88:25
successfully
  84:10
suffer
  40:3
suffered
  5:18 86:11
suicide
  86:12 88:18
suite
  69:4 95:16
suits
  67:4
summer
  53:9
Sun
  11:17
Sunday
  8:19 9:6,7
  46:21
Sundays
  3:16 41:7
super
  7:1
supporting
  95:6
supportive
  29:9
supposed
  17:24 39:24
swallowed
  96:19
system
  27:6,9

---

**T**

---

table
  56:12,17,24
  62:18 88:10

tag
  31:6
takes
  43:23
taking
  17:16 28:1
  56:2,7 63:11
  88:2
talent
  11:14
talk
  5:14 13:14
  15:5,18
  16:20 19:20
  27:24 39:13
  40:10 43:22
  49:8 56:8,11
  59:15 62:11
  64:4,24
  65:5,7,22
  67:19 79:18
  80:20 89:7
  93:10 94:1
talked
  9:22 21:2
  34:18 67:18
  72:11,14
  81:9 93:7
talking
  8:13,21 11:4
  12:7,8 15:12
  21:6 32:14,
  15,17 35:14,
  16 37:6
  40:13 56:14,
  18 65:18
  70:5 80:6
  84:17 85:17
talks
  89:23
Tallahassee
  11:10
taught
  41:17 88:4
tax
  94:18 95:1
TD

54:9,10
60:24 61:8
62:13 68:24
76:17 77:9
81:3 82:1,2,
4,23 84:9,10
86:2,3,4
93:5,21
TD's
  86:5
tea
  97:12
teaching
  47:6 62:3
  98:19
tears
  40:7 56:18
  66:17
tech
  10:4
technicians
  3:12
teens
  29:17
telephone
  57:14
television
  48:16 50:22
telling
  14:13 19:17
  25:6 31:12
  45:12 58:17
  59:9 62:12
  63:7 66:17
  72:4 77:1
  86:4 87:25
  88:16 97:2
tells
  13:12 85:25
ten
  19:5,6 33:20
  37:15 64:5
  74:19 83:23
  94:23 99:15
ten-year-old
  39:11

Tennessee
  11:6
tens
  97:9
terribly
  12:22
test
  17:16
testimony
  46:22
tests
  17:16
Texas
  11:11,15
  12:4
text
  5:5 7:24
  78:4 95:9
  99:2
thankful
  41:25 88:16
thelovelandfo
undation.org.
  92:16,17
theology
  8:13,16
  98:18
therapist
  34:12 73:24
  91:8,20
therapy
  4:1 34:19
  73:24 74:21
  81:22 92:15
therapyforbla
ckgirls.com.
  92:20,21
therapyforbla
ckmen.org.
  92:22,23
there'd
  62:10
thing
  18:16 20:12,
  19 24:13,15
  27:21 32:4
  36:14 37:2

53:2 57:15
58:2,8 59:8
60:20 62:20
63:14 65:15
66:24 69:1
71:7 72:19
76:10 77:16
78:13 86:7,
22 87:2,21
91:9 93:20
97:11
**things**
17:20 18:22,
23 19:14,19
21:14 24:7
26:9 28:9
32:3 33:21
34:1 37:13
40:21 41:2
42:11 43:9,
15 44:24
47:3 52:13
53:7 57:16
58:11,12,13
64:24 68:16
72:18 73:9
76:11,12
77:7 81:9,19
83:7 85:8
86:11 87:17
88:21,23
93:8 97:20
99:6,14
**thinking**
15:24 22:17
25:8 49:7
98:20
**thirdly**
57:20
**thou**
11:21
**thought**
4:7 7:5 23:1
34:4 38:16
62:10,15
71:13 73:12
75:2 78:14

