# Exhibit 8

11.3.24 - Larry Reid Live

THOMAS DEXTER JAKES

v.

DUANE YOUNGBLOOD

VIDEO RECORDING

FILE NAME:      Larry Reid Live YouTube Video

DATE TAKEN:     November 3, 2024

Transcribed By:  Sarah Albaladejo

1                          INDEX TO EXAMINATION

2

3

4                                                   PAGE

5    Proceedings                                      3

6    Certificate of Transcriptionist                 88

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

11.3.24 - Larry Reid Live

1          MS. WATERS:  Even though he has not always been
2    protected, he's always been a protector.
3          MR. REID:  Broken people saw that sigma and done what
4    they thought they needed to do to the request that I was making.
5    And they just chose improperly.
6          MR. T. REID:  He never told me nothing.  I knew
7    nothing about it.
8          MS. PARKS:  I feel like everyone in my family in some
9    form or way has been fondled or molested or raped in some form
10   of fashion.
11         MR. REID:  I couldn't understand how God was in me
12   because I was that.
13         MR. BRYANT:  There was tolerated versus celebrated.
14         MS. HUCKS:  It's a wrong way and right way to do
15   everything.  And Larry always seemed to choose the wrong way.
16         MR. REID:  Yes, I was drugged and raped.  That
17   happened when I was 17 years old.  Misfits have an ability to
18   stick out.  But if the misfit accept that they absolutely cannot
19   fit in, then they become someone with the next --
20         UNIDENTIFIED SPEAKER:  Multimedia personality, comedic
21   commentator, songwriter, recording artist, spiritual leader,
22   author and actor, Larry D. Reid is the founder of The MBN
23   Network, owner of LDR Enterprises based out of Atlanta, Georgia
24   and the spiritual leader of the Reformation Church of Atlanta.
25   You can catch Larry Reid on the BET Plus original series Kingdom

1   Business and on American Gangster Trap Queens streaming online

2   at bet.plus.

3            The MBN Network is a nonprofit organization based in

4   Atlanta, Georgia.  We are a streaming radio and ministry network

5   funded by a network of partners that are professionals,

6   technicians, entrepreneurs and entertainers from around the

7   world.

8            Become a member of Patreon today at

9   patreon.com/larryreidlive to gain access to all that The MBN

10  Network has to offer.  On Sundays, tune in for prayer, prophecy

11  and coaching call available for patreon members only.  Join in

12  on the morning meditation and prayer call open to the public

13  Monday through Friday.  On Monday evenings, catch the digital

14  entertainment news show, Larry Reid Live as Dr. Reid discusses

15  an array of topics with a raw, humorous and controversial

16  approach.  Get informed and inspired on Tier Two Tuesdays, for

17  Tier Two patron members only.  Wednesday night breakdown with

18  Dr. Reid, the virtual prophets, pastoral counselors and coaches

19  available for Tier Two patreon members only.  Participate in

20  Therapy Thursdays and Financial Fridays for all tiers inside of

21  patreon only.  Saturdays, rest and be with your family.  Become

22  a member today by logging on to patreon.com/larryreidlive today.

23            Church critic by Dr. Larry D. Reid, an examination of

24  the Larry Reid Live Show perspective.  Purchase a copy today by

25  logging onto larryreidlive.com.  That's larryreidlive.com.

11.3.24 - Larry Reid Live

1          Stay connected to Larry Reid Live.  Take a moment and

2    like the Facebook page, subscribe to the YouTube page and hit

3    the bell.  Text LRL to 404-999-7527.  That's the words LRL to

4    404-999-7527 and get notified when we go live.  Become a member

5    of patreon.  Log onto patreon.com/larryreidlive.  Sign up, then

6    download the patreon app and turn on your notifications.  Get

7    connected today.

8          (YouTube ads played.)

9          (Larry Reid Live Show Intro.)

10         MR. REID:  All right.  Today's date is November the

11   3rd of 2024.  And you guys on Tuesday.  We're going to have to

12   make a decision about who we want to be our president.

13         How many of you let me know in the chat if you've

14   already voted?  I've already cast my vote and I told you guys

15   that my vote was for Kamala.  And the reason why is, that she

16   lie less than Donald Trump.  She don't tell as many lies.  But

17   she's definitely doing the political thing, you know, that --

18   that requires some -- a little bit of lying and polishing and

19   decorating the things.

20         And she's a woman.  I think it's time for a female

21   president.  We already had a Black person in the presidency.  So

22   the Black aspect.  And at the top of my list, it is more so that

23   I just think that she's more qualified and I also think that

24   she's smarter and got the right smart parts for the presidency.

25   And that's what I've done.

11.3.24 - Larry Reid Live

1          What do you do if you don't mind saying it in the chat

2    or in the -- or in the comments section who you voted for?  Oh,

3    a lot of you have already voted.  That is great, great, great,

4    great, great.

5          Okay.  So the conversation that we're going to be

6    having tonight is a continuation of the conversation that we had

7    almost, is it five or six days ago?  How many days ago we had --

8    it was on the 28th of October.  So however long that was.  And

9    since we have had that conversation publicly, there's a lot of

10   things that has transpired.

11         And I want to tell you what those things are.  And

12   then, I also want to ask him some questions as it relates to

13   that era.  Because prior to meeting him, you guys know that I

14   have had several discussions about Texas.  And I told you guys

15   in 2018 that it's all coming out of Texas.  And I will go ahead

16   and repeat what I've said before.  Patreons know this.

17         In that time, I was very vocal in patreon saying that

18   when I say everything's coming out of Texas, I'm speaking to a

19   few things.  One of the things is the mega pastors in the State

20   of Texas and now we see it in this year, have all had somewhat

21   of the same kind of situations.  And we do not have any proof as

22   far as video or doctor's report from kits and things of that

23   nature.  But some of these pastors have been found by their own

24   admission, been inappropriate, improper and way less than

25   perfect.  And we already know that anyway, I -- although some of

11.3.24 - Larry Reid Live

1  us like to live in a fantasy world and feel like that these men

2  and women that are in the pool pit and are prophets and have

3  these amazing gifts and talent and very, you know, they're

4  wonderful at what they do.  I think sometimes we forget these

5  are whole entire people, just like me and you.

6          And they have a past and they have the glory that is

7  on their life, but then also the gore that is in their life, the

8  godly and the ungodly story.  The great, wonderful things about

9  them.  And then the not so great things about them.  And then

10  they mess around and end up in the influential position.  And if

11  they're very successful at what they do and great at it, then

12  they end up with memes and position and power and then all this

13  ugly stuff, underdeveloped stuff, unaddressed stuff, stuff that

14  hasn't been healed and dealt with comes up.  And a lot of times

15  we end up seeing these bad behaviors and horrible character

16  traits manifest in their ministries.

17          And man, we have discussed that here 159,000 times.

18  But one thing that we have never had on this platform, and I

19  can't say that I've seen it anywhere, else except for many years

20  ago.  I was a faithful Oprah Winfrey Show watcher and I

21  remember her having a killer and interviewing him.  And I was so

22  mesmerized.  And if I just keep it honest, we are used to the

23  victim story.  We're used to the victim story.  And the reality

24  is, unbeknownst to us, a whole lot of people that were not

25  victims, they masquerade as victims and we believe because we

11.3.24 - Larry Reid Live

1  were a real victim and we're listening to their lying victim

2  story through our lens that is real.  And we believe what we

3  believe.

4       Some of us we believe the victims.  Some of us have

5  seen victims that lie and they ain't even really victims,

6  they're accuses.  And we don't believe them.  I think every case

7  in every situation we should look at isolated from our own pain,

8  our own biases and experiences and just listen detached from our

9  own experience and get involved in the conversation for what

10 it's worth.

11       We don't need to know, at this point, I can speak for

12 myself, it's not a matter of if it is true or not for me at this

13 point.  Because the conversation is much broader.  Now, I do

14 know some things and I have seen some receipts and done some

15 cross examinations.  And I do feel like the majority of this is

16 true.  But I don't have no -- no proof, meaning that I am not

17 Duane Youngblood.  I am not the other people that has accused

18 other leaders of certain things.  We won't -- see nobody to do

19 nothing.

20       But as much as possible, I verified and I know it's

21 true.  But the conversation for me ain't about whether it's true

22 and whether Duane is sorry for violating people that -- that

23 ain't a conversation because that just -- that's like an endless

24 conversation.

25       The conversation that I'm most interested in is, what

11.3.24 - Larry Reid Live

1  I titled the Dern Show.  It's like people don't even pay that no

2  attention.  Is an abused person.  We left out something.  A

3  groomed and abused.  Now, had I known all the details of the

4  story, I would have put that on the flyer.  A groomed and abused

5  person who then groomed and abused.

6              (YouTube ads played.)

7              MR. REID:  I don't know about you, but I haven't been

8  able to have a real honest conversation with someone about that.

9  And definitely not on this platform.  And this is the privilege

10 that we get.  It's a privilege.  I do want to say for those of

11 you that are still working through some stuff and star those

12 question Kim as they come in.  And we're going to answer your

13 questions if you put them in the chat, but be respectful.

14             The conversation is so elevated right now.  And I like

15 this -- this conversation about getting into the mind of someone

16 who has went from groomed, abused, groom, abuser.  It's

17 interesting to me.  It's sad, shocking.  It makes me feel heavy.

18 And that probably is from some of the other stories that I've

19 heard and I know about and my own personal secrets that I've

20 carried about my own abuse that I don't think would do me any

21 good to share publicly.

22             But it's making me remember when I was in that area

23 of -- of my life when I was sharing telling my mom and my daddy

24 and my sisters and cousins and having those conversations.  I've

25 already had those conversations.  And I've done a lot of that

1    work.  Because let me tell you all something.  When you are

2    sharing and expressing what it is that you have went through or

3    done, there is a feeling of relief because you're able to be

4    honest and tell the truth.  That's -- that's true.

5         But, and I could be wrong, but I'm just saying what I

6    think and from my experience.  When I was telling all of that

7    stuff, it felt good.  I was finally being hurt.  But ultimately,

8    when my head hit that pillow, a few days later or weeks later or

9    the next month, I was still dealing with the same thing that I

10   was dealing with before I even told it.  So I started to be

11   like, how much do I benefit from just continually -- continually

12   telling this story over and over?  And it didn't contribute to

13   my healing.

14        So -- and maybe that's personal for me.  So then I

15   just moved away from that worked on the healing part, then I

16   done my documentary.  And the documentary for me was focusing on

17   what mattered and not who did me wrong and all of what they did.

18        When I listened to Duane Youngblood, and he's already

19   in the green room, we're about to get started.  Go ahead and hit

20   like.  This is your moment to get your drink, get your chips and

21   everything.  But now that I've done the -- the healing work,

22   I'm -- I tell my story, but I tell it differently like I did in

23   my documentary.  And my -- a shout out to my siblings, my niece,

24   my cousins, friends that all were in the documentary and really

25   shared.

11.3.24 - Larry Reid Live

1          I -- I hope that this conversation that we are having,

2    that you guys do not lower it so low and this become salacious

3    content on the internet.  I know about these other bloggers and

4    platforms and their job is to deal with the salacious.  I'm not

5    going to make it wrong or right.  It's just ain't what I do.

6    And I want us to have a conversation.  I want you all to ask

7    questions.  I want us -- to everybody to -- to leave the

8    conversation clear and thinking.

9          All right.  So you all ready now?  All right.  Let's

10   go ahead and bring in Duane Youngblood.

11         How are you.

12         MR. YOUNGBLOOD:  Excellent.

13         MR. REID:  All right.  Great.  Now we already know who

14   you are, so we can get right into the conversation.

15         I actually have some questions and some statements I

16   want to ask you.  And then I see some coming in the chat.  You

17   got three more minutes to put your questions in the chat that

18   you have for Duane Youngblood and myself.

19         All right.  So since the interview, the -- really the

20   conversation that we just had on camera, how have you felt?

21         MR. YOUNGBLOOD:  It has been an extremely interesting

22   week.  Most nights, I have not slept through the night.  I've

23   had feelings at times of anxious.  I've had times where happy,

24   frustrated, lighter.  There's been a lot of a mix of things

25   because it became much bigger than what my mind had even

1    conceived it could be when I was having the conversation.

2           In addition to that, there are people in my history

3    that I'm very much concerned about, people in my life that I'm

4    very concerned about.  My family, across the board, I've gotten

5    so much great support from them this week.  And it's just been

6    in that side of it been extremely well.  There are people in my

7    family that I have not had the privilege of being able to fully

8    discuss these things.  So some of this is new.

9           One of the things that I realized this week, if never

10   before, was the grace on my life.

11          (YouTube ads played.)

12          MR. YOUNGBLOOD:  When you go through the types of

13   things that I was sharing from nine years of age forward and you

14   survive them.  And then not only survive, but you are able to

15   live to come to the day where you say, I want to see if I can do

16   something that's going to be beneficial for somebody else.  It's

17   an awesome opportunity to get there.  And I'm excited because

18   I've gotten to that place in this journey.  Is everything

19   totally the way I wish it was?  Not at all.  But I tell you this

20   much, it is in an excellent place.  And I'm moving forward with

21   everything that pertains to what I believe to be my purpose at

22   this stage in my life.  And I'm excited about it.  But it's been

23   a very interesting week because it's a new experience.

24          MR. REID:  New experience for you.  When you say the

25   grace that is on your life, I think that's preacher talk.  So

11.3.24 - Larry Reid Live

1   break it down.

2          MR. YOUNGBLOOD:  Yeah, I'll break it down.

3          MR. REID:  Yeah.

4          MR. YOUNGBLOOD:  I believe wholeheartedly that each

5   one of us has something unique and definitive to do that is

6   attached to our DNA, our family.  To go through what I've gone

7   through.  I've talked to a lot of people who just the -- they

8   were not able to come to the place that I've been able to come

9   where I could sit and have a conversation like this.  And so, I

10  believe that is credited to God.  I don't credit --

11         MR. REID:  Got you.

12         MR. YOUNGBLOOD:  -- my ability to sit here to myself

13  because I'm just a human.  I'm just a man.  I've got feelings

14  and emotions.  I chose this week to not watch the videos.  My

15  brother --

16         MR. REID:  That's great.  That's great.

17         MR. YOUNGBLOOD:  He watched videos and stuff.  And I

18  didn't -- I didn't want to see it.  I didn't want to hear what

19  no one had to say, no one had to share.  I didn't want to be

20  slanted one way or the other.  I knew that I came in here and

21  started a story about my own abuse.  The fact that I abused

22  others, hurt people in my own congregation.  I started there.  I

23  went to talking about my own natural father.  So people may have

24  tried to turn it, twist it, but I started in the most difficult

25  place to start for a human is with yourself.

11.3.24 - Larry Reid Live

1      MR. REID:  And that -- and that -- I'm so glad that
2  you were a yes to start it like that, because if the
3  conversation needed to be real and -- and if we're going to be
4  real, we can't just talk about your abuse.
5      MR. YOUNGBLOOD:  No.
6      MR. REID:  We -- we had to talk about what happened as
7  a result of your grooming and being abused.  And that needs to
8  really hit home with everybody because --
9      MR. YOUNGBLOOD:  Yes.
10     MR. REID:  -- we don't get to have this conversation.
11 People aren't there honest where they say, you know what, this
12 is what I did.  And you went into detail and you asked
13 questions.  And one thing that I said to you that someone said
14 something to me about me addressing this.  And it was when I --
15 when you explained because you said there was two victims.  And
16 the first one or the second one, you had to correct me, but the
17 mom told you about the diary.
18     MR. YOUNGBLOOD:  Correct.  That was the first one.
19     MR. REID:  Yeah.  That was same gender loving thoughts
20 and all of that.  You spoke with him.  You sent the secretary
21 home.
22     MR. YOUNGBLOOD:  Correct.
23     MR. REID:  So there was -- there was some moves and
24 things because you had the information that you spoke with the
25 young guy.  And then when he was like, well, yeah, I -- although

11.3.24 - Larry Reid Live

1  you trying to talk to me for my mom.  I'm down with the get down

2  and I wanted to go and explore.  And then you were like, okay,

3  well -- and I guess you shared that you had the same feeling and

4  you all went and touched and -- and whatever.

5          That for me --

6          (YouTube ads played.)

7          MR. REID:  It seems manipulative.  What do you say

8  about that?  Were you consciously manipulating or were you just

9  in the desire of it and was fixated?

10         MR. YOUNGBLOOD:  Oh, in -- in my -- in that time of my

11 life, I -- I think when we talked I used the word auto pilot.

12         MR. REID:  How old were you?

13         MR. YOUNGBLOOD:  Oh, that was 2002.

14         MR. REID:  Okay.

15         MR. YOUNGBLOOD:  So that's 22 years ago.  I would have

16 been 35 years old.

17         MR. REID:  Got you.

18         MR. YOUNGBLOOD:  That's auto pilot.  And on auto

19 pilot, I learned how to get what I wanted, how to get through

20 situations and circumstances.  Listen, I want to be very, very

21 clear.  This person had zero power.  I had all the power.  I was

22 sitting across the desk.  I was in the pastor's position, the

23 pastor's seat.  I had all the power.  That's the reason why I

24 said to the secretary not to be in the office that day.  There

25 is no question it was manipulation.

11.3.24 - Larry Reid Live

1          MR. REID:  Right.

2          MR. YOUNGBLOOD:  Because I'm using whatever I had to

3   get what I could gain.  And if I allow this to go down the wrong

4   street, if I take it down the wrong street, if I propose it go

5   down the wrong street, all of that is through manipulation.  All

6   of that would be inappropriate to do.

7          MR. REID:  Right.

8          MR. YOUNGBLOOD:  And this is the reason why it ended

9   up with a charge that ultimately comes down to a sexual assault.

10         MR. REID:  Right.

11         MR. YOUNGBLOOD:  And --

12         MR. REID:  And was it -- was it -- excuse me, was it

13  forced touching or was --

14         MR. YOUNGBLOOD:  No.

15         MR. REID:  -- this a mutual?

16         MR. YOUNGBLOOD:  No, it wasn't forced.  It was -- it

17  was mutual.  There was conversation the whole way through.

18  The -- the reality, though, is that the person was 15 years old.

19         MR. REID:  Yeah.

20         MR. YOUNGBLOOD:  And there was no way for them to give

21  consent.

22         MR. REID:  Right.

23         MR. YOUNGBLOOD:  And so, it doesn't matter if it was

24  mutual or whatever, there was no way to give consent.

25         MR. REID:  Right.

1          MR. YOUNGBLOOD:  One of the things that I'm grateful

2    for is that in my experience in therapy with all of this, the

3    one thing that I become very, very clear about is the need for

4    personal responsibility.  There are times in having these

5    conversations when this stuff is tough --

6          MR. REID:  Yeah.

7          MR. YOUNGBLOOD:  -- but I'm fully aware of my personal

8    responsibility.  Not just in that scenario, but the whole time I

9    was a pastor.  Every time I made a decision.  Every time I

10   hired, I fired.  Every time I coordinated, whatever it was I had

11   the position.  I had the responsibility and I took that

12   responsibility.  I take it again even tonight, because, again,

13   the last thing that anybody in my position or capacity should do

14   is use someone's mishap, weakness, issues, challenges against

15   them in a way that takes them further into the rabbit hole that

16   maybe they've been living in trying to get out of, whatever it

17   may be.

18          So I was not good at that -- at that stage of my life.

19   I really believe, Larry, that I had been offering -- it -- you

20   know, I was -- I was talking earlier and I likened this to a

21   computer with a virus.  I don't care what you try to do.  The

22   more you use it, the more the virus begins to damage the

23   computer.  And the only way to deal with this stuff is that

24   you've got to have something redone with this hard drive.  It's

25   got to be redone.  It's got to be fixed.  This virus has got to

11.3.24 - Larry Reid Live

1  be uprooted.  And I believe the reason why I wanted to share the

2  stories of abuse, as well is because that's how I got hardwired.

3  There was so many things happening in my childhood and in my

4  life, that was a part of the hardwiring.  But I made the adult

5  decisions.  I was the one that committed the crime.  I am fully

6  responsible for what I did.  And therefore I went -- I went to

7  prison.  I served time in prison.  I've come home.  I've been in

8  therapy.  And I am working every single solitary day to make

9  sure that my last days are so much better for others than what

10  my early days were.

11        MR. REID:  I think that anybody that got any good

12  sense would listen to you.  There's so much for us to learn

13  here.  While you're talking, I'm going through my mind of my

14  pastor.  I started pastoring as a -- as a teenager.

15        MR. YOUNGBLOOD:  Mm-hmm.

16        MR. REID:  So can you imagine --

17        MR. YOUNGBLOOD:  Yes.

18        MR. REID:  -- the mistakes I could have made.

19        MR. YOUNGBLOOD:  Absolutely.

20        MR. REID:  But -- and I made them.  I made mistakes.

21  And I was married too, freshly married.  It was just a recipe

22  for disaster.  But I'm so thankful that I was able to help way

23  more than I harmed.  And none of my harm was intentional or

24  thought out or calculate.  I wasn't old enough.  You were 35.  I

25  was not even old enough to -- and developed enough.  And I'm not

1  talking about number.  But I'm talking about development and age

2  to know, you know what, even later on, I said, you all shouldn't

3  be calling me dad.  You all got your own dads.  Don't call me

4  that.

5          You know, I didn't -- that -- it's little stuff like

6  that, that creates a culture that is unsafe.

7          MR. YOUNGBLOOD:  Yeah.

8          MR. REID:  And it's literally a pseudo reality that

9  you create.  Now, while I believe that the first institution God

10 established was the family, the second was the church.  And in

11 my opinion, the church a lot of times becomes like a foster

12 family.  But that's a foster family.  It's not your family.

13         MR. YOUNGBLOOD:  No.

14         MR. REID:  And -- and there was some things that we

15 were saying and doing that just, you know, was not good.  And --

16         MR. YOUNGBLOOD:  No.

17         MR. REID:  -- people weren't going home with their

18 family for Christmas and for Thanksgiving.  I was creating that

19 for them there because most of their families, they mom and dad

20 was on drugs or they was either estranged from their parents for

21 whatever reason.  And the only thing I knew was whatever they

22 told me, you know.  So I'm thinking I'm creating a great

23 community for -- for everyone.  But looking back that there were

24 better ways to do things.

25         MR. YOUNGBLOOD:  Yes.

1          MR. REID:  And however, I am grateful because it could

2   have been way worse.

3          MR. YOUNGBLOOD:  Absolutely.

4          MR. REID:  Anybody with good sense, whether you own a

5   business, you're not a pastor, and you're no longer pastoring,

6   right?

7          MR. YOUNGBLOOD:  No.

8          MR. REID:  And did you say that you're no longer

9   pastoring because you don't trust yourself to pastor or why is

10  that?

11         MR. YOUNGBLOOD:  No.  The reason that I'm not

12  pastoring, first and foremost, I believe that a person with a

13  virus that I was carrying and the actions that I exhibited, the

14  last thing you should do at that point is to pastor people.

15  So --

16         MR. REID:  Amen.

17         MR. YOUNGBLOOD:  -- I wanted to take the time to work

18  on me -- me, what I needed and that was never going to happen if

19  I needed to continually step up on a stage and try to lead

20  people.

