# Exhibit 9




