# Exhibit 10




# Launching Soon

## Subscribe

Sign up to be the first to get updates.

Copyright © 2024 Duaneyoungblood - All Rights Reserved.

Powered by
