# Exhibit 12



Home   About   Services   Why Choose Me   Testimonials   Interviews   Products   Subscribe Now   Duane's Blog

Contact



UNLOCK YOUR FULL POTENTIAL

# Overcome Life's Challenges *With Resilience*

Discover the journey of transformation and healing with Duane Youngblood. Learn how to navigate your personal struggles, embrace forgiveness, and build a path towards fulfillment and strength.

Discover More →

ABOUT ME

# A *Journey* Of Healing, Resilience, And Empowerment

> Duane Youngblood is a passionate advocate for personal transformation, healing, and empowerment. His unique journey—from surviving abuse to redemption, incarceration, and ultimately becoming a guide for others—serves as a testament to the power of forgiveness, faith, and self-awareness.

Raised in a Christian home as the third of four children to Bishop Moses and Mrs. Sarah Youngblood, Duane Youngblood faced and details the devastating effects of sexual abuse at a young age. This trauma profoundly shaped his life, leading to a complicated relationship with faith and self-worth. In his teens he experienced religious sexual abuse, and this led to a search for the love he felt was missing in his home.  In his early twenties, Duane married and entered into pastoral ministry, hoping that serving others would help him heal. However, unresolved trauma led to destructive behavior, resulting in the abuse of others and ultimately a prison sentence.

While serving time, Duane embarked on a decade-long journey of healing and self-reflection. Through therapy, prayer, and spiritual growth, Duane discovered that much of his struggle stemmed from a broken relationship with his father and mother. Reconnecting with this part of his past—embracing the lessons of family and faith—was a pivotal moment in his recovery.

Duane knows the power of clarity and the danger of thinking right and wrong can be defined by any one person's perspective.   Duane believes in the journey and has come to realize the power of a made-up mind.

Today, Duane shares his story and works to help others who are struggling with trauma, addiction, or fractured relationships to find healing, purpose, and success.



Explore Services

VALUES

# Core Messages & Values


### Healing From Abuse
True healing comes from acknowledging trauma, practicing self-forgiveness, and finding peace through spiritual and personal reflection. Many times this requires one to look at the family patterns that have existed for many years.




### Generational Healing & Reconciliation
Abuse and trauma can span generations, but healing begins by reconciling with our past, including our Parents. Duane emphasizes breaking cycles of pain and embracing the healing that comes from reconnecting with family and receiving their love.


### Taking Responsibility & Transforming
Transformation requires taking ownership of one's actions and their consequences. Duane believes that through accountability and personal change, individuals can live a life of authenticity, integrity and purpose.


### Faith And Purpose
Restoring one's faith and aligning with God's plan for their life is key to finding true fulfillment. Duane teaches that by walking in faith and purpose, individuals can move beyond their past and embrace a brighter future.

SERVICES OFFERED

# Services *Duane Youngblood* Serves

**1**

### Public Speaking
Duane shares his story at conferences, church events, and public gatherings, offering insight into the healing process and the power of personal transformation.

**2**

### Workshops
Leading workshops focused on overcoming trauma, restoring relationships, discovering purpose, and creating a healthier future for individuals and families.

**3**

### One-On-One Coaching
Offering personalized coaching for those struggling with past abuse, addiction, self-worth issues, or broken relationships, guiding them toward recovery and a life of fulfillment.

Click For One-On-One Coaching Discovery Call

**4**

### Online Resources
Duane produces valuable online content—including blogs, videos, books and e-books—that provides practical steps for healing, forgiveness, and spiritual growth.

**CLIENT TESTIMONIAL**

# What Our Clients Say About Our *Coaching*

What Duane has done is nothing short of remarkable. His story offers hope to those who feel their past defines their future. He reminds us that redemption is possible for anyone willing to do the work.



*David Uraga*
Content Writer



---

**INTERVIEW**

## Life Changing Interview With
### *Duane Youngblood*





---

**GET IN TOUCH**

## Let's *Talk* We Are Always Ready

For press inquiries or speaking engagements for Duane please contact his Publicist below or fill out the form connected.

First Name | Last Name

Email

Phone





## Soon To Be *Released*

### Will Appear On Site

| 06 Days | 02 Hours | 13 Minutes | 22 Seconds |

Buy Book    View Cover

## Subscribe And Know What Elevate Your Life With Duane Does!

* indicates required

Email Address *

First Name *

Last Name *

Phone Number

Subscribe

intuit mailchimp



Discover the journey of transformation and healing with Duane Youngblood. Learn how to navigate your personal struggles, embrace forgiveness, and build a path towards fulfillment and

**Services**

Public Speaking

Workshops

One-On-One Coaching

Online Resources

**Quick Links**

Home

About Me

Services

Why Me

Contact

**Follow**

strength.



Hello! How can I help You?

Copyright © 2024, All rights reserved.