# Exhibit 13



Home    About    Services    Why Choose Me    Testimonials    Videos    Products

Subscribe Now          Duane's Blog

**Contact**

## UNLOCK YOUR FULL POTENTIAL

# Overcome Life's Challenges *With Resilience*

Discover the journey of transformation and healing with Duane Youngblood. Learn how to navigate your personal struggles, embrace brokenness, and build a path towards fulfillment and strength.

**Discover More →**

---

ABOUT ME

# A *Journey* Of Healing, Resilience, And Empowerment

Duane Youngblood is a passionate advocate for personal transformation, healing, and empowerment. His unique journey—from surviving abuse to redemption, incarceration, and ultimately becoming a guide for others—serves as a testament to the power of forgiveness, faith, and self-awareness.

Raised in a Christian home as the third of four children to Bishop Moses and Mrs. Sarah Youngblood, Duane Youngblood faced and details the challenges of surviving childhood sexual abuse that eventually shaped his life, leading to a complicated relationship with faith and self-worth. In his teens he experienced adversity on the heels of abuse and he is a search for the kind of peace that led to self-destruction.

Duane marbled and entered into personal ministry, hoping that serving others would help him heal. However, unresolved trauma led to destructive behaviors, resulting in the abuse of others and ultimately a prison sentence.

While serving time, Duane embarked on a decade-long journey of healing, and self-reflection. Through therapy, prayer, and spiritual growth, Duane discovered that much of his struggle stemmed from a broken relationship with his father and mother. Reconnecting with this part of his past—embracing the harms inflicted—ultimately led to a pivotal moment in his recovery.

Duane knows the power of clarity and the danger of thinking right and wrong can be defined by any one person's perspective. Duane believes in the journey and has come to realize the power of a made up mind.

Today, Duane shares his story and works to help others who are struggling with trauma, addiction, or fractured relationships to find healing, purpose, and success.

**Explore Services**



---

VALUES

## Core Messages *& Values*

**Healing From Abuse**
True healing comes from acknowledging trauma, practicing self-forgiveness, and moving on through spiritual and personal reflection. Many times the injuries heal from those around me but the emotions are the ones that have existed for many years.

**Generational Healing & Reconciliation**
Abuse and trauma can span generations. But healing begins by reconciling with our pasts, including our historic trauma emphasizes embracing our family of pain and embracing the healing that comes from reconnecting with family and resolving their bonds.

**Taking Responsibility & Transforming**
Personal transformation takes taking ownership of one's actions and their consequences. Duane believes that by admitting to faults and making change, individuals can live a life of authenticity, integrity and purpose.

**Faith And Purpose**
Restoring one's faith and aligning with God's plan for their life is key to finding true fulfillment. Duane teaches that by seeking purpose through faith and purpose, individuals can move beyond their past and embrace a brighter future.

---

SERVICES OFFERED

## Services *Duane Youngblood* Serves

**1 Public Speaking**
Duane shares his story at conferences, church events, and public gatherings, offering insight into the healing process and the power of personal transformation.

**2 Workshops**
Leading workshops focused on overcoming trauma, restoring relationships, discovering purpose, and creating a solid foundation for individuals and families.

**3 One-On-One Coaching**
Offering personalized coaching for those struggling with past abuse, addiction, self-worth, or faith. These sessions are designed to guiding them toward recovery and a life of fulfillment.

Click For One-On-One Coaching Discovery Call

**4 Online Personalized**
Duane produces valuable online content—including blogs, videos, books and e-books—that provide practical steps for healing forgiveness, and spiritual growth.

---

CLIENT TESTIMONIAL

## What Our Clients Say About Our *Coaching*

After listening to Duane Youngblood's I can move forward with my own life. All these years I thought my story was so weird, but now I realize all I've come to deal with my own dealings with it and heal. Thank you sir, Youngblood.

*Parnel Pate*
Satisfied Customer

99



---

VIDEOS

# Life Changing Interview & Program
*With Duane Youngblood*





---

GET IN TOUCH

# Let's *Talk* We Are Always Ready

For press inquiries or speaking engagements for Duane please contact his publicist or email/phone.

**Publicist**
La'Reka Marshall

**Email**
rerexirprllc@gmail.com

**Phone**
502-233-6160

First Name        Last Name

Email

Phone

Message

**Send**

---



## Soon To Be Released
Will Appear On Site

19        01        33        33
DAYS    HOURS    MINUTES    SECONDS

**Buy Book**      **View Cover**

---

Subscribe And Know What Elevate You To With Duane Does!

Email Address *

First Name *

Last Name *

Phone Number

**Subscribe**

---



Discover the journey of transformation and healing with Duane Youngblood. Learn how to navigate your personal struggles, embrace brokenness, and build a path towards fulfillment and strength.

**Services**
Public Speaking
Workshops
One-On-One Coaching
Online Resources

**Quick Links**
Home
About Me
Why Me
Contact

**Follow**

Copyright © 2024. All rights reserved