# Exhibit 14



# I Overcame IT
# To Live My Best Life

**I Overcame IT to Live My Best Life** is a raw, courageous, and deeply personal memoir that takes readers through the author's painful journey of trauma, redemption, and transformation. This book shares the painful realities of sexual abuse and its far-reaching impact—both on the victim and the abuser. Through personal accounts of abuse in his own home, and at the hands of spiritual leaders, the author opens up about the struggles of navigating a life filled with shame, confusion, and self-doubt.

From the sexual abuse suffered at the hands of his father on his younger sister to the traumatic experiences endured as a teenager, and even the sexual abuse and betrayal by prominent spiritual leaders—**Bishop Quander Wilson, Bishop T.D. Jakes, and Bishop Sherman Watkins**—the author reveals how these experiences shaped his sense of self and the deep pain that followed. Yet this is not just a story of victimhood; it is a story of **healing**, **accountability**, and **restoration**.

The author also bravely shares the painful truth of how he, in turn, became an abuser, ultimately being charged and convicted for a crime that landed him in prison. Through this chapter, he explores the cycle of abuse and how deeply it can affect one's identity and choices. But in this book, he shows that **healing is possible**, and that **no one is beyond redemption**.

Finally, through years of therapy, introspection, and spiritual growth, the author finds his way back to himself. He breaks free from the chains of rejection, self-loathing, and pain, and discovers the path to **living his best life**—a life filled with purpose, love, and inner peace.

This book is not just for those who have experienced abuse, but for anyone seeking to understand the complexities of healing, forgiveness, and personal transformation. It offers hope, insight, and a powerful message: **It's never too late to change, heal, and build a life that's worthy of your potential.**



**Duane Youngblood**
AUTHOR

When you have been processed and have discovered the good stuff that the bad stuff has produced, you become useful in helping others. I am honored to be here after having been there!