# Exhibit 15

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* **2/12/2025**



| | |
|---|---|
| *Offender Name :* | **JOSHUA MUNOZ** |
| *Offender Type :* | Tier 3 |
| *Registration Start Date :* | 04/30/15 |
| *Last Updated Date :* | 01/23/25 |

## Physical Description

| | | | |
|---|---|---|---|
| *Height :* | 5'9" | *Weight :* | 175 |
| *Eyes :* | BROWN | *Hair :* | BROWN |
| *Race:* | WHITE | *Gender:* | MALE |
| *Ethnicity :* | HISPANIC OR LATINO | *Year of Birth :* | 1990 |

## Scars, Marks and Tattoos

*--None Reported--*

## Residential Address

| | |
|---|---|
| *Address Type:* | **PRIMARY** |
| *Address:* | 383 MONROE AVE LEECHBURG          PA    15656 |
| *Municipality:* | LEECHBURG BORO |
| *County:* | ARMSTRONG |

## Employment Address

| | |
|---|---|
| *Address:* | |
| | WEXFORD          PA    15090 |
| *Municipality:* | PINE TWP |
| *County:* | ALLEGHENY |
| *General Work Area:* | OFFENDER WORKS FROM HOME ADDRESS WHICH IS LOCATED AT 383 MONROE AVE LEECHBURGH PA 15656 |

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* **2/12/2025**

---

### School Address

**--None Reported--**

### Vehicle Information

| | |
|---|---|
| **Vehicle Ownership:** | OWNED |
| **Year:** | 2017 |
| **Make:** | HONDA |
| **Model:** | ACCORD |
| **Color:** | TAN |
| **Registration State:** | PA |
| **License Plate Number:** | LJG5520 |
| **Vehicle Storage Locations:** | FRONT OF HOME |

### Watercraft Information

**--None Reported--**

### Aircraft Information

**--None Reported--**

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* **2/12/2025**

---

## Offense Information

**Sexual Offense Conviction(s) Recorded In _Pennsylvania Sexual Offender Registry_**

| Offense | Offense Date | Conviction Date | Is Victim Minor |
|---|---|---|---|
| 901/3123 - ATTEMPTED INVOLUNTARY DEVIATE SEXUAL INTERCOURSE | 05/31/14 | 01/29/15 | Yes |
| 6318 - UNLAWFUL CONTACT OR COMMUNICATION WITH MINOR | 05/31/14 | 01/29/15 | Yes |
| 6318 - UNLAWFUL CONTACT OR COMMUNICATION WITH MINOR | 05/31/14 | 01/29/15 | Yes |

**\* Pennsylvania law does not require the website to indicate whether the victim is or is not a minor for offenders convicted before November 30, 2006.**

**Sexual Offense Conviction(s) Recorded In _Pennsylvania Criminal History Repository_**

| Offense | Offense Date | Conviction Date |
|---|---|---|
| 3123A7/901 - INVOLUNTARY DEVIATE  SEXUAL INTERCOURSE/CRIMINAL ATTEMPT | 06/02/14 | 01/29/15 |
| 6318A1 - UNLAWFUL CONTACT WITH MINOR | 06/02/14 | 01/29/15 |
| 6318A4 - UNLAWFUL CONTACT WITH MINOR | 06/02/14 | 01/29/15 |

## Alias Information

| First Name | Middle Name | Last Name |
|---|---|---|
| JOSHUA | DANILO | MUNOZ |

# PENNSYLVANIA STATE POLICE

## Megan's Law Public Report

*Created :* **2/12/2025**

---

## Photo Information


10/24/24


07/25/24


06/10/24


01/23/24


10/25/23


07/21/23


06/21/23


04/20/23

- **Any person who uses the information contained herein to threaten, intimidate, or harass the registrant or their family, or who otherwise misuses this information, may be subject to criminal prosecution or civil liability.**
- **If you have a reasonable belief that any of the information on this website is outdated or incorrect, please contact the Megan's Law Section of the Pennsylvania State Police toll free at 1-866-771-3170.**