# Exhibit 17

# Parolee Details

**Parole Number:** 196IN

| Name | Name Type | Image |
|---|---|---|
| JOSHUA DANILO MUNOZ | Commit Name |  6/11/2019 9:20:54 AM |
| JOSHUA MUNOZ | Also Known As | |

**Inmate Number:** MA0808

**Age:** 34

**Date of Birth:** 12/23/1990

**Height:** 5' 09"

**Weight (lbs):** 175

**Gender:** Male

**Complexion:** LIGHT

**State:** PENNSYLVANIA

**Release Date:** 03/23/2019

**Last Updated Time:** 2/10/2025 4:00:55 AM

PRINT    CLOSE