# Exhibit 19



**SEARCH THE ARCHIVE**

Home »

# NEWS

## Wilmerding Man Sentenced To Prison For Conspiring To Distribute Heroin

FOR IMMEDIATE RELEASE                                                                                         August 14, 2012

PITTSBURGH, Pa. - A resident of Wilmerding, Pa. has been sentenced in federal court to 41 months imprisonment, followed by three years supervised release, on his conviction of violating federal narcotics laws, United States Attorney David J. Hickton announced today.

Senior United States District Judge Donetta W. Ambrose imposed the sentence on Landon Claybourne, 30.

According to information presented to the court, from in or around August 2009, and continuing thereafter to in or around September 2010, in the Western District of Pennsylvania and elsewhere, Claybourne conspired with others to distribute and possess with the intent to distribute heroin.

Assistant United States Attorney Charles A. Eberle prosecuted this case on behalf of the government.

U.S. Attorney Hickton commended the federally administered Organized Crime and Drug Enforcement Task Force (OCDETF) for the investigation leading to the successful prosecution of Claybourne. The task force is headed by the Drug Enforcement Administration (DEA) and is comprised of members drawn from the Baldwin Police, the Allegheny County Sheriff's Office, the Munhall Police, the Pittsburgh Police, the Pennsylvania State Police, the Duquesne Police, the West Homestead Police, the Allegheny County Police, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) - Financial Investigations Unit. Assistance in the investigation was provided by the Penn Hills Police, the Monroeville Police, the McKees Rocks Police, and the Wilkinsburg Police.

Return to Top

### Current Site

Department of Justice
  U.S. Attorneys
    Western District of Pennsylvania

### Archives

Department of Justice
  U.S. Attorneys
    Western District of Pennsylvania

USAO ARCHIVE HOME

JUSTICE.GOV/USAO

Accessibility     Justice.gov
FOIA              USA.gov
Privacy Policy
Legal Policies & Disclaimers