# Exhibit 20

# Castthefirststone's Weblog

Just another WordPress.com weblog

## Youngblood's Wicked Offenses

Is this man really that **desperate** for attention. Even his MySpace page is disturbing. And that's saying a lot for MySpace.

This site is the perfect place to get the facts on this man. He has thrown so many stones, one would think he has nothing to hide. The only thing I can tell you up front is that this man **very rarely speaks the truth**. His ranting gives you great insight into just how disturbed he really is. You may not like some of our spiritual leaders, but at least recognize that this man is **more wicked than anyone else he accuses.**

### Share this:

Facebook    X

Like  Be the first to like this.

### 7 Comments »

Paul said,
September 5, 2008 at 11:22 pm

I just wanted to take a minute to speak on how disappointed I am in the body of Christ. It never ceases to amaze me how other Christians are so quick to defame the character of other men and women of God. I am speaking about a Apostle Richard Youngblood and his claim against Bishop TD Jakes. I know Richard and I heard that he was going to vent his frustrations on Bishop Jakes and reference to Jakes lack of support during Richard's brothers (Dwayne) molestation case. Richard mentioned that Jakes has known his family so long and that a man of his caliber could have easily spoken up in defense for Dwayne and maybe aided for his case. He wanted Bishop to know how it felt to be falsely accused of the same thing his brother was. We tried to talk him out of such a ludicrous idea but Richard was determined to get retribution for his family and the pain of such allegation has cause him. This is another case of the body of Christ not coming together but instead ripping each other apart for selfish game. I'm again disappointed in men of God putting themselves before God's plan.

Trent said,
September 9, 2008 at 5:53 pm

This guy has a lot to say about TD Jakes. I'm a supporter of Jakes and really having a hard time with what is being said about him. There are two sides to every story but this guy seems to have a ton of stories to tell. It's enough to make you go hummm. Could so many fascinating stories be true? I seriously doubt it. Especially the molestation thing. Give me a break. Sometimes the best way to face your critics is to say nothing at all. It's accusations like this that make it hard for good pastors to do their job. When you listen to his story, it's easy to see that it's completely false or biased.

Trent said,
September 9, 2008 at 5:54 pm

I think Youngblood is drawing from his own personal experiences when he decides to attack men like bishop jakes. Take a look at this article and draw your own conclusion. This almost knocked me off my chair.

http://www.pittsburghlive.com/x/pittsburghtrib/s_433988.html

nathan said,
September 9, 2008 at 6:20 pm

The missing factor here is simple …. R Youngblood is not tell you the facts. I remember him from the early West Virginia days. He was at the church TWENTY YEARS AGO. If it is true and I doubt it. Who of us can go back twenty years and have nothing to expose? R Youngblood was ALWAYS a guy of questionable character even then. Before you go in with guns blazing, you need to get the FACTS. His younger brother was brought up on the very thing that he is accusing Jakes of and he is on house arrest and supposedly a Pastor… The? Apostle Richard Youngblood is a chip off the old block
Read all about it here.
Abominations: Pastor Duane Youngblood Accused Of Molesting Boy

Mar 17, 2006 … For Molesting Boy | Main … Duane Eric Youngblood, 39, who identifies himself as the Bishop of the Higher … Get the full story here..www.aboms.com/archives/003733.html

http://www.aboms.com/archives/003733.html

janice said,
September 20, 2008 at 6:07 pm

Listen let me tell you the real deal on this so called man'd of GOD. He's throwing the stone at anyone he can to deflect the attention from him and the churching splitting. He's now at a Micro Hotel. He's slept with more women in the church then I care to think about. I know this because I used to go!! So his short comings on dealing with lust and fornication now are blamed on "Jakes". How convenient! What somebody did 20 years ago is not the cause of what has just manifested NOW in his life……That makes no sense

### Pages
- Independent Conservative
- Youngblood's Wicked Offenses

### Archives
- September 2008

### Categories
- Where's the truth

### Search

### Blogroll
- WordPress.com
- WordPress.org

### Meta
- Register
- Log in
- Entries RSS
- Comments RSS
- Get a free blog at WordPress.com

Janice

Stan said,
September 20, 2008 at 6:09 pm

An Apostle with a my space page...this guys gotta be , what 50? That's a bit juvenile wouldn't you say? Besides I just see women on his site !!! That's not a good impression to give..

Stanly

The Crane said,
September 21, 2008 at 7:37 pm

'm with you Paul. He talks about false doctrines and quotes scriptures. Any body can cut and paste scripture. The very fact that he's attacking so many ministers speaks louder than words he cuts and paste. He should practice what he preaches.

**Leave a comment**

Write a comment...