# Exhibit 21

http://reyoungblood.org/about.php

10 captures
26 Feb 2009 - 13 Apr 2010

MAR APR MAY
13
2009 2010 2011

About this capture

# R.E. YOUNGBLOOD MINISTRIES

## ABOUT FOUNDER

About Apostle Richard E. Youngblood



Apostle Youngblood is a Man of God who is on fire!! The Holy Ghost mandate on his life is that all whom he comes in contact with are equipped to do the Will of God for their lives. Apostle is a much sought after preacher both nationally and internationally. He flows heavily The Prophetic Word as well as Word of Wisdom and Word of Knowledge.

He has been called by many to be the preachers preacher. Raised by saved parents, Apostle Youngblood received a significant spiritual deposit from his early youth. Baptized in The Holy Ghost at an early age, Apostle Youngblood led thousands into the presence of God through praise and worship. Called to ministry at 19, Apostle Youngblood has now entered his third decade of preaching.

He has served as personal assistant and Adjutant to Bishop T.D. Jakes. He is The Founder and Chief Prelate of Greater Hope International Covenant of Churches with Ministries nationally and internationally. He has ministered along side many of today's Generals in The Body of Christ.

Apostle Youngbloods' leadership style causes many to refer to him as their spiritual father and he has the true spirit of a father. Called to raise up a generation who knows God intimately, Apostle Youngblood's preaching style will energize you as well as admonish you to reach you destiny even if you have to reach it with help from God alone.

©Copyright R.E.Youngblood Ministries. 2009. All Right Reserved.