Exhibit I – Jeffrey Gray Affidavit (Provides key testimony regarding factual disputes, clarifying the timeframe of relevant conversations)

**"Affiant Jeffrey Gray did not work for Merrill Lynch in 1992, when he claims Youngblood told him about Bishop Jakes (Pusch Decl. ¶¶ 23); "**

Affiant Jeffrey Gray responds:

I have retired from a 35-year career in the financial services industry. As demonstrated on FINRA broker check, I was first licensed on May 20, 1989, while serving in the capacity of Financial Advisor for Merrill Lynch Co. Over this 35-year period I served the public marketplace with honor and without sanctions for inappropriate behavior.

As referenced in my first attestation, I specifically stated "on or about" as I did not have a specific date for when I had a conversation with Duane Youngblood concerning matters that pertain to Thomas Jakes.

It may be appropriate to now disclose that Thomas Jakes had a business relationship with me at Merrill Lynch Co during my tenure there that would have been within range of the 1992-time frame. Perhaps, 1991. The account agreements with signatures if subpoenaed from Merrill Lynch Co would verify the exact date for the start of our business relationship.

My intent is not to disclose Mr. Jakes' business affairs but to provide context for the timeframe in which Duane Youngblood and I shared a conversation during my employment at Merrill Lynch Co.

I pray that my goodwill attestation is not now mis-represented as I have no plea for or against Mr. Jakes. And I pray that Mr. Jakes' response through counsel is not indicative of how Mr. Youngblood is also mis-represented by said counsel for simply sharing his experiences.

**Affirmation of Truthfulness**:

I affirm that the statements contained in this affidavit are true, accurate, and complete to the best of my knowledge, information, and belief.

**FURTHER AFFIANT SAYETH NOT:**

Dated: this 18th day of February 2025.

Signature of Affiant: _____

**Acknowledgment and Notarization**

STATE OF: Pennsylvania

COUNTY OF: Allegheny

Subscribed and sworn to (or affirmed) before me by Jeffrey Steven Gray (Name of affiant), this 18 day of February (Month), 2025 (Year).

**Notary Public:**

Kiyeseni A. Walker

Notary's Printed Name                                    Signature

My Commission Expires: May 5, 2027 (Insert Expiration Date)

Seal:

> Commonwealth of Pennsylvania - Notary Seal
> KIYESENI A WALKER - Notary Public
> Allegheny County
> My Commission Expires May 5, 2027
> Commission Number 1433995



FINIA

**BrokerCheck Report**

## JEFFREY STEVEN GRAY

CRD# 1758815

| **Section Title** | **Page(s)** |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 5 - 6 |
| Disclosure Events | 7 |

ℹ When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.
Please contact FINRA with any concerns.

# FINRA

## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**

  - BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.

  - Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

- **Where did this information come from?**

  - The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.

- **How current is this information?**

  - Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.

- **What if I want to check the background of an investment adviser firm or investment adviser representative?**

  - To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.

- **Are there other resources I can use to check the background of investment professionals?**

  - FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

Thank you for using FINRA BrokerCheck.

Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

FINra

# JEFFREY S. GRAY

CRD# 1758815

This broker is not currently registered.

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 2 State Securities Law Exams

## Registration History

This broker was previously registered with the following securities firm(s):

Ⓑ **PNC INVESTMENTS**
CRD# 129052
PITTSBURGH, PA
01/2004 - 03/2021

Ⓑ **J.J.B. HILLIARD, W.L. LYONS, INC.**
CRD# 453
LOUISVILLE, KY
04/1999 - 01/2004

Ⓑ **PNC BROKERAGE CORP**
CRD# 34671
PITTSBURGH, PA
12/1994 - 04/1999

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **Yes**

The following types of disclosures have been reported:

| Type | Count |
|---|---|
| Customer Dispute | 2 |

## Investment Adviser Representative Information

The information below represents the individual's record as a broker. For details on this individual's record as an investment adviser representative, visit the SEC's Investment Adviser Public Disclosure website at https://www.adviserinfo.sec.gov

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

User Guidance



FINRA

## Broker Qualifications

### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.



