# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas Dexter Jakes<br>　　　　　　　Plaintiff<br><br>~against~<br><br>Duane Youngblood et al.<br>　　　　　　　Defendant | Civil Action No. **2:24-CV-1608-WSS**<br><br>**NOTICE OF MOTION TO DISMISS** |

    PLEASE TAKE NOTICE that Defendant Duane Youngblood, by and through his undersigned counsel, will and hereby does move this Court before the Honorable William S. Stickman IV, United States District Judge for the Western District of Pennsylvania, for an Order dismissing the Complaint in its entirety, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    This motion is based upon the accompanying Memorandum of Law, the [Proposed] Order, all pleadings and papers on file in this matter, and such other argument and evidence as may be presented to the Court.

DATED: May 6, 2025

Respectfully submitted,

/s/ Tyrone A. Blackburn
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com
