IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DEXTER JAKES, | CIVIL ACTION NO. 2:24-cv-01608-WSS |
| Plaintiff, | Judge William S. Stickman |
| v. | |
| DUANE YOUNGBLOOD; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JOHN DOE 7; JOHN DOE 8; JOHN DOE 9; JOHN DOE 10, | |
| Defendants. | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Kindly withdraw my appearance only on behalf of Duane Youngblood, Defendant, in the above-captioned matter.

DATE: June 24, 2025

BY: _/s/ Tyrone A. Blackburn_
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of June 2025, a true and correct copy of the foregoing Withdrawal of Appearance has been served via the Court's Electronic Filing System on the following counsel of record:

Devin J. Chwastyk, Esquire
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Boc 1166
Harrisburg, PA 17108
dchwastyk@mcneeslaw.com

Dustin A. Pusch (admitted *Pro Hac Vice*)
Amy M. Roller (admitted *Pro Hac Vice*)
Meier Watkins Phillips Pusch LLP
919 18th Street NW, Suite 650
Washington, DC 20006
dustin.pusch@mwpp.com
amccannroller@mwpp.com

Derrelle M. Janey (admitted *Pro Hac Vice*)
The Janey Law Firm P.C.
111 Broadway, Suite 701
New York, NY 10006
(646) 289-5276
djaney@thejaneylawfirm.com

BY: /s/ *Tyrone A. Blackburn*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
Tel: (347) 342-7432
Email: tblackburn@tablackburnlaw.com