# Exhibit B

Tyrone Blackburn <tblackburn@tablackburnlaw.com>

# Court Situation

**Duane Youngblood** <ydrdey@aol.com>  Mon, Jun 23, 2025 at 10:13 PM
To: Tyrone Blackburn <tblackburn@tablackburnlaw.com>

Hello Tyrone.

I wanted to speak with you and email you about all this Jakes case stuff. Today I met with Attorney Ellis and he shared the potential filing that Jakes' Attorney will file in 21 days if you do not drop the Motion to Dismiss and then explain to the court why you did it.

You have been nothing but a blessing to me. I in no way could let you do that. You told me that you are preparing to refile the motion.

I do not want you to do that. I don't want you in anyway hurt in all this. I am concerned that this judge may do something that I would not like to you and that this could also impact the case.

I talked with Attorney Ellis and they told me that they would have to separate from you and that I could decide what was best for me.

I have decided that it is best that I allow you to be removed from the case. I do not want you to have to tell this judge anything about anything.

Paul showed me the two cases they will cite and what the Federal Judges said about you and your methods in their documents.

I think this is all very upsetting. I know you understand the law and what you should be doing. I do not sit in any judgment because I know it is in the best interest of Jakes' Attorneys to make you look as bad as they can.

I know you will have to write the court to withdraw yourself. You have been a blessing to me and I will continue to do my best to be one to you.

I know you are in many battles. Tyrone, please be careful as you proceed. Many are trying to discredit you because of the cases you represent. Do whatever you need to do to make sure all your motions and filings are on point. Your heart is so pure and so good. Please do not hurt the greatness God has given you.

Again, Thanks for all you did. I really thank God for you.

I will allow Sommer Law Group to represent me in this and I hope it ends soon.

I would still like to chat from time to time.

Sincerely,

**From:** Duane Youngblood ydrdey@aol.com
**Subject:** Jakes VS Youngblood
**Date:** Jun 23, 2025 at 10:28:07 PM
**To:** Paul Ellis pae@sommerlawgroup.com
**Cc:** Tyrone Blackburn tblackburn@tablackburnlaw.com

Hello Paul,

I am writing to let you know that I have decided to move forward with Sommer Law Group for my legal representation in the Current court case in Federal court that You and Attorney Blackburn have both been on.

I called Attorney Blackburn, left a message and emailed him (Did not get to speak as of this email, but we will) to let him know that I had met with you and had gone over all the current pressing issues of the case.

I informed him of my great appreciation for all he has done for me since we met. I also informed him that I would be moving on from his services as they would no longer be required on this case.

I do not know all the legal responsibilities, but I am doing what I know to do, which is to notify you, as I notified him.

I have included Attorney Blackburn in this email as well. I really hate all this and hope this case can close out sooner than later.

I will await whatever has to happen at the court for Sommer Law Group to be my only representation on this case.

I thank you for all you all have done and will do. And I thank Attorney Blackburn for being in my corner during the toughest days of 2024-2025.

Have a Great Day!

Duane Youngblood