IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS DEXTER JAKES,

*Plaintiff*,

v.

DUANE YOUNGBLOOD, *et al*,

*Defendants*.

Civil Action No. 2:24-cv-1608

Hon. William S. Stickman IV

## **HEARING MEMO**

HEARING HELD:  Show Cause Hearing
DATE HEARING HELD:  July 24, 2025
BEFORE:  Judge William S. Stickman IV

Appearing for Plaintiff:
Devin Chwastyk, Esquire
Amy Roller, Esquire
Derrelle Janey, Esquire
Dustin Pusch, Esquire

Appearing for Defendants:
Tyrone Blackburn, Esquire

Hearing began at 1:28 p.m.

Hearing concluded at 2:13 p.m.

Stenographer:  Melissa Moore

OUTCOME:

Plaintiff shall file any formal fee petition and supporting information on or before August 1, 2025. Attorney Blackburn shall file a response to the petition on or before August 8, 2025.

The issue of sanctions was taken under advisement by the Court.

The transcript of today's proceeding is to be produced, costs for the production to be paid by Plaintiff.  Plaintiff may include the cost of the production in his fee petition, to the extent that fees are granted.