# Exhibit 1



# OFFICE OF DISCIPLINARY COUNSEL

July 10, 2025

Hamilton P. Fox, III
*Disciplinary Counsel*

Julia L. Porter
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Jack Metzler
Becky Neal

*Assistant Disciplinary Counsel*
Caroll G. Donayre
Jerri U. Dunston
Lisa M. Fishelman
Dru M. Foster
Jason R. Horrell
Ebtehaj Kalantar
Jelani C. Lowery
Sean P. O'Brien
Melissa J. Rolffot
William R. Ross
Mariah K. Shaver
Traci M. Tait
Cynthia G. Wright

*Investigative Attorney*
Arquimides R. Leon
Azadeh Matinpour

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Angela M. Walker

*Manager, Forensic Investigations*
Charles M. Anderson

**CONFIDENTIAL**

John Weber, Esquire

**Via email only:** dustin.pusch@mwpp.com

        **Re:**   **Blackburn/Pusch**
                **Undocketed No. 2025-U1051**

Dear Mr. Pusch:

    We reviewed the disciplinary complaint that you filed against Tyrone A. Blackburn, Esquire. Because Mr. Blackburn does not hold a D.C. law license, we have no jurisdiction over him. I assume from the footnote in your letter that you have reported this conduct to New York and the federal court in Pennsylvania. If you have not, please do so. You may also wish to report the conduct to the D.C. Court of Appeals Committee on Unauthorized Practice of Law. Their website is https://www.dccourts.gov/court-of-appeals/committee-unauthorized-practice-of-law and they can be contacted at cupl@dcappeals.gov.

    Because we have no jurisdiction, we are unable to docket this matter for further investigation by our office. We thank you, however, for bringing your concerns to our attention.

                  Sincerely,

                  *s/Lisa Fishelman*

                  Lisa Fishelman
                  Assistant Disciplinary Counsel

LF:lnm