# Exhibit 2

| | |
|---|---|
| **Subject:** | Re: Service of Motion for Sanctions Pursuant to FRCP 11 - Thomas Dexter Jakes v. Duane Youngblood, 24-cv-1608 |
| **Date:** | Wednesday, August 20, 2025 at 5:48:57 PM Eastern Daylight Time |
| **From:** | Tyrone Blackburn |
| **To:** | Dustin Pusch |
| **CC:** | Devin Chwastyk, Janey Law Firm, Amy McCann Roller, Brad Sommer, Paul Ellis |
| **Attachments:** | image001.jpg, image001.png |

No, I do not consent. I am no longer wasting my time with you or this case. You filed a bar complaint in bad faith, and the Court will see that.

As an aside, please ask your client, Mr. Jakes, if he and his daughter, Cora Jakes, will be willing to waive service of process for the upcoming lawsuit I will file on behalf of Richard Brandon Coleman.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
E: info@tablackburnlaw.com

---

Just so you know, using the Internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this medium.
CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are now notified that any disclosure, copying, or distribution of any information in this transmission or taking any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then delete all copies. Thank you.
CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything said is purely a general comment or suggestion based on the limited facts presented to this firm.

On Wed, Aug 20, 2025 at 5:04PM Dustin Pusch <dustin.pusch@mwpp.com> wrote:

> Dear Mr. Blackburn,
>
> We plan to file a motion for leave to file a reply in response to your late-in-time response to our August 1, 2025 Fee Petition. Your response raises new issues unrelated to the Fee Petition, such as your new claim that you are in fact a member of the DC Bar and were sworn in by Magistrate Judge Katharine Parker on May 7, 2024. Please let me know by 12pm EST tomorrow whether you consent to or oppose our motion.
>
> I am also providing you with a letter I received from the DC Bar on July 11, 2025 notifying me in writing that you are not a member of the DC Bar, despite your representations to this Court (and to Judge Parker), and of my obligation to notify other jurisdictions of the issue. See attached.
>
> Thank you.
>
> Dustin Pusch, Founding Partner
>
> MEIER   WATKINS   PHILLIPS   PUSCH
>
> 919 18th Street, NW, Suite 650
>
> Washington, DC 20006
>
> +1 (617) 543-4459