# Attachment A-Attorney Oath of Admission to The District of Colombia Bar



**Committee on Admissions**
**District of Columbia Court of Appeals**
430 E St. NW, Room 123
Washington, D.C. 20001

02/22/2024

Dear Tyrone Anthony Blackburn

Congratulations on completing the requirements for your admission to the practice of law and the Bar of the District of Columbia Court of Appeals.

## HOW TO COMPLETE THE SWEARING-IN PROCESS

Applicants must complete the Attorney Oath of Admission within 150 days of the date of your notification email, or in the event of the re-certification, within 150 days of the date of this notification.

Pursuant to D.C. App. R. 46(l) you may be admitted *in absentia.* Formal swearing in ceremonies are virtual and are held twice a year in mid-January and early July. Registration for the ceremonies is posted on our website 3 to 4 weeks before the ceremony. If you attend the formal swearing in ceremony, please complete and return the oath documents <u>before the ceremony</u> (see information in the paragraph below). The next swearing in ceremony has not yet been scheduled.

You must wait three days from the date of this notice before completing the oath *in absentia*. For example if you are certified on 7/11/2021, you may perform the oath on 7/14/2021. Please download the necessary paperwork: Supplemental Questionnaire and the Attorney Oath of Admission to the District of Columbia Bar. It is not necessary to obtain additional permission to use the Declaration in lieu of the notarized statement.

The Supplemental Questionnaire is to be used to report changes in your status since you applied for admission. A "yes" response to any item requires additional review by the Committee on Admissions before you complete the swearing in process. If you answer "no" to all of the questions you may continue with the swearing-in process. Please sign and date the Declaration on the Supplemental Questionnaire on the day you submit your oath to the Committee on Admissions. Please scan and save the Supplemental Questionnaire and executed Attorney Oath of Admission as a PDF titled: "Oath_Last Name_First Name" and email it to the address below by finding the alphabetical range containing your last name.

For example if your last name is "Bao", you will send your oath documents to kallen@dcappeals.gov. If your last name is "Cohen", send your oath documents to nlane@dcappeals.gov. If you last name is "Lee", send your oath documents to iwelch@dcappeals.gov. Please write "oath" in the subject line of the email. You will receive a confirmation email within three to five business days.

*Applicants are encouraged to submit their oath documents as soon as possible after the waiting period. Do not wait for the swearing in ceremony to submit your oath documents.*

Find the range that corresponds to your last name alphabetically and return your documents to the appropriate email and use the same email for any questions. Please do not contact multiple email accounts

A to Ch - kallen@dcappeals.gov

Ci to Gr - nlane@dcappeals.gov

Gs to Kr - sparrish@dcappeals.gov

Ks to Ni - iwelch@dcappeals.gov

Nj to Z - rhunter@dcappeals.gov

**STEPS FOR REGISTRATION WITH THE D.C. BAR**

1. Complete Registration Statement. You will receive an email from the D.C. Bar inviting you to submit your Registration Statement. This will initiate the creation of your official Bar ID (official attorney license number) and trigger the creation of your membership record. Note: If you submit your Registration Statement prior to the Committee on Admissions providing verification to the D.C. Bar that you are approved to register as an attorney (see above steps) it will not be processed.

2. Manage Your License. After receiving your Registration Statement, the D.C. Bar will provide you with an attorney license number and instructions on how to manage your license via email. You will also receive a new member kit, including your Bar Identification Card via mail. For questions regarding the Registration Statement, your member profile, membership status, attorney license number, or membership card, please call D.C. Bar Member Services at (202) 626-3475, email memberservices@dcbar.org, or visit https://www.dcbar.org/membership.

3. Complete the Mandatory Course. After being sworn-in and registered as an attorney in the District of Columbia, you have 12 months to complete the Mandatory Course on the D.C. Rules of Professional Conduct and Practice per the Rules Governing the District of Columbia Bar. The Mandatory Course is offered as an on-demand, online video presentation. Visit the D.C. Bar website at https://www.dcbar.org/for-lawyers/mandatory-course to register and learn more about the Mandatory Course. Failure to complete The Mandatory course within the specified timeframe will result in administrative suspension.

Issuance of your license number may take up to 30 days after registration statements have been submitted. If you would to register for the Mandatory Course but do not yet have your attorney license number, or if you have other questions relating to registration, accreditation, accommodations, or the curriculum of The Mandatory Course, please contact the D.C. Bar CLE Department at cle@dcbar.org or (202) 626-3488.

If you have questions about compliance with the Course requirement, contact the D.C. Bar Mandatory Course Compliance Office at mandatorycourse@dcbar.org.


Sincerely,

Shela Shanks, Director
Committee on Admissions
District of Columbia Court of Appeals



## District of Columbia Court of Appeals

ATTORNEY OATH OF ADMISSION TO THE DISTRICT OF COLUMBIA BAR

(Roll of Attorneys)

(Repeat after Official)

I, **Tyrone A. Blackburn**, do solemnly swear (or affirm) that as a member of the Bar of this Court, I will demean myself uprightly and according to law; and that I will support the Constitution of the United States of America.

_____
Signature of Attorney

I hereby certify that I am authorized to administer oaths in the jurisdiction of **SDNY** and that the foregoing oath was administered to **Tyrone A Blackburn**, and subscribed to before me, this **7** day of **May**, 20**24**.

(SEAL)

_____
Signature

**KATHARINE H. PARKER**
Print Name, Title **U.S.M.J.**

**500 Pearl St.**
Street

**NY, NY 10007**
City, State

**212-805-0234**
Telephone