**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THOMAS DEXTER JAKES,

*Plaintiff,*

v.

DUANE YOUNGBLOOD, et al.,

*Defendants*.

No. 2:24-CV-1608-WSS

## NOTICE OF BLACKBURN'S UNDISCLOSED PRIOR ISSUES WITH FAKE CITATIONS GENERATED BY AI

We write to notify the Court of information contradicting Mr. Blackburn's sworn statements, discovered this week when a New York state court, in an unrelated matter, issued an order sanctioning him.

In this case, Mr. Blackburn submitted an Affidavit in response to this Court's Order to Show Cause on July 19, 2025, wherein he swore that "I have practiced law since 2018, and during that time, <u>I have never encountered citation or quotation issues in any legal filing submitted to a court. This is the first instance of its kind in my professional career</u>."[1]

However, in *Facey v. Fisher*,[2] Blackburn opposed a motion to dismiss this Spring on behalf of the plaintiff.  In an April 16 reply filing, the defendants noted that Blackburn's opposition contained five (5) cases that did not "appear to exist."  (*See* Exhibit A at 3 n.1, 12, 14, 16, 20-21).  Blackburn then submitted a substantially revised opposition brief on April 24.  That brief again had citation issues, as defense counsel noted in a letter filed with the Court the next day (April 25):

---

[1] (Dkt. No. 57-1, ¶ 2 (emphasis added).)

[2] No. 152088/2025 (N.Y. Supreme Ct., N.Y. County).

1

As plaintiff did in her memorandum of law in opposition to the motion to dismiss [Dkt. No. 38], she relies in this new filing on case law that does not exist. As an example, on page 4 of her recent filing, plaintiff cites *James v. City of New York*, 144 A.D.3d 604, 605 (1st Dep't 2016) and *Board of Mgrs. of 28 Cliff St. Condominium v. Maguire*, 191 A.D.3d 553 (1st Dep't 2021), for the legal proposition that a motion directed to a pleading automatically becomes moot upon the filing of an amended pleading, as a matter of law. This statement of law is incorrect (*Sage Realty Corp. v. Proskauer Rose LLP*, 251 A.D.2d 35 (1st Dep't 1998), and the citations by plaintiff belong to *Matter of Nassair S.*, 144 A.D.3d 604 (1st Dep't 2016) and *Matter of Barry H. v. Veronica S.*, 191 A.D.3d 553 (1st Dep't 2021), respectively, and which contain no discussion of the legal issue set forth by plaintiff. Moreover, the case names similarly appear in research, under different citations, and are not at all related to the pertinent legal issue.

(Exhibit B at 2).

Plaintiff's counsel discovered these misrepresentations after reviewing a September 15 Order, from the Honorable Mary V. Rosado, sanctioning Blackburn for "violat[ing] his duty of candor" to the Court and for filing a Complaint that was "malicious and aimed at embarrassing and harassing Defendants." (Exhibit C at 4-5.)[3]  Judge Rosado also ordered Blackburn to show cause why she should not impose further sanctions for filing "motion papers [that] are riddled with incorrect and false citations."  (*Id.* at 5-6.)

Suffice to say, Mr. Blackburn had "encountered citation or quotation issues in [a] legal filing submitted to a court" by the time he submitted his declaration on July 17.  Plaintiff's counsel therefore submits this Notice for the Court's consideration.

---

[3] The fake and nonexistent cases noted by Judge Rosado in her decision exist in Mr. Blackburn's filings dated April 1, 2025 (NYSCEF 38) and April 24, 2025 (NYSCEF 47).

DATED: September 15, 2025

Respectfully Submitted,

By: /s/ Dustin A. Pusch
Dustin A. Pusch (admitted *Pro Hac Vice*, D.C.
 Bar I.D. No. 1015069)
Amy M. Roller (admitted *Pro Hac Vice*, D.C.
 Bar I.D. No. 1044199)
Meier Watkins Phillips Pusch LLP
919 18th Street NW, Suite 650
Washington, DC 20006
dustin.pusch@mwpp.com
amccannroller@mwpp.com

By: /s/ Devin J. Chwastyk
Devin J. Chwastyk (Pa. Bar I.D. No. 91852)
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108
(717) 232-8000
dchwastyk@mcneeslaw.com

By: /s/ Derrelle M. Janey
Derrelle M. Janey (admitted *Pro Hac Vice*,
 N.Y. Bar I.D. No. 4971495)
The Janey Law Firm P.C.
111 Broadway, Suite 701
New York, NY 10006
(646) 289-5276
djaney@thejaneylawfirm.com

*Counsel for Plaintiff Bishop T.D. Jakes*