UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS DEXTER JAKES,<br><br>*Plaintiff*,<br><br>v.<br><br>DUANE YOUNGBLOOD, et al.,<br><br>*Defendants*. | No. 2:24-CV-1608-WSS |

**PLAINTIFF'S NOTICE OF ENTRY OF DISMISSAL**
**UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(a)(ii), Plaintiff Thomas Dexter Jakes hereby gives notice that the above-captioned action is voluntarily dismissed by consent of all parties who have appeared in this action.

DATED: October 16, 2025

Respectfully Submitted,

By: */s/ Dustin A. Pusch*
Dustin A. Pusch (admitted *Pro Hac Vice*, D.C.
 Bar I.D. No. 1015069)
Amy M. Roller (admitted *Pro Hac Vice*, D.C.
 Bar I.D. No. 1044199)
Meier Watkins Phillips Pusch LLP
1120 20th Street, NW, Suite 550
Washington, DC 20036
dustin.pusch@mwpp.com
amccannroller@mwpp.com

By: */s/ Devin J. Chwastyk*
Devin J. Chwastyk (Pa. Bar I.D. No. 91852)
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108
(717) 232-8000
dchwastyk@mcneeslaw.com

1

By: */s/ Derrelle M. Janey*
Derrelle M. Janey (admitted *Pro Hac Vice*,
N.Y. Bar I.D. No. 4971495)
The Janey Law Firm P.C.
111 Broadway, Suite 701
New York, NY 10006
(646) 289-5276
djaney@thejaneylawfirm.com

*Counsel for Plaintiff Bishop T.D. Jakes*

By: */s/ Brad N. Sommer*
Brad N. Sommer, Esquire
(PA Bar I.D. No. 87312)
bns@sommerlawgroup.com

By: */s/ Paul A. Ellis, Jr.*
Paul A. Ellis, Jr., Esquire
(PA Bar I.D. No. 85403)
pae@sommerlawgroup.com

SOMMER LAW GROUP, PC
6 Market Square
Pittsburgh, PA 1522
Phone: (412) 471-1266
Fax: (412) 471-3175
slg@sommerlawgroup.com

*Counsel for Defendant Duane Youngblood*