**thoughts**
41:14 45:9
57:7
**thousands**
34:20 97:9
**threw**
71:24
**thrived**
26:14
**throw**
94:23
**Thursday**
9:19
**Thursdays**
4:1
**Tice**
10:25
**Tier**
3:22,23,25
**tiers**
4:1
**tight**
78:12
**time**
7:2,7,8
13:13,23
16:3 17:4
18:12,17
19:1,3 20:23
22:21,23,24,
25 24:9,25
27:5 29:19
35:14 38:5
39:3,23
41:20 44:22,
23 47:4
50:18 51:19,
20 52:18,24
53:5 54:12
56:3,17 64:1
65:6 66:2,12
67:15,23
68:7,16
69:9,20
71:4,25
78:20,21,22
80:19 87:14

88:5 95:13
96:22,23
97:21
**times**
25:10 55:11
61:6 89:23
**tip**
78:23
**title**
90:13
**titles**
88:9
**today**
3:14 4:3
5:1,9 8:5,9
24:11 33:4
46:24 73:20
76:25 89:6
97:14
**told**
4:9 19:21
20:17 22:7
39:17 41:15
52:6,13
57:23 58:1
65:16,17
66:15 68:7,
10,14 70:7
72:15 73:2,8
77:18 79:19
88:4 91:9
97:1
**tolerated**
4:16
**tomorrow**
8:10 35:11
98:16
**tongues**
49:4
**tonight**
12:4 27:8,
10,11,23
41:1 42:6
43:16 46:11,
17 47:15
57:24 58:20,
23 65:6
75:15 87:19

88:17 89:7
91:7,14,16
95:2 99:14
**tools**
98:2
**top**
78:22
**topics**
3:21
**Toronto**
11:11
**total**
72:5
**totally**
24:8 25:1
30:12 42:1
47:22 50:3
62:19
**touch**
58:24
**touched**
97:14
**touching**
20:11 49:11
71:23
**tour**
11:24 50:23
52:17,18,19
**towel**
71:19
**toxic**
23:12
**tragedy**
27:7 43:21
**tragic**
59:3
**trained**
21:13
**transpired**
19:15
**Trap**
3:7
**trash**
58:23
**trauma**
27:7,8 29:21
42:14 63:23

64:18,20
89:11,12,21,
24 98:5
**traumatic**
61:16
**travel**
49:14 51:3,6
**traveled**
71:8 80:7
**traveling**
71:7
**treasures**
44:9
**treated**
75:18
**trick**
76:24
**trigger**
15:21
**triggered**
5:22 19:2
**trip**
72:20 73:1
**trouble**
7:4,5
**true**
26:9 61:15
**Trump**
96:17
**trust**
58:25 62:17,
18 72:8
**trusted**
70:19,21
**trusting**
94:4
**truth**
31:9,12,15,
20 61:12
75:25 97:1
**tub**
70:8
**Tuesday**
9:17,19 41:7
**Tuesdays**
3:22 39:2

**tune**
3:16
**tunnel**
91:2
**turn**
5:9 7:2
14:20 16:13
63:8 71:21
83:19 87:12
**turned**
7:3 11:1
36:17 66:13
87:9
**turning**
14:4 86:22
87:3
**TV**
13:15 48:11
**twin**
96:19,20
**Tyese**
37:10
**type**
14:6,7 20:22
23:4 40:17
71:9
**types**
33:24 59:20
96:18
**Typically**
14:18

———————————

**U**

———————————

**Ultimately**
20:7
**unable**
24:23
**unbeknown**
51:18
**Unbeknownst**
68:11
**unbelievable**
31:22 54:23
56:13
**uncomfortable**
49:7 66:10

71:17,18
**understand**
15:2 20:15
21:25 22:1
23:6,23
24:1,8 39:10
41:25 42:19
47:20 50:2
52:23 62:6
70:6 81:14,
16 83:2,3,12
**understanding**
9:8 38:3
98:6,22
**understood**
26:23 56:16,
19 81:11
**unfortunate**
85:1,20
**unhealed**
98:8
**unhealthy**
88:7
**UNIDENTIFIED**
3:1 4:24 5:3
8:21,23,25
9:2
**unique**
93:3
**universe**
28:17
**unresolved**
44:20 98:7
**upbringing**
17:13
**update**
8:6
**upstairs**
38:11 48:8