21         So I'm --

22         MR. REID:  I understand.

23         MR. YOUNGBLOOD:  -- taking the time that I need for

24  myself to do the things that I believe are key essential and

25  important for me to do.  And that does not include pastoring a

11.3.24 - Larry Reid Live

1  church.

2         MR. REID:  Wow.  Do you feel like if you were not

3  groomed and abused and violated -- now, it was interesting to

4  me.  Put a pin down, like my baby momma say.

5         You -- in the conversation I don't know if you realize

6  you're doing this.  You either have done a lot of work.  It got

7  to be the work because there's no way.  You were telling the

8  stories about Bishop Wilson, Bishop Jakes, Bishop Watkins.  And

9  in that, we fell into that you watched your dad be as he was and

10  abuse and violating, heard it, violating your sister for years

11  and then you were raped too.  So it's like -- I'm like -- it's

12  almost like -- and this goes to my question.

13         MR. YOUNGBLOOD:  Mm-hmm.

14         MR. REID:  Do you feel like if you didn't have all

15  those things that happen to you, that you would have never been

16  groomed and violated somebody?

17         MR. YOUNGBLOOD:  Let -- I'm glad that's -- that's a

18  great question.  And I want to answer that question for the

19  people that are watching us tonight or will ever watch this

20  again.  Do not ever think you'll know that answer.  You'll never

21  know that answer.

22         And to try and get that answer is to drive yourself

23  almost crazy.  Because one thing that I've learned in the last

24  year is to own my story.  And here's the -- the -- the tough

25  part of owning your story.  You don't get to rewrite it.

11.3.24 - Larry Reid Live

1          MR. REID:  Yeah.

2          MR. YOUNGBLOOD:  And if I'm going to own it, that

3   means that happened and this is what I did.  Now, I believe that

4   there are some things that if I had got access to them --

5          MR. REID:  Yeah.

6          MR. YOUNGBLOOD:  -- that stuff may not have come out

7   of my life.  But what I've learned in therapy is that when you

8   have parents with negative attributes and you kick them out your

9   heart --

10          MR. REID:  Yeah.

11          MR. YOUNGBLOOD:  -- chances are you can no longer

12   identify those attributes in yourself.

13          MR. REID:  Absolutely.

14          MR. YOUNGBLOOD:  So what was going on with my father

15   may have been in me to some degree, some potential.  It may have

16   been there.  But because I had kicked him out and had taken such

17   a -- a primary role in my family at the time and trying to be

18   protective in all this stuff that I was trying to do out of

19   fear, I was ignoring indicators and signs that there's something

20   going on here that you need to pay attention to.  And I

21   encourage people tonight, pay attention to the signs in your own

22   day-to-day activity.

23          You don't have to change nothing about ten years ago.

24   Look at what's going on tonight, tomorrow, next week, last week.

25   Pay attention to yourself.  Get present with yourself.  And

1   you'll discover some of the very things you don't like about the

2   people in your family you have in common with them.  And so, I

3   don't have to hate my family.  I got to embrace that we're

4   human.  And that's how I got to the point to where I can say I

5   love my father.  I'm honored to be his son.  I'm honored to be

6   Duane Youngblood.  And --

7           MR. REID:  You have to reconcile with that.  You have

8   to get clear on that.  And release your parents of whatever it

9   is you're holding over them and whatever you feel like they owe

10  you an apology for.  And I know that's hard to hear.

11          MR. YOUNGBLOOD:  Yes.

12          MR. REID:  I'm telling you, as someone who had to do

13  that.

14          MR. YOUNGBLOOD:  Yes.

15          MR. REID:  And that is the be -- it changed my life in

16  2022.  I am now the man that I always knew I was.  But the pain

17  was deep and I couldn't get it out.  So what happened, my

18  parents showed me an act of love.  Drove to Georgia to see me on

19  my birthday.

20          MR. YOUNGBLOOD:  Wow.

21          MR. REID:  And they were my surprise guests.  And when

22  I saw them and anybody that know me and my parents, that was

23  a -- a spiritual experience.  They walked up to me.  They -- was

24  as my surprise and we embraced and weeped.

25          MR. YOUNGBLOOD:  Wow.

11.3.24 - Larry Reid Live

1    MR. REID:  Our hearts had a conversation that our
2  mouths and our mind could never have.
3    MR. YOUNGBLOOD:  Wow.
4    MR. REID:  From heart to heart and weeping, I fully --
5  I thought I had already forgave them, but in that moment, I
6  realized that I forgave them.  They forgave me because we -- you
7  know how -- when you get abused, you can end up being -- you
8  turn into your abuser and -- and everybody's wrong and it's --
9  and you don't take no responsibility.  I know I hurt my parents
10 too.  There were things I said.  I didn't come home.  You know,
11 when you were a parent, you have a child, you want to see your
12 child.  I went years.  We were strange for two decades.
13    MR. YOUNGBLOOD:  That's right.
14    MR. REID:  You know, so there's that.
15    I want to address this right here because I want to
16 help everybody.  And this is a LRL.  She say with all due
17 respect, the abuser may have a different answer as to if it was
18 mutual.  Well, you know, when you're listing in conversations
19 like this, you have to listen completely, because what Duane
20 said was, and I asked him was it mutual?  And he said -- I asked
21 him was it force.  That was the question.  And he said, no.  You
22 know, it was like cosensual.  And then he said, I am or was the
23 responsible party.  He said that.  And then you said that person
24 could really not give consent because you had the power.
25    MR. YOUNGBLOOD:  That's right.

11.3.24 - Larry Reid Live

1           MR. REID:  So I want the challenge everybody in the

2    chat to listen and not look for don't listen to this

3    conversation like you do everything else on YouTube and TV.

4    Don't listen for the salacious.  Don't listen for -- for the T.

5    Listen for the lesson.  Every time you come here.  It's laugh

6    and learn.  That's what I say all the time.  You come to laugh

7    and you come to learn.  And so, I'm going to challenge everybody

8    to listen fully to what is being said.

9           MR. YOUNGBLOOD:  Yes.

10          MR. REID:  And let's stay in the conversation of from

11   groom to abuse, then to turning into a groomer and an -- and an

12   abuser.

13          Okay.  So I want to -- so your answer to that question

14   is that you -- you -- you really do not know.  It's -- it

15   reminds me I asked someone that was -- I'm going to -- I'm going

16   to be transparent, which I've already had disc -- discussion I

17   said it wouldn't happen no more.  But here it is.

18          I used to wonder would I have any kind of attraction

19   to the same sex if I was the -- if my first memory wasn't the

20   smell of a man's crotch and choking on a -- on a penis.  And

21   that -- and I wonder that.  And what I realize is the power of

22   conditioning because of what was happening in my family in the

23   incest.  I wasn't the only one.  My sister's in the chat.  My

24   oldest sister.  It was tens of us.  And this went on for

25   generations and generations and generations to this very day, I

11.3.24 - Larry Reid Live

1  believe when I go and see some of my family members and the

2  young people I look in their eye and I know that look.  And --

3          (YouTube ads played.)

4          MR. REID:  I got to a place to where I was like, you

5  know what, that don't matter.

6          MR. YOUNGBLOOD:  That's right.

7          MR. REID:  It doesn't matter.  And so, I understand

8  your answer to that.

9          All right.  So, what do you say to those who say that

10 relates to Bishop Quander Wilson, because that's the first

11 person that violated you, then Bishop Jakes that violated,

12 groomed you, then Bishop Sherman Watkins?  What do you say to

13 those people who say, well, they didn't force you to do anything

14 from this -- your own story, it doesn't sound like they forced

15 themselves upon you.  It doesn't sound like that they were

16 predatory in the sense of force and taking it and making you do.

17 So, it just sounds like you had a moment with leaders that you

18 admired and lightweight celebrities as a young preacher.

19         So you -- you got what you wanted.  Now, you look back

20 and you didn't get everything you wanted.  And now you're

21 picking over the story and making yourself a victim since you

22 have committed a crime.  What do you say about that?

23         MR. YOUNGBLOOD:  Well, I think that those individuals

24 absolutely for one, they can't.  They don't know me.  But two,

25 they didn't hear the story.  So let's go to the story again so

11.3.24 - Larry Reid Live

1    we're clear.

2            I was asleep when Quander Wilson put his hands and I

3    use genitals because I'm being extremely clean in what I say

4    here.  I was sleeping.  I was told by him that he had five big

5    bedrooms.  The bedroom at the end of the hall, the -- the -- is

6    the biggest one with the biggest bed.  A man in his stature

7    would have easily said, oh, there's four rooms because the one

8    at the end of the hall is mine.  He said, I've got five, giving

9    me the choice.  And then came in that room in the middle of the

10   night, climbed in that bed with me.  And while I was sleeping,

11   put his hands on me in a very inappropriate manner.

12           And when I woke up, he acted as if he were speaking in

13   tongues over me and praying.  Now, if that's not a level of

14   force.  First -- first and foremost, I was 16.  So this is the

15   chief apostle.  There is no way possible I am going to come at

16   this man.  I was in awe of this man.  And so, even when he did

17   that, I simply rolled over and tried to fake like I was going to

18   sleep because I had the utmost respect for him.  But it was

19   doing something terrible to me.

20           When it comes to Bishop Jakes, when I was sharing the

21   story the other day, this -- I -- I'm just running through the

22   story.  But I want to make sure people are very clear.  I said

23   that we were sitting at a dining room table.  And I looked at my

24   watch and said, I've got to get up and get out of here because

25   I've got to get my mother's car back to her.  But what may have

11.3.24 - Larry Reid Live

1  been misunderstood is that Bishop Jakes got up, came around that

2  table and positioned himself in the corner that I had to walk

3  past.

4        When I was walking past that corner, he grabbed me.

5  There is no reason if you're going to just give me a hug as

6  we're leaving, go to the door with me and let's hug it out and

7  let me go out the door.  We are not at the door.  We are still

8  in the dining room and he is in the corner, grabbed me to

9  himself, looked down into my face.  And then tried to bend his

10  head down to kiss me on my lips.  That is not a -- you didn't

11  get what you wanted to get.

12        When I got home that next day, what I learned by

13  Bishop Jakes' phone call to me was what he thought of me.

14        MR. REID:  Yes.

15        MR. YOUNGBLOOD:  Because he said there's three things

16  that I need you to do without hesitation.  There's no long build

17  up or nothing.  So it tells me that the conversation that I had

18  with him, his observation of me, made him believe that what he

19  was getting ready to share, I would go with it.  That means he

20  had thoughts about my sexuality, my identity, all of those

21  things before he even made the suggestion.

22        And so, he suggested to me, one, you're going to be

23  the only person I'm going to have sex with when I come to

24  Pittsburgh.  Two, you can't sleep with nobody else because I

25  can't give this to my wife.  And three, I'm going to take care

11.3.24 - Larry Reid Live

1  of you the rest of your life.  To me, that is absolutely forcing

2  your position, your idea onto the person.  When I go to church

3  that night, forcing me to read for you.  Absolutely.

4            When we get to Bishop Watkins and I share --

5            MR. REID:  Can -- yes, I want you to go into that.

6  But I --

7            MR. YOUNGBLOOD:  Okay.

8            MR. REID:  -- I just want you to know that by no means

9  am I -- you already done your crime and time.  By no means am I

10  coming at you in any kind of way.

11            MR. YOUNGBLOOD:  No.  No.  No.

12            MR. REID:  This is just so there's more clarity.

13            MR. YOUNGBLOOD:  Yeah.  That's why I want to clarify.

14            MR. REID:  And I must say that you're being very kind

15  in the way that you're describing.  And -- and you're not --

16  this is my opinion.

17            I think that --

18            (YouTube ads played.)

19            MR. REID:  And this is hard for me to believe.  Not

20  that I don't believe you.  I just try to put myself in people's

21  shoes.  And I can't understand why -- who -- who did that to

22  Bishop Jakes for him to think that was okay?  I mean, you --

23  that is force.  You didn't ask.  There was no conversation

24  before.  He -- he didn't know you.  He just looked at you.  If

25  you're -- you're a nice looking man at 57.  So --

11.3.24 - Larry Reid Live

1           MR. YOUNGBLOOD:  Thank you.

2           MR. REID:  -- also I would think that --

3           MR. YOUNGBLOOD:  I appreciate it.

4           MR. REID:  -- 20 years ago you probably looked even

5    nicer.

6           MR. YOUNGBLOOD:  Thank you.

7           MR. REID:  At least that's what I would think.  But

8    just some -- a lot of times Black look better the older we get.

9    God, I look better than I have ever in my life.

10          But it just -- I -- I -- it's hard for me to

11   understand that.  And how could that turn you on?  And no

12   judgment if you guys are into BDSM.  But I just -- I -- I don't

13   understand how that can be a turn on for him to try to kiss

14   somebody.  And then to tell you that I'm going to take the --

15   and he hadn't had a conversation with you.  And -- and -- and

16   you hadn't told him whether you were saying gender loving or

17   not, right?

18          MR. YOUNGBLOOD:  This is -- no.  And this is the

19   reason why --

20          MR. REID:  So I got --

21          MR. YOUNGBLOOD:  -- I am clearer --

22          MR. REID:  I got a question.

23          MR. YOUNGBLOOD:  -- that he had ideas.

24          MR. REID:  That -- right.  So that's -- that -- so

25   this is why I said what I said.  Do you think you were passed

1  around without knowing?  Because I know preachers today, how

2  they do.  If they knocked one down, rub one, text, sex text,

3  they tell each other.

4          So do any part of you believe that he had an inkling

5  already had heard rumors and he just chose you?

6          MR. YOUNGBLOOD:  Well, listen, it -- from what I would

7  understand when I've asked people who were around my life at

8  that time, I probably showed signs of a person who was saying

9  gender loving.  And in private, not at the church, not --

10         MR. REID:  Okay.

11         MR. YOUNGBLOOD:  -- at the dinner table that night

12  where there were other people, but it was just he and I in

13  private, I had just been quite enamored with his presence, our

14  conversation, all of it.  And in many cases, again, I've been on

15  the other side of this.  People's all their defenses are down

16  after all that.

17         And so, again, remember this.  I shared with you that

18  Bishop Jakes told me the reason he did this and said this to me

19  was because his stock was rising and he would have slept with

20  anybody.  So I believe that I was just another person, another

21  opportunity.  And he didn't have self-control to deal with that

22  opportunity that he felt was in front of him.

23         MR. REID:  And then the man Quan -- Quander, am I

24  saying that --

25         MR. YOUNGBLOOD:  Quander.

11.3.24 - Larry Reid Live

```
1              MR. REID:  Quander speaking in tongues.  It's -- I
2    remember, I walked a few pastors through some things before I
3    even started pastoring because I was like a house prophet.  And
4    I remember this pastor that was caught.  And when it was time
5    for him to be addressed, I mean, he went the spiritual route,
6    speaking in tongues, all that kind of stuff.  So I do have some
7    reference.  But how do you go slip in a bed to a teenager,
8    touching their genitals and then you wake up you're speaking in
9    tongues.  That make me feel like you are wicked.
10             MR. YOUNGBLOOD:  Well, I want to make sure --
11             MR. REID:  And I'm not trying to judge.  I mean,
12   because I know, rest in peace because he's passed.  And -- and
13   I'm not a judge kind of person because I'm -- I'm sure somebody
14   did this to him.  He was warped.  But that just sounds wicked
15   for you to then use spirituality, God and religion to sort of
16   cloak.  That means you were already doing it.  That -- to -- to
17   cloak your sexuality and that you're a predator.  I mean --
18             MR. YOUNGBLOOD:  Well, Bishop Wilson was the founder
19   of our organization, Greater Emmanuel.  But he's also the man
20   who ordained Bishop Jakes and Bishop Watkins as bishops.  So
21   there was --
22             MR. REID:  Hold on.  Hold on.  You didn't clarify that
23   to me.  I don't know these people.
24             MR. YOUNGBLOOD:  Yeah.
25             MR. REID:  So.  Well, then dern.  So it's -- it's --
```

11.3.24 - Larry Reid Live

1  it's just a spirit.  So Quander birthed these other two that

2  violated you.

3          MR. YOUNGBLOOD:  These two were in the same

4  organization.  We were all in Greater Emmanuel.  I was just much

5  younger.  We were all in Greater Emmanuel under Quander Wilson.

6  In 1988, Sherman Watkins left and started his own organization

7  out of Greater Emmanuel.  And Bishop Jakes, after being made a

8  bishop by Quander Wilson, he left and joined Bishop Watkins as

9  his vice bishop.

10          So it is an extension in the leadership component of

11  the nature of Greater Emmanuel.  And so, I am not surprised.

12  And again, it's not just them.  The culture of Greater Emmanuel,

13  the culture of Higher Ground exhibits these types of things.  I

14  was a part of both organizations.  I was a young man and a young

15  minister and just started pasting in Greater Emmanuel.  I was in

16  Higher Ground 15-plus years serving Bishop Watkins.

17          And so, it's been cultural for me.  I don't know any

18  other organizations.  But in this, I can see that this type of

19  thing has been extremely cultural.  And I believe there's a lot

20  of people who if you have these types of stories, you'll

21  recognize that there was a cultural permission for this type of

22  stuff.  I know personally myself, that if I had conversations

23  with Bishop Watkins around this type of activity, which is

24  totally inappropriate for a pastor, it was absolutely laughed.

25  We laughed.  We talked about what I did, what he was doing,

11.3.24 - Larry Reid Live

1  whatever it was.  This was cultural.

2          And so, when I left in 2005, I wasn't holier than

3  that.  I left messed up.  I left doing mess.  I left having hurt

4  people.  But I knew inwardly, that's why I'm talking about this

5  grace tonight, I wanted something different.

6          MR. REID:  So the reality is, you were groomed by this

7  network of I mean, predators.  And then, you became one of the

8  boys.

9          MR. YOUNGBLOOD:  Yes.

10         MR. REID:  Like them.  And then you went and did the

11 same thing.

12         MR. YOUNGBLOOD:  Yeah.

13         MR. REID:  I understand that.  I'm going to tell you

14 one of the reasons why I'm going through a lot of changes with

15 this.  Because it's -- I believe so much in the goodness of

16 humans.  And I feel like folks make bad choices and the humanity

17 that's unfinished, underdeveloped, unhealed, unprocessed get the

18 best of them.  But it's difficult for me to believe that

19 somebody was set out to do this.  Because, in my mind, the armor

20 bearer and the pastor, they spend a lot of time together.

21 There's preaching, prayer, travel.  Lines get crossed.  I get

22 that.  You all making each other calm.  I got that.

23         She's your secretary.  You all always dealing.  It's

24 like a work wife.  Lines get crossed.  You all having sex.  It

25 goes on for ten years.  Then it stops.  You know, I get that.

11.3.24 - Larry Reid Live

1    You get drunk.  You have sex with somebody.  I'm not making any

2    of this right, but it -- that makes sense.  But going after

3    somebody, that makes no sense to me.  And I'm like you have to

4    be messed up.

5          So who did this?  So I wonder who did it to Quander?

6    I wonder, did Quander do it to Watkins.  And then Watkins do it

7    to Jakes.  And -- and I -- I -- I -- and Jakes did it to you

8    before Watkins got his chance at you.  That just look like

9    that's what it is to me.

10         And I want to say this.  If any of these pastors and

11   preachers that we are discussing have blessed your life, then

12   hold that as your primary thought about them.  Honor them for

13   that.  And hold them in high regard.  But in addition to that,

14   accept any and all truth that is linked and tied to their

15   humanity and their impe -- imperfections.  You don't have to

16   choose one or the other.  You can do both.

17         MR. YOUNGBLOOD:  That's right.

18         MR. REID:  And I'm telling you, you should do both

19   because if somebody was used by God to help you, you honored and

20   hold it in high regard.  I know hearing this, it may hurt

21   because history can not be made up.  We had Brian Keith Williams

22   to come in the chat to confirm.  I've talked to six other people

23   and haven't told you nothing about it.  Because we've had one

24   conversation is our last interview and text on top of that.  Who

25   confirm as much as possible because nobody was there when these

11.3.24 - Larry Reid Live

1   acts happened, so we don't know how that happened, if it

2   happened.  We're just going on by what you said.  But everything

3   gets outside of that, everybody confirms.  Everybody -- these

4   people -- I'm being -- it's relative.  I say everybody.  But

5   these people confirm time, date, year, place and everything else

6   you're saying.

7          So I'm inclined to believe because of that and the

8   fact that I received a phone call 24 hours -- quicker than

9   24 hours before we finish of trying to find out from one of

10  several fixes that Mr. Jakes has, trying to find out what they

11  need to do before part two or part three or part four.  I've

12  been doing this a while.  That only happens when truth has been

13  told.

14         So I'm inclined to believe you.  At the same time I

15  know that I wasn't there.  And I also know I could be looking at

16  this through my lens and I'm a little biased.  But I will be

17  honest and say that I do believe you.  I believe that you're

18  telling the truth.  Energetically, you feel honest.  You

19  don't -- it doesn't feel that you're mad.  You don't seem mad at

20  all.

21         MR. YOUNGBLOOD:  Mm-mm.

22         MR. REID:  And you don't feel like you're trying to

23  get anybody back.

24         MR. YOUNGBLOOD:  No.

25         MR. REID:  You're just telling the story.  And it's

11.3.24 - Larry Reid Live

1  blessing our socks off because we've never seen someone who has

2  abused and went to jail, come out and say, this is how I got

3  here.  And this is what I've done.  And this is --

4          MR. YOUNGBLOOD:  Yes.

5          MR. REID:  -- I just ain't seen it.  So hats off to

6  you.  And thank you, because I don't know how great of a

7  ministry you had before, although I heard it was great, but this

8  here for me, you're at -- in my list of top ten of people that I

9  would trust what they say.  Because I think that you've been

10  tried by fire.  I think that as a result, your character is more

11  Christlike at this place in your life, to me, than a lot of

12  people.  Not just preachers, that I know.

13          Okay.  So I just wanted to say that as it relates to

14  those of you that have been blessed by -- I hope you're writing

15  down timestamps, Kim.  That whole speech, I just doing what's.

16  Good that'd be a good actually clip.  What I need for you to do,

17  write down the clip.

18          This -- I also want to say this, too.  I want to talk

19  to pastors.  And we -- we're going to -- we got some stuff --

20  we're going to end up have do a part three.

21          MR. YOUNGBLOOD:  Oh, yeah.  Definitely a part three

22  for -- yeah, for other reasons.

23          MR. REID:  Yeah.  Yeah.  And then the other people

24  that have came forth.  But I'm -- I'm going to talk to you about

25  that after I say this.

11.3.24 - Larry Reid Live

1          I want to say this too about pastor.

2          MR. YOUNGBLOOD:  Yes.

3          MR. REID:  Oh, my God.  This -- these conversations

4   are just so heavy for me and they make me pray through the

5   night.  And pastor unprocessed, unexpressed sexuality is a

6   problem.  Pastors unprocessed, unexpressed sexuality --

7          MR. YOUNGBLOOD:  Is a problem.

8          MR. REID:  -- is a problem because what happens is,

9   they start experimenting with those that are closest to them,

10  which many times is their flock.