FINra

# Broker Qualifications

## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 3 general industry/product exams, and 2 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| Securities Industry Essentials Examination | SIE | 10/01/2018 |
| General Securities Representative Examination | Series 7 | 05/20/1989 |
| Investment Company Products/Variable Contracts Representative Examination | Series 6 | 07/25/1988 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Investment Adviser Law Examination | Series 65 | 07/13/2004 |
| Uniform Securities Agent State Law Examination | Series 63 | 06/19/1989 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

www.finra.org/brokercheck

# Broker Qualifications

## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

**FINRA**

www.finra.org/brokercheck

# Registration and Employment History

## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 01/2004 - 03/2021 | PNC INVESTMENTS | 129052 | PITTSBURGH, PA |
| B | 04/1999 - 01/2004 | J.J.B. HILLIARD, W.L. LYONS, INC. | 453 | LOUISVILLE, KY |
| B | 12/1994 - 04/1999 | PNC BROKERAGE CORP | 34671 | PITTSBURGH, PA |
| B | 11/1992 - 12/1994 | PNC SECURITIES CORP | 15647 | PITTSBURGH, PA |
| B | 05/1989 - 04/1991 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | NEW YORK, NY |
| B | 07/1988 - 03/1989 | FEDERATED SECURITIES CORP. | 5009 | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 01/2004 - Present | PNC INVESTMENTS | SR. FC | Y | PITTSBURGH, PA, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

1. PASSIVE OUTSIDE BUSINESS INTERESTS.... I CONTRIBUTED 25,000 TO ESTABLISH AN LLC FOR A FAMILY MEMBER BUT REMAIN A MINORITY PASSIVE MEMBER. THE LLC IS AN E-COMMERCE JEWELRY COMPANY. 95% OF THE COMMERCE IS NON-PERSONAL AND WEB-BASED, THE OTHER 5% OF COMMERCE IS EXPECTED TO DERIVE FROM TRADE SHOWS AND VENDING OF WHICH I WILL NOT PARTICIPATE PERSONALLY. THE SITE IS EXPECTED TO LAUNCH LABOR DAY WEEKEND: WWW.TRULUXE.COM. 2. CRUMP LIFE INSURANCE, 4135 NORTH FRONT STREET, HARRISBURG, PA 17110. LIFE, LONG TERM CARE AND DISABILITY INSURANCE SALES AND MARKETING AGENT. NUMBER OF HOURS PER MONTH WILL VARY. SALES OF VARIABLE AND TRADITIONAL LIFE INSURANCE, LONG-TERM CARE AND DISABILITY INSURANCE TO PNC INVESTMENTS' CUSTOMERS. THERE IS AN AGREEMENT BETWEEN CRUMP AND PNC INSURANCE SERVICES, LLC.

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

www.finra.org/brokercheck

# FINRA

## Registration and Employment History

## Other Business Activities, continued

3. AirBnb of personal residence.

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.



User Guidance

FINCa

# Disclosure Events

**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   - A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.

3. **Disclosure events in BrokerCheck reports come from different sources:**
   - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.

4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal, or final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled or otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Customer Dispute | 0 | 2 | N/A |

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

www.finra.org/brokercheck

User Guidance

FINRA

## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | PNC BROKERAGE CORP. |
| **Allegations:** | CUSTOMER ALLEGED THAT TRADES FROM OCTOBER OF 1998 WERE NOT PLACED IN A TIMELY MANNER. |
| **Product Type:** | Mutual Fund(s) |
| **Alleged Damages:** | $14,000.00 |

**Customer Complaint Information**

| | |
|---|---|
| **Date Complaint Received:** | 01/01/1999 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 06/25/1999 |
| **Settlement Amount:** | $5,481.00 |
| **Individual Contribution Amount:** | $0.00 |

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.

## Customer Dispute - Closed-No Action / Withdrawn / Dismissed / Denied

This type of disclosure event involves (1) a consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the individual broker that was dismissed, withdrawn, or denied; or (2) a consumer-initiated, investment-related written complaint containing allegations that the broker engaged in sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities, which was closed without action, withdrawn, or denied.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | PNC INVESTMENTS, LLC. |
| **Allegations:** | CUSTOMER EXPRESSED DISSATISFACTION WITH THE SALES PRACTICES OF JEFFREY S. GRAY. SPECIFICALLY CUSTOMER ALLEGES FAILURE TO DISCLOSE FEES AND UNSUITABLE INVESTMENT. COMPLAINT CONVEYED THROUGH ATTORNEY. |
| **Product Type:** | Annuity(ies) - Variable |
| **Alleged Damages:** | $49,261.03 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/29/2006 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 07/25/2006 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.


**End of Report**

**This page is intentionally left blank.**

©2025 FINRA. All rights reserved. Report about JEFFREY S. GRAY.