———————————

**V**

———————————

**vacation**
69:22,23
**Vegas**
72:20

**vehicle**
48:5 49:15,
16 55:24
**Venmo**
95:6
**verified**
61:10
**verify**
61:13
**versus**
4:16
**vest**
11:17,18
**vice**
38:1 67:11
68:20
**victim**
5:19
**video**
27:10
**videos**
81:2
**views**
8:2
**violate**
17:1 59:22
60:2 70:9
**violated**
53:11 62:19
64:6 78:13
84:16 86:23
87:3
**violating**
60:14
**violation**
16:21,25
17:17,23
**violators**
60:6
**Violence**
63:24
**Virginia**
11:7
**virtual**
3:24
**vocalist**
50:19,20

10.28.24 - Larry Reid Live

voice
  65:4
voices
  77:6
vulnerable
  88:8

---

**W**

---

W-O-L-Y-N-N
  89:21
Wade
  54:10 55:5,6
  66:8
wait
  29:24 34:7,8
  42:1 46:2
waited
  87:5
waiting
  93:21
wake
  97:8
walk
  26:19 27:12
  30:9,11 57:2
  63:18 65:8
  97:11 98:1
walked
  28:12 40:22
  48:14 56:25
  65:9 71:25
walking
  16:16
wanted
  13:18 15:21
  20:4,25
  21:1,4,8,11
  33:10 56:4
  68:15 72:13,
  17 75:5
  88:24 90:22,
  24
wanting
  67:18
warning
  15:21

Washington
  12:12
watch
  6:2 7:16
  27:10 56:21
  86:17 97:11
watched
  81:1,7
watching
  6:10 8:3
  10:19,25
  25:9 42:5,17
  48:16 58:11
  66:11
water
  57:14
WATERS
  4:4
Watkins
  66:25 67:3,
  17 68:8,12,
  13,15 70:2
  71:5 72:14
  75:3 76:18
  81:20
Watkins'
  69:16
ways
  28:18 95:17
weak
  40:1,2,15
weakness
  88:13
wear
  11:16 67:4
website
  91:25 92:6,9
Wednesday
  3:23 8:18
  9:5,13,15,
  16,18,22
  98:19,23
week
  71:1 99:16
weeks
  52:8 69:21

whatnot
  21:5
white
  8:12 15:17
  36:23 48:8
  94:2 98:17
Whitney
  26:21
who've
  88:18
whore
  83:7
wick
  79:23
wife
  29:9,16
  57:19 62:24
  68:25 69:3,
  4,16 83:7
Williams
  14:25 49:18,
  20 54:2,3,5,
  13,15 61:10
  77:9
Wilson
  47:5,10
  48:18 53:16,
  23 61:8 62:4
  63:7 66:1,7,
  9 75:3 76:17
  81:20
Wilson's
  47:5
window
  24:12
wings
  93:21
winning
  50:21
wipe
  60:21
wiped
  80:10
wisdom
  41:1 65:10
woke
  49:4 52:12

  78:22
Wollen
  42:9
Wolynn
  89:21
woman
  25:20 29:5
  30:5 36:9,18
women
  23:11 36:1,
  2,4,10 59:15
  63:25 64:4,7
  88:2 92:19
won
  50:15,20
wonderful
  25:2 42:8
wonderfully
  88:24
wondering
  40:8
word
  51:23 95:5,9
words
  5:6 21:12
  33:24 54:17
  69:8
work
  14:6 41:11
  86:17 96:19
  97:24 98:3
working
  41:6 46:1
  60:19 63:19
works
  7:13
world
  3:13 8:6
  13:9 22:5
  23:21 30:5
  57:7 64:5
  83:12 84:15
worldwide
  68:21
worry
  48:25 68:3