11         MR. YOUNGBLOOD:  I'm --

12         MR. REID:  And wait a minute.  I don't have a whole

13  lot of judgment there.  But you need to look at the teachers,

14  the CEOs, the artists, musicians, your older siblings or the

15  cousins and therapists, they do the same thing.  When you have

16  to suppress what hasn't been processed in the world of your

17  sexuality, you're not going to have proper sexual conduct.  You

18  just ain't going to do that.

19         You're going to make decisions on a whim and do to

20  a -- a due to a drive and a feeling and you're going to do it

21  quickly.  And I understand that.  But you have to consider

22  teacher, pastor, CEO, artist, drama, keyboard player, because we

23  only look at the pastor, but this is the -- this -- this has

24  happened with anybody in the position of power.  You have to

25  consider your influence and your power.

11.3.24 - Larry Reid Live

```
 1              (YouTube ads played.)
 2              MR. REID:  Because as it relates to the person that
 3    you are with, they see you as that influencer, as that person of
 4    power, with great talent and they themselves aren't even
 5    thinking when they're doing what they're doing with you because
 6    of your position of power.  So don't think past the preacher
 7    artist that this is a real relationship that you're developing
 8    with this person.  You end up having feelings for them and you
 9    think it's mutual.  That's all of a farce.  Because it is
10    impossible for you to connect in your humanity when you plan
11    these roles of power inside of a religious institution.
12              All right.
13              MR. YOUNGBLOOD:  Am I --
14              MR. REID:  I just -- I just had to get it off of my
15    chest.
16              MR. YOUNGBLOOD:  Amen.
17              MR. REID:  It's sitting on me and it's making me --
18              MR. YOUNGBLOOD:  Yeah.
19              MR. REID:  -- really heavy.
20              MR. YOUNGBLOOD:  Yeah.
21              MR. REID:  Now, I want to ask you a question and you
22    can --
23              MR. YOUNGBLOOD:  Yeah.
24              MR. REID:  -- you can decide not to answer it.  But
25    I've been doing this job for a while and there's some things I
```

11.3.24 - Larry Reid Live

1  know about that count and there's some names.  And I haven't

2  been able to make it make sense.  And I think you would know.

3  Two names, they're really six, but I'm only going to call two,

4  because it's from that work and it's years ago.  One has passed,

5  Roosevelt Ford, Tim Anderson, Richard Youngblood, which is your

6  brother.

7          MR. YOUNGBLOOD:  Mm-hmm.

8          MR. REID:  Because he worked with Jakes, correct?

9          MR. YOUNGBLOOD:  Correct.

10         MR. REID:  And Tim Anderson was youth pastor.  So it's

11  somewhere in there, correct?

12         MR. YOUNGBLOOD:  Correct.

13         MR. REID:  I heard these stories.  Is there any truth

14  to any of these stories from what you know, as it relates to

15  Bishop Jakes?

16         MR. YOUNGBLOOD:  Well, a 100 percent I'm going to --

17  I'm going to say this relative to Bishop Roosevelt Ford.  I was

18  in the absolute dark of his life because -- well, I -- I'll give

19  this quick synopsis.

20         All right.  So Higher Ground, we had pastors

21  conference in Atlanta, Georgia.  And in that conference, that

22  was the first time that I had ever seen Pastor Ford.  And I saw

23  him in a very interesting light.  And I chose to not get

24  involved in what I saw.  I went into my room and I just remained

25  in my room.  But sometime later, unbeknownst to others at his

11.3.24 - Larry Reid Live

1  choice, we had some conversations.  And he shared a lot of
2  things with me.  He got ill.  He died in 2008.  But I knew from
3  that conference.  And then a couple of years later he came to
4  our national convention, which was held at the Potter's House in
5  Dallas.  And I watched what happened with him.  Wonderful
6  person, personality and all.  But totally, in my opinion,
7  mishandled.

8         Right now, I won't -- I won't go any further than that
9  because I'm -- I'm going to respect him in that sense.  And I --
10 I would check something.  And then I -- I would say more at that
11 point.

12        As far as it comes to Tim or my brother.  My brother
13 absolutely just -- I'm not going to tell his full story because
14 he -- he's willing to come and share it.  But I'm going to say
15 this.  My brother literally left Pittsburgh with his entire
16 family to go to Charleston, West Virginia to be with
17 Bishop Jakes.  My brother's words was he was going to go and
18 find his Moses and he was Joshua.  Bishop Jakes absolutely
19 welcomed this, eventually made him an armor bearer.  My brother
20 traveled with them.

21        The experience that he had on the road with
22 Bishop Jakes was a horrific experience.  And it -- at a time
23 when my brother and I eventually had full on conversations to
24 realize that both of us had had crazy experiences with this
25 person.  Jakes did some additional things in my brother's story

1  that were quite detrimental.  My brother had written a blog
2  about this.  And back then, Jakes was a pretty powerful person.
3  And he did everything in his power to discredit my brother and
4  myself at that time.
5          Tim understands grooming like you can't -- you can't
6  imagine.  Tim was saved at Higher Ground and became a youth
7  pastor at the potter's house under Bishop Jakes.  And Tim also
8  looks for the opportunity for part three or four, whatever it
9  is, to come and share very clearly.  As a matter of fact, my
10  brother and Tim are in that chat tonight.  Because they told me
11  they would be watching that because I -- I now know, you know,
12  I -- I -- I'm not -- I don't know who brought these things to
13  you.
14          But I can say this, that these individuals Tim has
15  been in my life over 40 years.  And my brother's been in my life
16  my whole life because he's four years older than me.  And so,
17  what we're saying in essence about all of this is that people
18  say, why are you bringing this out now?  I want you to
19  understand something, that we hear things that are happening
20  today.
21          MR. REID:  Yeah.
22          MR. YOUNGBLOOD:  See, I got room for everybody's
23  humanity, including my own.  We're hearing things that are
24  supposedly happening today.  And it was frustrating to me
25  because I thought when this stuff happened 40 some years ago and

11.3.24 - Larry Reid Live

1   I was told that it was because my stock was rising, that -- that
2   means that you've outgrown these behavior patterns and treating
3   people like they don't matter, like they're just numbers.  And
4   then to find out that this stuff is still happening in 2023 and
5   2024.
6           So it's very frustrating in that sense.  And so, I
7   felt compelled to have to share my own personal story, which
8   included my own failures and my own humanity.  But yes, I do
9   know those three individuals.
10          The Bishop Ford story is horrible to me.  And from
11  what was -- what he told me, it was horrible.  And -- and
12  involved several people in the organization at that time.  And
13  so, I -- I'm going to leave it at that.  But I'm -- I'm say this
14  to you that the three names that you mentioned absolutely have
15  had history with Bishop Jakes.  And their history is horrible.
16  And it's not much different than mine.
17          MR. REID:  I heard from some people that had their own
18  personal experience with Quander Wilson as well.
19          MR. YOUNGBLOOD:  Mm-hmm.
20          MR. REID:  This conversation really opened up a
21  conversation that people have been holding, waiting to have.
22  And then, I also was con -- contacted by those that I've already
23  spoke to that a couple of them have been paid off by Jakes
24  before.  And now, they're considering, you know what, if it was
25  more than me, Larry, maybe we need to talk on camera.  So, I

11.3.24 - Larry Reid Live

1    think that's all because of you.

2            And I thought that I just -- I really don't like this.

3    Because -- but I know we got to have the conversation.  I like

4    that part.  But I don't like it.  I just don't like it.  I -- I

5    don't like it.  I -- I can't -- I can't put it in words.  And I

6    usually don't share like this.  But anybody who's watching me do

7    this work behind the scene, you all know I go through a 1,000

8    changes before I start having to have a conversation about

9    something somebody have done.

10            You know, because this is worse than a pastor having a

11    baby by another woman and hiding them, in my opinion.  That

12    child is scarred forever.  But when a when -- a person -- you

13    57, I think you said.

14            MR. YOUNGBLOOD:  Yes.

15            MR. REID:  This happened decades ago.  And it affected

16    how you showed up in your world.  And I don't even know how it

17    affected your wife, because you're still with the same wife.

18            MR. YOUNGBLOOD:  Yes.

19            MR. REID:  How -- how in the -- the man -- and you got

20    kids too, right?

21            MR. YOUNGBLOOD:  Yes.

22            MR. REID:  I can't imagine.  And how old are your

23    kids?

24            MR. YOUNGBLOOD:  My youngest daughter is born in 1992.

25    And my oldest was born in 1990.  And then I've got some children

1   and love that we've adopted along the road as well.

2          But, yes, my -- my children have gone through

3   tremendously because, number one, because of what my dad had

4   done to my sisters, I decided I would never do this to my

5   daughters.  And so, I asked my wife to come off her job and to

6   spend time with them.  So I wasn't as much emotionally involved

7   with them.  And I'm sure the way they would see it is dad is

8   kinda detached.

9          MR. REID:  But is that -- but did you do that because

10  you didn't trust yourself?

11         MR. YOUNGBLOOD:  I don't think that I felt that I

12  would have done anything to them.  But at the same time, I just

13  didn't know what the possibilities were.  I just know I wanted

14  them protected from this ever happening.  My children have never

15  spent the night at their grandparents home.

16         MR. REID:  Mine neither.

17         MR. YOUNGBLOOD:  And -- and so, there were things that

18  I -- I know they don't fully understand.  And those light -- in

19  that light.  But at the time, again, remember, I had kicked my

20  own father out of my own heart.  So there was no way I was going

21  to give him access to my children without my wife or myself

22  being present and things of that nature.

23         But I want to say this beyond all that, Larry, from

24  what is being shared in here tonight, this is the fault, the

25  fault of the thing we call the church system.  See, if we --

1   there's a mistake that I hear that is so loud in church.  And

2   that is, we assign so much to the holy spirit.  Do you know,

3   we're assigning stuff to the holy spirit that humans have to do.

4           MR. REID:  Come on.

5           MR. YOUNGBLOOD:  If -- if -- if some of this stuff

6   we're talking about tonight, which is very common in the world,

7   is going to be dealt with, we -- you can't come down somebody's

8   aisle and somebody hickima sanda (phonetically) over  top of you

9   and this all goes away.  This is what we were taught.

10          My dad came and stood behind me when I was 17 years

11  old in a prayer service, laid his hands on my shoulders,

12  speaking in tongues and said that God said, tonight it's been

13  dealt with.  He was talking about my sexuality.  And I don't a

14  bit more like a man on this moon believe that you can lay hands

15  on somebody and cancel all of the things that they're going to

16  have to deal with.

17          And so, years ago in church, they didn't believe in

18  therapy.  We didn't believe in good counsel.  Everything was

19  coming through the spiritual leader.  One man, one woman was

20  supposed to have it all.  And if you go back further and check

21  how we got here.  I mean, people who had slaves wanted us to

22  have that type of leadership.

23          MR. REID:  Yeah.

24          MR. YOUNGBLOOD:  Because they could control those

25  people and send them out with the messages they wanted the

11.3.24 - Larry Reid Live

1  slaves to hear.  Here we are in 2024 and we don't understand

2  that sometimes a message that keeps you giving your money so you

3  can get blessed or keeping yourself under authority so you don't

4  be cursed and all of these things, fit people upfront.  But the

5  people in the seats, it takes forever for them to get better.

6  And they can go from one church to the other church and think

7  this one is better.  But the problem is not the leader.  The

8  problem is the system.  And until the system changes, this kind

9  of stuff is going to continue to happen.

10        In the book of Acts, for those of you who love the

11  Bible about this, the book of Acts didn't have no pastor.  It

12  had a plurality of elders because God would never believe that

13  one person's perspective would be enough to govern all the

14  things happening in a congregation.  And so, we made these

15  people heroes and champions.  And I -- listen, Bishop Jakes has

16  even said that when he steps on stage, he feels like god.  You

17  know -- you know, we don't understand when we're cheering and

18  celebrating insecure people, including myself, sometimes you

19  need that celebration and that person, you the man, you the --

20  you the best.  And you -- or when you preach people jumping and

21  skipping and running around the building, it -- you see that

22  week after week after.  You don't know what that's doing to a

23  damaged person already.  Because I don't believe for one second,

24  for one second, that what these individuals tried to do with me

25  or what I tried to do with other individuals is just isolated.

11.3.24 - Larry Reid Live

1  This stuff is globally happening.

2           And until people stop falling for the fact that

3  somebody is so more spiritually advanced than you and God speaks

4  to them for your whole house and he don't tell you nothing about

5  you and your kids.  He's telling -- until we stop that nonsense

6  and start believing in God and you, you're going to always have

7  this kind of confusion and these types of stories happening in

8  the church.

9           MR. REID:  Uncovering, discovering and realizing God

10  in you will bankrupt every religious organization that

11  thrives --

12          MR. YOUNGBLOOD:  Mm-hmm.

13          MR. REID:  -- by disconnecting people from their

14  thinking capacity.

15          MR. YOUNGBLOOD:  From your thinking capacity and your

16  family.  Because I'm telling you, I don't know about everybody's

17  churches, but I spent too much time in places where we were not

18  taught to really go home and get it right.

19          MR. REID:  Yeah.

20          MR. YOUNGBLOOD:  You all work on it.  Work on it.

21  Instead of having all these services and all this time at the

22  church and got the woman cooking for the pastor and her husband

23  ain't getting no feet -- no food.  Instead of all this divisive

24  stuff to literally say, we're going to share this word with you,

25  but we want you to go home and you all work on this together.

1          We only give a perspective.  We're only sharing

2    something with you this morning or this evening, but go home and

3    work on it together.  It'll strengthen families.  But I'm

4    telling you I -- I'm sitting here tonight.  I've got family

5    members in the chat who love me, whom I love, but I've also got

6    family members that I so want to connect with as the days and

7    the weeks and the months go by.  Because more than leading a

8    church of thousands, I would love to have a good relationship

9    with people who I share DNA.  Because there is something

10   powerful when people who share DNA can look past what you know

11   about each other and celebrate the commonness that you have with

12   a god who is sending all of you something through that DNA.

13          And so, I'm excited for what's coming, Larry, because

14   I believe it's good.  And I got room for Bishop Watkins'

15   humanity.  You said -- you made a statement about Bishop Watkins

16   maybe did this to Jakes.  I don't -- I don't know what

17   Bishop Watkins may have done -- did do.  I'm going to say this

18   concerning Bishop Sherman Watkins.  The years that I spent with

19   Bishop Watkins, most of it was absolutely good.  The --

20   there's -- today in my life, there is no way I understand how to

21   handle finances, manage finances, invest money if it wasn't for

22   Dr. Sherman S. Watkins.  He clearly shared so many great and

23   good things with me.  I firmly believe that what happened to

24   Bishop Watkins is that TD Jakes became his cash cow.

25          And see, money changes us.  Bishop Watkins is -- was

1  well established, flourishing, well loved and liked in that

2  community.  And he had something that made me look and highly

3  respected him.  But I'm telling you, if you're not careful, the

4  love of money is the root of all evil.  And if you're not

5  careful, you will trade in everybody --

6          MR. REID:  Yeah.

7          MR. YOUNGBLOOD:  -- for some money.

8          MR. REID:  Money is the root of all evil because money

9  always reflect whatever evil is.

10          MR. YOUNGBLOOD:  Is in the heart.  That's right.

11          MR. REID:  Right.  And I -- you just confirmed more

12  for me who you are and your intention, because the same person

13  that violated you, you turnaround and say, now, wait that ain't

14  all he did to me.

15          MR. YOUNGBLOOD:  No.

16          MR. REID:  That, I ain't seen that.  You all tell me

17  the chat, you seen that online on these YouTube shows, on TV.  I

18  ain't seen that.  Maybe I missed it.  But for me, because see,

19  that's what I would do.  And I do that all the time when I'm

20  talking about Jakes and these other people.  I said, well,

21  let's -- I always tell both sides.

22          For me that just confirm for me that no --

23          (YouTube ads played.)

24          MR. REID:  I would be stupid to not consider a great

25  deal of what you said as the absolute truth.

11.3.24 - Larry Reid Live

1           MR. YOUNGBLOOD:  My.  My.

2           MR. REID:  Because that -- that's just proves to me

3    your intent.

4           Okay.  Now -- now, I heard a rumor, but I can't

5    confirm it.  Although I did see a video that Bishop Sherman

6    Watkins stepped down today from his ministry.  Now, the video I

7    saw that I don't want to play on the platform because it so

8    blurry, but I got it.  His exact words were, "I'm going to leave

9    you, but I'm going to leave you in good hands."  And was pulling

10   some other man up there, I guess that's been with him for a long

11   time.

12          MR. YOUNGBLOOD:  Mm-hmm.

13          MR. REID:  Then I heard that in his message, he said,

14   now, I didn't get -- get this clip, that what's been said about

15   me is not true.  I don't like boys.  I like girls.

16          Do you think -- first of all, I'm going to say this.

17   Now we know where Bishop Jakes get it from.  Because when

18   Bishop Jakes came up in that pool pit last year, December in

19   that red jacket and answered back Larry Live Show how he handled

20   Carlton Pearson and then came back and answered this again when

21   we began to discuss him and P. Diddy.  I was saying on my

22   platform -- somebody said, Larry, he answered back to you -- you

23   made it.  No, I made it when I first made my first million.

24          MR. YOUNGBLOOD:  Come on.

25          MR. REID:  I don't -- can't think about him.  That --

11.3.24 - Larry Reid Live

1  that's not a win for me.  I said, you're stupid.  Why are you

2  answering me back?  Why are you using the pool pit to answer

3  this stuff?  That's a storefront church preacher move.  And

4  that -- let me see the video I saw on Sherman.  He learned it

5  from him.  It's stupid to do.  You validate and verify a

6  person's story when you get on your platform and then you start

7  saying what they saying ain't the truth.

8          Now if they had got up there and said, because both of

9  them did the same thing, said it's not true.  If they had got up

10  there and said anything would have been you know, pray for me.

11  There are some things I've done in my past that I are not --

12  will either tell us what it is, then we can move on.  But to do

13  that, you really set yourself up for a pull down, not a fall,

14  but a pull down to where other powers get involved to begin to

15  pull you down.  And when I say other powers, I'm not talking

16  spirit, ethereal, celestial.  I'm talking FBI, SBI, IRS.  Them

17  letters.  Because we saw that with P. Diddy and --

18          MR. YOUNGBLOOD:  P. Diddy.

19          MR. REID:  Have others contacted -- first of all, do

20  you think that he stepped down or you think there was a quick --

21  that was a knee jerk reaction because he was in the moment?

22  What did you think about that?

23          MR. YOUNGBLOOD:  Well, knowing Bishop Watkins the way

24  that I know him and I think I know him very well.  Bishop made a

25  move today that is detrimental for years to come.  Bishop chose

11.3.24 - Larry Reid Live

1  today to preserve his image and not his church.

2          He chose to stand up there and say, I didn't do it.

3  And meanwhile, what was said about him from me happened prior to

4  2005 because I said I left in 2005.  But he couldn't even speak

5  truth to that.  Instead, he did what I've seen done many times

6  when I was there.  It's not the truth.  I would never -- when I

7  left Higher Ground, I -- like -- like I said, there is an email

8  trail from Bishop Watkins and I.  There is an email trail of why

9  I told him I was leaving.  There is an email trail of when I

10  referenced to him about the things that he said to me concerning

11  other men.  There's an email trail of all of this.  So in that

12  time, he said he had never been with another man.  He was

13  writing this in an email because he wanted me to -- he knew he

14  was writing it, but he had previously shared so much.

15          And there's some things I will never do to Sherman

16  Watkins.  I don't care what he does.  There's certain -- some

17  things I'm not going to cross the line and do to him.  I'm just

18  not going to do that.  But I will say this much.  Today, I don't

19  know that he stepped down because I -- I believe that if he

20  stood up there, he did what he's never done before.  He said

21  that because I saw this video clip.  He said that this is the

22  person.  And he walked off and left that man at the podium with

23  the microphone.  This is after he had already preached.

24          He said, we're not going to leave.  We're going to

25  continue to praise God.

1          MR. REID:  Yes.

2          MR. YOUNGBLOOD:  I don't care what the devil said.

3    This is all the stuff that preachers can do when you're in the

4    moment.  I've made so many bad decisions moving in the fear of

5    the moment, as opposed to taking a moment and think it over --

6          MR. REID:  Now, if he --

7          MR. YOUNGBLOOD:  -- as to --

8          MR. REID:  -- if he didn't step down --

9          MR. YOUNGBLOOD:  Ah-huh.

10         MR. REID:  -- then he needs to explain this show

11   because all of what you just said, he said.

12         MR. YOUNGBLOOD:  Mm-hmm.

13         MR. REID:  What he did, Larry Reid has the video.  I

14   watched it myself, the audio and the -- and the -- well, let

15   me -- you all let me know if you think the audio you can make it

16   out.  To me, is -- I had to listen a 159,000 times in order to

17   understand what the hell he was saying.  And then he don't talk

18   that good.  I'm -- I'm -- I don't mean to talk about your

19   ex-spiritual father.  But I'm just saying, he don't talk that

20   good.  And my nervous system ain't got it.

21         All right.  Hold on.  See if you can hear it.

22         (YouTube ads played.)

23         (A video was played.)

24         UNIDENTIFIED SPEAKER:  But I want to tell you.  I'm

25   leaving you in good hands.  I'm telling you now and we ain't

11.3.24 - Larry Reid Live

1  going to stop praising.  And then nobody going to leave.  We're
2  going to be here (indiscernible.)  We're going to still sing
3  praises.  We're still going to sing praises.  (Indiscernible.)
4  I don't care what (indiscernible) say.  (Indiscernible).
5          (End of video.)
6          MR. REID:  Oh, he made it like he about to shout
7  something.  And he said -- there's more to this.  But did you
8  all hear how Duane said word for word what he's -- I'm inclined
9  to just believe you.  I'm -- I'm inclined to believe because you
10 ain't -- your character is just shining through in all of this.
11         Now, I got a couple of questions.  And I know --
12 forgive us if you feel like we jumping around and leaving stuff
13 untucked.  But clearly, we're going to be doing another --
14         MR. YOUNGBLOOD:  Yes.
15         MR. REID:  -- conversation.  And I do want to talk to
16 Richard Youngblood.  And I do want to talk to Tim Anderson.  And
17 I want to say to those of you that are watching that I talked to
18 that I never share your name.  I think it's a good time for you
19 to have the conversation.  But what I don't want it to be is
20 a -- we're going after Jake.  We're going after Jakes.  We're --
21 no, we're go -- is -- you all, this stuff I've been doing since
22 18.  And I've had to cover a lot of Jakes stuff.  And I never
23 ca -- I could have sat right here and told everybody's story.
24 But that's not how I operate.
25         But the conversation needs to be had and this is

11.3.24 - Larry Reid Live

1   something that needs to be considered.  Why no one saw that

2   Jakes was struggling or is struggling in his sexuality and did

3   not say something to him about moving differently than the way

4   that he has been moving?  I mean, he's been paying off people.

5   I mean, left and right.  And some of that, you guys, I have been

6   involved.  What you mean Reid?  Let me explain.

7           I knew what was happening.  And I knew people were

8   being paid.  Some of them said, well, why do you let people be

9   paid up?  Listen, if I have been touched, and I have by six of

10  my cousins, if any of them was rich, way richer than me, I will

11  want to be paid for my pain.  I don't think there's nothing

12  wrong with that.