10.28.24 - Larry Reid Live

| | | | |
|---|---|---|---|
| **worse** | **years** | 20 34:9 | 18,21 91:7, |
| 24:15 27:2 | 4:20 6:21 | 35:1,3,6,8, | 13 93:2 94:6 |
| 89:8 | 13:4,15 | 20,22 36:3, | 95:19,20,22 |
| **wounds** | 18:12,16,18 | 6,8,11,13, | 96:1,3,5,12, |
| 26:11 | 19:5 20:21 | 16,19,22,25 | 14,24 97:4, |
| **wow** | 33:2,9 37:23 | 37:7,18,23 | 13,15,22 |
| 19:8 41:2,22 | 38:2,5 39:18 | 41:6,23 | 98:11,13,25 |
| 43:13 62:1 | 41:9,10 | 42:16,20,23, | 99:1,7,9,12, |
| 63:13 75:1 | 45:16,17,18, | 25 43:3,6,9, | 21,24 |
| 91:6 | 19 47:9 | 14,20 44:2, | **younger** |
| **wrap** | 48:12,21 | 6,7,8,14 | 38:7,8,10 |
| 71:19 | 50:3 52:21 | 45:4,23 | 40:9 |
| **wrapped** | 53:10,12,13 | 46:4,9 48:2 | **yous** |
| 57:3 | 54:1 56:9 | 50:13,15 | 78:2 |
| **write** | 58:18 66:24 | 51:11,22 | **youth** |
| 45:1 90:14 | 67:22 69:14, | 53:17,21,24 | 51:9 |
| **writing** | 15 73:18 | 55:4,7,9,14, | **youtube** |
| 19:18 26:21 | 74:19,20 | 18,21 58:4, | 4:23 5:5,10 |
| **written** | 82:1 87:6 | 16 59:2,6, | 6:11,15 7:7, |
| 19:17 40:18 | 95:23 96:16 | 12,23,25 | 18,24 8:9 |
| 66:20 90:15, | **yesterday** | 60:3,5,8,11, | 9:4 12:2 |
| 22 | 55:12 | 15,17 61:18, | 15:1 17:22 |
| **wrong** | **York** | 23 62:2,10 | 21:17 25:5 |
| 4:17,18 | 11:9 23:17 | 63:14,20 | 29:11 33:17 |
| 20:12 39:9, | **young** | 64:2,16,21, | 37:14 40:24 |
| 10,12,13 | 29:16 58:4 | 25 65:2,3, | 44:13 48:1 |
| 42:21 67:16 | 66:16 78:11 | 13,19,23 | 51:10 55:15 |
| 72:18,20 | 79:7,8 | 66:6 67:7,9 | 58:15 62:9 |
| **wrote** | **Youngblood** | 68:10 70:10, | 65:5 66:5 |
| 26:8 72:16 | 16:5,6,10, | 18,20,22 | 70:15 75:21 |
| 82:3 | 14,19 17:2, | 72:8,10 | 79:2 83:11 |
| | 25 18:5,10, | 74:2,14 | 87:16 91:24 |
| ——————— | 12 19:1,9, | 75:8,17,23 | 95:25 97:9 |
| **Y** | 12,15 20:16, | 76:3,5,8,12, | |
| ——————— | 20,23 21:3, | 20 77:13 | ——————— |
| | 18,24 22:14 | 78:9,18 | **Z** |
| **yadda** | 23:3,8,24 | 79:9,12,15 | ——————— |
| 76:18 | 24:3 25:13, | 80:13,15,18, | **Zelle** |
| **yard** | 16,23,25 | 21,24 81:16 | 95:10 99:2 |
| 7:25 | 26:2,5,7 | 82:12,18,21 | |
| **year** | 28:3,6,8,10, | 83:1,5,8,13, | |
| 12:21 18:19, | 12,14,20,22 | 16,18,24 | |
| 20 19:6 | 29:2,4,7,9, | 84:3,6 85:1, | |
| 29:22 30:16 | 12 30:2,4,7, | 6,15,20 | |
| 40:5 54:20 | 17,19,22 | 87:1,4,10, | |
| 69:21 70:23 | 31:1,3,5,10 | 12,17,21 | |
| 73:10 74:21 | 32:16,21 | 88:13 89:10, | |
| 80:20 | 33:1,4,7,9, | 14,20 90:1, | |
| | | 4,7,11,15, | |