13          So when I know that's going on, and yes, I have

14  watched that be done with Jakes and so many other preachers.  I

15  just go quite and -- and -- because what do -- what am I -- what

16  am I here to do?  To create a conversation, laugh and learn.  I

17  am not the court.  I am not God.  It's not my place to pull

18  nobody down or pull the covers off nobody.  But if it come out,

19  we're going to talk about it.  And then get everything out of

20  what we need to get.

21          So does -- in that spirit and energy, I say I want to

22  talk to Richard Youngblood.  I say I want to talk to

23  Tim Anderson.  And I will not call the other names.

24          MR. YOUNGBLOOD:  Yes.

25          MR. REID:  Because I think it needs to be a

1  conversation.  And I love that Duane Youngblood doesn't have

2  nothing to lose, has his wife, his homes, his money and a pretty

3  well-off man.  And -- and I think because of that is why you can

4  just tell the truth and sleep well at night.

5          So I want to ask you a question, a couple of

6  questions, Duane.  But it's not really coming from me, really.

7          MR. YOUNGBLOOD:  Mm-hmm.

8          MR. REID:  And a question I'm about to ask, I've never

9  asked anybody.

10         MR. YOUNGBLOOD:  Okay.

11         MR. REID:  Because I don't think it's nobody's

12 business.  But I have a question.

13         How would you describe your sexuality today?

14         MR. YOUNGBLOOD:  I think the question is a little

15 lower.  I think that's a -- that's a question that fits if I was

16 in a church setting.  That would be a good question.  If I was a

17 person who was really tuned into what culture is saying and

18 doing right now.  That's a good question.  But for the process

19 that I'm in, there's a word evolve, an evolving process.

20         I'm learning so many things about myself that I feel

21 where I have not fully come to the complete answers.  There's a

22 word that's used in various communities, it's called fluid.

23 When things are moving in a particular direction of life.  I'm

24 not going to name it, entitle it --

25         MR. REID:  Yeah.

1          MR. YOUNGBLOOD:  -- all those things, because I really

2    do believe that I'm in a process.  I -- when you have things

3    happen the way they happened in my life, as early as they

4    happened in my life, you take the time and day-by-day.

5          MR. REID:  I -- I --

6          MR. YOUNGBLOOD:  I am not going to in any area of my

7    life ever again rush or be rushed into anything.  So what I say

8    in that particular area, because I don't -- I don't answer this

9    question as a bishop.  I answer this question today as a human.

10         MR. REID:  Yes.

11         MR. YOUNGBLOOD:  I'm allowing myself to evolve and to

12   come to a point in my life where what I say -- I'm going to say

13   you will, Larry.  This is critical.  Because there was a time in

14   my life that I was a people pleaser.  And after I got arrested,

15   I wrote a book called Freedom From Homosexuality.  I wrote that

16   book because I really wanted people on my side.  I wanted them

17   to believe that I was better and I was all this nonsense that

18   was to appease that group of people who I'm no longer interested

19   in appeasing them.  I'm interested in pleasing God and myself.

20   And so, that means getting to the core of what's real.

21         So I won't be making no statements about sexuality and

22   writing books about what God is for and God ain't against.  I'm

23   going to do the -- the good work of getting up tomorrow if God

24   gives me the strength and continuing to do the work of evolving

25   in my own life.  And I'm thankful, the best part, I'm thankful

11.3.24 - Larry Reid Live

1  to have people in my life who want me to do that, because most

2  people don't get to do that work in their lifetime.  Most people

3  unfortunately end up saying what they think people want them to

4  say, doing what they think people want them to do while they're

5  in front of people, stuff like that.  I'm done with that life.

6          MR. REID:  I fully, 100 percent understand in light of

7  all that we know you have been through.  And I'm sure that's

8  only the tip of the iceberg.

9          MR. YOUNGBLOOD:  Yes.

10          MR. REID:  That you are in the process and in the

11  journey and you don't want to name anything --

12          MR. YOUNGBLOOD:  Mm-mm.

13          MR. REID:  -- just because somebody ask you,

14  especially if within yourself you're still data collecting,

15  exper -- experiencing things from the recesses of -- of your

16  mind and still having new experiences.  I got it.  So for all of

17  you -- and that's -- I asked that question for the chat.  I

18  wasn't --

19          MR. YOUNGBLOOD:  Oh, absolutely.  I'm -- I'm glad.

20          MR. REID:  Not my chat.  But that I went to another

21  platform who I love.  He's in the chat.  The Official Tyesse

22  Report.  And a lot of the people over there, I can't understand

23  the obsession with other people's sexuality if you're not trying

24  to frock them.  And so, I never asked that question, but I --

25          MR. YOUNGBLOOD:  Yeah.

11.3.24 - Larry Reid Live

```
 1            MR. REID:  -- ask that question --

 2            MR. YOUNGBLOOD:  I have no problem.

 3            MR. REID:  -- for them.  And I would like to say this

 4   now that I ask -- asked it for them.  Why in the whole hell in

 5   the heaven you want to know or care when the title of this whole

 6   conversation is from abused to abuser and we're discussing all

 7   of the abuse?  Why you want to know if he still get hard when he

 8   see a nigger?  I don't understand that.  I -- I don't -- and I

 9   -- I think there is an ungodly desire to know more than what you

10   have the right to know across the board.  That's -- that's one

11   big thing with this whole everybody being transparent.  And

12   that's a mistake I made.

13            I shared too much.  And it gave people opportunity to

14   create lies out of the thin air.  And then you use clips and --

15   and blurbs from what I say here to confirm some narrative that's

16   just not true.  So I -- I think that we need to not care about

17   who we ain't thrucking.  It ain't none of your -- and I really

18   want to cuss.  I -- it's -- it's none of your business.  Oh,

19   Lord, that was so hard.  Because I felt like it was just right

20   to cuss.  But just stop it.

21            If you are not sleeping with them and he's a married

22   man -- why are you wanting know?  If the wife with him, then

23   clearly, they're good friends and they got a great relationship

24   and something she understand.  So -- so she's -- she's there for

25   a reason.  Hell.  And you all see he ain't ugly.  And she 57
```

11.3.24 - Larry Reid Live

1  too.  She know all the (indiscernible) out here is crazy to say,

2  well, I got this one that I know I love me.  So I might as well

3  keep being with him.  I -- I'm willing to understand that too.

4          All right.  Okay.  I got -- it -- oh, we've been hour,

5  35 minutes.  Okay.  But we going to do more parts.  And even if

6  Tim and Richard need you to be on with them, I'm okay with that.

7          MR. YOUNGBLOOD:  Yes.

8          MR. REID:  For that -- for that kind of thing.

9          All right.  Has any people contacted you since this

10  interview telling you a similar story of their experience?

11          MR. YOUNGBLOOD:  Absolutely.  I've -- I've had -- I'm

12  a -- I'm -- I can't even count the numbers of people who have --

13  first of all, people were trying to find a way to reach me.

14          MR. REID:  Yeah.

15          MR. YOUNGBLOOD:  So --

16          MR. REID:  That's good to be exclusive.

17          MR. YOUNGBLOOD:  Yeah.  Yeah.  Yeah.

18          So I wasn't as a visible and available in social

19  media.  I've had boatloads of people in my Facebook page

20  requesting friendship and all kinds of things.  But I've gotten

21  quite a few emails and calls and text messages, along with my

22  family members have received them as well.  And people have in

23  every camp that I addressed, everything except my father in

24  Quander Wilson's life, Bishop Jakes and Bishop Watkins.  I've

25  been approached with multiple situations that some recent, very

11.3.24 - Larry Reid Live

1  recent and some that were a little bit ago.  So absolutely.

2          And here's what was the best part of all of it.  I

3  don't know.  The best part to me was that people are feeling

4  like, you know what, it's time for me to recover.  Because

5  people -- people get -- I -- I -- I can -- I can only imagine

6  because of the people that I genuinely had some love for, but I

7  hurt these people.  There is nothing more today that I want them

8  to see those people okay.

9          MR. REID:  Yeah.

10          MR. YOUNGBLOOD:  There are people who've talked to me

11  this week, today as a matter of fact, who really are in a very

12  confused state.  And I just want to see them be okay.  And they

13  felt that they could share with me because of the interview,

14  they could share with me what had happened to them.  And I -- I

15  must -- I must say this to you that it's -- it's -- it seriously

16  saddens me to know that this is so widespread and it's not just

17  Greater Emmanuel and Higher Ground.  It's everywhere.

18          MR. REID:  Yeah.

19          MR. YOUNGBLOOD:  But it's -- it's sad that it -- that

20  it's like it is.

21          MR. REID:  It is -- it is sad.  But people like you

22  and me who are not afraid to have conversations, it helps

23  them --

24          MR. YOUNGBLOOD:  Absolutely.

25          MR. REID:  -- you know, process whatever they got

1    going on.  110,000 priests that served, I think it was in a -- a

2    two or three-year period, about 5,000 of them were found to be

3    messing around with the members, particularly the alter boys.

4            MR. YOUNGBLOOD:  Mm-hmm.

5            MR. REID:  And I've never understood why the Catholic

6    church, you know, that all Black churches revere wearing the

7    collars and all different color shirts.  I'm not going to drag

8    it because my mentor do it.  And I am not going to be dragging

9    my mental, but he know how I feel.  The -- that revere some of

10   you -- you revere a church that is founded on slavery and sexual

11   deviance and power plays.  Why -- why -- why are we revering the

12   Roman Catholic Church?  Could that be some of the infestation

13   the root cause of some of the infestation that is happening in

14   our churches?

15           Because these abuse cases keep piling up.  And the

16   Catholic Church has got so much money.  They pay everybody off.

17   And the reality is, Jakes' nickname in the Black church is the

18   black -- was the Black Pope.  And he's been able to -- I mean,

19   payout.  At this point, I -- I say -- feel safe to say millions,

20   payout millions of -- of dollars.

21           I think the church needs to look at herself.  And I

22   hear people say, close it, get rid of it.  I don't feel that

23   way.  It just needs reform.  A reform in the system.  And the

24   way that it is, I have always said that I think the way the

25   church is set up, you go into a room and listen to one man talk

11.3.24 - Larry Reid Live

1  every single week, sometimes several times a week.  It's not

2  good for you or him if nobody is considering the repercussions

3  of that kind of setup.

4          There are certain things we need to talk about.  If

5  I'm coming every Sunday and there's music that emotionalism, we

6  having a transcended experience as a people, so we all get

7  turned on together.  And then, you have this man that is

8  speaking to us that we're looking at, that we are being engaged

9  with.  It really sets things up -- things up to where these men

10 become like gods, like you said, Jakes said when he get on the

11 stage, he feel like God.  And then you begin to worship them

12 like God and hold them in the world that they don't even exist

13 in.  I think it's all frucked to the high heavens.  And it needs

14 reform.

15         And I think you are a key player in causing this

16 reform to happen.  Do you feel that this that you're doing is

17 the -- is -- is -- I know you're doing it for yourself, but can

18 you see the ministerial side of this having this conversation?

19         MR. YOUNGBLOOD:  Oh, yeah.  This week just literally

20 blew my mind with the numbers of people who that interview

21 personally, I'm not -- I'm not talking about the people who had

22 no connection.  And therefore, it was just something to talk

23 about.  I'm talking about people who in something that I shared

24 could connect to it.  Those individuals found a lifeline.  And I

25 didn't expect it to be a lifeline.  But they found it to be one.

1  And it makes me realize, because Larry, I was literally saying

2  that I wanted to know what was next.  And God had shared with me

3  I believed that I needed to come out of this tunnel and this

4  story sharing was the way I would get out of the tunnel to know

5  what's next.

6          One of the things I learned this week that was so

7  difficult, was that if men come out and say this kind of stuff

8  it's treated differently --

9          MR. REID:  It is.

10         MR. YOUNGBLOOD:  -- than if women come out and say it.

11         MR. REID:  I don't -- I don't see no woman coming out

12  and saying that I was touching my students and I was -- and --

13         MR. YOUNGBLOOD:  No.  If she says that she was

14  abused --

15         MR. REID:  Oh, yeah.

16         MR. YOUNGBLOOD:  -- it's way more believable than a

17  man saying it.  And so, there's --

18         MR. REID:  Yeah.

19         MR. YOUNGBLOOD:  -- so many guys sitting in the dark

20  dealing with the pain because they can't -- they don't feel that

21  they can speak.

22         Think of it like this, someone who's not gay.

23         MR. REID:  Right.

24         MR. YOUNGBLOOD:  So how -- how do you feel comfortable

25  even having that conversation, whether it's a therapist or

11.3.24 - Larry Reid Live

1  whatever.  But I'm suggesting to people that if something is

2  keeping you from your peace, you don't have to come on Larry

3  Reid Live or -- but you need to get with yourself.

4          MR. REID:  Yeah.

5          MR. YOUNGBLOOD:  Because it's going to impact every

6  relationship.  Trust me.  I didn't know it until I look back.

7  When I look back, I can see how I damaged people that I say I

8  loved because I was carrying a virus that was interfering with

9  every connection I was trying to make.  And so, I -- I strongly

10 see that this story has begun something, that I'm willing to

11 allow god as he -- however he sees to use it to continue it to

12 being an assist in people's lives.

13         I -- I -- you asked me before about a book and my book

14 may be a -- a month or so away from being released and you know,

15 on YouTube and stuff like that.  But I didn't come on here with

16 any of that done.  And I could have because that's the kind of

17 man I am.  I know how to get stuff done so that it'd be ready.

18         MR. REID:  Right.

19         MR. YOUNGBLOOD:  I didn't want to come here looking

20 like I'm shopping something.

21         MR. REID:  Yeah.

22         MR. YOUNGBLOOD:  I'm -- I'm really here to share a

23 story.  And I pray that people hearing this story will do

24 something in your story because your life deserves it.  You

25 deserve to live your best life.  And you deserve to start right

11.3.24 - Larry Reid Live

1  now.  Don't wait.  Get up.  Get started.  And I guarantee you

2  you're going to be very, extremely happy if you do.  And I -- I

3  like this.  I say this to people and it's hard for some of them

4  to understand it.  Going to prison was the best thing that could

5  have happened to me because I would have never stepped down from

6  that church.

7         The mindset that I had, I would have continued to see

8  people cycle in and out of there because of my own pain.  And I

9  would have stayed there because you have a loyal following of

10 people.  But where I sit today, I'm thankful to be able to help

11 some leaders even see that it's in your best interest to take

12 some time.  It's in your best interest to consider don't have a

13 crash when you could simply pull the car over and say, you know

14 what, I need to step out for a moment and get some things done,

15 so that I can be in a better place to help more people.

16        And so, I encourage you watching tonight, those of you

17 who will see it later, if you can get beyond my story and beyond

18 the things that you think about me and understand that I'm just

19 one person.  There are so many people with different stories who

20 got the same kinds of pain and they need an opportunity to get

21 up.

22        MR. REID:  Yeah.  Wow.  All right.  So we -- there was

23 a few questions put in here.  So we're going to -- let's see if

24 we're going to do a quick fire because we really --

25        MR. YOUNGBLOOD:  Go ahead.

1          MR. REID:  -- have 14 more minutes left.  I do want to

2  say this and so let me take one of them minutes.

3          There was a woman that did a video from Higher Ground

4  that --

5          MR. YOUNGBLOOD:  Yes.

6          MR. REID:  -- saw your video.

7          MR. YOUNGBLOOD:  Yes.

8          MR. REID:  And she talked about how Bishop Sherman

9  Watkins hid her rape in the church, is that correct?

10         MR. YOUNGBLOOD:  That's what she said.  She was -- I'd

11  been molested and -- and raped for a long time.  And she knew

12  the person because they were in leadership.  And he hid it.  And

13  she decided to go live yesterday and share it.  She'd had had

14  conversations in the middle of the week concerning this

15  interview that I had done last week.  And she decided she was

16  going to step up and -- and do that.

17         MR. REID:  Wow.  That's interesting.  Okay.

18         And I think she was interviewed by the Official

19  Tayesse Report today.

20         MR. YOUNGBLOOD:  Oh.

21         MR. REID:  So you can go and watch her interview with

22  him as she shared more.  That's the Official Tayesse Report.

23         So let's do some quick fire questions.

24         MR. YOUNGBLOOD:  Yes.

25         MR. REID:  Okay.  Is there anyone willing to discuss

11.3.24 - Larry Reid Live

1  the grooming and abuse from the women of God?  Okay, this is one

2  of my spiritual children.  Joy, we might have to bring you on to

3  have that conversation because that is so rampant and it's not

4  discussed at all.  Same gender loving women in the church,

5  that -- meaning the ones that pray from the mother board and

6  from the pools and from the choir room, prey on other women and

7  turn them out literally by eating them out.  That's a whole

8  mess.  So let -- let's have that conversation and -- and look at

9  that, because a lot of -- a lot of women have momma trauma and

10  drama.  And that's really the door that this happens through for

11  a lot of women.  And some women have had a whole lot of pain

12  from men.  And sometimes that's the door how they get into that.

13  Some stay, some go back to being strictly -- but it just all

14  depends on -- on the women and the situation.

15         All right.  Because sometimes sexuality can be

16  circumstantial.

17         MR. YOUNGBLOOD:  Yes.

18         MR. REID:  All right.  Another question.  I have mixed

19  emotions.  I feel heavy.  I didn't watch the first interview

20  because I couldn't.  I understand.  So is it inevitable that the

21  abused will become the abuser?  No.

22         MR. YOUNGBLOOD:  Absolutely not.

23         MR. REID:  No.  Absolutely -- in fact -- and I --

24         MR. YOUNGBLOOD:  Statistically, it's less likely.

25         MR. REID:  That's right.  That's what I was about to

11.3.24 - Larry Reid Live

1  say.  I love a smart Black man.  Right.

2          Statistically, it's less likely.  Remember that.

3  James Powell, when are we going to see part two of the

4  documentary?  Oh, to my personal documentary.  Unfortunately,

5  the files were destroyed, so we got to redo a lot of interviews

6  all over again.  We'll get back to it.  I'm doing a lot of

7  traveling now.  I'm investing heavily.  The ministry got all

8  these reformations.  We be in -- I'll be in Africa on Friday for

9  ten days.  I come back.  I do holidays.  I go back to Dubai.

10 And then I run to Aruba.  And then I got to go to Hong Kong.  I

11 got a lot of stuff I got going on.

12         So -- but I'm fully in investments right now.  So give

13 me a little time and we'll get it done.  Thank you for asking,

14 James Powell.

15         Bong, how you go.  Not everyone who is groomed and

16 abused become a groomer and abuser.  Thank you.

17         Byron, what impact do you think your actions had on

18 the victim and their families?  Great question.

19         MR. YOUNGBLOOD:  Actually, des -- highly destructive.

20 When you are considered by people to be a spiritual leader, a

21 leader, whatever your position may be, any kind of leader.  And

22 you cross those lines and violate those relationships, you

23 are -- not only are you wounding the person in a way that's

24 going to take some time for -- for them to deal with it, you're

25 also wounding the way they see leadership.

11.3.24 - Larry Reid Live

1          And that's -- it could be leader anywhere in life.

2   And people need people to help them navigate on various levels.

3   And so, absolutely, hurt people hurt people.

4          MR. REID:  Yeah.

5          MR. YOUNGBLOOD:  And -- and I believe that it can

6   create a cycle of hurt as well when you hurt someone else.  It

7   could open them up to doing some of the very same things to

8   themself or to others.  And so, I can't tell you how saddened I

9   am that I ever hurt anyone.  But I know I have.  And I get up

10  and do stuff like this right here or talk to people tonight or

11  tomorrow because I want the rest of my life to be good stuff.

12         MR. REID:  I know that.

13         MR. YOUNGBLOOD:  I can't change the crazy, the wrong

14  stuff.  But oh, can I do something about today and tomorrow.

15  And so, yes, it hurts people, detrimentally hurts them, scars

16  them.  As I've told you about my own story.

17         MR. REID:  Yeah.  Okay.  So we're not going to get to

18  the rest of the question.  We only got eight minutes because

19  he's long-winded like me.

20         MR. YOUNGBLOOD:  You said rapid fire, so you know, I'm

21  sorry.

22         MR. REID:  That was slow.

23         MR. YOUNGBLOOD:  That was not rapid.

24         MR. REID:  All right.  Renee my question is, Mr.

25  Youngblood, has anyone reached out to you to pay you to keep

11.3.24 - Larry Reid Live

1   quiet about your story?  Yes, I can answer that.  Not directly

2   to him.  They reached out to me.

3           All right.  Official -- that's to -- where you can

4   watch the interview, the Official Tyesse Report terribly

5   additive platform.  How does he identify with regards to his

6   sexuality?  We've already answered that question.  He don't --

7   he ain't got no definition yet.  His name is Duane.

8           All right.  How -- Howell.  Does he have children,

9   namely sons?  You have sons?  We know you got children.

10          MR. YOUNGBLOOD:  Natural -- my natural children are

11   daughters.  But in my adopted children, I have sons.

12          MR. REID:  Okay.

13          MR. YOUNGBLOOD:  And I've talked with my sons this

14   week.  And my one son just was in tears telling me how proud of

15   me he was.

16          MR. REID:  Wow.

17          MR. YOUNGBLOOD:  And my other son, we talked a couple

18   of hours before this interview tonight.  I'll see him tomorrow.

19   And I'm thankful.  I told them both.  And I'm going to say this

20   so you all can hear it.

21          I've said this to -- my second son, I didn't -- we

22   didn't have this conversation with my first son and another guy

23   who had been in the church reached out to me.  And I told them

24   both this.  I says, you know what, you guys have great

25   relationship with me, high respect and regard for me because I

1  never tried to cross a line or violate you.  But there are

2  people that I did and there are people that I've hurt.  And

3  those people don't feel the same way.

4        So I'm very grateful for the -- the kindness that I

5  have from the people that who are -- who are -- who are kind

6  have shown their kindness this week to me.  But at the same

7  time, I also understand there are people who are hurt and who I

8  let down and disappointed.  And so for those people, I -- I pray

9  that God mends those places in their hearts as well.  But yes, I

10 do have sons and daughters.

11        MR. REID:  That was all we needed.  You did all that.

12        MR. YOUNGBLOOD:  Ain't that a mess?

13        MR. REID:  A hole a mess.  That's what the church will

14 do to you.  Make you just --

15        MR. YOUNGBLOOD:  That's what it'll do.  See.

16 Sermonizing.

17        MR. REID:  Okay.  Stacy.  Oh, that's one of -- how --

18 how are the kids, baby?  What safeguards does he have in place

19 to not go back to those negative behaviors?  Great question.

20        MR. YOUNGBLOOD:  Great question.  Let me say this as

21 quick as I can get it out.

22        One of the things I have in place now is, I have a

23 team, a support team in my life.  Here's the other thing, three

24 words, authenticity, integrity, which the -- this is critical

25 and discipline.  These three words never rated in my life until

1  I started reading John Maxwell books.  Authenticity, integrity,

2  and discipline.

3        So with a support team and really focusing on staying

4  authentic, walking with integrity and having the discipline to

5  get up and carry it out every day, I feel pretty good about

6  where I am and the direction that I'm headed.

7        MR. REID:  Great.  That was a little bit better.

8        How do you reconcile being labeled as a sex offender

9  within your close community?

10        MR. YOUNGBLOOD:  I don't reconcile being labeled as a

11  sex offender.  I understand that the label sex offender is

12  political.

13        MR. REID:  Oh.

14        MR. YOUNGBLOOD:  If -- if I -- I have happened.  So

15  I'm going to -- I'm going to say this because this is -- Larry,

16  this ain't going to be as quick, but people are going to love

17  it.

18        I was incarcerated with people who committed murder

19  and I taught classes, financial classes, to people who kill

20  people, hung people, shot people, raped, whatever.  This -- they

21  were all there.  And so, I understand politically when you're

22  running for election, it's very good to put fear into people and

23  say that you are going to be strong against sex offenders

24  because that term just creates such a crazy ora.

25        But I challenge you to look up and you will find

11.3.24 - Larry Reid Live

1   statistically people who have sex offenders re-offend less than

2   any other crime.  I'm going to say it again.

3           MR. REID:  It's true.

4           MR. YOUNGBLOOD:  Sex offenders re-offend less.  Now,

5   they're disputing and debating about why that might be true.

6   But it's more political than it is anything else.  And so --

7           MR. REID:  Same thing with child support.  There's a

8   whole -- that's -- that --

9           MR. YOUNGBLOOD:  That's a family court.  That's a

10  mess.  But the sex offender is a problem because, again, you're

11  on a list.  People can see your address and all that kind of

12  stuff.  So it's very political.  There's a lot involved with it.

13          And in my case, I have no problem with discussing the

14  realities of that because those are my realities.  I am

15  embracing my life and my story.  I -- I'm not going to hide from

16  none of it.  Because if I authentically be me, I'm going to

17  bless somebody and I'm going to be blessed.

18          MR. REID:  Absolutely.  I love that.  Bishop Watkins

19  recently stepped down, we discussed this.  What about the

20  situation with the 16-year-old, do you identi -- I only knew

21  about a 15-year-old and a 17, right?

22          MR. YOUNGBLOOD:  There ain't no 16-year-old.  But that

23  may be talking about the 15-year-old.  I said the person can't

24  give consent.

25          MR. REID:  Right.

11.3.24 - Larry Reid Live

1          MR. YOUNGBLOOD:  And legally speaking, you can only

2    give consent at a certain age.  And I don't like the word

3    consent when you're committing a --

4          MR. REID:  Right.

5          MR. YOUNGBLOOD:  -- violation against a person anyway.

6          MR. REID:  That's why Texas came up with them laws.

7    North Carolina threw it out, I think.  But I know them laws for

8    clergy because you a position of power.  They need to do it for

9    the others too.  But that position of power, it's -- the consent

10   thing is -- is shaky with that.

11         MR. YOUNGBLOOD:  Yes.

12         MR. REID:  And Texas -- Duane, where you at, Indiana,

13   Ohio?

14         MR. YOUNGBLOOD:  I'm in Pennsylvania.

15         MR. REID:  Oh, but that's where it was.  And 16 is not

16   the age of consent there, right?

17         MR. YOUNGBLOOD:  No.

18         MR. REID:  It's 17, I think.

19         MR. YOUNGBLOOD:  You -- you can give -- there's

20   certain things you can do.  But there are certain things that

21   are still a crime at 16.

22         MR. REID:  Yeah.  Ah-huh.  Yeah.  Okay.  That's what I

23   think -- I thought.  Okay.

24         All right.  At what age did you get married?  Did you

25   share this info with your wife?  Great question.

11.3.24 - Larry Reid Live

1          MR. YOUNGBLOOD:  I got married when I was 22 years of
2    age in 1989.  And I did not tell my wife all this stuff.  My
3    wife was young as well.  And it's crazy the -- I'm sure everyone
4    out there watching this, you can understand this.  That when
5    you're younger and especially when we were younger, a lot of
6    people didn't talk about a whole lot of stuff.
7          MR. REID:  Mm-mm.
8          MR. YOUNGBLOOD:  People didn't even know how to broach
9    this stuff.  I had one conversation with my wife before we got
10   married about some things around my sexuality.  One
11   conversation.  And so, absolutely not, I didn't entrust that
12   with her.
13          And today, I -- that would be a great regret except
14   for the fact that I in no way was in a position or under any
15   instruction that that was something that you should do.
16          MR. REID:  I know what you're talking about.  I know
17   that what I did I was crazy.  I told everything.  I -- I told
18   her everything.  I have even told her stuff that I told somebody
19   else I wouldn't tell.  But I told that anyway.  Because I -- I
20   mean she's the one who I'm married to, so I need to tell her,
21   that's how I feel like.  And plus, we are friends, you know, so.
22          MR. YOUNGBLOOD:  Yeah.
23          MR. REID:  Yeah, it makes a difference.
24          Let me see here.  What do you all hope to accomplish
25   by doing this?  No for real, it seems a bit trashy and like

11.3.24 - Larry Reid Live

1   school -- school on Saturday.  No class.  Okay.  We -- we -- I

2   -- I don't even think we should respond to that.

3          MR. YOUNGBLOOD:  Okay.

4          MR. REID:  I say that this is probably somebody that

5   just love who they love.  And I can't blame them for that.  So

6   they can't.  This is how come I said what I said earlier.  These

7   people we're discussing have done great things for you.  You

8   should hold them in that honor in that regard.  But in addition

9   to that, consider any and all truths concerning their truths --

10  truths concerning their --

11         MR. YOUNGBLOOD:  Right.

12         MR. REID:  -- humanity.  And in this situation, we

13  were not there when these acts were committed.  But there's been

14  so -- what the courts will call it, circumstantial evidence that

15  proves for me that what he is saying is the truth because

16  there's so many people corroborating your story.

17         Someone say his -- Bishop Long is owed an apology.

18  Now, let me -- I know why you're saying that, because that means

19  you watch Larry Live.  I said this in 2019, that there was a

20  list of preachers and I refer to Jakes, that need to apologize

21  because all of them were doing the same thing.  And they ran

22  away from Bishop Long like he was the only guilty person.  They

23  were all shocked.  That is not the case.  They will go do this

24  stuff all together.  And that is yet -- that story has yet, at

25  least for me, I don't know about other platforms, has not been

11.3.24 - Larry Reid Live

1  told until I can get one of them to and trying to -- I ain't

2  trying to get -- I ain't going to say trying to get one of them,

3  but until one of them make a decision to talk to me publicly.

4  Although I've already talked to them.  That's how that is.

5          MR. YOUNGBLOOD:  My.  My.

6          MR. REID:  All right.  Somebody says TD Jakes and

7  Sherman Watkins young man from Columbus they traffic that boy

8  and we know it.  The nail in the coffin is that young boy.  He

9  has it all.  And they keep him surrounded.  They only let him

10 out short times, but they keep him on a short leash.  I can't

11 confirm that.  And this is coming from Toby Kinte.  Larry did

12 not say it.

13         MR. YOUNGBLOOD:  Well, I'm going to say this.  I don't

14 know which young boy he might be referring to.

15         MR. REID:  Okay.

16         MR. YOUNGBLOOD:  But I can tell you this much.  There

17 is a person with a major story.  Whenever he decides that he

18 really wants to live his best life, he'll walk into it.  And --

19         MR. REID:  That's a lot.

20         MR. YOUNGBLOOD:  -- if he go walk into it, he got to

21 walk out of some other situations.  And I respect the person's

22 comment.

23         MR. REID:  Okay.  I -- I -- yeah, I can't take no

24 more.  All right.  This is the last question.  Oh, Lord.  And

25 we -- hold on boss.  We three minutes over.

11.3.24 - Larry Reid Live

```
 1              Okay.  What was the reason for the split between
 2    Haga --
 3              MR. YOUNGBLOOD:  Higher Ground.
 4              MR. REID:  All right.
 5              MR. YOUNGBLOOD:  And Greater Emmanuel.
 6              MR. REID:  Mm-hmm.
 7              MR. YOUNGBLOOD:  Ultimately, I just believe that
 8    Bishop Watkins felt to go in a different direction and a
 9    different method.  Bishop Wilson was quite kingdom and praise
10    team and worshipped dancers and whatnot.  And Higher Ground is
11    not that.  Bishop Watkins is more of a sermonizer.  And they're
12    going to have show enough knock down, drag out church.  And so,
13    the two just didn't look the same.  And the two leaders saw it
14    differently.  And so, you could see it play out in the way in
15    which the organizations went.
16              MR. REID:  Yeah, we are complete.  Question.  At this
17    point in your journey, how do you keep from triggering whenever
18    you encounter attractive male teen church grocery store, out in
19    the public?  I think it's a great question our last one too.
20              MR. YOUNGBLOOD:  Yeah.  I want to say this is good for
21    me.  I don't find myself attracted to teens.
22              I want to say something that I think people were --
23    are going to have to consider.  A lot of times when things
24    happened to you at a early age, you emotionally stop your own
25    development.  So for me, part of what could have been perceived
```

11.3.24 - Larry Reid Live

1  as attraction was because that was my other.  That's where I

2  was.

3          MR. REID:  Yes.

4          MR. YOUNGBLOOD:  You are sitting here looking at a

5  mature masculine man who there is nothing that a teen is going

6  to do for me.

7          MR. REID:  Amen.

8          MR. YOUNGBLOOD:  And that's in my reality.  That

9  doesn't mean that people aren't attractive.  But it doesn't have

10 the impact that you may think that it could.  Because I -- I

11 think I've done some work myself now.  Now, that doesn't mean

12 that I'm careless and callous in how I approach life.  It just

13 means that I'm quite aware of where I'm at in my own journey.  I

14 keep a good support system with me.  And I live authentically in

15 those realms of my life with integrity.  So I -- I just thank

16 God for that.

17         MR. REID:  Well, Duane Youngblood.

18         MR. YOUNGBLOOD:  Yes, sir.

19         MR. REID:  Once again, you have lead a conversation

20 that is insightful that we're going to be thinking about.  We're

21 going to watch this more than once.  I enjoy conversation with

22 you.  What is your sign?

23         MR. YOUNGBLOOD:  Capricorn.

24         MR. REID:  Okay.  Of course.  I would.  You come

25 across like a cat.

11.3.24 - Larry Reid Live

1    So do you know what your rising is?

2    MR. YOUNGBLOOD:  I don't.

3    MR. REID:  You don't, okay.  All right.  I can -- I

4    can help you with that.  But you're a late Capricorn.  You

5    almost --

6    MR. YOUNGBLOOD:  It kind of in the middle because I'm

7    December 29th.

8    MR. REID:  Oh, no.  You're an early cap.  Okay.

9    MR. YOUNGBLOOD:  Yeah.

10    MR. REID:  All right.  But yeah, so anyway, great

11    conversation.  Thank you so much.

12    Tim Anderson, Richard Youngblood, let me know when you

13    ready.  Now, I'm going to Africa Friday, but I can still work

14    from Ghana.  So it might not look as beautiful, but we can make

15    it work.

16    MR. YOUNGBLOOD:  Yes.

17    MR. REID:  And if I have the time while I'm there, I

18    can do that there.  I come back like ten days later.  And we can

19    have -- probably people need about ten, 15 days to sit with

20    these two interviews.  And then we can come back --

21    MR. YOUNGBLOOD:  Yeah.

22    MR. REID:  -- right before Thanksgiving and we can do

23    those back-to-back.  All right.  So you all, does it work -- get

24    me through the Duane, right?

25    MR. YOUNGBLOOD:  Yes.

11.3.24 - Larry Reid Live

```
 1              MR. REID:  All right.  God bless each and every one.
 2    And this is what I want you all to do.  Oh, shoot.  I didn't
 3    even think about this.
 4              Please donate to the platform right now.  It's $8.88.
 5    Three eights mean Christ.  So every time that you are giving
 6    $8.88 or got three eighths in it, you are literally giving,
 7    implanting into a harvest that is on the way that is filled with
 8    Christ's consciousness and Christology.  So do that.
 9              These are the ways you can do it.  Cash App,
10    $mbnnetwork.  Please put your phone number in the memo section.
11    You can text the word give to 404-800-4530.  You can also send
12    it through Zelle, but use the email address,
13    info@thembnnetwork.org.  Venmo, @mbnnetwork.  Please make sure
14    you spell it right.  Or you can go to the mbnnetwork.org and you
15    can click donate.  And that's Paypal.  But you can write a
16    couple of sentences there in the memo section in addition to
17    your number.  Or just go to pushpay.com/gforgiven/thembnnetwork.
18    And if you want to do this easier, just go to the -- your app
19    store, type in the MBN Network, download the app.  And you can
20    always do your giving that easy right there.
21              If you have enjoyed, please support.
22              (YouTube ads played.)
23              MR. REID:  This platform.  And I thank you for being
24    here.
25              And I also want to invite you guys to go to IG and
```

1  follow the MBN Network IG.  You all follow me on there, Larry

2  Live, but I need for you all to follow the ministry on the

3  MBN Network.

4        Something amazing happened this morning in reformation

5  prayer, prophecy coaching call, Duane, for years, I've done

6  spiritual work, exorcism, house cleansing and stuff and

7  prophesying.

8        MR. YOUNGBLOOD:  But, you know, that type of stuff

9  work -- it -- it's always been segmented.  Over here, my music.

10 Over here, my preaching.  Over here, prophecy.  Over here,

11 casting out demons and house cleansings and stuff.  You know,

12 here's the actor.  You know, what has happened since 2022 when

13 me and my parents had a -- my -- my sight gift has entered the

14 world of my personal prophecy with people.  And it's getting

15 very interesting.

16       So my best friend, who we've been best friends for

17 30 something years, he had gave a supersede because we do given

18 in for levels because everybody's at different levels of their

19 faith and finances.  So the ones who give at the supercede level

20 right there in the moment, I speak the words of the Lord to

21 them.  But in that prophesying what God is telling me to save my

22 sight, which is the gift God gave me, opens up.  And I'm able to

23 peer in different places, sometimes in the ancestral plain.  And

24 his ancestors start coming through and confirming some things.

25 And it has been going on heavily lately.

11.3.24 - Larry Reid Live

1       A baby that was aborted spoke to the mom during a

2   prophesy.  I mean, it's just been crazy, but those clips are on

3   the MBN Network IG page.  They pulled them from our prayer call.

4   So follow the MBN Network, assemble the MBN Network IG page.

5   Just listen to those prophetic moments and enjoy them.  And I

6   know some of you be like oh my God, you -- you're talking to

7   dead people, however you're wanting to say.  I mean, I don't

8   care.  I mean, I've -- I've been called a witch for decades.

9       You know, there's nothing else interesting that I can

10  say about me.  I don't even -- I can't feel it.  I don't care.

11  I don't really care.  I accept -- I -- I -- I -- if I accept

12  that or feel it, I feel it in a positive light, even if it's

13  negative.  It's just how it is.  So I don't mind that.  But I

14  want you to enjoy that.  And I want you to learn from it,

15  especially those of you that are prophetic.  Because as I'm

16  seeing and -- and giving it, I'm explaining what is happening

17  and how I'm receiving that information.

18      So that can help you and you using your gift to bless

19  other people like Duane.  How can we follow you online?

20      MR. YOUNGBLOOD:  Well, I -- I created a -- a YouTube

21  space.  It's Duane Youngblood on YouTube.  And if you're on

22  Facebook, it's Duane Youngblood there.  And then I'm very much

23  more bigger in Tiktok world because of the -- the business stuff

24  that I do.  Over there, it's V Duane Yblood on Tiktok.

25      But my YouTube space is where I'm going to begin when

11.3.24 - Larry Reid Live

 1   I do.  I'm going to begin speaking more to this type of stuff.

 2           MR. REID:  When would that be, first of the year after

 3   holidays?

 4           MR. YOUNGBLOOD:  It's going to be before the end, but

 5   lightly.  Lightly.  But my book will be ready for the first of

 6   the year.  And so then is when we'll see the real ramp up.

 7           (YouTube ads played.)

 8           MR. YOUNGBLOOD:  In the beginning of the year.

 9           MR. REID:  We will -- we'll be turning in.  I -- I --

10   I trust your -- your vo -- your voice and your lens on quite a

11   few things you've discussed.

12           All right.  I'm probably going to be putting a little

13   something to nimble in my mouth and lay back in my bed and watch

14   the Official Tyesse Report review.

15           And shot out to all of you guys that -- that review

16   these interviews.  I thank you.  I don't care if you are on --

17   or mims, make it makes sense.  Send a lot of people to watch the

18   video.  I don't even care how you feel about it.  I only care

19   how you feel about me.  Thank you.

20           MR. YOUNGBLOOD:  Yes.

21           MR. REID:  Some of you, I know you enjoy the

22   conversation.  But some of you just are as you are.  But you're

23   still working for me and being my advertisement.  So I don't

24   mind.  I'm not going to strike nobody can -- channel.  That's

25   something I used to do when I first started on YouTube.  I don't

11.3.24 - Larry Reid Live

1  care that much no more.  Enjoy it however way you decide to

2  enjoy it.

3          Duane, thank you.

4          MR. YOUNGBLOOD:  Thank you.

5          MR. REID:  Thank you.  I want you to hear me say thank

6  you because you're good at went anywhere else.  But you trusted

7  this platform.  And it was a wise move because it was -- it was

8  two/three hours.  There were -- they were calling trying to

9  figure out what they can do to keep the rest of the parts from

10 happening.  But this is great ministry.

11         MR. YOUNGBLOOD:  A lot more to do here.  A lot more.

12         MR. REID:  Yeah.  All right.  Let me -- look at my

13 best friend trying to tell -- get me off there.  I don't -- I

14 don't understand.

15         He said -- oh, he said -- he said I should strike, but

16 by -- I should.  But by -- oh, okay.  That's pointless.  I don't

17 know.  I want you all to continue to do it.  Continue to do it.

18 It's -- it's all right.  I -- I love it.  And I thank all love

19 you for doing it, even if you don't living like me.  I -- I

20 don't feel the same.

21         All right.  See you later.  God bless.  And make sure

22 you play.  God don't play about me before you go to bed.

23         MR. YOUNGBLOOD:  Yes.

24         (End of recording.)

25

11.3.24 - Larry Reid Live

```
1                    CERTIFICATE OF TRANSCRIBER

2

3

4        I, Sarah Albaladejo, do hereby certify that I was

5   authorized to transcribe the foregoing recorded proceeding; and

6   that the transcript is a true and accurate transcription, to the

7   best of my ability, taken while listening to the provide

8   recording.

9

10       I FURTHER CERTIFY that I am not of counsel or attorney

11  for either or any of the parties to said proceedings, nor in any

12  way interested in the events of this cause, and that I am not

13  related to any of the parties thereto.

14

15

16       Dated this 17th day of December 2024.

17

18

19       _____

20       Sarah Albaladejo

21

22

23

24

25
```

---

**$**

---

**$8.88**
  83:4,6
**$mbnnetwork**
  83:10

---

**1**

---

**1,000**
  44:7
**100**
  40:16 59:6
**110,000**
  63:1
**14**
  68:1
**15**
  16:18 82:19
**15-plus**
  33:16
**15-year-old**
  75:21,23
**159,000**
  7:17 54:16
**16**
  27:14 76:15,
  21
**16-year-old**
  75:20,22
**17**
  3:17 46:10
  75:21 76:18
**18**
  55:22
**1988**
  33:6
**1989**
  77:2
**1990**
  44:25
**1992**
  44:24

---

**2**

---

**20**
  30:4
**2002**
  15:13
**2005**
  34:2 53:4
**2008**
  41:2
**2018**
  6:15
**2019**
  78:19
**2022**
  23:16 84:12
**2023**
  43:4
**2024**
  5:11 43:5
  47:1
**22**
  15:15 77:1
**24**
  36:8,9
**28th**
  6:8
**29th**
  82:7

---

**3**

---

**30**
  84:17
**35**
  15:16 18:24
  61:5
**3rd**
  5:11

---

**4**

---

**40**
  42:15,25

---

**404-800-4530**
  83:11
**404-999-7527**
  5:3,4

---

**5**

---

**5,000**
  63:2
**57**
  29:25 44:13
  60:25

---

**@**

---

**@mbnnetwork**
  83:13

---

**A**

---

**ability**
  3:17 13:12
**aborted**
  85:1
**absolute**
  40:18 50:25
**absolutely**
  3:18 18:19
  20:3 22:13
  26:24 29:1,3
  33:24 41:13,
  18 43:14
  49:19 59:19
  61:11 62:1,
  24 69:22,23
  71:3 75:18
  77:11
**abuse**
  9:20 13:21
  14:4 18:2
  21:10 25:11
  60:7 63:15
  69:1
**abused**
  9:2,3,4,5,16
  13:21 14:7
  21:3 24:7

---

**37:2 60:6**
  65:14 69:21
  70:16
**abuser**
  9:16 24:8,17
  25:12 60:6
  69:21 70:16
**accept**
  3:18 35:14
  85:11
**access**
  4:9 22:4
  45:21
**accomplish**
  77:24
**accused**
  8:17
**accuses**
  8:6
**act**
  23:18
**acted**
  27:12
**actions**
  20:13 70:17
**activity**
  22:22 33:23
**actor**
  3:22 84:12
**acts**
  36:1 47:10,
  11 78:13
**addition**
  12:2 35:13
  78:8 83:16
**additional**
  41:25
**additive**
  72:5
**address**
  24:15 75:11
  83:12
**addressed**
  32:5 61:23
**addressing**
  14:14

---

11.3.24 - Larry Reid Live

admired
    26:18
admission
    6:24
adopted
    45:1 72:11
ads
    5:8 9:6
    12:11 15:6
    26:3 29:18
    39:1 50:23
    54:22 83:22
    86:7
adult
    18:4
advanced
    48:3
advertisement
    86:23
affected
    44:15,17
afraid
    62:22
Africa
    70:8 82:13
age
    12:13 19:1
    76:2,16,24
    77:2 80:24
Ah-huh
    54:9 76:22
ahead
    6:15 10:19
    11:10 67:25
air
    60:14
aisle
    46:8
allowing
    58:11
alter
    63:3
amazing
    7:3 84:4
Amen
    20:16 39:16
    81:7

American
    4:1
ancestors
    84:24
ancestral
    84:23
Anderson
    40:5,10
    55:16 56:23
    82:12
answering
    52:2
answers
    57:21
anxious
    11:23
apologize
    78:20
apology
    23:10 78:17
apostle
    27:15
app
    5:6 83:9,18,
    19
appease
    58:18
appeasing
    58:19
approach
    4:16 81:12
approached
    61:25
area
    9:22 58:6,8
armor
    34:19 41:19
array
    4:15
arrested
    58:14
artist
    3:21 38:22
    39:7
artists
    38:14

Aruba
    70:10
asleep
    27:2
aspect
    5:22
assault
    16:9
assemble
    85:4
assign
    46:2
assigning
    46:3
assist
    66:12
Atlanta
    3:23,24 4:4
    40:21
attached
    13:6
attention
    9:2 22:20,
    21,25
attracted
    80:21
attraction
    25:18 81:1
attractive
    80:18 81:9
attributes
    22:8,12
audio
    54:14,15
authentic
    74:4
authentically
    75:16 81:14
authenticity
    73:24 74:1
author
    3:22
authority
    47:3
auto
    15:11,18

aware
    17:7 81:13
awe
    27:16
awesome
    12:17

—————
        B
—————
baby
    21:4 44:11
    73:18 85:1
back
    19:23 26:19
    27:25 36:23
    42:2 46:20
    51:19,20,22
    52:2 66:6,7
    69:13 70:6,9
    73:19 82:18,
    20 86:13
back-to-back
    82:23
bad
    7:15 34:16
    54:4
bankrupt
    48:10
based
    3:23 4:3
BDSM
    30:12
bearer
    34:20 41:19
beautiful
    82:14
bed
    27:6,10 32:7
    86:13 87:22
bedroom
    27:5
bedrooms
    27:5
began
    51:21
begin
    52:14 64:11

11.3.24 - Larry Reid Live

85:25 86:1

beginning
  86:8
begins
  17:22
begun
  66:10
behavior
  43:2
behaviors
  7:15 73:19
believable
  65:16
believed
  65:3
believing
  48:6
bell
  5:3
bend
  28:9
beneficial
  12:16
benefit
  10:11
BET
  3:25
bet.plus.
  4:2
biased
  36:16
biases
  8:8
Bible
  47:11
big
  27:4 60:11
bigger
  11:25 85:23
biggest
  27:6
birthday
  23:19
birthed
  33:1

bishop
  21:8 26:10,
  11,12 27:20
  28:1,13
  29:4,22
  31:18 32:18,
  20 33:7,8,9,
  16,23 40:15,
  17 41:17,18,
  22 42:7
  43:10,15
  47:15 49:14,
  15,17,18,19,
  24,25 51:5,
  17,18 52:23,
  24,25 53:8
  58:9 61:24
  68:8 75:18
  78:17,22
  80:8,9,11
bishops
  32:20
bit
  5:18 46:14
  62:1 74:7
  77:25
black
  5:21,22 30:8
  63:6,17,18
  70:1
blame
  78:5
bless
  75:17 83:1
  85:18 87:21
blessed
  35:11 37:14
  47:3 75:17
blessing
  37:1
blew
  64:20
blog
  42:1
bloggers
  11:3
blurbs

60:15
blurry
  51:8
board
  12:4 60:10
  69:5
boatloads
  61:19
Bong
  70:15
book
  47:10,11
  58:15,16
  66:13 86:5
books
  58:22 74:1
born
  44:24,25
boss
  79:25
boy
  79:7,8,14
boys
  34:8 51:15
  63:3
break
  13:1,2
breakdown
  4:17
Brian
  35:21
bring
  11:10 69:2
bringing
  42:18
broach
  77:8
broader
  8:13
Broken
  3:3
brother
  13:15 40:6
  41:12,15,19,
  23 42:1,3,10
brother's
  41:17,25

42:15
brought
  42:12
BRYANT
  3:13
build
  28:16
building
  47:21
business
  4:1 20:5
  57:12 60:18
  85:23
Byron
  70:17

———————

C

ca
  55:23
calculate
  18:24
call
  4:11,12 19:3
  28:13 36:8
  40:3 45:25
  56:23 78:14
  84:5 85:3
called
  57:22 58:15
  85:8
calling
  19:3 87:8
callous
  81:12
calls
  61:21
calm
  34:22
camera
  11:20 43:25
camp
  61:23
cancel
  46:15
cap

82:8

capacity
17:13 48:14,
15

Capricorn
81:23 82:4

car
27:25 67:13

care
17:21 28:25
53:16 54:2
55:4 60:5,16
85:8,10,11
86:16,18
87:1

careful
50:3,5

careless
81:12

Carlton
51:20

Carolina
76:7

carried
9:20

carry
74:5

carrying
20:13 66:8

case
8:6 75:13
78:23

cases
31:14 63:15

cash
49:24 83:9

cast
5:14

casting
84:11

cat
81:25

catch
3:25 4:13

Catholic
63:5,12,16

caught
32:4

causing
64:15

celebrate
49:11

celebrated
3:13

celebrating
47:18

celebration
47:19

celebrities
26:18

celestial
52:16

CEO
38:22

CEOS
38:14

challenge
25:1,7 74:25

challenges
17:14

champions
47:15

chance
35:8

chances
22:11

change
22:23 71:13

changed
23:15

channel
86:24

character
7:15 37:10
55:10

charge
16:9

Charleston
41:16

chat
5:13 6:1
9:13 11:16,

17 25:2,23
35:22 42:10
49:5 50:17
59:17,20,21

check
41:10 46:20

cheering
47:17

chest
39:15

chief
27:15

child
24:11,12
44:12 75:7

childhood
18:3

children
44:25 45:2,
14,21 69:2
72:8,9,10,11

chips
10:20

choice
27:9 41:1

choices
34:16

choir
69:6

choking
25:20

choose
3:15 35:16

chose
3:5 13:14
31:5 40:23
52:25 53:2

Christ
83:5

Christ's
83:8

Christlike
37:11

Christmas
19:18

Christology
83:8

church
3:24 4:23
19:10,11
21:1 29:2
31:9 45:25
46:1,17 47:6
48:8,22 49:8
52:3 53:1
57:16 63:6,
10,12,16,17,
21,25 67:6
68:9 69:4
72:23 73:13
80:12,18

churches
48:17 63:6,
14

circumstances
15:20

circumstantial
69:16 78:14

clarify
29:13 32:22

clarity
29:12

class
78:1

classes
74:19

clean
27:3

cleansing
84:6

cleansings
84:11

clear
11:8 15:21
17:3 23:8
27:1,22

clearer
30:21

clergy
76:8

click
83:15

11.3.24 - Larry Reid Live

climbed
27:10
clip
37:16,17
51:14 53:21
clips
60:14 85:2
cloak
32:16,17
close
63:22 74:9
closest
38:9
coaches
4:18
coaching
4:11 84:5
coffin
79:8
collars
63:7
collecting
59:14
color
63:7
Columbus
79:7
comedic
3:20
comfortable
65:24
comment
79:22
commentator
3:21
comments
6:2
committed
18:5 26:22
74:18 78:13
committing
76:3
common
23:2 46:6
commonness
49:11

communities
57:22
community
19:23 50:2
74:9
compelled
43:7
complete
57:21 80:16
completely
24:19
component
33:10
computer
17:21,23
con
43:22
conceived
12:1
concerned
12:3,4
conditioning
25:22
conduct
38:17
conference
40:21 41:3
confirm
35:22,25
36:5 50:22
51:5 60:15
79:11
confirmed
50:11
confirming
84:24
confirms
36:3
confused
62:12
confusion
48:7
congregation
13:22 47:14
connect
39:10 49:6
64:24

connected
5:1,7
connection
64:22 66:9
consciously
15:8
consciousness
83:8
consent
16:21,24
24:24 75:24
76:2,3,9,16
considered
56:1 70:20
contacted
43:22 52:19
61:9
content
11:3
continually
10:11 20:19
continuation
6:6
continue
47:9 53:25
66:11 87:17
continued
67:7
continuing
58:24
contribute
10:12
control
46:24
controversial
4:15
convention
41:4
conversation
6:5,6,9 8:9,
13,21,23,24,
25 9:8,14,15
11:1,6,8,14,
20 12:1 13:9
14:3,10
16:17 21:5
24:1 25:3,10

28:17 29:23
30:15 31:14
35:24 43:20,
21 44:3,8
55:15,19,25
56:16 57:1
60:6 64:18
65:25 69:3,8
72:22 77:9,
11 81:19,21
82:11 86:22
conversations
9:24,25 17:5
24:18 33:22
38:3 41:1,23
62:22 68:14
cooking
48:22
coordinated
17:10
copy
4:24
core
58:20
corner
28:2,4,8
correct
14:16,18,22
40:8,9,11,12
68:9
corroborating
78:16
cosensual
24:22
counsel
46:18
counselors
4:18
count
40:1 61:12
couple
41:3 43:23
55:11 57:5
72:17 83:16
court
56:17 75:9

courts
  78:14
cousins
  9:24 10:24
  38:15 56:10
cover
  55:22
covers
  56:18
cow
  49:24
crash
  67:13
crazy
  21:23 41:24
  61:1 71:13
  74:24 77:3,
  17 85:2
create
  19:9 56:16
  60:14 71:6
created
  85:20
creates
  19:6 74:24
creating
  19:18,22
credit
  13:10
credited
  13:10
crime
  18:5 26:22
  29:9 75:2
  76:21
critic
  4:23
critical
  58:13 73:24
cross
  8:15 53:17
  70:22 73:1
crossed
  34:21,24
crotch
  25:20

cultural
  33:17,19,21
  34:1
culture
  19:6 33:12,
  13 57:17
cursed
  47:4
cuss
  60:18,20
cycle
  67:8 71:6

_____

**D**

_____

dad
  19:3,19 21:9
  45:3,7 46:10
daddy
  9:23
dads
  19:3
Dallas
  41:5
damage
  17:22
damaged
  47:23 66:7
dancers
  80:10
dark
  40:18 65:19
data
  59:14
date
  5:10 36:5
daughter
  44:24
daughters
  45:5 72:11
  73:10
day
  12:15 15:24
  18:8 25:25
  27:21 28:12
  74:5

day-by-day
  58:4
day-to-day
  22:22
days
  6:7 10:8
  18:9,10 49:6
  70:9 82:18,
  19
dead
  85:7
deal
  11:4 17:23
  31:21 46:16
  50:25 70:24
dealing
  10:9,10
  34:23 65:20
dealt
  7:14 46:7,13
debating
  75:5
decades
  24:12 44:15
  85:8
December
  51:18 82:7
decide
  39:24 87:1
decided
  45:4 68:13,
  15
decides
  79:17
decision
  5:12 17:9
  79:3
decisions
  18:5 38:19
  54:4
decorating
  5:19
deep
  23:17
defenses
  31:15

definition
  72:7
definitive
  13:5
degree
  22:15
demons
  84:11
depends
  69:14
dern
  9:1 32:25
des
  70:19
describe
  57:13
describing
  29:15
deserve
  66:25
deserves
  66:24
desire
  15:9 60:9
desk
  15:22
destroyed
  70:5
destructive
  70:19
detached
  8:8 45:8
detail
  14:12
details
  9:3
detrimental
  42:1 52:25
detrimentally
  71:15
developed
  18:25
developing
  39:7
development
  19:1 80:25

11.3.24 - Larry Reid Live

deviance
  63:11
devil
  54:2
diary
  14:17
Diddy
  51:21 52:17,
  18
died
  41:2
difference
  77:23
differently
  10:22 56:3
  65:8 80:14
difficult
  13:24 34:18
  65:7
digital
  4:13
dining
  27:23 28:8
dinner
  31:11
direction
  57:23 74:6
  80:8
directly
  72:1
disappointed
  73:8
disaster
  18:22
disc
  25:16
discipline
  73:25 74:2,4
disconnecting
  48:13
discover
  23:1
discovering
  48:9
discredit
  42:3

discuss
  12:8 51:21
  68:25
discussed
  7:17 69:4
  75:19 86:11
discusses
  4:14
discussing
  35:11 60:6
  75:13 78:7
discussion
  25:16
discussions
  6:14
disputing
  75:5
divisive
  48:23
DNA
  13:6 49:9,
  10,12
doctor's
  6:22
documentary
  10:16,23,24
  70:4
dollars
  63:20
Donald
  5:16
donate
  83:4,15
door
  28:6,7
  69:10,12
download
  5:6 83:19
drag
  63:7 80:12
dragging
  63:8
drama
  38:22 69:10
drink
  10:20

drive
  17:24 21:22
  38:20
Drove
  23:18
drugged
  3:16
drugs
  19:20
drunk
  35:1
Duane
  8:17,22
  10:18 11:10,
  18 23:6
  24:19 55:8
  57:1,6 72:7
  76:12 81:17
  82:24 84:5
  85:19,21,22,
  24 87:3
Dubai
  70:9
due
  24:16 38:20

─────────

        E
─────────

earlier
  17:20 78:6
early
  18:10 58:3
  80:24 82:8
easier
  83:18
easily
  27:7
easy
  83:20
eating
  69:7
eighths
  83:6
eights
  83:5
elders
  47:12

election
  74:22
elevated
  9:14
email
  53:7,8,9,11,
  13 83:12
emails
  61:21
embrace
  23:3
embraced
  23:24
embracing
  75:15
Emmanuel
  32:19 33:4,
  5,7,11,12,15
  62:17 80:5
emotionalism
  64:5
emotionally
  45:6 80:24
emotions
  13:14 69:19
enamored
  31:13
encounter
  80:18
encourage
  22:21 67:16
end
  7:10,12,15
  24:7 27:5,8
  37:20 39:8
  55:5 59:3
  86:4 87:24
ended
  16:8
endless
  8:23
Energetically
  36:18
energy
  56:21
engaged
  64:8

11.3.24 - Larry Reid Live

enjoy
  81:21 85:5,
  14 86:21
  87:1,2
enjoyed
  83:21
entered
  84:13
Enterprises
  3:23
entertainers
  4:6
entertainment
  4:14
entire
  7:5 41:15
entitle
  57:24
entrepreneurs
  4:6
entrust
  77:11
era
  6:13
essence
  42:17
essential
  20:24
established
  19:10 50:1
estranged
  19:20
ethereal
  52:16
evening
  49:2
evenings
  4:13
eventually
  41:19,23
everybody's
  24:8 42:22
  48:16 55:23
  84:18
everything's
  6:18

evidence
  78:14
evil
  50:4,8,9
evolve
  57:19 58:11
evolving
  57:19 58:24
ex-spiritual
  54:19
exact
  51:8
examination
  4:23
examinations
  8:15
excellent
  11:12 12:20
excited
  12:17,22
  49:13
exclusive
  61:16
excuse
  16:12
exhibited
  20:13
exhibits
  33:13
exist
  64:12
exorcism
  84:6
expect
  64:25
exper
  59:15
experience
  8:9 10:6
  12:23,24
  17:2 23:23
  41:21,22
  43:18 61:10
  64:6
experiences
  8:8 41:24
  59:16

experiencing
  59:15
experimenting
  38:9
explain
  54:10 56:6
explained
  14:15
explaining
  85:16
explore
  15:2
expressing
  10:2
extension
  33:10
extremely
  11:21 12:6
  27:3 33:19
  67:2
eye
  26:2

F

face
  28:9
Facebook
  5:2 61:19
  85:22
fact
  13:21 36:8
  42:9 48:2
  62:11 69:23
  77:14
failures
  43:8
faith
  84:19
faithful
  7:20
fake
  27:17
fall
  52:13
falling

48:2
families
  19:19 49:3
  70:18
family
  3:8 4:21
  12:4,7 13:6
  19:10,12,18
  22:17 23:2,3
  25:22 26:1
  41:16 48:16
  49:4,6 61:22
  75:9
fantasy
  7:1
farce
  39:9
fashion
  3:10
father
  13:23 22:14
  23:5 45:20
  54:19 61:23
fault
  45:24,25
FBI
  52:16
fear
  22:19 54:4
  74:22
feel
  3:8 7:1 8:15
  9:17 21:2,14
  23:9 32:9
  34:16 36:18,
  19,22 55:12
  57:20 63:9,
  19,22 64:11,
  16 65:20,24
  69:19 73:3
  74:5 77:21
  85:10,12
  86:18,19
  87:20
feeling
  10:3 15:3
  38:20 62:3

11.3.24 - Larry Reid Live

feelings
11:23 13:13
39:8
feels
47:16
feet
48:23
fell
21:9
felt
10:7 11:20
31:22 43:7
45:11 60:19
62:13 80:8
female
5:20
figure
87:9
files
70:5
filled
83:7
finally
10:7
finances
49:21 84:19
financial
4:20 74:19
find
36:9,10
41:18 43:4
61:13 74:25
80:21
finish
36:9
fire
37:10 67:24
68:23 71:20
fired
17:10
firmly
49:23
fit
3:19 47:4
fits
57:15

fixated
15:9
fixed
17:25
fixes
36:10
flock
38:10
flourishing
50:1
fluid
57:22
flyer
9:4
focusing
10:16 74:3
folks
34:16
follow
84:1,2 85:4,
19
fondled
3:9
food
48:23
force
24:21 26:13,
16 27:14
29:23
forced
16:13,16
26:14
forcing
29:1,3
Ford
40:5,17,22
43:10
foremost
20:12 27:14
forever
44:12 47:5
forgave
24:5,6
forget
7:4
forgive
55:12

form
3:9
forward
12:13,20
foster
19:11,12
found
6:23 63:2
64:24,25
founded
63:10
founder
3:22 32:18
Freedom
58:15
freshly
18:21
Friday
4:13 70:8
82:13
Fridays
4:20
friend
84:16 87:13
friends
10:24 60:23
77:21 84:16
friendship
61:20
frock
59:24
front
31:22 59:5
frucked
64:13
frustrated
11:24
frustrating
42:24 43:6
full
41:13,23
fully
12:7 17:7
18:5 24:4
25:8 45:18
57:21 59:6
70:12

funded
4:5

_____

G

gain
4:9 16:3
Gangster
4:1
gave
60:13 84:17,
22
gay
65:22
gender
14:19 30:16
31:9 69:4
generations
25:25
genitals
27:3 32:8
genuinely
62:6
Georgia
3:23 4:4
23:18 40:21
Ghana
82:14
gift
84:13,22
85:18
gifts
7:3
girls
51:15
give
16:20,24
24:24 28:5,
25 40:18
45:21 49:1
70:12 75:24
76:2,19
83:11 84:19
giving
27:8 47:2
83:5,6,20
85:16

11.3.24 - Larry Reid Live

**glad**
14:1 21:17
59:19
**globally**
48:1
**glory**
7:6
**god**
3:11 13:10
19:9 30:9
32:15 35:19
38:3 46:12
47:12,16
48:3,6,9
49:12 53:25
56:17 58:19,
22,23 64:11,
12 65:2
66:11 69:1
73:9 81:16
83:1 84:21,
22 85:6
87:21,22
**godly**
7:8
**gods**
64:10
**good**
9:21 10:7
17:18 18:11
19:15 20:4
37:16 46:18
49:8,14,19,
23 51:9
54:18,20,25
55:18 57:16,
18 58:23
60:23 61:16
64:2 71:11
74:5,22
80:20 81:14
87:6
**goodness**
34:15
**gore**
7:7
**govern**
47:13

**grabbed**
28:4,8
**grace**
12:10,25
34:5
**grandparents**
45:15
**grateful**
17:1 20:1
73:4
**great**
6:3,4 7:8,9,
11 11:13
12:5 13:16
19:22 21:18
37:6,7 39:4
49:22 50:24
60:23 70:18
72:24 73:19,
20 74:7
76:25 77:13
78:7 80:19
82:10 87:10
**Greater**
32:19 33:4,
5,7,11,12,15
62:17 80:5
**green**
10:19
**grocery**
80:18
**groom**
9:16 25:11
**groomed**
9:3,4,5,16
21:3,16
26:12 34:6
70:15
**groomer**
25:11 70:16
**grooming**
14:7 42:5
69:1
**Ground**
33:13,16
40:20 42:6
53:7 62:17

68:3 80:3,10
**group**
58:18
**guarantee**
67:1
**guess**
15:3 51:10
**guests**
23:21
**guilty**
78:22
**guy**
14:25 72:22
**guys**
5:11,14
6:13,14 11:2
30:12 56:5
65:19 72:24
83:25 86:15

---

**H**

**Haga**
80:2
**hall**
27:5,8
**handle**
49:21
**handled**
51:19
**hands**
27:2,11
46:11,14
51:9 54:25
**happen**
20:18 21:15
25:17 47:9
58:3 64:16
**happened**
3:17 14:6
22:3 23:17
36:1,2 38:24
41:5 42:25
44:15 49:23
53:3 58:3,4
62:14 67:5
74:14 80:24

84:4,12
**happening**
18:3 25:22
42:19,24
43:4 45:14
47:14 48:1,7
56:7 63:13
85:16 87:10
**happy**
11:23 67:2
**hard**
17:24 23:10
29:19 30:10
60:7,19 67:3
**hardwired**
18:2
**hardwiring**
18:4
**harm**
18:23
**harmed**
18:23
**harvest**
83:7
**hate**
23:3
**hats**
37:5
**he'll**
79:18
**head**
10:8 28:10
**headed**
74:6
**healed**
7:14
**healing**
10:13,15,21
**hear**
13:18 23:10
26:25 42:19
46:1 47:1
54:21 55:8
63:22 72:20
87:5
**heard**
9:19 21:10

11.3.24 - Larry Reid Live

| | | | |
|---|---|---|---|
| 31:5 37:7 | highly | 77:24 | **I** |
| 40:13 43:17 | 50:2 70:19 | **horrible** | |
| 51:4,13 | **hired** | 7:15 43:10, | **iceberg** |
| **hearing** | 17:10 | 11,15 | 59:8 |
| 35:20 42:23 | **history** | **horrific** | **idea** |
| 66:23 | 12:2 35:21 | 41:22 | 29:2 |
| **heart** | 43:15 | **hour** | **ideas** |
| 22:9 24:4 | **hit** | 61:4 | 30:23 |
| 45:20 50:10 | 5:2 10:8,19 | **hours** | **identi** |
| **hearts** | 14:8 | 36:8,9 72:18 | 75:20 |
| 24:1 73:9 | **hold** | 87:8 | **identify** |
| **heaven** | 32:22 35:12, | **house** | 22:12 72:5 |
| 60:5 | 13,20 54:21 | 32:3 41:4 | **identity** |
| **heavens** | 64:12 78:8 | 42:7 48:4 | 28:20 |
| 64:13 | 79:25 | 84:6,11 | **IG** |
| **heavily** | **holding** | **Howell** | 83:25 84:1 |
| 70:7 84:25 | 23:9 43:21 | 72:8 | 85:3,4 |
| **heavy** | **hole** | **HUCKS** | **ignoring** |
| 9:17 38:4 | 17:15 73:13 | 3:14 | 22:19 |
| 39:19 69:19 | **holidays** | **hug** | **ill** |
| **held** | 70:9 86:3 | 28:5,6 | 41:2 |
| 41:4 | **holier** | **human** | **image** |
| **hell** | 34:2 | 13:13,25 | 53:1 |
| 54:17 60:4, | **holy** | 23:4 58:9 | **imagine** |
| 25 | 46:2,3 | **humanity** | 18:16 42:6 |
| **helps** | **home** | 34:16 35:15 | 44:22 62:5 |
| 62:22 | 14:8,21 18:7 | 39:10 42:23 | **impact** |
| **heroes** | 19:17 24:10 | 43:8 49:15 | 66:5 70:17 |
| 47:15 | 28:12 45:15 | 78:12 | 81:10 |
| **hesitation** | 48:18,25 | **humans** | **impe** |
| 28:16 | 49:2 | 34:16 46:3 | 35:15 |
| **hickima** | **homes** | **humorous** | **imperfections** |
| 46:8 | 57:2 | 4:15 | 35:15 |
| **hid** | **Homosexuality** | **hung** | **implanting** |
| 68:9,12 | 58:15 | 74:20 | 83:7 |
| **hide** | **honest** | **hurt** | **important** |
| 75:15 | 7:22 9:8 | 10:7 13:22 | 20:25 |
| **hiding** | 10:4 14:11 | 24:9 34:3 | **impossible** |
| 44:11 | 36:17,18 | 35:20 62:7 | 39:10 |
| **high** | **Hong** | 71:3,6,9 | **improper** |
| 35:13,20 | 70:10 | 73:2,7 | 6:24 |
| 64:13 72:25 | **honor** | **hurts** | **improperly** |
| **Higher** | 35:12 78:8 | 71:15 | 3:5 |
| 33:13,16 | **honored** | **husband** | **inappropriate** |
| 40:20 42:6 | 23:5 35:19 | 48:22 | 6:24 16:6 |
| 53:7 62:17 | **hope** | | |
| 68:3 80:3,10 | 11:1 37:14 | | |

11.3.24 - Larry Reid Live

27:11 33:24
incarcerated
74:18
incest
25:23
inclined
36:7,14
55:8,9
include
20:25
included
43:8
including
42:23 47:18
Indiana
76:12
indicators
22:19
indiscernible
55:2,3,4
61:1
individuals
26:23 42:14
43:9 47:24,
25 64:24
inevitable
69:20
infestation
63:12,13
influence
38:25
influencer
39:3
influential
7:10
info
76:25
info@
thembnnetwork
.org.
83:13
information
14:24 85:17
informed
4:16
inkling
31:4

insecure
47:18
inside
4:20 39:11
insightful
81:20
inspired
4:16
institution
19:9 39:11
instruction
77:15
integrity
73:24 74:1,4
81:15
intent
51:3
intention
50:12
intentional
18:23
interest
67:11,12
interested
8:25 58:18,
19
interesting
9:17 11:21
12:23 21:3
40:23 68:17
84:15 85:9
interfering
66:8
internet
11:3
interview
11:19 35:24
61:10 62:13
64:20 68:15,
21 69:19
72:4,18
interviewed
68:18
interviewing
7:21
interviews
70:5 82:20

86:16
Intro
5:9
invest
49:21
investing
70:7
investments
70:12
invite
83:25
involved
8:9 40:24
43:12 45:6
52:14 56:6
75:12
inwardly
34:4
IRS
52:16
isolated
8:7 47:25
issues
17:14

---

J

jacket
51:19
jail
37:2
Jake
55:20
Jakes
21:8 26:11
27:20 28:1
29:22 31:18
32:20 33:7
35:7 36:10
40:8,15
41:17,18,22,
25 42:2,7
43:15,23
47:15 49:16,
24 50:20
51:17,18
55:20,22

56:2,14
61:24 64:10
78:20 79:6
Jakes'
28:13 63:17
James
70:3,14
jerk
52:21
job
11:4 39:25
45:5
John
74:1
Join
4:11
joined
33:8
Joshua
41:18
journey
12:18 59:11
80:17 81:13
Joy
69:2
judge
32:11,13
judgment
30:12 38:13
jumping
47:20 55:12

---

K

Kamala
5:15
keeping
47:3 66:2
Keith
35:21
key
20:24 64:15
keyboard
38:22
kick
22:8

11.3.24 - Larry Reid Live

kicked
  22:16 45:19
kids
  44:20,23
  48:5 73:18
kill
  74:19
killer
  7:21
Kim
  9:12 37:15
kind
  6:21 25:18
  29:10,14
  32:6,13 47:8
  48:7 61:8
  64:3 65:7
  66:16 70:21
  73:5 75:11
  82:6
kinda
  45:8
kindness
  73:4,6
kinds
  61:20 67:20
kingdom
  3:25 80:9
Kinte
  79:11
kiss
  28:10 30:13
kits
  6:22
knee
  52:21
knew
  3:6 13:20
  19:21 23:16
  34:4 41:2
  53:13 56:7
  68:11 75:20
knock
  80:12
knocked
  31:2

knowing
  31:1 52:23
Kong
  70:10

—————————

              L

—————————

label
  74:11
labeled
  74:8,10
laid
  46:11
larry
  3:15,22,25
  4:14,23,24
  5:1,9 17:19
  43:25 45:23
  49:13 51:19,
  22 54:13
  58:13 65:1
  66:2 74:15
  78:19 79:11
  84:1
larryreidlive
.com.
  4:25
late
  82:4
laugh
  25:5,6 56:16
laughed
  33:24,25
laws
  76:6,7
lay
  46:14 86:13
LDR
  3:23
lead
  20:19 81:19
leader
  3:21,24
  46:19 47:7
  70:20,21
  71:1

leaders
  8:18 26:17
  67:11 80:13
leadership
  33:10 46:22
  68:12 70:25
leading
  49:7
learn
  18:12 25:6,7
  56:16 85:14
learned
  15:19 21:23
  22:7 28:12
  52:4 65:6
learning
  57:20
leash
  79:10
leave
  11:7 43:13
  51:8,9 53:24
  55:1
leaving
  28:6 53:9
  54:25 55:12
left
  9:2 33:6,8
  34:2,3 41:15
  53:4,7,22
  56:5 68:1
legally
  76:1
lens
  8:2 36:16
  86:10
lesson
  25:5
letters
  52:17
level
  27:13 84:19
levels
  71:2 84:18
lie
  5:16 8:5

lies
  5:16 60:14
life
  7:7 9:23
  12:3,10,22,
  25 15:11
  17:18 18:4
  22:7 23:15
  29:1 30:9
  31:7 35:11
  37:11 40:18
  42:15,16
  49:20 57:23
  58:3,4,7,12,
  14,25 59:1,5
  61:24 66:24,
  25 71:1,11
  73:23,25
  75:15 79:18
  81:12,15
lifeline
  64:24,25
lifetime
  59:2
light
  40:23 45:18,
  19 59:6
  85:12
lighter
  11:24
lightly
  86:5
lightweight
  26:18
likened
  17:20
lines
  34:21,24
  70:22
linked
  35:14
lips
  28:10
list
  5:22 37:8
  75:11 78:20

11.3.24 - Larry Reid Live

**listen**
  8:8 15:20
  18:12 24:19
  25:2,4,5,8
  31:6 47:15
  54:16 56:9
  63:25 85:5
**listened**
  10:18
**listening**
  8:1
**listing**
  24:18
**literally**
  19:8 41:15
  48:24 64:19
  65:1 69:7
  83:6
**live**
  4:14,24 5:1,
  4,9 7:1
  12:15 51:19
  66:3,25
  68:13 78:19
  79:18 81:14
  84:2
**lives**
  66:12
**living**
  17:16 87:19
**Log**
  5:5
**logging**
  4:22,25
**long**
  6:8 28:16
  51:10 68:11
  78:17,22
**long-winded**
  71:19
**longer**
  20:5,8 22:11
  58:18
**looked**
  27:23 28:9
  29:24 30:4

**Lord**
  60:19 79:24
  84:20
**lose**
  57:2
**lot**
  6:3,9 7:14,
  24 9:25
  11:24 13:7
  19:11 21:6
  30:8 33:19
  34:14,20
  37:11 38:13
  41:1 55:22
  59:22 69:9,
  11 70:5,6,11
  75:12 77:5,6
  79:19 80:23
  86:17 87:11
**loud**
  46:1
**love**
  23:5,18 45:1
  47:10 49:5,8
  50:4 57:1
  59:21 61:2
  62:6 70:1
  74:16 75:18
  78:5 87:18
**loved**
  50:1 66:8
**loving**
  14:19 30:16
  31:9 69:4
**low**
  11:2
**lower**
  11:2 57:15
**loyal**
  67:9
**LRL**
  5:3 24:16
**lying**
  5:18 8:1

_____

**M**
_____

**mad**
  36:19
**made**
  17:9 18:4,
  18,20 28:18,
  21 33:7
  35:21 41:19
  47:14 49:15
  50:2 51:23
  52:24 54:4
  55:6 60:12
**major**
  79:17
**majority**
  8:15
**make**
  5:12 11:5
  18:8 27:22
  32:9,10
  34:16 38:4,
  19 40:2
  54:15 66:9
  73:14 79:3
  82:14 83:13
  86:17 87:21
**makes**
  9:17 35:2,3
  65:1 77:23
  86:17
**making**
  3:4 9:22
  26:16,21
  34:22 35:1
  39:17 58:21
**male**
  80:18
**man**
  7:17 13:13
  23:16 27:6,
  16 29:25
  31:23 32:19
  33:14 44:19
  46:14,19
  47:19 51:10

  53:12,22
  57:3 60:22
  63:25 64:7
  65:17 66:17
  70:1 79:7
  81:5
**man's**
  25:20
**manage**
  49:21
**manifest**
  7:16
**manipulating**
  15:8
**manipulation**
  15:25 16:5
**manipulative**
  15:7
**manner**
  27:11
**married**
  18:21 60:21
  76:24 77:1,
  10,20
**masculine**
  81:5
**masquerade**
  7:25
**matter**
  8:12 16:23
  26:5,7 42:9
  43:3 62:11
**mattered**
  10:17
**mature**
  81:5
**Maxwell**
  74:1
**MBN**
  3:22 4:3,9
  83:19 84:1,3
  85:3,4
**mbnnetwork.
org**
  83:14
**meaning**
  8:16 69:5

11.3.24 - Larry Reid Live

means
  22:3 28:19
  29:8,9 32:16
  43:2 58:20
  78:18 81:13
media
  61:19
meditation
  4:12
meeting
  6:13
mega
  6:19
member
  4:8,22 5:4
members
  4:11,17,19
  26:1 49:5,6
  61:22 63:3
memes
  7:12
memo
  83:10,16
memory
  25:19
men
  7:1 53:11
  64:9 65:7
  69:12
mends
  73:9
mental
  63:9
mentioned
  43:14
mentor
  63:8
mesmerized
  7:22
mess
  7:10 34:3
  69:8 73:12,
  13 75:10
message
  47:2 51:13
messages
  46:25 61:21

messed
  34:3 35:4
messing
  63:3
method
  80:9
microphone
  53:23
middle
  27:9 68:14
  82:6
million
  51:23
millions
  63:19,20
mims
  86:17
mind
  6:1 9:15
  11:25 18:13
  24:2 34:19
  59:16 64:20
  85:13 86:24
mindset
  67:7
mine
  27:8 43:16
  45:16
minister
  33:15
ministerial
  64:18
ministries
  7:16
ministry
  4:4 37:7
  51:6 70:7
  84:2 87:10
minute
  38:12
minutes
  11:17 61:5
  68:1,2 71:18
  79:25
misfit
  3:18

Misfits
  3:17
mishandled
  41:7
mishap
  17:14
missed
  50:18
mistake
  46:1 60:12
mistakes
  18:18,20
misunderstood
  28:1
mix
  11:24
mixed
  69:18
Mm-hmm
  18:15 21:13
  40:7 43:19
  48:12 51:12
  54:12 57:7
  63:4 80:6
Mm-mm
  36:21 59:12
  77:7
molested
  3:9 68:11
mom
  9:23 14:17
  15:1 19:19
  85:1
moment
  5:1 10:20
  24:5 26:17
  52:21 54:4,5
  67:14 84:20
moments
  85:5
momma
  21:4 69:9
Monday
  4:13
money
  47:2 49:21,
  25 50:4,7,8

  57:2 63:16
month
  10:9 66:14
months
  49:7
moon
  46:14
morning
  4:12 49:2
  84:4
Moses
  41:18
mother
  69:5
mother's
  27:25
mouth
  86:13
mouths
  24:2
move
  52:3,12,25
  87:7
moved
  10:15
moves
  14:23
moving
  12:20 54:4
  56:3,4 57:23
Multimedia
  3:20
multiple
  61:25
murder
  74:18
music
  64:5 84:9
musicians
  38:14
mutual
  16:15,17,24
  24:18,20
  39:9

11.3.24 - Larry Reid Live

**N**

nail
  79:8
names
  40:1,3 43:14
  56:23
narrative
  60:15
national
  41:4
natural
  13:23 72:10
nature
  6:23 33:11
  45:22
navigate
  71:2
needed
  3:4 14:3
  20:18,19
  65:3 73:11
negative
  22:8 73:19
  85:13
nervous
  54:20
network
  3:23 4:3,4,
  5,10 34:7
  83:19 84:1,3
  85:3,4
news
  4:14
nice
  29:25
nicer
  30:5
nickname
  63:17
niece
  10:23
nigger
  60:8
night
  4:17 11:22

  27:10 29:3
  31:11 38:5
  45:15 57:4
nights
  11:22
nimble
  86:13
nobody's
  57:11
nonprofit
  4:3
nonsense
  48:5 58:17
North
  76:7
notifications
  5:6
notified
  5:4
November
  5:10
number
  19:1 45:3
  83:10,17
numbers
  43:3 61:12
  64:20

**O**

observation
  28:18
obsession
  59:23
October
  6:8
offender
  74:8,11
  75:10
offenders
  74:23 75:1,4
offer
  4:10
offering
  17:19

office
  15:24
Official
  59:21 68:18,
  22 72:3,4
  86:14
Ohio
  76:13
older
  30:8 38:14
  42:16
oldest
  25:24 44:25
online
  4:1 50:17
  85:19
open
  4:12 71:7
opened
  43:20
opens
  84:22
operate
  55:24
opinion
  19:11 29:16
  41:6 44:11
opportunity
  12:17 31:21,
  22 42:8
  60:13 67:20
opposed
  54:5
Oprah
  7:20
ora
  74:24
ordained
  32:20
order
  54:16
organization
  4:3 32:19
  33:4,6 43:12
  48:10
organizations
  33:14,18

  80:15
original
  3:25
outgrown
  43:2
owe
  23:9
owed
  78:17
owner
  3:23
owning
  21:25

**P**

paid
  43:23 56:8,
  9,11
pain
  8:7 23:16
  56:11 65:20
  67:8,20
  69:11
parent
  24:11
parents
  19:20 22:8
  23:8,18,22
  24:9 84:13
PARKS
  3:8
part
  10:15 18:4
  21:25 31:4
  33:14 36:11
  37:20,21
  42:8 44:4
  58:25 62:2,3
  70:3 80:25
Participate
  4:19
partners
  4:5
parts
  5:24 61:5
  87:9

11.3.24 - Larry Reid Live

party
    24:23
passed
    30:25 32:12
    40:4
past
    7:6 28:3,4
    39:6 49:10
    52:11
pasting
    33:15
pastor
    17:9 18:14
    20:5,9,14
    32:4 33:24
    34:20 38:1,
    5,22,23
    40:10,22
    42:7 44:10
    47:11 48:22
pastor's
    15:22,23
pastoral
    4:18
pastoring
    18:14 20:5,
    9,12,25 32:3
pastors
    6:19,23 32:2
    35:10 37:19
    38:6 40:20
patreon
    4:8,11,19,21
    5:5,6 6:17
patreon.com/
larryreidlive
    4:9,22
patreon.com/
larryreidlive
.
    5:5
Patreons
    6:16
patron
    4:17
patterns
    43:2

pay
    9:1 22:20,
    21,25 63:16
    71:25
paying
    56:4
payout
    63:19,20
Paypal
    83:15
peace
    32:12 66:2
Pearson
    51:20
peer
    84:23
penis
    25:20
Pennsylvania
    76:14
people
    3:3 7:5,24
    8:17,22 9:1
    12:2,3,6
    13:7,22,23
    14:11 19:17
    20:14,20
    21:19 22:21
    23:2 26:2,13
    27:22 31:7,
    12 32:23
    33:20 34:4
    35:22 36:4,5
    37:8,12,23
    42:17 43:3,
    12,17,21
    46:21,25
    47:4,5,15,
    18,20 48:2,
    13 49:9,10
    50:20 56:4,
    7,8 58:14,
    16,18 59:1,
    2,3,4,5,22
    60:13 61:9,
    12,13,19,22
    62:3,5,6,7,
    8,10,21

    63:22 64:6,
    20,21,23
    66:1,7,23
    67:3,8,10,
    15,19 70:20
    71:2,3,10,15
    73:2,3,5,7,8
    74:16,18,19,
    20,22 75:1,
    11 77:6,8
    78:7,16
    80:22 81:9
    82:19 84:14
    85:7,19
    86:17
people's
    29:20 31:15
    59:23 66:12
perceived
    80:25
percent
    40:16 59:6
perfect
    6:25
period
    63:2
permission
    33:21
person
    5:21 9:2,5
    15:21 16:18
    20:12 24:23
    26:11 28:23
    29:2 31:8,20
    32:13 39:2,
    3,8 41:6,25
    42:2 44:12
    47:19,23
    50:12 53:22
    57:17 67:19
    68:12 70:23
    75:23 76:5
    78:22 79:17
person's
    47:13 52:6
    79:21
personal
    9:19 10:14

    17:4,7 43:7,
    18 70:4
    84:14
personality
    3:20 41:6
personally
    33:22 64:21
perspective
    4:24 47:13
    49:1
pertains
    12:21
phone
    28:13 36:8
    83:10
phonetically
    46:8
picking
    26:21
piling
    63:15
pillow
    10:8
pilot
    15:11,18,19
pin
    21:4
pit
    7:2 51:18
    52:2
Pittsburgh
    28:24 41:15
place
    12:18,20
    13:8,25 26:4
    36:5 37:11
    56:17 67:15
    73:18,22
places
    48:17 73:9
    84:23
plain
    84:23
plan
    39:10
platform
    7:18 9:9

11.3.24 - Larry Reid Live

| | | | |
|---|---|---|---|
51:7,22 52:6
59:21 72:5
83:4,23 87:7
**platforms**
11:4 78:25
**play**
51:7 80:14
87:22
**played**
5:8 9:6
12:11 15:6
26:3 29:18
39:1 50:23
54:22,23
83:22 86:7
**player**
38:22 64:15
**plays**
63:11
**pleaser**
58:14
**pleasing**
58:19
**plurality**
47:12
**podium**
53:22
**point**
8:11,13
20:14 23:4
41:11 58:12
63:19 80:17
**pointless**
87:16
**polishing**
5:18
**political**
5:17 74:12
75:6,12
**politically**
74:21
**pool**
7:2 51:18
52:2
**pools**
69:6

**Pope**
63:18
**position**
7:10,12
15:22 17:11,
13 29:2
38:24 39:6
70:21 76:8,9
77:14
**positioned**
28:2
**positive**
85:12
**possibilities**
45:13
**potential**
22:15
**potter's**
41:4 42:7
**Powell**
70:3,14
**power**
7:12 15:21,
23 24:24
25:21 38:24,
25 39:4,6,11
42:3 63:11
76:8,9
**powerful**
42:2 49:10
**powers**
52:14,15
**praise**
53:25 80:9
**praises**
55:3
**praising**
55:1
**pray**
38:4 52:10
66:23 69:5
73:8
**prayer**
4:10,12
34:21 46:11
84:5 85:3

**praying**
27:13
**preach**
47:20
**preached**
53:23
**preacher**
12:25 26:18
39:6 52:3
**preachers**
31:1 35:11
37:12 54:3
56:14 78:20
**preaching**
34:21 84:10
**predator**
32:17
**predators**
34:7
**predatory**
26:16
**presence**
31:13
**present**
22:25 45:22
**preserve**
53:1
**presidency**
5:21,24
**president**
5:12,21
**pretty**
42:2 57:2
74:5
**previously**
53:14
**prey**
69:6
**priests**
63:1
**primary**
22:17 35:12
**prior**
6:13 53:3
**prison**
18:7 67:4

**private**
31:9,13
**privilege**
9:9,10 12:7
**problem**
38:6,7,8
47:7,8 60:2
75:10,13
**process**
57:18,19
58:2 59:10
62:25
**processed**
38:16
**professionals**
4:5
**proof**
6:21 8:16
**proper**
38:17
**prophecy**
4:10 84:5,
10,14
**prophesy**
85:2
**prophesying**
84:7,21
**prophet**
32:3
**prophetic**
85:5,15
**prophets**
4:18 7:2
**propose**
16:4
**protected**
3:2 45:14
**protective**
22:18
**protector**
3:2
**proud**
72:14
**proves**
51:2 78:15
**pseudo**
19:8

11.3.24 - Larry Reid Live

public
   4:12 80:19
publicly
   6:9 9:21
   79:3
pull
   52:13,14,15
   56:17,18
   67:13
pulled
   85:3
pulling
   51:9
Purchase
   4:24
purpose
   12:21
pushpay.com/
gforgiven/
thembnnetwork
.
   83:17
put
   9:4,13 11:17
   21:4 27:2,11
   29:20 44:5
   67:23 74:22
   83:10
putting
   86:12

_____

        Q

qualified
   5:23
Quan
   31:23
Quander
   26:10 27:2
   31:23,25
   32:1 33:1,5,
   8 35:5,6
   43:18 61:24
Queens
   4:1
question
   9:12 15:25

21:12,18
24:21 25:13
30:22 39:21
57:5,8,12,
14,15,16,18
58:9 59:17,
24 60:1
69:18 70:18
71:18,24
72:6 73:19,
20 76:25
79:24 80:16,
19
questions
   6:12 9:13
   11:7,15,17
   14:13 55:11
   57:6 67:23
   68:23
quick
   40:19 52:20
   67:24 68:23
   73:21 74:16
quicker
   36:8
quickly
   38:21
quiet
   72:1

_____

        R

rabbit
   17:15
radio
   4:4
ramp
   86:6
rampant
   69:3
ran
   78:21
rape
   68:9
raped
   3:9,16 21:11
   68:11 74:20

rapid
   71:20,23
rated
   73:25
raw
   4:15
re-offend
   75:1,4
reach
   61:13
reached
   71:25 72:2,
   23
reaction
   52:21
read
   29:3
reading
   74:1
ready
   11:9 28:19
   66:17 82:13
   86:5
real
   8:1,2 9:8
   14:3,4 39:7
   58:20 77:25
   86:6
realities
   75:14
reality
   7:23 16:18
   19:8 34:6
   63:17 81:8
realize
   21:5 25:21
   41:24 65:1
realized
   12:9 24:6
realizing
   48:9
realms
   81:15
reason
   5:15 15:23
   16:8 18:1
   19:21 20:11

28:5 30:19
31:18 60:25
80:1
reasons
   34:14 37:22
receipts
   8:14
received
   36:8 61:22
receiving
   85:17
recent
   61:25 62:1
recently
   75:19
recesses
   59:15
recipe
   18:21
recognize
   33:21
reconcile
   23:7 74:8,10
recording
   3:21 87:24
recover
   62:4
red
   51:19
redo
   70:5
redone
   17:24,25
refer
   78:20
reference
   32:7
referenced
   53:10
referring
   79:14
reflect
   50:9
reform
   63:23 64:14,
   16

_____

11.3.24 - Larry Reid Live

**reformation**
  3:24 84:4
**reformations**
  70:8
**regard**
  35:13,20
  72:25 78:8
**regret**
  77:13
**Reid**
  3:3,6,11,16,
  22,25 4:14,
  18,23,24
  5:1,9,10 9:7
  11:13 12:24
  13:3,11,16
  14:1,6,10,
  19,23 15:7,
  12,14,17
  16:1,7,10,
  12,15,19,22,
  25 17:6
  18:11,16,18,
  20 19:8,14,
  17 20:1,4,8,
  16,22 21:2,
  14 22:1,5,
  10,13 23:7,
  12,15,21
  24:1,4,14
  25:1,10
  26:4,7 28:14
  29:5,8,12,
  14,19 30:2,
  4,7,20,22,24
  31:10,23
  32:1,11,22,
  25 34:6,10,
  13 35:18
  36:22,25
  37:5,23
  38:3,8,12
  39:2,14,17,
  19,21,24
  40:8,10,13
  42:21 43:17,
  20 44:15,19,
  22 45:9,16

46:4,23
48:9,13,19
50:6,8,11,
16,24 51:2,
13,25 52:19
54:1,6,8,10,
13 55:6,15
56:6,25
57:8,11,25
58:5,10
59:6,10,13,
20 60:1,3
61:8,14,16
62:9,18,21,
25 63:5
65:9,11,15,
18,23 66:3,
4,18,21
67:22 68:1,
6,8,17,21,25
69:18,23,25
71:4,12,17,
22,24 72:12,
16 73:11,13,
17 74:7,13
75:3,7,18,25
76:4,6,12,
15,18,22
77:7,16,23
78:4,12
79:6,15,19,
23 80:4,6,16
81:3,7,17,
19,24 82:3,
8,10,17,22
83:1,23
86:2,9,21
87:5,12
**relates**
  6:12 26:10
  37:13 39:2
  40:14
**relationship**
  39:7 49:8
  60:23 66:6
  72:25
**relationships**
  70:22

**relative**
  36:4 40:17
**release**
  23:8
**released**
  66:14
**relief**
  10:3
**religion**
  32:15
**religious**
  39:11 48:10
**remained**
  40:24
**remember**
  7:21 9:22
  31:17 32:2,4
  45:19 70:2
**reminds**
  25:15
**Renee**
  71:24
**repeat**
  6:16
**repercussions**
  64:2
**report**
  6:22 59:22
  68:19,22
  72:4 86:14
**request**
  3:4
**requesting**
  61:20
**requires**
  5:18
**respect**
  24:17 27:18
  41:9 72:25
  79:21
**respected**
  50:3
**respectful**
  9:13
**respond**
  78:2

**responsibility**
  17:4,8,11,12
  24:9
**responsible**
  18:6 24:23
**rest**
  4:21 29:1
  32:12 71:11,
  18 87:9
**result**
  14:7 37:10
**revere**
  63:6,9,10
**revering**
  63:11
**review**
  86:14,15
**rewrite**
  21:25
**rich**
  56:10
**Richard**
  40:5 55:16
  56:22 61:6
  82:12
**richer**
  56:10
**rid**
  63:22
**rising**
  31:19 43:1
  82:1
**road**
  41:21 45:1
**role**
  22:17
**roles**
  39:11
**rolled**
  27:17
**Roman**
  63:12
**room**
  10:19 27:9,
  23 28:8
  40:24,25

42:22 49:14
63:25 69:6
**rooms**
27:7
**Roosevelt**
40:5,17
**root**
50:4,8 63:13
**route**
32:5
**rub**
31:2
**rumor**
51:4
**rumors**
31:5
**run**
70:10
**running**
27:21 47:21
74:22
**rush**
58:7
**rushed**
58:7

---

**S**

---

**sad**
9:17 62:19,
21
**saddened**
71:8
**saddens**
62:16
**safe**
63:19
**safeguards**
73:18
**salacious**
11:2,4 25:4
**sanda**
46:8
**sat**
55:23

**Saturday**
78:1
**Saturdays**
4:21
**save**
84:21
**saved**
42:6
**SBI**
52:16
**scarred**
44:12
**scars**
71:15
**scenario**
17:8
**scene**
44:7
**school**
78:1
**seat**
15:23
**seats**
47:5
**secretary**
14:20 15:24
34:23
**secrets**
9:19
**section**
6:2 83:10,16
**sees**
66:11
**segmented**
84:9
**self-control**
31:21
**send**
46:25 83:11
86:17
**sending**
49:12
**sense**
18:12 20:4
26:16 35:2,3
40:2 41:9
43:6 86:17

**sentences**
83:16
**series**
3:25
**sermonizer**
80:11
**Sermonizing**
73:16
**served**
18:7 63:1
**service**
46:11
**services**
48:21
**serving**
33:16
**set**
34:19 52:13
63:25
**sets**
64:9
**setting**
57:16
**setup**
64:3
**sex**
25:19 28:23
31:2 34:24
35:1 74:8,
11,23 75:1,
4,10
**sexual**
16:9 38:17
63:10
**sexuality**
28:20 32:17
38:5,6,17
46:13 56:2
57:13 58:21
59:23 69:15
72:6 77:10
**shaky**
76:10
**share**
9:21 13:19
18:1 28:19
29:4 41:14

42:9 43:7
44:6 48:24
49:9,10
55:18 62:13,
14 66:22
68:13 76:25
**shared**
10:25 15:3
31:17 41:1
45:24 49:22
53:14 60:13
64:23 65:2
68:22
**sharing**
9:23 10:2
12:13 27:20
49:1 65:4
**She'd**
68:13
**Sherman**
26:12 33:6
49:18,22
51:5 52:4
53:15 68:8
79:7
**shining**
55:10
**shirts**
63:7
**shocked**
78:23
**shocking**
9:17
**shoes**
29:21
**shoot**
83:2
**shopping**
66:20
**short**
79:10
**shot**
74:20 86:15
**shoulders**
46:11
**shout**
10:23 55:6

show
  4:14,24 5:9
  7:20 9:1
  51:19 54:10
  80:12
showed
  23:18 31:8
  44:16
shown
  73:6
shows
  50:17
siblings
  10:23 38:14
side
  12:6 31:15
  58:16 64:18
sides
  50:21
sight
  84:13,22
sigma
  3:3
sign
  5:5 81:22
signs
  22:19,21
  31:8
similar
  61:10
simply
  27:17 67:13
sing
  55:2,3
single
  18:8 64:1
sir
  81:18
sister
  21:10 25:24
sister's
  25:23
sisters
  9:24 45:4
sit
  13:9,12
  67:10 82:19

sitting
  15:22 27:23
  39:17 49:4
  65:19 81:4
situation
  8:7 69:14
  75:20 78:12
situations
  6:21 15:20
  61:25 79:21
skipping
  47:21
slanted
  13:20
slavery
  63:10
slaves
  46:21 47:1
sleep
  27:18 28:24
  57:4
sleeping
  27:4,10
  60:21
slept
  11:22 31:19
slip
  32:7
slow
  71:22
smart
  5:24 70:1
smarter
  5:24
smell
  25:20
social
  61:18
socks
  37:1
solitary
  18:8
somebody's
  46:7
someone's
  17:14

son
  23:5 72:14,
  17,21,22
songwriter
  3:21
sons
  72:9,11,13
  73:10
sort
  32:15
sound
  26:14,15
sounds
  26:17 32:14
space
  85:21,25
speak
  8:11 53:4
  65:21 84:20
SPEAKER
  3:20 54:24
speaking
  6:18 27:12
  32:1,6,8
  46:12 64:8
  76:1 86:1
speaks
  48:3
speech
  37:15
spell
  83:14
spend
  34:20 45:6
spent
  45:15 48:17
  49:18
spirit
  33:1 46:2,3
  52:16 56:21
spiritual
  3:21,24
  23:23 32:5
  46:19 69:2
  70:20 84:6
spirituality
  32:15

spiritually
  48:3
split
  80:1
spoke
  14:20,24
  43:23 85:1
Stacy
  73:17
stage
  12:22 17:18
  20:19 47:16
  64:11
stand
  53:2
star
  9:11
start
  13:25 14:2
  38:9 44:8
  48:6 52:6
  66:25 84:24
started
  10:10,19
  13:21,22,24
  18:14 32:3
  33:6,15 67:1
  74:1 86:25
state
  6:19 62:12
statement
  49:15
statements
  11:15 58:21
statistically
  69:24 70:2
  75:1
stature
  27:6
stay
  5:1 25:10
  69:13
stayed
  67:9
staying
  74:3

11.3.24 - Larry Reid Live

step
  20:19 54:8
  67:14 68:16
stepped
  51:6 52:20
  53:19 67:5
  75:19
steps
  47:16
stick
  3:18
stock
  31:19 43:1
stood
  46:10 53:20
stop
  48:2,5 55:1
  60:20 80:24
stops
  34:25
store
  80:18 83:19
storefront
  52:3
stories
  9:18 18:2
  21:8 33:20
  40:13,14
  48:7 67:19
story
  7:8,23 8:2
  9:4 10:12,22
  13:21 21:24,
  25 26:14,21,
  25 27:21,22
  36:25 41:13,
  25 43:7,10
  52:6 55:23
  61:10 65:4
  66:10,23,24
  67:17 71:16
  72:1 75:15
  78:16,24
  79:17
strange
  24:12

streaming
  4:1,4
street
  16:4,5
strength
  58:24
strengthen
  49:3
strictly
  69:13
strike
  86:24 87:15
strong
  74:23
strongly
  66:9
struggling
  56:2
students
  65:12
stuff
  7:13 9:11
  10:7 13:17
  17:5,23 19:5
  22:6,18 32:6
  33:22 37:19
  42:25 43:4
  46:3,5 47:9
  48:1,24 52:3
  54:3 55:12,
  21,22 59:5
  65:7 66:15,
  17 70:11
  71:10,11,14
  75:12 77:2,
  6,9,18 78:24
  84:6,8,11
  85:23 86:1
stupid
  50:24 52:1,5
subscribe
  5:2
successful
  7:11
suggested
  28:22

suggesting
  66:1
suggestion
  28:21
Sunday
  64:5
Sundays
  4:10
supercede
  84:19
supersede
  84:17
support
  12:5 73:23
  74:3 75:7
  81:14 83:21
supposed
  46:20
supposedly
  42:24
suppress
  38:16
surprise
  23:21,24
surprised
  33:11
surrounded
  79:9
survive
  12:14
synopsis
  40:19
system
  45:25 47:8
  54:20 63:23
  81:14

——————

T

table
  27:23 28:2
  31:11
takes
  17:15 47:5
taking
  20:23 26:16

54:5
talent
  7:3 39:4
talk
  12:25 14:4,6
  15:1 37:18,
  24 43:25
  54:17,18,19
  55:15,16
  56:19,22
  63:25 64:4,
  22 71:10
  77:6 79:3
talked
  13:7 15:11
  33:25 35:22
  55:17 62:10
  68:8 72:13,
  17 79:4
talking
  13:23 17:20
  18:13 19:1
  34:4 46:6,13
  50:20 52:15,
  16 64:21,23
  75:23 77:16
  85:6
taught
  46:9 48:18
  74:19
Tayesse
  68:19,22
TD
  49:24 79:6
teacher
  38:22
teachers
  38:13
team
  73:23 74:3
  80:10
tears
  72:14
technicians
  4:6
teen
  80:18 81:5

11.3.24 - Larry Reid Live

teenager
  18:14 32:7
teens
  80:21
telling
  9:23 10:6,12
  21:7 23:12
  35:18 36:18,
  25 48:5,16
  49:4 50:3
  54:25 61:10
  72:14 84:21
tells
  28:17
ten
  22:23 34:25
  37:8 70:9
  82:18,19
tens
  25:24
term
  74:24
terrible
  27:19
terribly
  72:4
Texas
  6:14,15,18,
  20 76:6,12
text
  5:3 31:2
  35:24 61:21
  83:11
thankful
  18:22 58:25
  67:10 72:19
Thanksgiving
  19:18 82:22
that'd
  37:16
themself
  71:8
therapist
  65:25
therapists
  38:15

therapy
  4:20 17:2
  18:8 22:7
  46:18
thin
  60:14
thing
  5:17 7:18
  10:9 14:13
  17:3,13
  19:21 20:14
  21:23 33:19
  34:11 38:15
  45:25 52:9
  60:11 61:8
  67:4 73:23
  75:7 76:10
  78:21
things
  5:19 6:10,
  11,19,22
  7:8,9 8:14,
  18 11:24
  12:8,9,13
  14:24 17:1
  18:3 19:14,
  24 20:24
  21:15 22:4
  23:1 24:10
  28:15,21
  32:2 33:13
  39:25 41:2,
  25 42:12,19,
  23 45:17,22
  46:15 47:4,
  14 49:23
  52:11 53:10,
  15,17 57:20,
  23 58:1,2
  59:15 61:20
  64:4,9 65:6
  67:14,18
  71:7 73:22
  76:20 77:10
  78:7 80:23
  84:24 86:11
thinking
  11:8 19:22

  39:5 48:14,
  15 81:20
thought
  3:4 18:24
  24:5 28:13
  35:12 42:25
  44:2 76:23
thoughts
  14:19 28:20
thousands
  49:8
three-year
  63:2
threw
  76:7
thrives
  48:11
thrucking
  60:17
Thursdays
  4:20
tied
  35:14
Tier
  4:16,17,19
tiers
  4:20
Tiktok
  85:23,24
Tim
  40:5,10
  41:12 42:5,
  6,7,10,14
  55:16 56:23
  61:6 82:12
time
  5:20 6:17
  15:10 17:8,
  9,10 18:7
  20:17,23
  22:17 25:5,6
  29:9 31:8
  32:4 34:20
  36:5,14
  40:22 41:22
  42:4 43:12
  45:6,12,19

  48:17,21
  50:19 51:11
  53:12 55:18
  58:4,13 62:4
  67:12 68:11
  70:13,24
  73:7 82:17
  83:5
times
  7:14,17
  11:23 17:4
  19:11 30:8
  38:10 53:5
  54:16 64:1
  79:10 80:23
timestamps
  37:15
tip
  59:8
title
  60:5
titled
  9:1
Toby
  79:11
today
  4:8,22,24
  5:7 31:1
  42:20,24
  49:20 51:6
  52:25 53:1,
  18 57:13
  58:9 62:7,11
  67:10 68:19
  71:14 77:13
Today's
  5:10
told
  3:6 5:14
  6:14 10:10
  14:17 19:22
  27:4 30:16
  31:18 35:23
  36:13 42:10
  43:1,11 53:9
  55:23 71:16
  72:19,23
  77:17,18,19

79:1

**tolerated**
3:13

**tomorrow**
22:24 58:23
71:11,14
72:18

**tongues**
27:13 32:1,
6,9 46:12

**tonight**
6:6 17:12
21:19 22:21,
24 34:5
42:10 45:24
46:6,12 49:4
67:16 71:10
72:18

**top**
5:22 35:24
37:8 46:8

**topics**
4:15

**totally**
12:19 33:24
41:6

**touched**
15:4 56:9

**touching**
16:13 32:8
65:12

**tough**
17:5 21:24

**trade**
50:5

**traffic**
79:7

**trail**
53:8,9,11

**traits**
7:16

**transcended**
64:6

**transparent**
25:16 60:11

**transpired**
6:10

**Trap**
4:1

**trashy**
77:25

**trauma**
69:9

**travel**
34:21

**traveled**
41:20

**traveling**
70:7

**treated**
65:8

**treating**
43:2

**tremendously**
45:3

**triggering**
80:17

**true**
8:12,16,21
10:4 51:15
52:9 60:16
75:3,5

**Trump**
5:16

**trust**
20:9 37:9
45:10 66:6
86:10

**trusted**
87:6

**truth**
10:4 35:14
36:12,18
40:13 50:25
52:7 53:5,6
57:4 78:15

**truths**
78:9,10

**Tuesday**
5:11

**Tuesdays**
4:16

**tune**
4:10

**tuned**
57:17

**tunnel**
65:3,4

**turn**
5:6 13:24
24:8 30:11,
13 69:7

**turnaround**
50:13

**turned**
64:7

**turning**
25:11 86:9

**TV**
25:3 50:17

**twist**
13:24

**two/three**
87:8

**Tyesse**
59:21 72:4
86:14

**type**
33:18,21,23
46:22 83:19
84:8 86:1

**types**
12:12 33:13,
20 48:7

---

**U**

---

**ugly**
7:13 60:25

**ultimately**
10:7 16:9
80:7

**unaddressed**
7:13

**unbeknownst**
7:24 40:25

**Uncovering**
48:9

**underdeveloped**
7:13 34:17

**understand**
3:11 20:22
26:7 29:21
30:11,13
31:7 34:13
38:21 42:19
45:18 47:1,
17 49:20
54:17 59:6,
22 60:8,24
61:3 67:4,18
69:20 73:7
74:11,21
77:4 87:14

**understands**
42:5

**understood**
63:5

**unexpressed**
38:5,6

**unfinished**
34:17

**ungodly**
7:8 60:9

**unhealed**
34:17

**UNIDENTIFIED**
3:20 54:24

**unique**
13:5

**unprocessed**
34:17 38:5,6

**unsafe**
19:6

**untucked**
55:13

**upfront**
47:4

**uprooted**
18:1

**utmost**
27:18

---

**V**

---

**validate**
52:5

11.3.24 - Larry Reid Live

Venmo
  83:13
verified
  8:20
verify
  52:5
versus
  3:13
vice
  33:9
victim
  7:23 8:1
  26:21 70:18
victims
  7:25 8:4,5
  14:15
video
  6:22 51:5,6
  52:4 53:21
  54:13,23
  55:5 68:3,6
  86:18
videos
  13:14,17
violate
  70:22 73:1
violated
  21:3,16
  26:11 33:2
  50:13
violating
  8:22 21:10
violation
  76:5
Virginia
  41:16
virtual
  4:18
virus
  17:21,22,25
  20:13 66:8
visible
  61:18
vo
  86:10
vocal
  6:17

voice
  86:10
vote
  5:14,15
voted
  5:14 6:2,3

_____

         W
_____

wait
  38:12 50:13
  67:1
waiting
  43:21
wake
  32:8
walk
  28:2 79:18,
  20,21
walked
  23:23 32:2
  53:22
walking
  28:4 74:4
wanted
  15:2,19 18:1
  20:17 26:19,
  20 28:11
  34:5 37:13
  45:13 46:21,
  25 53:13
  58:16 65:2
wanting
  60:22 85:7
warped
  32:14
watch
  13:14 21:19
  27:24 68:21
  69:19 72:4
  78:19 81:21
  86:13,17
watched
  13:17 21:9
  41:5 54:14
  56:14

watcher
  7:20
watching
  21:19 42:11
  44:6 55:17
  67:16 77:4
WATERS
  3:1
Watkins
  21:8 26:12
  29:4 32:20
  33:6,8,16,23
  35:6,8
  49:15,17,18,
  19,22,24,25
  51:6 52:23
  53:8,16
  61:24 68:9
  75:18 79:7
  80:8,11
Watkins'
  49:14
ways
  19:24 83:9
weakness
  17:14
wearing
  63:6
Wednesday
  4:17
week
  11:22 12:5,
  9,23 13:14
  22:24 47:22
  62:11 64:1,
  19 65:6
  68:14,15
  72:14 73:6
weeks
  10:8 49:7
weeped
  23:24
weeping
  24:4
welcomed
  41:19

well-off
  57:3
West
  41:16
whatnot
  80:10
whim
  38:19
who've
  62:10
wholeheartedl
y
  13:4
wicked
  32:9,14
widespread
  62:16
wife
  28:25 34:24
  44:17 45:5,
  21 57:2
  60:22 76:25
  77:2,3,9
Williams
  35:21
Wilson
  21:8 26:10
  27:2 32:18
  33:5,8 43:18
  80:9
Wilson's
  61:24
win
  52:1
Winfrey
  7:20
wise
  87:7
witch
  85:8
woke
  27:12
woman
  5:20 44:11
  46:19 48:22
  65:11 68:3

11.3.24 - Larry Reid Live

women
 7:2 65:10
 69:1,4,6,9,
 11,14
wonderful
 7:4,8 41:5
word
 15:11 48:24
 55:8 57:19,
 22 76:2
 83:11
words
 5:3 41:17
 44:5 51:8
 73:24,25
 84:20
work
 10:1,21
 20:17 21:6,7
 34:24 40:4
 44:7 48:20,
 25 49:3
 58:23,24
 59:2 81:11
 82:13,15,23
 84:6,9
worked
 10:15 40:8
working
 9:11 18:8
 86:23
world
 4:7 7:1
 38:16 44:16
 46:6 64:12
 84:14 85:23
worse
 20:2 44:10
worship
 64:11
worshipped
 80:10
worth
 8:10
wounding
 70:23,25

Wow
 21:2 23:20,
 25 24:3
 67:22 68:17
 72:16
write
 37:17 83:15
writing
 37:14 53:13,
 14 58:22
written
 42:1
wrong
 3:14,15
 10:5,17 11:5
 16:3,4,5
 24:8 56:12
 71:13
wrote
 58:15

Y

Yblood
 85:24
year
 6:20 21:24
 36:5 51:18
 86:2,6,8
years
 3:17 7:19
 12:13 15:15,
 16 16:18
 21:10 22:23
 24:12 30:4
 33:16 34:25
 40:4 41:3
 42:15,16,25
 46:10,17
 49:18 52:25
 77:1 84:5,17
yesterday
 68:13
young
 14:25 26:2,
 18 33:14
 77:3 79:7,8,

14
Youngblood
 8:17 10:18
 11:10,12,18,
 21 12:12
 13:2,4,12,17
 14:5,9,18,22
 15:10,13,15,
 18 16:2,8,
 11,14,16,20,
 23 17:1,7
 18:15,17,19
 19:7,13,16,
 25 20:3,7,
 11,17,23
 21:13,17
 22:2,6,11,14
 23:6,11,14,
 20,25 24:3,
 13,25 25:9
 26:6,23
 28:15 29:7,
 11,13 30:1,
 3,6,18,21,23
 31:6,11,25
 32:10,18,24
 33:3 34:9,12
 35:17 36:21,
 24 37:4,21
 38:2,7,11
 39:13,16,18,
 20,23 40:5,
 7,9,12,16
 42:22 43:19
 44:14,18,21,
 24 45:11,17
 46:5,24
 48:12,15,20
 50:7,10,15
 51:1,12,24
 52:18,23
 54:2,7,9,12
 55:14,16
 56:22,24
 57:1,7,10,14
 58:1,6,11
 59:9,12,19,
 25 60:2
 61:7,11,15,

17 62:10,19,
 24 63:4
 64:19 65:10,
 13,16,19,24
 66:5,19,22
 67:25 68:5,
 7,10,20,24
 69:17,22,24
 70:19 71:5,
 13,20,23,25
 72:10,13,17
 73:12,15,20
 74:10,14
 75:4,9,22
 76:1,5,11,
 14,17,19
 77:1,8,22
 78:3,11
 79:5,13,16,
 20 80:3,5,7,
 20 81:4,8,
 17,18,23
 82:2,6,9,12,
 16,21,25
 84:8 85:20,
 21,22 86:4,
 8,20 87:4,
 11,23
younger
 33:5 77:5
youngest
 44:24
youth
 40:10 42:6
youtube
 5:2,8 9:6
 12:11 15:6
 25:3 26:3
 29:18 39:1
 50:17,23
 54:22 66:15
 83:22 85:20,
 21,25 86:7,
 25

11.3.24 - Larry Reid Live

**Z**

**Zelle**
  83:12